8/8/2012
Date

_____
Jorge R. Jiménez, Esq.
Panel Chairman

8/8/2012
Date

_____
Héctor M. Varela, P.E.
Arbitrator

8/8/2012
Date

_____
José R. Capó, Esq.
Arbitrator

State of Puerto Rico
County of San Juan    Affidavit # 301

On this __8__ day of August, 2012 before me personally came and appeared Jorge R. Jiménez, to me known and known to me to be the individual described in and who executed the foregoing instrument and acknowledge to me that he executed the same.

8/8/2012
Dated

_____
Notary Public

State of Puerto Rico    Affidavit # 302
County of San Juan

On this __8__ day of August, 2012 before me personally came and appeared Héctor M. Varela, to me known and known to me to be the individual described in and who executed the foregoing instrument and acknowledge to me that he executed the same.

8/8/2012
Dated

_____
Notary Public

State of Puerto Rico    Affidavit # 303
County of San Juan

On this __8__ day of August, 2012 before me personally came and appeared José R. Capó, to me known and known to me to be the individual described in and who executed the foregoing instrument and acknowledge to me that he executed the same.

8/8/2012
Dated

_____
Notary Public



33


301


#302


#303

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF DUTCHESS   ) ss:

MELINDA L. BENANTI, being sworn says: I am not a party to the action, am over 18 years of age and reside at Marlboro, New York.

On February 7, 2013, I served the within Demand for Arbitration with arbitration clause by depositing a true copy thereof, enclosed in a post-paid wrapper, sent in an official depository under the exclusive care and custody of:

**VIA INTERNATIONAL FEDERAL EXPRESS**
A.S. Nagesh
Sundaram Architects Pvt. Ltd.
No. 19 Kumara Krupa Road
Bangalore – 560001
India

**VIA U. S. POSTAL SERVICE CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Neal S. Simon, President
American University of Antigua,
College of Medicine
c/o Manipal Education Americas, LLC,
Agent for American University of Antigua, College of Medicine
Kasturba Medical College International Center
One Battery Park Plaza, 33rd Floor
New York, New York 10004

**VIA U. S. POSTAL SERVICE CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Leonard Sclafani, Esq.
American University of Antigua,
College of Medicine
c/o Manipal Education Americas, LLC,
Agent for American University of Antigua, College of Medicine
Kasturba Medical College International Center
One Battery Park Plaza, 33rd Floor
New York, New York 10004

_[signature]_
MELINDA L. BENANTI

Sworn to before me on the 7th day of February, 2013.

_[signature]_
Notary Public    Carol A. Verdis
NOTARY PUBLIC, State of New York
No. 01VE5037251
Qualified in Dutchess County
Commission Expires May 6, 2015