```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
AMERICAN UNIVERSITY OF ANTIGUA            :
COLLEGE OF MEDECINE,                      :
                                          :    14cv8410 (DLC)
                            Plaintiff,    :
                                          :        ORDER
            -v-                           :
                                          :
LEEWARD CONSTRUCTION COMPANY, LTD.,       :
                                          :
                            Defendant.    :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Plaintiff filed a complaint seeking confirmation and enforcement of an arbitration award on October 21, 2014. Service of the summons and complaint was made on the defendant on October 21, 2014. The defendant has not answered the complaint. Confirmation proceedings for arbitration awards are "treated as akin to a motion for summary judgment." D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby

ORDERED that plaintiff shall file and serve any additional materials with which it intends to support its petition for confirmation by November 21, 2014. Defendant's opposition, if any, is due on December 12, 2014. Plaintiff's reply, if any, is due on December 19, 2014.

IT IS FURTHER ORDERED that at the time the reply is served, the plaintiff shall submit one courtesy copy of all motion papers to Chambers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that the plaintiff shall serve a copy of this Order on the defendant.

SO ORDERED:

Dated:   New York, New York
         November 6, 2014

                                                                     DENISE COTE
                                       United States District Judge