UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMERICAN UNIVERSITY OF ANTIGUA --
COLLEGE OF MEDICINE

                Petitioner,         **NOTICE OF APPEARANCE**
                                                  Docket No. 14-cv-08410 (DLC)(GW)

    -against-

LEEWARD CONSTRUCTION COMPANY, LTD.

                Respondent.
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Veronica A. McMillan, Esq. of Lewis & Greer, P.C., hereby appears in the above-captioned action on behalf of the Respondent, Leeward Construction Company, Ltd..

Dated: November 13, 2014
       Poughkeepsie, New York

                                                YOURS, ETC.

                                                _____
                                                Veronica A. McMillan, Esq. (VM 1107)
                                                **LEWIS & GREER, P.C.**
                                                *Attorney for Leeward Construction Co. Ltd.*
                                                510 Haight Avenue, Suite 202
                                                P.O. Box 2990
                                                Poughkeepsie, New York 12603
                                                Telephone:    (845) 454-1200

To:    Leonard A. Sclafani, Esq.
        Law Offices of Leonard A. Sclafani, Esq.
        *Attorney for American University of Antigua*
        *College of Medicine*
        One Battery Park Plaza, 33rd Fl.
        New York, New York 10004
        Telephone: 212-696-9880

**COURT**
STATE OF NEW YORK, COUNTY OF                    Index No.                    Year

---

AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE,

Case No. 14-cv-07410-DLC

Claimant,

-against-

LEEWARD CONSTRUCTION COMPANY, LTD.

Respondent.

---

## NOTICE OF APPEARANCE

---

LEWIS & GREER, P.C.

*Attorney(s) for*   *Leeward Construction Company Ltd.*

Office and Post Office Address, Telephone

510 Haight Avenue, Suite 202
POUGHKEEPSIE, NEW YORK 12603
(845) 454-1200

---

To



Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

---

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                                                      of which the within is a true copy
will be presented for settlement to the HON.                       one of the judges of the
within named Court, at
on                          at                  M.
Dated,

Yours, etc.

LEWIS & GREER, P.C.