

**LEWIS & GREER P.C.**
ATTORNEYS AT LAW

Lou Lewis
J. Scott Greer
Veronica A. McMillan*†

Joan Quinn**
Paul E. Denbaum

———
*Also Admitted in New Jersey
**Also Admitted in Massachusetts
†Registered Nurse

510 Haight Avenue
Poughkeepsie, New York 12603

(845) 454-1200

FAX (845) 454-3315

WWW.LEWISGREER.COM

Mailing Address
———
P.O. Box 2990
Poughkeepsie, NY 12603

November 13, 2014

**VIA ECF ONLY**
Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

> Re:   American University of Antigua College of Medicine v. Leeward Construction
> Company, Ltd.
> Civ. Docket No. 1:14-cv-07410-DLC
> Our File No. 966-04

Dear Judge Cote:

This office represents Leeward Construction Company, Ltd., an Antiguan corporation in the above-referenced matter.  We write with regard to the Court's November 7, 2014 scheduling order.  Upon information and belief, based on advice from opposing counsel, Leeward was served with process in this matter in Antigua via its authorized agent for service of process on or about October 31, 2014 pursuant to the Hague Convention.  However, Petitioner's counsel has not yet had the opportunity to file the affidavit of service and we have been unable to confirm the service of process.

While we await the Petitioner's affidavit of service, we are working on a response to the petition.  However, we are concerned about any adverse impacts the November 7, 2014 order may have on our client in this proceeding and would appreciate the Court's direction in this regard.

Please do not hesitate to contact our office with any questions or concerns.  We look forward to hearing from you.

Very truly yours,

**LEWIS & GREER, P.C.**

Veronica A. McMillan

VAM/mlb
cc:   Leonard A. Sclafani, Esq. (via ECF only)