```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AMERICAN UNIVERSITY OF ANTIGUA          :
COLLEGE OF MEDECINE,                    :
                       Plaintiff,       :
          -v-                           :    14cv8410 (DLC)
                                        :
LEEWARD CONSTRUCTION COMPANY, LTD.,     :         ORDER
                       Defendant.       :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order dated November 6, 2014 stated that "[s]ervice of the summons and complaint was made on the defendant on October 21, 2014" and that "[t]he defendant has not answered the complaint." By letter dated November 13, 2014, counsel for defendant Leeward Construction Company, Ltd. ("Leeward") explained that "[u]pon information and belief, based on advice from opposing counsel, Leeward was served with process in this matter . . . on or about October 31, 2014." Accordingly, it is hereby

ORDERED that plaintiff shall file an affidavit of service.

IT IS FURTHER ORDERED that the schedule set forth in the Order of November 6, 2014 remains in place.

SO ORDERED:

Dated:     New York, New York
           November 13, 2014

                                      _____
                                             DENISE COTE
                                      United States District Judge