# EXHIBIT 2

## Mike Johnson

**From:** Mike Johnson [mjohnson@auamed.net]
**Sent:** Friday, May 30, 2008 3:10 PM
**To:** 'Corey Greenberg'
**Cc:** 'Prabhu Marudheri'
**Subject:** AUA; PHASE 1; LEEWARD PAYMENT # 1.00

Corey,

Reference Payment # 1.00 dated 4/18/08 for the amount of EC$383,908.72.

The breakdown for costing is:-
| | |
|---|---|
| Phase 1; North Building | 108,892.84 |
| Phase 1; North Building | 224,940.83 |
| ABST | 50,075.05 |
| TOTAL | 383,908.72 |

Mike

5/30/2008

LC000239
AUA000428

# AMERICAN UNIVERSITY of ANTIGUA

## PAYMENT BREAKDOWN FOR COSTING PURPOSES

| PAYMENT # | 1 | | | | |
|---|---|---|---|---|---|
| DATE | 4/18/08 | | | | |
| | | | | | |
| LEEWARD; SUMMARY | | AUA COST ALLOCATION PHASE 1 | | | |
| LOCATION | AMOUNT (EC$) | NORTH BUILDING (EC$) | SOUTH BUILDING (EC$) | LIBRARY (EC$) | ABST (EC$) |
| Classroom | 94,892.43 | 94,892.43 | | | |
| Laboratory | 196,020.07 | | 196,020.07 | | |
| Library | 0.00 | | | 0.00 | |
| Subtotal | 290,912.50 | 94,892.43 | 196,020.07 | 0.00 | 0.00 |
| Preliminaries | 80,013.80 | 26,099.61 | 53,914.18 | 0.00 | 0.00 |
| Subtotal | 370,926.30 | 120,992.04 | 249,934.25 | 0.00 | 0.00 |
| Retention | 37,092.63 | 12,099.20 | 24,993.42 | 0.00 | 0.00 |
| Subtotal | 333,833.67 | 108,892.84 | 224,940.83 | 0.00 | 0.00 |
| ABST | 50,075.05 | | | | 50,075.05 |
| NET PAYMENT | 383,908.72 | 108,892.84 | 224,940.83 | 0.00 | 50,075.05 |
| | | 383,908.72 Check | | | |

1

P114

## Mike Johnson

**From:** Mike Johnson [mjohnson@auamed.net]
**Sent:** Monday, April 21, 2008 2:38 PM
**To:** 'Corey Greenberg'
**Subject:** RE: AUA; PHASE 1 & HOUSING

Thanks Corey

---

**From:** Corey Greenberg [mailto:cgreenberg@AUAMED.ORG]
**Sent:** Monday, April 21, 2008 12:06 PM
**To:** Matt Petersen; Don Eckert; Yves YG. Georges
**Cc:** mjohnson@auamed.net; Neil Dickinson; rtrellis@auamed.net; asnagesha@auamed.net
**Subject:** FW: AUA; PHASE 1 & HOUSING

PLEASE ACCEPT THIS EMAIL AS AUTHORIZATION TO PAY LEEWARD CONSTRUCTION EC$ 333,833.67 AND ABST EC$ 50,075.05 FOR A TOTAL OF EC$ 383,908.72. THIS IS BEING AUTHORIZED PENDING CONFIRMATION OF BOQ AND CONTRACT RATES. PLEASE CODE AS PHASE I CLASSROOM BUILDINGS. ALL WIRING INFORMATION IS ON FILE.

REGARDS,

Corey Greenberg
Chief Operating Officer
AUA College of Medicine
C/O Greater Caribbean Learning Center
New York, NY 10005
Tel: 212-661-8899 ext. 121
Fax: 646-390-4943

---

**From:** Mike Johnson [mailto:mjohnson@auamed.net]
**Sent:** Friday, April 18, 2008 9:49 AM
**To:** Corey Greenberg
**Cc:** 'Neil Dickinson'; 'Paul Webster'; asnagesha@auamed.net
**Subject:** AUA; PHASE 1 & HOUSING

Corey,

Interim Payment # 1.00 for Leeward for your review/approval.

This payment basically covers the additional foundation work required to the Classroom/Nurses buildings.

Nagesh has approved quantities but is not however in a position to agreed rates and recommend payment.

However, payment has to be made to Leeward particularly as the project is on going.

