# EXHIBIT 4

## Mike Johnson

**From:** Mike Johnson [mjohnson@auamed.net]
**Sent:** Friday, May 30, 2008 4:00 PM
**To:** 'Corey Greenberg'
**Cc:** 'Prabhu Marudheri'
**Subject:** AUA; LEEWARD PAYMENTS

Corey,

Reference Payment # 3.00 for the amount of EC$281,324.676.

The breakdown for costing is:-

| | |
|---|---|
| Phase 1; North Building | -28.53 |
| Library | 244,658.68 |
| ABST | 36,694.52 |
| TOTAL | 281,324.67 |

Mike

5/30/2008

# AMERICAN UNIVERSITY of ANTIGUA

## PAYMENT BREAKDOWN FOR COSTING PURPOSES

| PAYMENT # | 3 | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | 5/30/08 | | | | | | |
| | | | | | | | |
| **LEEWARD; SUMMARY** | | | | **AUA COST ALLOCATION** | | | |
| | | | | **PHASE 1** | | | |
| LOCATION | GROSS AMOUNT (EC$) | PREVIOUS AMOUNT (EC$) | CURRENT AMOUNT (EC$) | NORTH BUILDING (EC$) | SOUTH BUILDING (EC$) | LIBRARY (EC$) | ABST (EC$) |
| Classroom | 149,161.36 | 149,188.38 | -27.02 | -27.02 | | | |
| Laboratory | 250,087.77 | 250,087.77 | 0.00 | | 0.00 | | |
| Library | 448,454.11 | 216,780.00 | 231,674.11 | | | 231,674.11 | |
| Subtotal | 847,703.24 | 616,056.15 | 231,647.09 | -27.02 | 0.00 | 231,674.11 | 0.00 |
| Preliminaries | 279,464.11 | 239,299.92 | 40,164.19 | -4.68 | 0.00 | 40,168.87 | 0.00 |
| Subtotal | 1,127,167.35 | 855,356.07 | 271,811.28 | -31.70 | 0.00 | 271,842.98 | 0.00 |
| Retention | 112,716.74 | 85,535.61 | 27,181.13 | -3.17 | 0.00 | 27,184.30 | 0.00 |
| Subtotal | 1,014,450.61 | 769,820.46 | 244,630.15 | -28.53 | 0.00 | 244,658.68 | 0.00 |
| Previous Payments | 769,820.46 | | | | | | |
| Subtotal | 244,630.15 | | | | | | |
| ABST | 36,694.52 | | 36,694.52 | | | | 36,694.52 |
| NET PAYMENT | 281,324.67 | | 281,324.67 | -28.53 | 0.00 | 244,658.68 | 36,694.52 |
| | | | | 281,324.67 Check | | | |

AUA000477
C-000291

1

## Mike Johnson

**From:** Mike Johnson [mjohnson@auamed.net]
**Sent:** Friday, May 30, 2008 4:08 PM
**To:** 'Corey Greenberg'
**Subject:** RE: AUA; PHASE 1 CLASSROOM/LIBRARY; PAYMENT 3.00

Thanks Corey

---

**From:** Corey Greenberg [mailto:cgreenberg@AUAMED.ORG]
**Sent:** Friday, May 30, 2008 2:25 PM
**To:** Matt Petersen; Don Eckert; Yves YG. Georges; Prabhu Marudheri
**Cc:** mjohnson@auamed.net; Neil Dickinson
**Subject:** FW: AUA; PHASE 1 CLASSROOM/LIBRARY; PAYMENT 3.00

Please accept this email as authorization to pay Leeward construction EC$ 244,630.15 on invoice and ABST EC$ 36,694.52 for a total of EC$ 281,324.67. Please code as New Campus Phase I buildings I and II and Library buildings A-D Piles and pile caps. All wiring information is on file.

Regards

Corey Greenberg
Chief Operating Officer
AUA College of Medicine
C/O Greater Caribbean Learning Center
New York, NY 10005
Tel: 212-661-8899 ext. 121
Fax: 646-390-4943

---

**From:** Mike Johnson [mailto:mjohnson@auamed.net]
**Sent:** Friday, May 30, 2008 9:54 AM
**To:** Corey Greenberg
**Cc:** 'Neil Dickinson'; asnagesha@auamed.net
**Subject:** AUA; PHASE 1 CLASSROOM/LIBRARY; PAYMENT 3.00

Corey,

Payment # 3.00 to Leeward attached for your review/approval.

Mike

5/30/2008

LC000292
AUA000478

# LEEWARD CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

# American University of Antigua
## College Of Medicine
Jasmine Court
P.O.Box W1451
St. John's
Antigua

16th May 2008

*Attention: A.S.Nagesh*

Dear Sir

**Re: American University of Antigua – Application for Payment # 3**

Please find enclosed Application for Payment dated 16th May 2008 for the value of:

**EC$ 279,181.26**
*(Two Hundred and Seventy Nine Thousand, One Hundred and Eighty One Eastern Caribbean Dollars and Twenty Six Cense)*

Subject to Retention and ABST.

Payment Application is for works completed during the period of 10th May – 16th May 08 for an on account payment subject to contract negotiations.

