AMERICAN UNIVERSITY OF ANTIGUA                                 APPLICATION     Rev. 1 (Quantities Agreed 26/05/08) A.S.Nagesh

# APPLICATION AND CERTIFICATION FOR PAYMENT    AIA DOCUMENT G702

| To (Owner): | American University of Antigua | PROJECT: | American University of Antigua |
|---|---|---|---|
| | | APPLICATION NO: | 4 |
| | | PERIOD FROM | 17-May-08 |
| | | TO: | 23-May-08 |
| Attention: A. S. Nagesh | | CONTRACTOR FOR: | Leeward Construction |
| | | ARCHITECTS: | Sundaram Architects |
| | | PROJECT NO: | P103 |
| | | CONTRACT DATE: | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
The present status of the account for this Contract is as follows:

| | | |
|---|---|---:|
| ORIGINAL CONTRACT SUM | EC$ | N/A |
| Net change by Change Orders | EC$ | N/A |
| CONTRACT SUM TO DATE | EC$ | 1,625,727 |
| LESS RETAINAGE | EC$ | 162,573 |
| TOTAL EARNED LESS RETAINAGE | EC$ | 1,463,155 |
| LESS PREVIOUS PAYMENT/APPLICATION | EC$ | 1,210,188 |
| CURRENT PAYMENT DUE | EC$ | 231,369 |
| (subject to ABST) | | |

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: _____

State of:                                                County of:
Subscribed and sworn to before me                        day of
Notary Public
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ......................................................
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

By: _____ Date: _____
This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

LC000334
AUA000517

LEEWARD CONSTRUCTION

1/17                                                                                              26/05/2008

# EXHIBIT 6

# LEEWARD CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

# American University of Antigua
## College Of Medicine
Jasmine Court
P.O.Box W1451
St. John's
Antigua

4th June 2008

*Attention: A.S.Nagesh*

Dear Sir

**Re: American University of Antigua – Application for Payment # 5 & Mobilisation**

Please find enclosed Application for Payment # 5 dated 30th May 08 for the value of:

**EC$ 264,084.00**
*(Two Hundred and Sixty Four Thousand and Eighty Four Eastern Caribbean Dollars)*

Subject to ABST.

Payment Application is for works completed during the period of 24th May – 30th May 08 for an on account payment subject to contract negotiations.

Also enclosed is Application for Mobilisation Payment dated 4th June 08, as agreed for the value of:

**EC$ 806,460.00**
*(Eight Hundred and Six Thousand, Four Hundred and Sixty Eastern Caribbean Dollars)*

Subject to ABST

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully

Paul Webster

[handwritten margin note: SEE PAYMENT RECOMMENDATION #5.00 DATED 6/13/08.]

LC000336
AUA000519

AMERICAN UNIVERSITY OF ANTIGUA   APPLICATION MOBILISATION

# APPLICATION AND CERTIFICATION FOR PAYMENT    AIA DOCUMENT G702

| To (Owner): American University of Antigua | PROJECT: | American University of Antigua |
|---|---|---|
| | APPLICATION NO: | MOBILISATION |
| | PERIOD FROM | MOBILISATION |
| | TO: | MOBILISATION |
| Attention: A. S. Nagesh | CONTRACTOR FOR: | Leeward Construction |
| | ARCHITECTS: | Sundaram Architects |
| | PROJECT NO: | P103 |
| | CONTRACT DATE: | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
The present status of the account for this Contract is as follows:

| | | |
|---|---|---:|
| ORIGINAL CONTRACT SUM | EC$ | N/A |
| Net change by Change Orders | EC$ | N/A |
| CONTRACT SUM TO DATE | EC$ | 1,919,178 |
| LESS RETAINAGE | EC$ | -191,918 |
| TOTAL EARNED LESS RETAINAGE | EC$ | 2,533,720 |
| LESS PREVIOUS APPLICATION | EC$ | 1,727,260 |
| CURRENT PAYMENT DUE | EC$ | 806,460 |
| (subject to ABST) | | |

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____  Date: 04-06-08

State of:                        County of:
Subscribed and sworn to before me    day of
Notary Public
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .................................................
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

By: _____  Date: _____
This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

LC000338
AUA000521

LEEWARD CONSTRUCTION

1/2                                                                04/06/2008

## Mike Johnson

**From:** Mike Johnson [mjohnson@auamed.net]
**Sent:** Monday, June 16, 2008 4:36 PM
**To:** 'Corey Greenberg'
**Cc:** 'Neil Dickinson'
**Subject:** RE: AUA; PHASE 1; CLASSROOM/LIBRARY

Thanks Corey

---

**From:** Corey Greenberg [mailto:cgreenberg@AUAMED.ORG]
**Sent:** Monday, June 16, 2008 3:59 PM
**To:** Matt Petersen; Don Eckert; Yves YG. Georges; Prabhu Marudheri
**Cc:** mjohnson@auamed.net; Neil Dickinson
**Subject:** FW: AUA; PHASE 1; CLASSROOM/LIBRARY

Please accept this email as authorization to pay Leeward Construction invoice EC$ 310,132.65 and ABST EC$ 46,519.90 for a total of EC$ 356,652.55. Please note that the retention has been taken down to 5% as per the LOI. Please code as new campus phase I buildings I and II library and service bldgs. All wiring information is on file.

