# EXHIBIT 7

RH/24

## Mike Johnson

| | |
|---|---|
| **From:** | Mike Johnson [mjohnson@auamed.net] |
| **Sent:** | Tuesday, June 17, 2008 3:08 PM |
| **To:** | 'Prabhu Marudheri' |
| **Cc:** | 'Corey Greenberg'; 'Neil Dickinson' |
| **Subject:** | RE: AUA; PHASE 1; CLASSROOM/LIBRARY |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Thanks for the info Prabu.
For information I'm sending this to Neil Dickenson.
Mike

---

**From:** Prabhu Marudheri [mailto:pmarudheri@AUAMED.ORG]
**Sent:** Tuesday, June 17, 2008 1:50 PM
**To:** mjohnson@auamed.net
**Cc:** Corey Greenberg
**Subject:** RE: AUA; PHASE 1; CLASSROOM/LIBRARY

With reference to our discussion, today, we will be paying EC$806,460 towards the mobilization advance. This advance can be recovered from the running bills that Leeward will submit, at a rate as per the LOI/contract-to-be-finalized.

Let me know if you have any questions.

Thanks.

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

---

**From:** Mike Johnson [mailto:mjohnson@auamed.net]
**Sent:** Friday, June 13, 2008 2:14 PM
**To:** Corey Greenberg
**Cc:** 'Neil Dickinson'; 'Paul Webster'; Prabhu Marudheri
**Subject:** AUA; PHASE 1; CLASSROOM/LIBRARY

Corey,
Payment # 6.00 for Leeward attached for your review/approval.
I have included BSBAT on the Mobilisation payment; if this is not approved, I can amend the documentation
Mike

6/19/2008

LC000367
AUA000550


PIH/24

## Mike Johnson

**From:** Mike Johnson [mjohnson@auamed.net]
**Sent:** Tuesday, June 17, 2008 3:08 PM
**To:** 'Prabhu Marudheri'
**Cc:** 'Corey Greenberg'; 'Neil Dickinson'
**Subject:** RE: AUA; PHASE 1; CLASSROOM/LIBRARY

Thanks for the info Prabu.
For information I'm sending this to Neil Dickenson.
Mike

---

**From:** Prabhu Marudheri [mailto:pmarudheri@AUAMED.ORG]
**Sent:** Tuesday, June 17, 2008 1:50 PM
**To:** mjohnson@auamed.net
**Cc:** Corey Greenberg
**Subject:** RE: AUA; PHASE 1; CLASSROOM/LIBRARY

With reference to our discussion, today, we will be paying EC$806,460 towards the mobilization advance. This advance can be recovered from the running bills that Leeward will submit, at a rate as per the LOI/contract-to-be-finalized.

Let me know if you have any questions.

Thanks.

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

---

**From:** Mike Johnson [mailto:mjohnson@auamed.net]
**Sent:** Friday, June 13, 2008 2:14 PM
**To:** Corey Greenberg
**Cc:** 'Neil Dickinson'; 'Paul Webster'; Prabhu Marudheri
**Subject:** AUA; PHASE 1; CLASSROOM/LIBRARY

Corey,
Payment # 6.00 for Leeward attached for your review/approval.
I have included BSBAT on the Mobilisation payment; if this is not approved, I can amend the documentation
Mike

6/17/2008

LC000368
AUA000551

## Mike Johnson

**From:** Mike Johnson [mjohnson@auamed.net]
**Sent:** Monday, June 16, 2008 4:35 PM
**To:** 'Corey Greenberg'
**Cc:** 'Neil Dickinson'
**Subject:** RE: AUA; PHASE 1; CLASSROOM/LIBRARY

Thanks Corey

---

**From:** Corey Greenberg [mailto:cgreenberg@AUAMED.ORG]
**Sent:** Monday, June 16, 2008 3:42 PM
**To:** Matt Petersen; Don Eckert; Yves YG. Georges; Prabhu Marudheri
**Cc:** mjohnson@auamed.net; Neil Dickinson
**Subject:** FW: AUA; PHASE 1; CLASSROOM/LIBRARY

Please accept this email as authorization to pay Leeward Construction EC$ 806,460.00. Please code as mobilization on LOI for USD$ 3 million phase I buildings I and II. ABST will be paid on an allotment basis, not lump sum.

