# EXHIBIT 8

**Mike Johnson**

**From:** Mike Johnson [mjohnson@auamed.net]
**Sent:** Friday, July 25, 2008 1:42 PM
**To:** 'Corey Greenberg'
**Cc:** 'colantony@auamed.net'; 'asnagesha@auamed.net'; 'Neil Dickinson'; 'Peter Robinson'
**Subject:** AUA; PHASE 1; LEEWARD
**Attachments:** PAYMENT # 7.OO; CRF; PAGES 14-36.pdf

9 4

Corey,
Second part of payment # 7.00 for Leeward attached fro your review/approval.
Mike

**Mike Johnson**

| | |
|---|---|
| **From:** | Mike Johnson [mjohnson@auamed.net] |
| **Sent:** | Friday, July 25, 2008 1:39 PM |
| **To:** | 'Corey Greenberg' |
| **Cc:** | 'colantony@auamed.net'; 'asnagesha@auamed.net'; 'Neil Dickinson'; 'Peter Robinson' |
| **Subject:** | AUA; PHASE 1; LC PAYMENT |
| **Attachments:** | PAYMENT # 7.00; CRF; PAGES 1-13.pdf |

Corey,
Payment # 7.00 for Leeward attached for your review/approval.
The application details will be forwarded in two emails because of the amount of detail involved in certification.
Mike

1

# American University of Antigua
# College of Medicine
# Check Request Form

**AUA Employee Information**

**Name:** Mike Johnson

**Department:** Construction

**DATE** July 25th,2008

| **Phase 1: Classroom/Library/Nurses: Leeward Constrcution** | |
|---|---|
| Interim Payment #7.00 Measured Works/Materials on Site. | 1,176,211.22 |
| ABST | 176,431.68 |
| Total Payment | 1,352,642.90 |

**Vendor Information**

**Vendor's name:** Leeward Construction Company Ltd.

**Vendor's TIN / SS#**

**Make check payable to:** Leeward Consstruction Company Ltd.

**Contact name:** Neil Dickenson

**Contact phone #:** 729-0072

**Payment address:** All Saints Road
P.O. Box, 1400
Antigua

| | US $'s | EC $'s |
|---|---|---|
| **CHEQUE AMOUNT** | | 1,352,624.90 |

**Additional Comments**

Approved for payment pending agreement of BOQ rates and Pre.lims, and completion of contract.
[signature] 7/25/08.

**Approval**

**Requestor's Signature:** [signature] 7/25/08 [signature] 7/25/08. Lt Col Roche Antony.

**Request Date:**

**Dean's Approval:**

**Approval Date:**

**Finance Approval:**

**Approval Date:**

~~LC000377~~
AUA000560

AMERICAN UNIVERSITY OF ANTIGUA

| Valuation Summary | | | | AMOUNT CERTIFIED |
|---|---|---|---|---|
| Mobilisation Fees | | EC$ | 806,460.00 | 739,255.00 |
| Preliminaries | | EC$ | 957,624 | 695,097.15 |
| Laboratory Building | | EC$ | 276,263.18 | 275,822.21 |
| Classroom Building | | EC$ | 205,392.94 | 204,112.64 |
| Library Building | | EC$ | 1,038,048.40 | 1,028,218.44 |
| Services Building | | EC$ | 128,483.71 | 123,709.23 |
| Concrete Testing | | EC$ | 21,000.00 | 10,500.00 |
| Materials on Site | | EC$ | 661,450.00 | 661,350.00 |
| Deductions | | EC$ | 0.00 | |
| Total Claimed | | EC$ | 4,094,721.83 | 3,738,064.67 |
| Less Retention | 5% | EC$ | 204,736.09 | 186,903.23 |
| Sub Total | | EC$ | 3,889,985.74 | 3,551,161.44 |
| Less Previous Payments (Nos 1-6 INCLUSIVE) | | EC$ | 2,374,950.22 | 2,374,950.22 |
| Sub Total | | EC$ | 1,515,035.52 | 1,176,211.22 |
| ABST | 15% | EC$ | 227,255.33 | 176431.68 |
| Total Due | | EC$ | 1,742,290.85 | 1,352,642.90 |

| MOBILISATION | |
|---|---|
| PAY # 6.00 : JUNE 2008 : GROSS | 806,460.00 |
| DRAFT CONTRACT CLASS/LIBRARY: SUBSTANTIAL COMPL. | AUGUST 2009 |
| LETTER OF INTENT 5/10/08 FULL PAY BACK 3 MONTHS PRIOR TO SUBSTANTIAL COMPLETION | MAY 2009 |
| PERIOD MOBILISATION PAYMENT TO TIME OF PAYBACK | 12 MONTHS |
| THEREFORE, REPAYMENT/MONTH | 67,205.00 |
| # MONTHS | 1 NO. |
| THEREFORE, AMOUNT OF REPAYMENT | 67,205.00 |
| THEREFORE, BALANCE OF MOBILISATION | 739,255.00 |

