# EXHIBIT 9

LC ABST 000205

**Melinda Benanti**

| | |
|---|---|
| From: | Corey Greenberg [cgreenberg@AUAMED.ORG] |
| Sent: | Monday, July 28, 2008 1:50 PM |
| To: | Matt Petersen; Don Eckert; Yves YG. Georges; pmarudheri@auamed.org |
| Cc: | mjohnson@auamed.net; ed; Neil Dickinson |
| Subject: | payment 7 for Leeward |
| Attachments: | AUA; PHASE 1; LEEWARD (404 KB); AUA; PHASE 1; LC PAYMENT (213 KB) |

Please accept this email as authorization to pay Leeward Construction interim payment 7 invoice amount EC$ 1,176,211.22 and ABST invoice EC$ 176,431.68 for a total of EC$1,352,642.90. Please code as phase I classroom and library blocks. This payment is subject to final preliminaries being agreed to. All wiring info is on file.

Regards.

Corey Greenberg
Chief Operating Officer
AUA College of Medicine
C/O Greater Caribbean Learning Center
New York, NY 10005
Tel: 212-661-8899 ext. 121
Fax: 646-390-4943

DISCLAIMER:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. American University of Antigua College of Medicine, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

1