# EXHIBIT 10

**Alana Bartley**

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Tuesday, July 29, 2008 4:17 PM |
| **To:** | Col. Roche Antony |
| **Cc:** | 'Corey Greenberg' |
| **Subject:** | FW: Special Request |

**Attachments:** Leeward Construction scan.jpg

Col. Antony

Following our discussions today I have, as instructed, contacted our suppliers in the UK and I have ordered the support equipment detailed below and in the supplied drawings. I am awaiting final details of loading time, transport to port and shipping to Antigua.

However, as stated in my previous communication we will need the discussed mobilisation advance accordingly.

The combined figure is expected to be UK Sterling £ 41,173.00

Kind Regards

Neil Dickinson
*Projects Director.*

**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:   (268) 729-0072
FAX:    (268) 462-4868

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** 25 July 2008 16:09
**To:** Col. Roche Antony
**Cc:** Mike Johnson (mjohnson@auamed.net); Arsikere Nagesh (asnagesha@auamed.net); Corey Greenberg
**Subject:** Special Request

Col. Antony

Following on from our discussions in our project meeting today regarding the first floor construction of the two main classroom buildings.

I can confirm that amount of jacks need to support the form work for just one of the buildings is in the region of 1700. Quite simply speaking, this quantity of jacks are not available in the whole of Antigua. Therefore, we have consulted with specialists in the UK regarding the temporary support structure needed to safely construct the post tensioned beams and slab. Following our investigations we have

LC000429

identified a scaffold support system which needs to be ordered and imported without delay in order to meet our planned production schedule.

We have already ordered the main scaffolding element and that is represented in the attached invoice. This equipment has already left the UK and is on its way to Antigua.

Below is a copy email from our supplier identifying the costs for the remainder of the system. The combination of the two elements is a sizeable figure which, I expected to be able to cover as part of our mobilisation payment which is due on signing the final contracts.

As the contracts are not yet available and, it would seem at least a further two weeks away, I respectfully request mobilisation consideration for the attached and below.

The equipment is identified and ready for shipment and our supplier is standing by for instructions to dispatch. However, they will not do so until payment is received, hence my application for a mobilisation advance.

I respectfully request your urgent attention to this matter.


**From:** ALANJRAWLINSON@aol.com [mailto:ALANJRAWLINSON@aol.com]
**Sent:** 26 June 2008 15:13
**To:** neil@leeward.ag
**Subject:** Re: Kwikstage scaffold

Hi Neil, many thanks for the order your agent has allocated a collection for Monday so I have arranged everything in place for then.
With regards to your soffit support Kwikstage I have roughly calculated a price of £29,705.00 as being the price for sufficient material to construct a soffit to a building with approximate dimensions of 170ft long by 65ft wide with a height of 14ft.
I have included the Primary beams in aluminium with you supplying the secondary beams.
Should this fall within budget I can get a drawing compiled for you to look at to see if you are happy.
If you wanted to take a lesser amount then the price would obviously adjust accordingly. For your information I have included a material list for you to look at:
300 x Adj base Jacks
300 x Adj U heads
300 x 6 ft standards
300 x 6 ft open ended Standards
2240 x 6 ft Ledgers
180 x 6 ft bracing tubes
360 x swivel couplers
100 x 5.4 mtr Aluminium Beams
I trust this is acceptable to you and if you need any more information feel free to call me.
Kindest regards Alan


Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868

12/21/2011

LC000430



**UNIT**
PLANT SERVICES

VENTURE POINT BUSINESS PARK
SPEKE BOULEVARD
SPEKE
LIVERPOOL L24 9LU
TELEPHONE: 0151-486 3971
FAX: 0151-486 5208

American University of Antigua College of Medicine
Free Trade & Processing zone
St John's
Antigua
West Indies

**ATTENTION – LEEWARD CONSTRUCTION**                    27 June 2008

Dear Sirs,

Please accept this document as proof of purchase as follows:

Purchase of Scaffolding material              Price  **£11,468.00**

Our VAT number is: 482 6980 04

Please get in touch if you require anything further.