I therefore recommend that pending completion of Leeward's pricing of Bill of Quantities and Col Shetti's agreement of rates and contract documentation, the payment is approved without delay; failure to do so could, in the circumstances, be considered unreasonable particularly when AUA has instructed Leeward to proceed with the works.

Mike

4/21/2008

LC000241
AUA000430

# American University of Antigua
## College of Medicine
### Check Request Form

**Name:** MIKE JOHNSON

**Department:** CONSTRUCTION

**Date:** 4/18/08

---

PHASE I + HOUSING CONTRACT: LEEWARD CONSTRUCTION
INTERIM PAYMENT #1.00                    333,833.67
ABST                                      50 075.05
                                     EC$ 383 908 72

---

**Vendor's name:** LEEWARD CONSTRUCTION COMPANY LTD.

**Vendor's TIN / SS#:**

**Make check payable to:** LEEWARD CONSTRUCTION COMPANY LTD.

**Contact name:** NEIL DICKENSON.

**Contact phone #:** 729/0072

**Payment address:** ALL SAINTS ROAD,
P.O. BOX 1400
ST. JOHNS
ANTIGUA

|       | US $'s | EC $'s |
|-------|--------|--------|
| Check amount: |  | 383908.72 |

---

APPROVED FOR PAYMENT PENDING AGREEMENT OF BILL
OF QUANTITIES RATES + COMPLETION OF CONTRACT.

---

**Requestor's Signature:** [signed] John 4/18/08

**Request Date:**

**Dean's Approval:**

**Approval Date:**

**Finance Approval:**

**Approval Date:**

| AMERICAN UNIVERSITY OF ANTIGUA | VALUATION | FRONT PAGE |

# AMERICAN UNIVERSITY OF ANTIGUA

**DATE**             **11th April 2008**

**VALUATION #**      **1**

- Valuation Summary
- Mobilisation
- Preliminaries
- Classroom Building Measure
- Laboratory Building Meaure
- Library Building Measure
- Materials on Site
- Deductions
- Valuation & Payment Record

- Rate Breakdown
- Plant Rate Breakdown
- Labour Rate Breakdown
- Overheads & Profit Breakdown

| AMERICAN UNIVERSITY OF ANTIGUA | VALUATION | SUMMARY |

## Valuation Summary

**Mobilisation Fees**

**Preliminaries**
    Classroom & Laboratory upto Floor Slab      80,013.80
    Above floor slab & library

| | | | |
|---|---|---|---|
| **Classroom Building** | | ~~96,047.91~~ | 94,892.43 |
| **Laboratory Building** | | ~~199,619.47~~ | 196,020.07 |
| **Library Building** | | 0.00 | |
| **Materials on Site** | | 0.00 | |
| **Deductions** | | 0.00 | |
| **Total Claimed** | | ~~375,681.18~~ | 370,926.30 |
| **Less Previous Payments** | | 0.00 | |
| **Sub Total** | | 375,681.18 | 370,926.30 |
| **Less Retention** | 10% | 37,568.12 | (37,092.63) |
| **Sub Total** | | 338,113.07 | 333,833.67 |
| **ABST** | 15% | 50,716.96 | 50,075.05 |
| **Total Due** | | 388,830.03 | 383,908.72 |

Payment Terms:     7 days
Date Submitted:    11th April 2008

*Raised Summary MKJ 18/4/08*

*Approved for Payment pending agreement of Bill of Quantity Rates + completion of Contract*