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully

Paul Webster
Quantity Surveyor

**BUILDING, MECHANICAL, ELECTRICAL & UTILITY CONTRACTOR**

LC000293

# American University of Antigua
# College of Medicine
# Check Request Form

## AUA Employee Information

| | |
|---|---|
| Name: | Mike Johnson |
| Department: | Construction |
| DATE | May 30th, 2008 |

### Phase 1: Classroom /Library/Nurses: Leeward Construction

| | |
|---|---|
| Interim Payment #3.00 | 244,630.15 |
| ABST | 36,694.52 |
| | EC $ 281,324.67 |

## Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Raod |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 281,324.67 |

## Additional Comments

Approved For Payment Pending Agreement of Bill of Quantities Rates & Completion of Contract.

## Approval

| | |
|---|---|
| Requestor's Signature: | [signature] |
| Request Date: | 5/30/08 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC000294
AUA000479

AMERICAN UNIVERSITY OF ANTIGUA                                          APPLICATION # Rev. 1 (Quantities Agreed 22/05/08) A.S.Nagesh

| Valuation Summary | | | CERTIFIED AMOUNT |
|---|---|---|---|
| Mobilisation Fees | EC$ | 0.00 | — |
| Preliminaries | EC$ | 496,171 | 279464.11 |
| Laboratory Building | EC$ | 250,065.16 | 250,687.77 |
| Classroom Building | EC$ | 149,125.52 | 149,161.36 |
| Library Building | EC$ | 449,214.11 | 448,454.11 |
| Materials on Site | EC$ | 0.00 | — |
| Deductions | EC$ | 0.00 | — |
| Total Claimed | EC$ | 1,344,575.37 | 1127167.35 |
| Less Retention | 10% EC$ | 134,457.54 | 112716.74 |
| Sub Total | EC$ | 1,210,117.84 | 1014450.61 |
| Less Previous Payments/Applications | EC$ | 1,003,177.00 | 769820.46 |
| Sub Total | EC$ | 206,940.84 | 244630.15 |
| ABST | 15% EC$ | 31,041.13 | 36694.52 |
| Total Due | EC$ | 237,981.96 | EC$ 281,324.67 |

Payment Terms: 7 days
Date Submitted: 16th May 2008

Approved for payment pending agreement of Bill of Quantities Rates & completion of Contract

*(signature)* 5/29/08

LEEWARD CONSTRUCTION

AMERICAN UNIVERSITY OF ANTIGUA     APPLICATION # 3

## APPLICATION AND CERTIFICATION FOR PAYMENT    AIA DOCUMENT G702

| | |
|---|---|
| To (Owner): American University of Antigua | PROJECT: American University of Antigua |
| | APPLICATION NO: 3 |
| | PERIOD FROM: 10-May-08 |
| | TO: 16-May-08 |
| Attention: A. S. Nagesh | CONTRACTOR FOR: Leeward Construction |
| | ARCHITECTS: Sundaram Architects |
| | PROJECT NO: P103 |
| | CONTRACT DATE: |

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.

The present status of the account for this Contract is as follows:

| | | |
|---|---|---:|
| ORIGINAL CONTRACT SUM | EC$ | N/A |
| Net change by Change Orders | EC$ | N/A |
| CONTRACT SUM TO DATE | EC$ | 1,424,843 |
| LESS RETAINAGE | EC$ | 142,484 |
| TOTAL EARNED LESS RETAINAGE | EC$ | 1,282,358 |
| LESS PREVIOUS PAYMENT/APPLICATION | EC$ | 1,003,177 |
| CURRENT PAYMENT DUE (subject to ABST) | EC$ | 279,181 |

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: _____

State of:     County of:

Subscribed and sworn to before me     day of

Notary Public

My Commission expires:

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......................................................
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

LC000310

LEEWARD CONSTRUCTION

1/16     1/27/2012

AMERICAN UNIVERSITY OF ANTIGUA                                          APPLICATION:  v. 1 (Quantities Agreed 22/05/08) A.S.Nagesh

# APPLICATION AND CERTIFICATION FOR PAYMENT    AIA DOCUMENT G702

| To (Owner): | American University of Antigua | PROJECT: | American University of Antigua |
|---|---|---|---|
| | | APPLICATION NO: | 3 |
| | | PERIOD FROM | 10-May-08 |
| | | TO: | 16-May-08 |
| Attention: | A. S. Nagesh | CONTRACTOR FOR: | Leeward Construction |
| | | ARCHITECTS: | Sundaram Architects |
| | | PROJECT NO: | P103 |
| | | CONTRACT DATE: | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
The present status of the account for this Contract is as follows:

| | | |
|---|---|---:|
| ORIGINAL CONTRACT SUM | EC$ | N/A |
| Net change by Change Orders | EC$ | N/A |
| CONTRACT SUM TO DATE | EC$ | 1,344,575 |
| LESS RETAINAGE | EC$ | 134,458 |
| TOTAL EARNED LESS RETAINAGE | EC$ | 1,210,118 |
| LESS PREVIOUS PAYMENT/APPLICATION | EC$ | 1,003,177 |
| CURRENT PAYMENT DUE | EC$ | 206,941 |
| (subject to ABST) | | |

The undersigned Contractor to the best of his knowledge,
information and belief the Work covered by this Application for
Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which
previous Certificates for Payment were issued and payments received
from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____  Date: _____

State of:                                  County of:
Subscribed and sworn to before me          day of
Notary Public
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect
certifies to the Owner that the Work has progressed to the point
indicated; that to the best of his knowledge, information and belief,
the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT
CERTIFIED.

AMOUNT CERTIFIED .......................................................
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

By: _____  Date: _____
This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor
named herein. Issuance, payment and acceptance of payment are without prejudice to any
rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

LC000311
AUA000495

LEEWARD CONSTRUCTION

1/16

Re Submitted on
26/05/2008