Regards

Corey Greenberg
Chief Operating Officer
AUA College of Medicine
C/O Greater Caribbean Learning Center
New York, NY 10005
Tel: 212-661-8899 ext. 121
Fax: 646-390-4943

---

**From:** Mike Johnson [mailto:mjohnson@auamed.net]
**Sent:** Friday, June 13, 2008 2:10 PM
**To:** Corey Greenberg
**Cc:** 'Neil Dickinson'; 'Paul Webster'; Prabhu Marudheri
**Subject:** AUA; PHASE 1; CLASSROOM/LIBRARY

Corey,
Payment # 5.00 for Leeward attached for your review/approval.
Please not that I have reduced the retention amount from 10% to 5% to comply with the letter of Intant.
Mike

6/16/2008

P1H/6C

## Mike Johnson

**From:** Neil Dickinson [neil@leeward.ag]
**Sent:** Thursday, June 12, 2008 8:18 AM
**To:** asnagesha@auamed.net
**Cc:** mjohnson@auamed.net; 'Corey Greenberg'; 'Paul Webster'; 'Andy Green'
**Subject:** Leeward Payment Applications

Nagesh

It has come to my attention that the retention deducted from Leeward's Payment applications is 10%.

Our current contract, defined in the Letter Of Intent, clearly states in item 8 that retention shall be 5%.

I have instructed Paul Webster to raise the necessary application for the adjustment which will be presented for payment today.

Similarly, item 5 relates to our mobilisation payment.

Despite my submission on Tuesday 3rd June and my subsequent email reminder on Monday 9th June, this item remains unresolved.

I have received no replies to my communication on this matter which is least, disappointing.

If this matter is not within your scope of responsibility and authority to resolve, then please refer me directly to the member or members of your organisation who are.

I would appreciate your reply soonest.


Kind Regards

Neil Dickinson
*Projects Director.*

[_____] **CONSTRUCTION COMPANY LIMITED.**
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:   (268) 729-0072
FAX:    (268) 462-4868

*Handwritten note:*
NOTE
INTERIM PAYMENTS → 10% RETENTION HELD UP TO & INCLUDING #4.00

RETENTION REDUCED TO 5% FROM INTERIM PAYMENT #5.00

MCJ
6/12.

6/12/2008

LC000340
AUA000523

P14/6c

## Mike Johnson

| | |
|---|---|
| **From:** | Mike Johnson [mjohnson@auamed.net] |
| **Sent:** | Tuesday, June 03, 2008 12:27 PM |
| **To:** | 'asnagesha@auamed.net' |
| **Subject:** | FW: AUA APPLICATION # 5 |
| **Attachments:** | 300508 AUA APPLICATION # 5.xls |

Nagesh,
On the basis of Corey's comment indicating that he has made no easement to the LOI and payment period of one month this application should be rejected.
I recommend you enquire why this application has been made.
Mike

Mike

---

**From:** Paul Webster [mailto:paul@leeward.ag]
**Sent:** Tuesday, June 03, 2008 11:42 AM
**To:** asnagesh@auamed.net
**Cc:** mjohnson@auamed.net
**Subject:** AUA APPLICATION # 5

Nagesh

Please find attached Application # 5, I will drop a hard copy down to your office this afternoon.

Kind Regards

Paul Webster
*Quantity Surveyor.*

**CONSTRUCTION COMPANY LIMITED.**
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL: (268) 729-0084
FAX: (268) 462-4868

6/4/2008

# American University of Antigua
# College of Medicine
# Check Request Form

## AUA Employee Information

| | |
|---|---|
| Name: | Mike Johnson |
| Department: | Construction |
| DATE | 13-Jun-08 |

**Phase 1: Classroom /Library/Nurses: Leeward Construction**

| | |
|---|---|
| Interim Payment #5.00 | 310,132.65 |
| ABST | 46,519.90 |
| Total Payment | EC $ 356,652.55 |

## Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Raod |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 356,652.55 |

## Additional Comments

Approved For Payment Pending Agreement of Bill of Quantities Rates & Completion of Contract.

**Retention received to 5% in Accordance with Letter of Intent.**

### Approval

| | |
|---|---|
| Requestor's Signature: | [signature] |
| Request Date: | 6/13/08 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC000342
AUA000525