Regards

Corey Greenberg
Chief Operating Officer
AUA College of Medicine
C/O Greater Caribbean Learning Center
New York, NY 10005
Tel: 212-661-8899 ext. 121
Fax: 646-390-4943

---

**From:** Mike Johnson [mailto:mjohnson@auamed.net]
**Sent:** Friday, June 13, 2008 2:14 PM
**To:** Corey Greenberg
**Cc:** 'Neil Dickinson'; 'Paul Webster'; Prabhu Marudheri
**Subject:** AUA; PHASE 1; CLASSROOM/LIBRARY

Corey,
Payment # 6.00 for Leeward attached for your review/approval.
I have included BSBAT on the Mobilisation payment; if this is not approved, I can amend the documentation
Mike

6/16/2008

LC000369
AUA000552

## Mike Johnson

P14/6C.

**From:** Mike Johnson [mjohnson@auamed.net]
**Sent:** Friday, June 13, 2008 5:05 PM
**To:** 'Corey Greenberg'
**Subject:** RE: AUA; PHASE 1; CLASSROOM/LIBRARY

Noted Corey.
Who going to assign the Mobilisation and how will it be done?
Mike

---

**From:** Corey Greenberg [mailto:cgreenberg@AUAMED.ORG]
**Sent:** Friday, June 13, 2008 4:05 PM
**To:** mjohnson@auamed.net
**Cc:** Prabhu Marudheri
**Subject:** RE: AUA; PHASE 1; CLASSROOM/LIBRARY

Mike,
Monday Prabhu will issue check for USD$ 300K. all ABST will be paid upon submission of bills so that it can be assigned to the proper building.

Have a good weekend

Corey Greenberg
Chief Operating Officer
AUA College of Medicine
C/O Greater Caribbean Learning Center
New York, NY 10005
Tel: 212-661-8899 ext. 121
Fax: 646-390-4943

**From:** Mike Johnson [mailto:mjohnson@auamed.net]
**Sent:** Friday, June 13, 2008 2:14 PM
**To:** Corey Greenberg
**Cc:** 'Neil Dickinson'; 'Paul Webster'; Prabhu Marudheri
**Subject:** AUA; PHASE 1; CLASSROOM/LIBRARY

Corey,
Payment # 6.00 for Leeward attached for your review/approval.
I have included BSBAT on the Mobilisation payment; if this is not approved, I can amend the documentation
Mike

6/14/2008

# Mike Johnson

| | |
|---|---|
| **From:** | Mike Johnson [mjohnson@auamed.net] |
| **Sent:** | Friday, June 13, 2008 2:14 PM |
| **To:** | 'Corey Greenberg' |
| **Cc:** | 'Neil Dickinson'; 'Paul Webster'; 'Prabhu Marudheri' |
| **Subject:** | AUA; PHASE 1; CLASSROOM/LIBRARY |
| **Attachments:** | PAYMENT # 6.00; CRF.pdf |

Corey,
Payment # 6.00 for Leeward attached for your review/approval.
I have included BSBAT on the Mobilisation payment; if this is not approved, I can amend the documentation
Mike

6/13/2008

LC000371
AUA000554

# American University of Antigua
# College of Medicine
# Check Request Form

## AUA Employee Information

| | |
|---|---|
| Name: | Mike Johnson |
| Department: | Construction |
| DATE | 13-Jun-08 |

### Phase 1: Classroom /Library/Nurses: Leeward Construction

| | |
|---|---|
| Interim Payment #6.00 Mobilization | 806,460.00 |
| ABST | 120,969.00 |
| Total Payment | EC $ 927,429.00 |

## Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Raod |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 927,429.00 |

## Additional Comments

Approved For Payment Pending Agreement of Bill of Quantities Rates & Completion of Contract.