WITHOUT PREJUDICE: 50% CERTIFIED FOR INTERIM PAYMENT PURPOSES PENDING AGREEMENT OF CONTRACT BETWEEN AUA/LC + SUBMISSION OF DETAILS

APPROVED FOR PAYMENT PENDING AGREEMENT OF BILL OF QUANTITIES RATES + COMPLETION OF CONTRACT

Payment Terms: 7 days

Date Submitted: 11th July 2008

Date Agreed

Approved for Payment

[signature] 7/25/08

[signature] 7/25/08.

(N)

LEEWARD CONSTRUCTIO

LC000378
AUA000561

# AMERICAN UNIVERSITY of ANTIGUA

## PAYMENT BREAKDOWN FOR COSTING PURPOSES

| PAYMENT # | 7 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | 7/24/08 | | | | | | | | |
| | | | | | | | | | |
| LEEWARD; SUMMARY | | | | AUA COST ALLOCATION | | | | | |
| | | | | PHASE 1 | | | | | |
| LOCATION | GROSS AMOUNT (EC$) | PREVIOUS AMOUNT (EC$) | CURRENT AMOUNT (EC$) | MOBILISATION | NORTH BUILDING (EC$) | SOUTH BUILDING (EC$) | LIBRARY (EC$) | SERVICE BUILDING | ABST (EC$) |
| Mobilisation | 739,255.00 | 806,460.00 | -67,205.00 | -67,205.00 | | | | | |
| Preliminaries | 695,097.15 | 356,531.55 | 338,565.60 | | 44,946.77 | 15,611.79 | 272,166.27 | 5,840.75 | |
| Classroom | 204,112.64 | 159,327.01 | 44,785.63 | | 44,785.63 | | | | |
| Laboratory | 275,822.21 | 260,266.39 | 15,555.82 | | | 15,555.82 | | | |
| Library | 1,028,218.44 | 757,027.97 | 271,190.47 | | | | 271,190.47 | | |
| Service Building | 123,709.23 | 117,889.42 | 5,819.81 | | | | | 5,819.81 | |
| Concrete Testing | 10,500.00 | | 10,500.00 | | 1,393.94 | 484.17 | 8,440.74 | 181.14 | |
| Materials on Site | 661,350.00 | | 661,350.00 | | 87,798.50 | 30,495.89 | 531,646.35 | 11,409.25 | |
| Subtotal | 3,738,064.67 | 2,457,502.34 | 1,280,562.33 | -67,205.00 | 178,924.84 | 62,147.67 | 1,083,443.83 | 23,250.95 | 0.00 |
| Retention | -186,903.00 | -82,552.12 | -104,350.88 | 5,476.42 | -14,580.28 | -5,064.30 | -88,288.02 | -1,894.68 | |
| Subtotal | 3,551,161.67 | 2,374,950.22 | 1,176,211.45 | -61,728.58 | 164,344.56 | 57,083.37 | 995,155.81 | 21,356.27 | 0.00 |
| Previous Payments | 2,374,950.22 | | | | | | | | |
| Subtotal | 1,176,211.45 | | | | | | | | |
| ABST | 176,431.00 | | 176,431.00 | | | | | | 176,431.00 |
| NET PAYMENT | 1,352,642.45 | | 1,352,642.45 | -61,728.58 | 164,344.56 | 57,083.37 | 995,155.81 | 21,356.27 | 176,431.00 |
| | | | | 1,352,642.43 Check | | | | | |

LC000410
AUA000593

 

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

# American University of Antigua

## College Of Medicine

Jasmine Court
P.O.Box W1451
St. John's
Antigua

11th June 2008

***Attention: A.S.Nagesh***

Dear Sir

**Re: American University of Antigua – Application for Payment # 7**

Please find enclosed Application for Payment dated11th June 2008 for the value of:

**EC$ 1,515,036.00**
***(One Million, Five Hundred and Fifteen Thousand and Thirty Six Eastern Carribean Dollars)***

Subject to ABST.