Yours faithfully

Alan Rawlinson
Director

SHERATON FIELDS LTD.
Trading as Unit Plant Services
Reg. Office: 37 Wilson Patten Street,
Warrington, Cheshire
Reg. No. 2202718 England

## Alana Bartley

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Friday, August 01, 2008 7:05 AM |
| **To:** | Col. Roche Antony |
| **Cc:** | 'Corey Greenberg'; 'mjohnson@auamed.net'; Arsikere Nagesh (asnagesha@auamed.net) |

**Attachments:** Unit Plant Invoice One.jpg; Unit Plant Invoice Two.jpg

Col. Antony

I can confirm that the second delivery of the scaffold support system is now been consolidated in the UK and is awaiting shipping.

Please find attached the two invoices relating to the previous and pending shipments. We are awaiting the funds as discussed to enable shipment to proceed.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
**MAIL:** neil@leeward.ag
**OFFICE:** (268) 462-0071
**CELL:** (268) 729-0072
**FAX:** (268) 462-4868

**LC000432**



**UNIT**
PLANT SERVICES

VENTURE POINT BUSINESS PARK
SPEKE BOULEVARD
SPEKE
LIVERPOOL L24 9LU
TELEPHONE: 0151-486 3971
FAX: 0151-486 5208

American University of Antigua College of Medicine
Free Trade & Processing zone
St John's
Antigua
West Indies

**ATTENTION – LEEWARD CONSTRUCTION**                     27 June 2008

Dear Sirs,

Please accept this document as proof of purchase as follows:

Purchase of Scaffolding material            Price  **£11,468.00**

Our VAT number is: 482 6980 04

Please get in touch if you require anything further.

Yours faithfully

Alan Rawlinson
Director

SHERATON FIELDS LTD.
Trading as Unit Plant Services
Reg. Office: 37 Wilson Patten Street,
Warrington, Cheshire
Reg. No. 227

LC000433

**Unit Plant Services**
Venture Point Business Park
Speke Boulevard
Speke
Liverpool

# INVOICE

Page      1

VAT NUMBER    482 6980 04

| CUSTOMER:- | DELIVERY ADDRESS:- |
|---|---|
| American University of Antigua College of Medicine<br>Free Trade & Processing Zone<br>St John's, Antigua<br>West Indies<br>Attention of Leeward Construction | ANTIGUA<br>WEST INDIES |

| CUSTOMER ORDER No. | ACCOUNT No. | OUR REF No. | PAGE | TAX DATE | DOCUMENT No. |
|---|---|---|---|---|---|
| | LEEWARD | | | 31/07/2008 | 50824 |

| | Net | VAT |
|---|---|---|
| FOR THE ATTENTION OF LEEWARD CONSTRUCTION | | |
| TO SALE OF SCAFFOLDING MATERIAL | 29,705.00 | 5,198.38 |

Telephone    0151 486 3971

Fax              0151 486 5208

| | |
|---|---|
| Total Net Amount | 29,705.00 |
| Total Tax Amount | 5,198.38 |
| Invoice Total | 34,903.38 |

Sherston Fields Ltd T/A
Unit Plant Services    A company incorporated in England  Company Number 2272718

LC000434

**Alana Bartley**

| | |
|---|---|
| **From:** | Roche, Antony [colantony@auamed.net] |
| **Sent:** | Saturday, August 02, 2008 10:03 AM |
| **To:** | Neil Dickinson |
| **Cc:** | Corey Greenberg; mjohnson@auamed.net; Nagesha, A.S.; pmarudheri@auamed.org |

**Subject:** RE: SHIPPING OF SCAFFOLDING

Neil,

It is confirmed that mobilization advance for scaffolding has been released.

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel: 268 481-8918
Mobile: 268 764- 4915
Fax: 268 481-8924

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Friday, August 01, 2008 7:05 AM
**To:** Roche, Antony
**Cc:** Greenberg, Corey Ext.; Johnson, Mike; Nagesha, A.S.
**Subject:**

Col. Antony

I can confirm that the second delivery of the scaffold support system is now been consolidated in the UK
and is awaiting shipping.

Please find attached the two invoices relating to the previous and pending shipments. We are awaiting
the funds as discussed to enable shipment to proceed.