*4/18/08*

| AMERICAN UNIVERSITY OF ANTIGUA | VALUATION | | | PRELIMINARIES |
|---|---|---|---|---|

## Preliminaries (upto floor slab level inc. columns)

| Description | Qty | Item | Rate | Total Wkly |
|---|---|---|---|---|
| # Weeks | 5 | | | |
| **SITE MANAGEMENT STAFF** | | | | |
| Construction Management | 5 | Wks | 3,240.00 | 16,200.00 |
| Site Supervision | 5 | Wks | 1,840.00 | 9,200.00 |
| Site Quantity Surveyor (1no x 50%) | 5 | Wks | 1,344.76 | 6,723.80 |
| Site Secretary & Admin | N/A | | | |
| **GENERAL STAFF** | | | | |
| Mechanic & Assistant | 5 | Wks | 2,176.00 | 10,880.00 |
| Labourer (General site tidiness & clearance) | 5 | Wks | 880.00 | 4,400.00 |
| **SITE ACCOMODATION** | | | | |
| I.T Setup/Maintenance | N/A | | | |
| Stationary/Print Paper etc. | 5 | Wks | 65.00 | 325.00 |
| Sanitary Facilities (2no.) | 5 | Wks | 400.00 | 2,000.00 |
| **SITE STAFF VEHICLES** | | | | |
| Fuel/Maintenance/Road License/Service/Purchase | 5 | Wks | 1,002.00 | 5,010.00 |
| **WELFARE** | | | | |
| Drinking Water | 5 | Wks | 3,000.00 | 15,000.00 |
| **HEALTH & SAFETY** | | | | |
| Personal Protective Equipment | 5 | Item | 180.00 | 900.00 |
| Signage | 5 | Item | 125.00 | 625.00 |
| Training | 5 | Wks | 250.00 | 1,250.00 |
| **PLANT** | | | | |
| Scaffolding Towers | N/A | | | |
| **GENERAL ITEMS** | | | | |
| Security | 5 | Wks | TBA | |
| Small Tools | 5 | Wks | 1,000.00 | 5,000.00 |
| Site Mobile Phones | 5 | Wks | 500.00 | 2,500.00 |
| Site Office Phones | N/A | | | |
| Site Clearance on Completion | 1 | Item | N/A | |
| **TOTAL** | | | | 80,013.80 |

AMERICAN UNIVERSITY OF ANTIGUA     VALUATION                    CLASSROOM BUILDING

## Measured Works: Classroom Building

| Item | Description | Qty | Item | Rate | Total |
|---|---|---|---|---|---|
| **PILES** | | | | | |
| 1.01 | Mobilisation & Demobilisation Piling Rig (50%) | 1 | Item | 5000 | 5,000.00 |
| 1.02 | Supply & Drive additional piles (40') | 10 | No. | 4,198.80 | 41,988.00 |
| **EXCAVATION** | | | | | |
| 2.01 | Excavation to expose pile caps, slab wall to depth n.e 5'0" (20' x 15' x 5') x 2no. | 42 | CY | 23.96 | 1,006.32 |
| **BREAKOUT** | | | | | |
| 3.01 | Demolish and remove from site PC4 | 1 | No. | - | - |
| 3.02 | Break out 4" blinding & 10 LF of concrete wall 8" thick, excavate compacted fill to 5' deep and remove from site. (5'x5'x5') | 1 | Item | - | 1,394.20 |
| **PILE CAPS** | | | | | |
| 4 | Pile Cap 4 | 5 | No. | 1,784.20 | 8,920.98 |
| 4.01 | Pile Cap 6 | 2 | No. | 3,406.07 | 6,812.14 |
| 4.02 | Pile Cap 7 | 1 | No. | 4,389.51 | 4,389.51 |
| **GRADE BEAMS** | | | | | |
| | GRADE BEAMS (within slabs) | | | | |
| 4.03 | Trench Excavation | 23 | CY | 23.96 | 551.08 |
| 4.04 | Formwork | 101 | L. Yd | 43.26 | 4,369.26 |
| 4.05 | Concrete | 6 | CY | 613.73 | 3,682.38 |
| 4.06 | Steel Reinforcement: Main Bars | 634 | lbs | 2.88 | 1,825.92 |
| 4.07 | Steel Reinforcement: Stirrups/Detail | 271 | lbs | 3.23 | 875.33 |
| 4.08 | Remove steel for further 1' excavation & replace steel | 16 | Item | 28.02 | 448.32 |
| 4.09 | Polythene Sheeting inc. laps at joints | 106 | SY | 4.64 | 491.84 |
| 4.10 | Compacted backfill | 17 | CY | 94.76 | 1,610.92 |
| 4.11 | Pour 2000 psi concrete blinding average 4" thick | 2 | CY | 550.46 | 1,100.92 |