# AMERICAN UNIVERSITY of ANTIGUA

## PAYMENT BREAKDOWN FOR COSTING PURPOSES

| PAYMENT # | 5 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | 6/13/08 | | | | | | | |
| **LEEWARD; SUMMARY** | | | | **AUA COST ALLOCATION** | | | | |
| | | | | **PHASE 1** | | | | |
| LOCATION | GROSS AMOUNT (EC$) | PREVIOUS AMOUNT (EC$) | CURRENT AMOUNT (EC$) | NORTH BUILDING (EC$) | SOUTH BUILDING (EC$) | LIBRARY (EC$) | SERVICE BLDG | ABST (EC$) |
| Classroom | 159,327.01 | 149,161.36 | 10,165.65 | 10,165.65 | | | | |
| Laboratory | 260,266.39 | 250,087.77 | 10,178.62 | | 10,178.62 | | | |
| Library | 757,027.97 | 680,928.11 | 76,099.86 | | | 76,099.86 | | |
| Service Building | 117,889.42 | 0.00 | 117,889.42 | | | | 117,889.42 | |
| Subtotal | 1,294,510.79 | 1,080,177.24 | 214,333.55 | 10,165.65 | 10,178.62 | 76,099.86 | 117,889.42 | 0.00 |
| Preliminaries | 356,531.55 | 317,997.83 | 38,533.72 | 1,827.62 | 1,829.95 | 13,681.52 | 21,194.61 | 0.00 |
| Subtotal | 1,651,042.34 | 1,398,175.07 | 252,867.27 | 11,993.27 | 12,008.57 | 89,781.38 | 139,084.03 | 0.00 |
| Retention | 82,552.12 | 139,817.50 | -57,265.38 | -2,716.04 | -2,719.51 | -20,332.26 | -31,497.55 | 0.00 |
| Subtotal | 1,568,490.22 | 1,258,357.57 | 310,132.65 | 14,709.31 | 14,728.08 | 110,113.64 | 170,581.58 | 0.00 |
| Previous Payments | 1,258,357.57 | | | | | | | |
| Subtotal | 310,132.65 | | | | | | | |
| ABST | 46,519.90 | | 46,519.90 | | | | | 46,519.90 |
| NET PAYMENT | 356,652.55 | | 356,652.55 | 14,709.31 | 14,728.08 | 110,113.64 | 170,581.58 | 46,519.90 |
| | | | | 356,652.51 Check | | | | |

1

AUA000526

AMERICAN UNIVERSITY OF ANTIGUA                                                                              APPLICATION # 5

| Valuation Summary | | | Amount Certified |
|---|---|---|---|
| Mobilisation Fees | EC$ | 0.00 | — |
| Preliminaries | EC$ | 595,405 | 356,531.55 |
| Laboratory Building | EC$ | 260,005.45 | 260,266.39 |
| Classroom Building | EC$ | 159,065.81 | 159,327.01 |
| Library Building | EC$ | 783,690.22 | 757,027.97 |
| Services Building | EC$ | 121,012.06 | 117,889.42 |
| Materials on Site | EC$ | 0.00 | — |
| Deductions | EC$ | 0.00 | — |
| Total Claimed | EC$ | 1,919,178.24 | 1,651,042.34 |
| Less Retention | 10% EC$ | 191,917.82 | * 5%  82,552.12 |
| Sub Total | EC$ | 1,727,260.42 | 1,568,490.22 |
| Less Previous Applications | EC$ | 1,463,176.00 | 1,258,357.57 |
| Sub Total | EC$ | 264,084.42 | 310,132.65 |
| ABST | 15% EC$ | 39,612.66 | 46,519.90 |
| Total Due | EC$ | 303,697.08 | $ 356,652.55 ✓ |

Payment Terms:        7 days
Date Submitted:       2nd June 2008

\* RETENTION REDUCE FROM 10% TO 5% TO COMPLY WITH ARTICLE 8 OF LETTER OF INTENT SIGNED 10th MAY 2008

APPROVED FOR PAYMENT PENDING AGREEMENT OF BILL OF QUANTITY RATES + COMPLETION OF CONTRACT.

6/13/08

LEEWARD CONSTRUCTION

3/22                                                                                                         04/06/2008

LC000344
AUA000527

AMERICAN UNIVERSITY OF ANTIGUA  APPLICATION # 5

# APPLICATION AND CERTIFICATION FOR PAYMENT — AIA DOCUMENT G702

| To (Owner): American University of Antigua | | |
|---|---|---|
| | PROJECT: | American University of Antigua |
| | APPLICATION NO: | 5 |
| | PERIOD FROM | 24-May-08 |
| | TO: | 30-May-08 |
| Attention: A. S. Nagesh | CONTRACTOR FOR: | Leeward Construction |
| | ARCHITECTS: | Sundaram Architects |
| | PROJECT NO: | P103 |
| | CONTRACT DATE: | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
The present status of the account for this Contract is as follows:

| | | |
|---|---|---:|
| ORIGINAL CONTRACT SUM | EC$ | N/A |
| Net change by Change Orders | EC$ | N/A |
| CONTRACT SUM TO DATE | EC$ | 1,919,178 |
| LESS RETAINAGE | EC$ | 191,918 |
| TOTAL EARNED LESS RETAINAGE | EC$ | 1,727,260 |
| LESS PREVIOUS APPLICATION | EC$ | 1,463,176 |
| CURRENT PAYMENT DUE (subject to ABST) | EC$ | 264,084 |

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: 04-06-08

State of:  County of:
Subscribed and sworn to before me  day of
Notary Public
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .................................................
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

LC000365
AUA000548

LEEWARD CONSTRUCTION

1/22  04/06/2008