### Approval

| | |
|---|---|
| Requestor's Signature: | [signed] |
| Request Date: | 6/13/08 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC000372
AUA000555

# AMERICAN UNIVERSITY of ANTIGUA

## PAYMENT BREAKDOWN FOR COSTING PURPOSES

| PAYMENT # | 6 |
|---|---|
| DATE | 6/13/08 |

### LEEWARD: SUMMARY

| LOCATION | GROSS AMOUNT (EC$) | PREVIOUS AMOUNT (EC$) | CURRENT AMOUNT (EC$) | AUA COST ALLOCATION PHASE 1 NORTH BUILDING (EC$) | SOUTH BUILDING (EC$) | LIBRARY (EC$) | SERVICE BLDG | MOBILISATION | ABST (EC$) |
|---|---|---|---|---|---|---|---|---|---|
| Classroom | 159,327.01 | 159,327.01 | 0.00 | 0.00 | | | | | |
| Laboratory | 260,266.39 | 260,266.39 | 0.00 | | 0.00 | | | | |
| Library | 757,027.97 | 757,027.97 | 0.00 | | | 0.00 | | | |
| Service Building | 117,889.42 | 117,889.42 | 0.00 | | | | 0.00 | | |
| Subtotal | 1,294,510.79 | 1,294,510.79 | 0.00 | | | | | | |
| Preliminaries | 356,531.55 | 356,531.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| Subtotal | 1,651,042.34 | 1,651,042.34 | 0.00 | | | | | | |
| Retention | 82,552.12 | 82,552.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| Subtotal | 1,568,490.22 | 1,568,490.22 | 0.00 | | | | | | |
| Mobilisation | 806,460.00 | 0.00 | 806,460.00 | | | | | 806,460.00 | |
| Subtotal | 2,374,950.22 | 1,568,490.22 | 806,460.00 | 0.00 | 0.00 | 0.00 | 0.00 | 806,460.00 | 0.00 |
| Previous Payments | 1,568,490.22 | | | | | | | | |
| Subtotal | 806,460.00 | | | | | | | | |
| ABST | 120,969.00 | | 120,969.00 | | | | | | 120,969.00 |
| NET PAYMENT | 927,429.00 | | 927,429.00 | 0.00 | 0.00 | 0.00 | 0.00 | 806,460.00 | 120,969.00 |

927,429.00 Check

1

AUA000556

AMERICAN UNIVERSITY OF ANTIGUA                                                   APPLICATION MOBILISATION

## Valuation Summary

| | | | AMOUNT CERTIFIED |
|---|---|---|---|
| Preliminaries | EC$ | 595,405 | AS PAYMENT #5.00   356,531.55 |
| Laboratory Building | EC$ | 260,005.45 | " "   260,266.39 |
| Classroom Building | EC$ | 159,065.81 | " "   159,327.01 |
| Library Building | EC$ | 783,690.22 | " "   757,027.97 |
| Services Building | EC$ | 121,012.06 | " "   117,889.42 |
| Materials on Site | EC$ | 0.00 | — |
| Deductions | EC$ | 0.00 | — |
| Total Claimed | EC$ | 1,919,178.24 | $ 1,651,042.34 |
| Less Retention | -10% EC$ | -191,917.82 | 5%  (82,552.12) |
| | | | LETTER OF INTENT 5/10/08 |
| | | | MAXIMUM VALUE US$3,000,000.00 |
| Mobilisation (10% US$3m) | EC$ | 806,460.00 | MOBILISATION 10% |
| | | | MOBILISATION AMOUNT US$300,000 to |
| | | | CONVERSION  2.6882  806,460.00 |
| Sub Total | EC$ | 2,533,720.42 | SUBTOTAL  $ 2,374,950.22 |
| Less Previous Applications | EC$ | 1,727,260.00 | PREVIOUS PAYMENTS  1,568,490.22 |
| Sub Total | EC$ | 806,460.42 | SUBTOTAL  $ 806,460.00 |
| ABST | 15% EC$ | 120,969.06 | ABST  120,969.00 |
| Total Due | EC$ | 927,429.48 | $ 927,429.00 |

Payment Terms:  7 days
Date Submitted:  4th June 2008

APPROVED FOR PAYMENT PENDING AGREEMENT OF BILL OF QUANTITIES RATES + COMPLETION OF CONTRACT.

[signature] 6/13/08

LEEWARD CONSTRUCTION