Payment Application is for works completed during the period of 31st May – 11th ~~June~~ July 08 for an on account payment subject to contract negotiations.

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully

Paul Webster
Quantity Surveyor

Received by.................................................... Date.....11/7/08.....................

Signature.......[signature]............................................... 3-45 pm.

LC000412
AUA000595
RECEIVED 7/23/08 MKJ

AMERICAN UNIVERSITY OF ANTIGUA

APPLICATION # 7

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*

To (Owner): American University of Antigua

Attention: A. S. Nagesh

PROJECT: American University of Antigua
APPLICATION NO: 7
PERIOD FROM 31-May-08
TO: 11-Jul-08
CONTRACTOR FOR: Leeward Construction
ARCHITECTS: Sundaram Architects
PROJECT NO: P103
CONTRACT DATE:

# CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
The present status of the account for this Contract is as follows:

| | | |
|---|---|---|
| **ORIGINAL CONTRACT SUM** | EC$ | **N/A** |
| Net change by Change Orders | EC$ | **N/A** |
| **CONTRACT SUM TO DATE** | EC$ | **4,094,722** |
| **LESS RETAINAGE** | EC$ | **204,736** |
| **TOTAL EARNED LESS RETAINAGE** | EC$ | **3,889,986** |
| **LESS PREVIOUS APPLICATION** | EC$ | **2,374,950** |
| **CURRENT PAYMENT DUE** | EC$ | **1,515,036** |
| **(subject to ABST)** | | |

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: [signature] Date: 11-07-08

State of: County of:
Subscribed and sworn to before me day of
Notary Public
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** ..................................................

*(Attach explanation if amount certified differs from the amount applied for.)*

ARCHITECT:

By: ______________________ Date: ____________

This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

LC000414
AUA000597

RECEIVED MKJ 7/23/08

# AMERICAN UNIVERSITY of ANTIGUA

## PAYMENT BREAKDOWN FOR COSTING PURPOSES

| PAYMENT # | 7 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | 7/24/08 | | | | | | | | |
| | | | | | | | | | |
| LEEWARD; SUMMARY | | | | AUA COST ALLOCATION | | | | | |
| | | | | PHASE 1 | | | | | |
| LOCATION | GROSS AMOUNT (EC$) | PREVIOUS AMOUNT (EC$) | CURRENT AMOUNT (EC$) | MOBILISATION | NORTH BUILDING (EC$) | SOUTH BUILDING (EC$) | LIBRARY (EC$) | SERVICE BUILDING | ABST (EC$) |
| Mobilisation | 739,255.00 | 806,460.00 | -67,205.00 | -67,205.00 | | | | | |
| Preliminaries | 695,097.15 | 356,531.55 | 338,565.60 | | 44,946.77 | 15,611.79 | 272,166.27 | 5,840.75 | |
| Classroom | 204,112.64 | 159,327.01 | 44,785.63 | | 44,785.63 | | | | |
| Laboratory | 275,822.21 | 260,266.39 | 15,555.82 | | | 15,555.82 | | | |
| Library | 1,028,218.44 | 757,027.97 | 271,190.47 | | | | 271,190.47 | | |
| Service Building | 123,709.23 | 117,889.42 | 5,819.81 | | | | | 5,819.81 | |
| Concrete Testing | 10,500.00 | | 10,500.00 | | 1,393.94 | 484.17 | 8,440.74 | 181.14 | |
| Materials on Site | 504,820.00 | | 504,820.00 | | 67,018.12 | 23,278.04 | 405,814.94 | 8,708.88 | |
| Subtotal | 3,581,534.67 | 2,457,502.34 | 1,124,032.33 | -67,205.00 | 158,144.46 | 54,929.82 | 957,612.42 | 20,550.58 | 0.00 |
| Retention | -179,076.73 | -82,552.12 | -96,524.61 | 5,771.12 | -13,580.42 | -4,717.01 | -82,233.54 | -1,764.75 | |
| Subtotal | 3,402,457.94 | 2,374,950.22 | 1,027,507.72 | -61,433.88 | 144,564.04 | 50,212.81 | 875,378.88 | 18,785.83 | 0.00 |
| Previous Payments | 2,374,950.22 | | | | | | | | |
| Subtotal | 1,027,507.72 | | | | | | | | |
| ABST | 154,126.16 | | 154,126.16 | | | | | | 154,126.16 |
| NET PAYMENT | 1,181,633.88 | | 1,181,633.88 | -61,433.88 | 144,564.04 | 50,212.81 | 875,378.88 | 18,785.83 | 154,126.16 |
| | | | | 1,181,633.84 Check | | | | | |