Kind Regards

Neil Dickinson
*Projects Director.*
***LEEWARD*** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL: (268) 729-0072
FAX: (268) 462-4868

12/21/2011

LC000435

**Alana Bartley**

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Wednesday, August 06, 2008 3:38 PM |
| **To:** | Col. Roche Antony |
| **Cc:** | 'Corey Greenberg'; 'mjohnson@auamed.net'; Arsikere Nagesh (asnagesha@auamed.net) |

**Subject:** RE:

Col. Antony

I am advised by our Financial Office that we have received the sum of EC$ 150,000.00 advanced mobilisation payment for the scaffolding support system previously discussed.

I forward the invoices to you which totalled some UK sterling £31,173.00 which according to the bank transfer rate equates to over EC$ 222,000.00.

Therefore, can you please explain the shortfall.

The requested mobilisation advance was for the equipment only and did not include the UK sterling £6000.00 shipping therefore I am surprised at this outcome.

The agreement was the mobilisation monies would be paid to enable us to export the equipment from the UK.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:    (268) 462-4868

I await your comments.

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** 01 August 2008 07:05
**To:** Col. Roche Antony
**Cc:** 'Corey Greenberg'; 'mjohnson@auamed.net'; Arsikere Nagesh (asnagesha@auamed.net)
**Subject:**

Col. Antony

I can confirm that the second delivery of the scaffold support system is now been consolidated in the UK and is awaiting shipping.

Please find attached the two invoices relating to the previous and pending shipments. We are awaiting

12/21/2011

LC000436

the funds as discussed to enable shipment to proceed.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:     (268) 729-0072
FAX:      (268) 462-4868

12/21/2011

LC000437

**Alana Bartley**

| | |
|---|---|
| **From:** | Roche, Antony [colantony@auamed.net] |
| **Sent:** | Thursday, August 07, 2008 11:22 AM |
| **To:** | Neil Dickinson |
| **Cc:** | Greenberg, Corey Ext. |
| **Subject:** | RE: |

**Attachments:** image003.gif; image003.gif

Dear Neil,

You have in your attached mail of 7/25 intimated an estimated scaffolding cost of UK 29,705 ., accordingly, an advance of EC 150,000 has been released. Your subsequent mail of 7/29 has indicated an estimated  sum of UK 41,173 . Further, your mail indicates that you had initiated an advance payment of  UK  11468 as early as June 2008 ,. The mobilization advance, initiated was subsequent to our discussion of July 25, during our weekly meeting , amounting to UK 29,705 , breakdown of which has been obtained from Allan Rawlinson by you, and copy attached. Hence, a sum of EC I50,000 has been released to you .


Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel: 268 481-8918
Mobile: 268 764- 4915
Fax: 268 481-8924

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Wednesday, August 06, 2008 3:38 PM
**To:** Roche, Antony
**Cc:** Greenberg, Corey Ext.; Johnson, Mike; Nagesha, A.S.
**Subject:** RE:

Col. Antony

I am advised by our Financial Office that we have received the sum of EC$ 150,000.00 advanced mobilisation payment for the scaffolding support system previously discussed.

I forward the invoices to you which totalled some UK sterling £31,173.00 which according to the bank transfer rate equates to over EC$ 222,000.00.

Therefore, can you please explain the shortfall.

The requested mobilisation advance was for the equipment only and did not include the UK sterling £6000.00 shipping therefore I am surprised at this outcome.

The agreement was the mobilisation monies would be paid to enable us to export the equipment from the UK.

Kind Regards

Neil Dickinson

12/15/2011

LC000438

*Projects Director.*

**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:    (268) 462-4868

I await your comments.

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** 01 August 2008 07:05
**To:** Col. Roche Antony
**Cc:** 'Corey Greenberg'; 'mjohnson@auamed.net'; Arsikere Nagesh (asnagesha@auamed.net)
**Subject:**

Col. Antony

I can confirm that the second delivery of the scaffold support system is now been consolidated in the UK and is awaiting shipping.

Please find attached the two invoices relating to the previous and pending shipments. We are awaiting the funds as discussed to enable shipment to proceed.