c/f  84,467.12

*Quantity have been checked and corrected accordingly*

*[signature] for SAP 17/4/2008*

LEEWARD CONSTRUCTION

LC000246
AUA000435

| AMERICAN UNIVERSITY OF ANTIGUA | VALUATION | | | | CLASSROOM BUILDING |

## Measured Works: Classroom Building

| Item | Description | Qty | Item | Rate | Total |
|---|---|---|---|---|---|
| | **REINFORCEMENT CONCRETE COLUMNS** | | | B/F | 84,467.12 |
| | _12' x 12' Columns (10 no. Columns)_ | | | | |
| | Upto height average 6' | | | | |
| 7.01 | Concrete | | | | |
| 7.02 | Formwork | | | | |
| 7.03 | Steel Reinforcement: # 6 Main Bars | 250 ~~360~~ | lbs | 2.80 | 700.00 (MCJ) ~~1,008.00~~ |
| | Steel Reinforcement: # 4 Stirrups | 266 ~~342~~ | lbs | 3.23 | 859.18 (MCJ) ~~1,104.66~~ |
| | Drilling 8" into concrete for anchored dowels | 10 | No. | 18.80 | 188.00 |
| | _18' x 18' Columns (19 no. Columns)_ | | | | |
| | Upto height average 6' | | | | |
| 7.04 | Concrete | | | | |
| 7.05 | Formwork | | | | |
| 7.06 | Steel Reinforcement: # 6 Main Bars | 2054 ~~2269~~ | lbs | 2.80 | 5751.20 (HD) ~~6,353.20~~ |
| | Steel Reinforcement: # 3 Stirrups | 821 ✓ | lbs | 3.13 | 2,569.73 |
| | Drilling 8" into concrete for anchored dowels | 19 ✓ | No. | 18.80 | 357.20 |
| | | | | | 94892.43 |
| | **TOTAL** | | | | ~~96,047.91~~ |

Quantities have been checked
and corrected accordingly

(signature) 17/4/2008
for SAPL

| AMERICAN UNIVERSITY OF ANTIGUA | VALUATION | LABORATORY BUILDING |

## Measured Works: Laboratory Building

| Item | Description | Qty | Item | Rate | Total |
|---|---|---|---|---|---|
| **PILES** | | | | | |
| 1.01 | Mobilisation & Demobilisation Piling Rig (50%) | 1 | Item | 5000 | 5,000.00 |
| 1.02 | Supply & Drive additional piles (40') | 20 | No. | 4,198.80 | 83,976.00 |
| **EXCAVATION** | | 231 | | | 5524.76 (MU) |
| 2.01 | Excavation to expose pile caps & slab wall to depth n.e 5'0" | ~~333~~ | CY | 23.96 | ~~7,978.68~~ |
| 2.02 | (52' x ~~15~~ x 5') x 2no.  12= | | | | |
| **BREAKOUT** | | | | | |
| 3.01 | Demolish and remove from site PC5A | 2 | No. | | |
| 3.02 | Demolish & remove from site PC1A | 2 | No. | | |
| 3.03 | Demolish & remove wall sections 15' x 5' x 8" thick | 4 | No. | | |
| | | | | | 4,467.68 |
| 3.04 | Demolish & remove from site existing 4" blinding to expose pile caps 15' x 5' x 4" | 4 | No. | | |
| **PILE CAPS** | | | | | |
| 4.01 | Pile Cap 1 | 2 | No. | 1,526.48 | 3,052.96 |
| 4.02 | Pile Cap 4 | 8 | No. | 1,784.20 | 14,273.57 |
| 4.03 | Pile Cap 6 | 6 | No. | 3,406.07 | 20,436.43 |
| 4.04 | Pile Cap 7 | 1 | No. | 4,389.51 | 4,389.51 |
| **GRADE BEAMS** | | | | | |
| | GRADE BEAMS (within slabs) | | | | |
| 5.02 | Trench Excavation | 23 | CY | 23.96 | 551.08 |
| 5.03 | Formwork (1'-0" widths) | 101 | L. Yd | 43.26 | 4,369.26 |
| 5.04 | Concrete | 6 | CY | 613.73 | 3,682.38 |
| 5.05 | Steel Reinforcement: Main Bars | 634 | lbs | 2.88 | 1,825.92 |
| 5.06 | Steel Reinforcement: Stirrups/Detail | 271 | lbs | 3.23 | 875.33 |
| 5.07 | Remove steel for further 1' excavation & replace steel | 16 | Hrs | 28.02 | 448.32 |
| 5.08 | Polythene Sheeting inc. laps at joints | 106 | SY | 4.64 | 491.84 |
| 5.09 | Compacted backfill | 17 | CY | 94.76 | 1,610.92 |
| 5.10 | Pour 2000 psi concrete blinding average 4" thick | 2 | CY | 550.46 | 1,100.92 |