LC000418
AUA000601

AMERICAN UNIVERSITY OF ANTIGUA

| Valuation Summary | | | | AMOUNT CERTIFIED |
|---|---|---|---|---|
| Mobilisation Fees | | EC$ | 806,460.00 | 739,255.00 |
| Preliminaries | | EC$ | 957,624 | 695,097.15 |
| Laboratory Building | | EC$ | 276,263.18 | 275,822.21 |
| Classroom Building | | EC$ | 205,392.94 | 204,112.64 |
| Library Building | | EC$ | 1,038,048.40 | 1,028,218.44 |
| Services Building | | EC$ | 128,483.71 | 123,709.23 |
| Concrete Testing | | EC$ | 21,000.00 | 10,500.00 |
| Materials on Site | | EC$ | 661,450.00 | 504,820.00 |
| Deductions | | EC$ | 0.00 | |
| Total Claimed | | EC$ | 4,094,721.83 | 3,581,534.67 |
| Less Retention | 5% | EC$ | 204,736.09 | 179,076.73 |
| Sub Total | | EC$ | 3,889,985.74 | 3,402,457.94 |
| Less Previous Payments (Nos 1-6 INCLUSIVE) | | EC$ | 2,374,950.22 | 2,374,950.22 |
| Sub Total | | EC$ | 1,515,035.52 | 1,027,507.72 |
| ABST | 15% | EC$ | 227,255.33 | 154,126.16 |
| Total Due | | EC$ | 1,742,290.85 | 1,181,633.87 |

| MOBILISATION | |
|---|---|
| PAY # 6.00 : JUNE 2008 : GROSS | 806,460.00 |
| DRAFT CONTRACT CLASS/LIBRARY: SUBSTANTIAL COMPL. | AUGUST 2009 |
| LETTER OF INTENT 5/10/08 FULL PAY BACK 3 MONTHS PRIOR TO SUBSTANTIAL COMPLETION | MAY 2009 |
| PERIOD MOBILISATION PAYMENT TO TIME OF PAYBACK | 12 MONTHS |
| THEREFORE, REPAYMENT/MONTH | 67,205.00 |
| # MONTHS | 1 NO. |
| THEREFORE, AMOUNT OF REPAYMENT | 67,205.00 |
| THEREFORE, BALANCE OF MOBILISATION | 739,255.00 |

WITHOUT PREJUDICE: 50% CERTIFIED FOR INTERIM PAYMENT PURPOSES PENDING AGREEMENT OF CONTRACT BETWEEN AUA/LC + SUBMISSION OF DETAILS

Payment Terms: 7 days

Date Submitted: 11th July 2008

Date Agreed

LC000420

AUA000603

LEEWARD CONSTRUCTIO

3/29

RECEIVED MKO 7/23/08

P14/24

**Mike Johnson**

**From:** Peter Robinson [probinson@leeward.ag]
**Sent:** Wednesday, July 23, 2008 10:18 PM
**To:** 'Peter McLeod'
**Cc:** 'Neil Dickinson'; colonantony@aumed.net; Corey Greenberg; mjohnson@auamed.net
**Subject:** RE: American University Of Antigua

Peter,

Ok ,

You have got a deal !!!

Now can we all pull together and get this job going the way we all want it.

Kind Regards

Peter Robinson
*Senior Quantity Surveyor.*
*CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: probinson@leeward.ag
OFFICE: (268) 462-0071
CELL: (268) 729-0082
FAX: (268) 462-4868

---

**From:** Peter McLeod [mailto:mcleod@dhpassociates.com]
**Sent:** Wednesday, July 23, 2008 6:41 PM
**To:** Peter Robinson
**Cc:** colonantony@aumed.net; Neil Dickinson; asnagesha@auamed.net; mjohnson@auamed.net; Corey Greenberg
**Subject:** RE: American University Of Antigua

Peter,

I agree materials on site have no relevance for Final Accounting?

For fluctuations the invoice at contract can be compared with invoice at order and any variance applied to the BQ quantities.

Agreed the payments on account for Cash Flow within interim payments.

Peter

**Peter J. McLeod**
Partner
**DHP Associates**
Chartered Quantity Surveyors/Project Managers
P.O. Box CB-11701
Nassau, Bahamas
Tel: (242) 327-2580
Fax: (242) 327-2603

www.dhpassociates.com

**From:** Peter Robinson [mailto:probinson@leeward.ag]
**Sent:** Wednesday, July 23, 2008 6:35 PM
**To:** Peter McLeod
**Cc:** colonantony@aumed.net; 'Neil Dickinson'; asnagesha@auamed.net; mjohnson@auamed.net; Corey Greenberg
**Subject:** RE: American University Of Antigua

Peter,

We can understand invoices for materials off site but this has to be sorted out.