Kind Regards

Neil Dickinson
*Projects Director.*

**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:    (268) 462-4868

LC000439

**Alana Bartley**

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Thursday, August 07, 2008 1:16 PM |
| **To:** | 'Roche, Antony' |
| **Cc:** | 'Greenberg, Corey Ext.' |
| **Subject:** | RE: |

Col. Antony

It seems from your email below that there has been a misunderstanding.

My email of the 7/25 clearly states that we Leeward had already purchased the first part of the support system in an attempt to be pro-active and at a cost of UK sterling £11,468.00 to Leeward. The invoice was attached to that email. Furthermore my email explained the reasons for the mobilisation amount and a request for payment for *"the attached and below"*

The same email clearly displayed the quotation from Unit Plant for the second part of the system at a cost of UK sterling £29705.00. the summation of the two amounts equates to UK Sterling £41173.00.

I re-iterated the total amount in my subsequent email of 7/29 enclosing both purchase invoices from Unit Plant Services and thereby justifying Leeward's expenditure and my mobilisation advance request for the full amount of UK Sterling £41173.00.

It would appear that you have only considered one invoice of UK sterling £29705.00 instead of the total amount.

If you need further clarification I am happy to meet with you to discuss further.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O. BOX 1400, ST. JOHNS, ANTIGUA
**MAIL:** neil@leeward.ag
**OFFICE:** (268) 462-0071
**CELL:** (268) 729-0072
**FAX:** (268) 462-4868

---

**From:** Roche, Antony [mailto:colantony@auamed.net]
**Sent:** 07 August 2008 11:22
**To:** Neil Dickinson
**Cc:** Greenberg, Corey Ext.
**Subject:** RE:

Dear Neil,

You have in your attached mail of 7/25 intimated an estimated scaffolding cost of UK 29,705 .,accordingly, an advance of EC 150,000 has been released. Your subsequent mail of 7/29 has indicated an estimated  sum of UK 41,173 .Further,your mail indicates that you had initiated an advance

LC000440

payment of UK 11468 as early as June 2008 ,. The mobilization advance, initiated was subsequent to our discussion of July 25, during our weekly meeting ,amounting to UK 29,705 ,breakdown of which has been obtained from Allan Rawlinson by you, and copy attached. Hence, a sum of EC l50,000 has been released to you .

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel: 268 481-8918
Mobile: 268 764- 4915
Fax: 268 481-8924

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Wednesday, August 06, 2008 3:38 PM
**To:** Roche, Antony
**Cc:** Greenberg, Corey Ext.; Johnson, Mike; Nagesha, A.S.
**Subject:** RE:

Col. Antony

I am advised by our Financial Office that we have received the sum of EC$ 150,000.00 advanced mobilisation payment for the scaffolding support system previously discussed.

I forward the invoices to you which totalled some UK sterling £31,173.00 which according to the bank transfer rate equates to over EC$ 222,000.00.

Therefore, can you please explain the shortfall.

The requested mobilisation advance was for the equipment only and did not include the UK sterling £6000.00 shipping therefore I am surprised at this outcome.

The agreement was the mobilisation monies would be paid to enable us to export the equipment from the UK.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
**MAIL:** neil@leeward.ag
**OFFICE:** (268) 462-0071
**CELL:**    (268) 729-0072
**FAX:**    (268) 462-4868

I await your comments.

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** 01 August 2008 07:05
**To:** Col. Roche Antony

12/21/2011

LC000441

**Cc:** 'Corey Greenberg'; 'mjohnson@auamed.net'; Arsikere Nagesh (asnagesha@auamed.net)
**Subject:**

Col. Antony

I can confirm that the second delivery of the scaffold support system is now been consolidated in the UK and is awaiting shipping.

Please find attached the two invoices relating to the previous and pending shipments. We are awaiting the funds as discussed to enable shipment to proceed.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
**MAIL:** nell@leeward.ag
**OFFICE:** (268) 462-0071
**CELL:**    (268) 729-0072
**FAX:**     (268) 462-4868

12/21/2011

LC000442

**Alana Bartley**

| | |
|---|---|
| **From:** | Roche, Antony [colantony@auamed.net] |
| **Sent:** | Thursday, August 07, 2008 2:40 PM |
| **To:** | Neil Dickinson |
| **Cc:** | Greenberg, Corey Ext. |

**Subject:** RE:

Neil,

We may discuss and close the issue.