Quantities have been checked and corrected accordingly  12/4/08  for SAPL

LEEWARD CONSTRUCTION

C/F  156,086.88

LC000248
AUA000437

| AMERICAN UNIVERSITY OF ANTIGUA | VALUATION | LABORATORY BUILDING |
|---|---|---|

## Measured Works: Laboratory Building

| Item | Description | Qty | Item | Rate | Total |
|---|---|---|---|---|---|
|  |  |  |  | B/F | 156,086.68 |
| **SLAB EXTENSION** |  |  |  |  |  |
| 6.01 | Formwork | 100 | SY | 123.11 | 12,311.00 |
| 6.02 | Concrete | 13.50 ~~14~~ (MK) | CY | 589.6 | 8,254.40 |
| 6.03 | Steel Reinforcement: Main Bars | 2720 | lbs | 2.88 | 7,833.60 |
| 6.04 | Steel Reinforcement: Stirrups & Detail | 334 | lbs | 3.32 | 1,108.88 |
| **REINFORCEMENT CONCRETE COLUMNS** |  |  |  |  |  |
|  | <u>12' x 12' Columns (10 no. Columns)</u> |  |  |  |  |
|  | Upto average height 6' |  |  |  |  |
| 7.01 | Concrete |  |  |  |  |
| 7.02 | Formwork | 250 |  |  | 700.00 (MK) |
| 7.03 | Steel Reinforcement: # 6 Main Bars | ~~360~~ | lbs | 2.80 | ~~1,008.00~~ 859.15 (MK) |
|  | Steel Reinforcement: # 4 Stirrups | 266 ~~342~~ | lbs | 3.23 | ~~1,104.66~~ |
|  | Drilling 8" into concrete for anchored dowels | 10 | No. | 18.80 | 188.00 |
|  | <u>18' x 18' Columns (19 no. Columns)</u> |  |  |  |  |
|  | Upto average height 6' |  |  |  |  |
| 7.04 | Concrete |  |  |  |  |
| 7.05 | Formwork | 2054 |  |  | 5751.20 (MK) |
| 7.06 | Steel Reinforcement: # 6 Main Bars | ~~2269~~ | lbs | 2.80 | ~~6,353.20~~ |
|  | Steel Reinforcement: # 3 Stirrups | 821 | lbs | 3.13 | 2,569.73 |
|  | Drilling 8" into concrete for anchored dowels | 19 | lbs | 18.80 | 357.20 |
|  |  |  |  |  | 196,020.07 MK |
|  | **TOTAL** |  |  |  | ~~199,619.47~~ |

Quantities have been Checked and Corrected accordingly

(signed) 17/4/08
for SAPL

LEEWARD CONSTRUCTION

LC000249
AUA000438

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702     PAGE 1 OF 1 PAGES

TO (Owner): AUA  
PROJECT: AUA Phase 1 Deep Foundations & Slabs  
APPLICATION NO: 1  
PERIOD FROM: 10-Mar-08  
TO: 11-Apr-08  
ATTENTION: A. S. Nagesh  
CONTRACTOR FOR: Leeward Construction  
ARCHITECT'S PROJECT NO: _____  
CONTRACT DATE: _____  

Distribution to:
- ☐ OWNER
- ☐ ARCHITECT
- ☐ CONTRACTOR
- ☐
- ☐

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change orders approved in previous months by Owner | | |
| TOTAL | | |
| Approved this Month | | |
| Number   Date Approved | | |
| | | |
| TOTALS | $0.00 | $0.00 |
| Net change by Change Orders | | $0.00 |

The present status of the account for this Contract is as follows:

ORIGINAL CONTRACT SUM ............................................. N/A

Net change by Change Orders ....................................... N/A

CONTRACT SUM TO DATE ............................................. $375,681.18

LESS PREVIOUS CERTIFICATES FOR PAYMENT ............... $0.00

CURRENT PAYMENT DUE ............................................... $375,681.18

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: _____

State of: _____ County of: _____  
Subscribed and sworn to before me _____ day of _____, 20 ____  
Notary Public  
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents, and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......................................................... $375,681.18  
(Attach explanation if amount certified differs from the amount applied for.)  
ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978  
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006