We have compiled with the request to provide invoices for materials included in this valuation.

We will require payment for materials on site at each payment so we will provide invoices.

The point is the materials on site will not be in the final account and as such will be of no particular importance apart from a cash flow basis.

The valuation as a whole is slow and overdue and causing us unnecessary distress.

We need agreement on payment by Friday this week.

Kind Regards

Peter Robinson
*Senior Quantity Surveyor.*
***CONSTRUCTION COMPANY LIMITED.***
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: probinson@leeward.ag
OFFICE: (268) 462-0071
CELL: (268) 729-0082
FAX: (268) 462-4868

**From:** Peter McLeod [mailto:mcleod@dhpassociates.com]
**Sent:** Wednesday, July 23, 2008 5:13 PM
**To:** Peter Robinson; colantony@auamed.net
**Cc:** mjohnson@auamed.net; Neil Dickinson; asnagesha@auamed.net
**Subject:** RE: American University Of Antigua

WHY?

Clause is clear and more importantly - if we're entering into a contract with material fluctuations you'll have to submit this information as substantiation in any event??

Peter

Peter J. McLeod
Partner
DHP Associates
Chartered Quantity Surveyors/Project Managers
P.O. Box CB-11701
Nassau, Bahamas

Tel: (242) 327-2580
Fax: (242) 327-2603
www.dhpassociates.com

---

**From:** Peter Robinson [mailto:probinson@leeward.ag]
**Sent:** Wednesday, July 23, 2008 5:02 PM
**To:** colantony@auamed.net
**Cc:** mjohnson@auamed.net; Peter McLeod; 'Neil Dickinson'; asnagesha@auamed.net
**Subject:** RE: American University Of Antigua

NOT AGREED

Kind Regards

Peter Robinson
*Senior Quantity Surveyor.*
***CONSTRUCTION COMPANY LIMITED.***
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: probinson@leeward.ag
OFFICE: (268) 462-0071
CELL: (268) 729-0082
FAX: (268) 462-4868

---

**From:** Col. Roche Antony [mailto:colantony@auamed.net]
**Sent:** Wednesday, July 23, 2008 4:55 PM
**To:** probinson@leeward.ag; neil@leeward.ag
**Cc:** asnagesha@auamed.net
**Subject:** RE: American University Of Antigua

Dear Peter,

For your info.

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel: 268 481-8918
Mobile: 268 764- 4915
Fax: 268 481-8924

---

**From:** Peter McLeod [mailto:mcleod@dhpassociates.com]
**Sent:** Wednesday, July 23, 2008 3:19 PM
**To:** colantony@auamed.net; mjohnson@auamed.net; Corey Greenberg
**Subject:** RE: American University Of Antigua

Materials on site:

Not correct – we get invoices all the time - AIA Contract Clause 9.3.1 "……by such data substantiating the Contractors right to payment as the Owner or Architect may require, such as copies of requisitions from Subcontractors and material suppliers….."

AIA General Conditions – A201 – LC have a copy.

Peter

**Peter J. McLeod**
Partner
**DHP Associates**
Chartered Quantity Surveyors/Project Managers
P.O. Box CB-11701
Nassau, Bahamas
Tel: (242) 327-2580
Fax: (242) 327-2603
www.dhpassociates.com

---

**Sent:** Wednesday, July 23, 2008 1:46 PM
**To:** colonantony@aumed.net
**Cc:** asnagesha@auamed.net; mjohnson@auamed.net; 'Neil Dickinson'; Corey Greenbe
**From:** Peter Robinson [mailto:probinson@leeward.ag] rg; sandrap@leeward.ag; 'Paul Webster'; Peter McLeod
**Subject:** American University Of Antigua

Dear Sir,

With reference to our application for payment nr 7 dated 11th July 2008 and your agreement with our figures and all relevant supporting documentation.( A copy of which is attached.)

This is for works carried out from 31st May 2008 to 11th July 2008.

We point to clause 5 in the contract documents.

The timescale for payment is 15 days.

We therefore require payment on or before 26th July 2008 .