Thanks

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel: 268 481-8918
Mobile: 268 764- 4915
Fax: 268 481-8924

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Thursday, August 07, 2008 1:16 PM
**To:** Roche, Antony
**Cc:** Greenberg, Corey Ext.
**Subject:** RE:

Col. Antony

It seems from your email below that there has been a misunderstanding.

My email of the 7/25 clearly states that we Leeward had already purchased the first part of the support system in an attempt to be pro-active and at a cost of UK sterling £11,468.00 to Leeward. The invoice was attached to that email. Furthermore my email explained the reasons for the mobilisation amount and a request for payment for *"the attached and below"*

The same email clearly displayed the quotation from Unit Plant for the second part of the system at a cost of UK sterling £29705.00. the summation of the two amounts equates to UK Sterling £41173.00.

I re-iterated the total amount in my subsequent email of 7/29 enclosing both purchase invoices from Unit Plant Services and thereby justifying Leeward's expenditure and my mobilisation advance request for the full amount of UK Sterling £41173.00.

It would appear that you have only considered one invoice of UK sterling £29705.00 instead of the total amount.

If you need further clarification I am happy to meet with you to discuss further.

Kind Regards

Neil Dickinson
*Projects Director.*

12/21/2011

LC000443

**LEEWARD** CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868

**From:** Roche, Antony [mailto:colantony@auamed.net]
**Sent:** 07 August 2008 11:22
**To:** Neil Dickinson
**Cc:** Greenberg, Corey Ext.
**Subject:** RE:

Dear Neil,

You have in your attached mail of 7/25 intimated an estimated scaffolding cost of UK 29,705 .,accordingly, an advance of EC 150,000 has been released. Your subsequent mail of 7/29 has indicated an estimated  sum of UK 41,173 .Further,your mail indicates that you had initiated an advance payment of  UK  11468 as early as June 2008 ,. The mobilization advance, initiated was subsequent to our discussion of July 25, during our weekly meeting ,amounting to UK 29,705 ,breakdown of which has been obtained from Allan Rawlinson by you, and copy attached. Hence, a sum of EC I50,000 has been released to you .

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel: 268 481-8918
Mobile: 268 764- 4915
Fax: 268 481-8924

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Wednesday, August 06, 2008 3:38 PM
**To:** Roche, Antony
**Cc:** Greenberg, Corey Ext.; Johnson, Mike; Nagesha, A.S.
**Subject:** RE:

Col. Antony

I am advised by our Financial Office that we have received the sum of EC$ 150,000.00 advanced mobilisation payment for the scaffolding support system previously discussed.

I forward the invoices to you which totalled some UK sterling £31,173.00 which according to the bank transfer rate equates to over EC$ 222,000.00.

Therefore, can you please explain the shortfall.

The requested mobilisation advance was for the equipment only and did not include the UK sterling £6000.00 shipping therefore I am surprised at this outcome.

The agreement was the mobilisation monies would be paid to enable us to export the equipment from the UK.

Kind Regards

12/21/2011

LC000444

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:     (268) 729-0072
FAX:      (268) 462-4868

I await your comments.

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** 01 August 2008 07:05
**To:** Col. Roche Antony
**Cc:** 'Corey Greenberg'; 'mjohnson@auamed.net'; Arsikere Nagesh (asnagesha@auamed.net)
**Subject:**

Col. Antony

I can confirm that the second delivery of the scaffold support system is now been consolidated in the UK and is awaiting shipping.

Please find attached the two invoices relating to the previous and pending shipments. We are awaiting the funds as discussed to enable shipment to proceed.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:     (268) 729-0072
FAX:      (268) 462-4868

12/21/2011

LC000445

**Alana Bartley**

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Saturday, August 09, 2008 10:22 AM |
| **To:** | 'Roche, Antony' |
| **Cc:** | 'Greenberg, Corey Ext.' |
| **Subject:** | RE: |

Col. Antony

When do you want to discuss this issue.