Failure to comply would invoke clause 13.6 (interest)

We would further point out there is no requirement for us to furnish you with our invoices for materials onsite. Materials onsite are based on the quantity onsite and an agreed rate to supply. (we have provided rates all through this project)

The are as such regarded as a cash flow item and will not form part of a final account.

We therefore content that you have had all the required supporting documentation since 11th July 2008.

WE STRESS THAT WE ARE TRYING TO WORK WITH YOU BUT WE ARE IN A SITUATION WHEREBY WE HAVE A CASHFLOW DEFICIT OF 2 MILION EC DOLLARS CURRENTLY ON THIS PROJECT. (MEASURED VALUE)

Therefore we cannot continue to finance this project so prompt payment would be appreciated and taken as a sign of good working relations.

We are not asking for anything more than we are entitled to and hope this clarifies all the points of valuation procedure under this contract.

Kind Regards

Peter Robinson

*Senior Quantity Surveyor.*

***CONSTRUCTION COMPANY LIMITED.***

**ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA**

**MAIL:** probinson@leeward.ag
**OFFICE:** **(268) 462-0071**
**CELL:** **(268) 729-0082**
**FAX:** **(268) 462-4868**

**Mike Johnson**

---

**From:** Mike Johnson [mjohnson@auamed.net]
**Sent:** Friday, July 25, 2008 3:20 PM
**To:** 'Corey Greenberg'
**Cc:** 'colantony@auamed.net'; 'asnagesha@auamed.net'
**Subject:** AUA; PHASE 1; LEEWARD
**Attachments:** PAYMENT # 7.00; REVIEW OF ADJUSTMENTS

Corey,
The attached indicates where adjustments have been made to LC payment application.
It may come in useful in discussions with LC........I'm sure they will complain about the reductions to they EC$1.7m pay demand.
Mike

**AMERICAN UNIVERSITY of ANTIGUA**
**NEW CAMPUS, COOLIDGE, ANTIGUA**

## LEEWARD CONSTRUCTION; INTERIM PAYMENT # 7.00; DETAILS OF ADJUSTMENT TO LC APPLICATION

| | CLAIM | CERTIFIED | DIFFERENCE | COMMENTS | | | | |
|---|---|---|---|---|---|---|---|---|
| Mobilisation | 806460.00 | 739255.00 | 67205.00 | Repayment of Mobilisation not considered | | | | |
| Preliminaries | 957624.00 | 695097.15 | 262526.85 | Claims compared with LC Prelims assessment to DHP made and adjustment made where deemed necessary | | | | |
| | | | | DHP comments on LC Prelims assessment considered and adjustment made where necessary | | | | |
| | | | | Claim overlooks circumstances surrounding previous payments which can be summarized as follows:- | | | | |
| | | | | PAY # | CLAIM | CERT | DIFF | |
| | | | | 1 | 248085.29 | 80013.80 | 168071.49 | |
| | | | | 2 | 198468.23 | 159786.12 | 38682.11 | |
| | | | | 3 | 49617.06 | 40164.19 | 9452.87 | |
| | | | | 4 | 49617.06 | 38533.72 | 11083.34 | |
| | | | | 5 | 49617.06 | 38533.72 | 11083.34 | |
| | | | | | PREVIOUS ADJUSTMENTS | | 238373.15 | |
| Laboratory Building | 276263.18 | 275822.21 | 440.97 | Measurement/price adjustments | | | | |
| Classroom Building | 205392.94 | 204112.64 | 1280.30 | Measurement/price adjustments | | | | |
| Library Building | 1038048.40 | 1028218.44 | 9829.96 | Measurement/price adjustments | | | | |
| Services Building | 128483.71 | 123709.23 | 4774.48 | Measurement/price adjustments | | | | |
| Concrete Testing | 21000.00 | 10500.00 | 10500.00 | Arbitary Adjustment; No provision to pay & not details provided | | | | |
| Materials on Site | 661450.00 | 661350.00 | 100.00 | | | | | |
| Amount Claimed | 4094721.83 | 3738064.67 | 356657.56 | | | | | |
| Less - Retention | 204736.09 | 186903.23 | 17832.86 | | | | | |
| Subtotal | 3889985.74 | 3551161.44 | 338824.30 | | | | | |
| Previous Payments | 2374950.22 | 2374950.22 | 0.00 | | | | | |
| Subtotal | 1515035.52 | 1176211.22 | 338824.30 | | | | | |
| ABST | 227255.33 | 176431.68 | 50823.65 | | | | | |
| PAYMENT # 7.00 | 1742290.85 | 1352642.90 | 389647.95 | | | | | |

LC000428
AUA000611