As previously advised, the scaffolding system is loaded and awaiting transportation to Port in the UK and shipping to Antigua.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868

---

**From:** Roche, Antony [mailto:colantony@auamed.net]
**Sent:** 07 August 2008 14:40
**To:** Neil Dickinson
**Cc:** Greenberg, Corey Ext.
**Subject:** RE:

Neil,

We may discuss and close the issue.

Thanks

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel: 268 481-8918
Mobile: 268 764- 4915
Fax: 268 481-8924

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Thursday, August 07, 2008 1:16 PM
**To:** Roche, Antony
**Cc:** Greenberg, Corey Ext.
**Subject:** RE:

LC000446

Col. Antony

It seems from your email below that there has been a misunderstanding.

My email of the 7/25 clearly states that we Leeward had already purchased the first part of the support system in an attempt to be pro-active and at a cost of UK sterling £11,468.00 to Leeward. The invoice was attached to that email. Furthermore my email explained the reasons for the mobilisation amount and a request for payment for *"the attached and below"*

The same email clearly displayed the quotation from Unit Plant for the second part of the system at a cost of UK sterling £29705.00. the summation of the two amounts equates to UK Sterling £41173.00.

I re-iterated the total amount in my subsequent email of 7/29 enclosing both purchase invoices from Unit Plant Services and thereby justifying Leeward's expenditure and my mobilisation advance request for the full amount of UK Sterling £41173.00.

It would appear that you have only considered one invoice of UK sterling £29705.00 instead of the total amount.

If you need further clarification I am happy to meet with you to discuss further.

Kind Regards

Neil Dickinson
Projects Director.
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868

---

**From:** Roche, Antony [mailto:colantony@auamed.net]
**Sent:** 07 August 2008 11:22
**To:** Neil Dickinson
**Cc:** Greenberg, Corey Ext.
**Subject:** RE:

Dear Neil,

You have in your attached mail of 7/25 intimated an estimated scaffolding cost of UK 29,705 .,accordingly, an advance of EC 150,000 has been released. Your subsequent mail of 7/29 has indicated an estimated sum of UK 41,173 .Further,your mail indicates that you had initiated an advance payment of UK 11468 as early as June 2008 ,. The mobilization advance, initiated was subsequent to our discussion of July 25, during our weekly meeting ,amounting to UK 29,705 ,breakdown of which has been obtained from Allan Rawlinson by you, and copy attached. Hence, a sum of EC 150,000 has been released to you .

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel: 268 481-8918

12/15/2011

LC000447

Mobile: 268 764- 4915
Fax: 268 481-8924

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Wednesday, August 06, 2008 3:38 PM
**To:** Roche, Antony
**Cc:** Greenberg, Corey Ext.; Johnson, Mike; Nagesha, A.S.
**Subject:** RE:

Col. Antony

I am advised by our Financial Office that we have received the sum of EC$ 150,000.00 advanced mobilisation payment for the scaffolding support system previously discussed.

I forward the invoices to you which totalled some UK sterling £31,173.00 which according to the bank transfer rate equates to over EC$ 222,000.00.

Therefore, can you please explain the shortfall.

The requested mobilisation advance was for the equipment only and did not include the UK sterling £6000.00 shipping therefore I am surprised at this outcome.

The agreement was the mobilisation monies would be paid to enable us to export the equipment from the UK.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL: (268) 729-0072
FAX: (268) 462-4868

I await your comments.

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** 01 August 2008 07:05
**To:** Col. Roche Antony
**Cc:** 'Corey Greenberg'; 'mjohnson@auamed.net'; Arsikere Nagesh (asnagesha@auamed.net)
**Subject:**

Col. Antony

I can confirm that the second delivery of the scaffold support system is now been consolidated in the UK and is awaiting shipping.

Please find attached the two invoices relating to the previous and pending shipments. We are awaiting the funds as discussed to enable shipment to proceed.

12/15/2011                                                                                          LC000448

Kind Regards

Neil Dickinson
*Projects Director.*

**LEEWARD** CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868

12/15/2011

LC000449