# EXHIBIT 11

**Johnson, Mike**

---

**From:** McCary, Kibian
**Sent:** Thursday, August 14, 2008 11:39 AM
**To:** Greenberg, Corey Ext.
**Cc:** Roche, Antony; Johnson, Mike; Nagesha, A.S.
**Subject:** AUA; PHASE 1: LC PAYMENT
**Attachments:** Payment#9.00; CRF; Pages 1-17.pdf

Mr. Greenberg,

Payment # 9.00 for Leeward attached fo your review/approval.

The application details will be forwarded in two emails because of the amount of detail involved in certification.

**Miss. Kibian McCary**

**Construction Assistant**

**American University of Antigua, College of Medicine**

**Jabberwock Rd.**

**P.O. Box W-1451, St. John's, Antigua**

**Tel: (268) 481-8916**

**Fax: (268) 481-8924**

**email: kmccary@auamed.net**

# American University of Antigua
# College of Medicine
# Check Request Form

**AUA Employee Information**

**Name:** Mike Johnson

**Department:** Construction

**DATE** July 25th,2008

**Phase 1: Classroom/Library/Nurses: Leeward Constrcution**

| | |
|---|---|
| Interim Payment #9.00 Measured Works/Materials on Site. | 467,440.11 |
| ABST | 70,116.02 |
| Total Payment | 537.556.13 |

**Vendor Information**

**Vendor's name:** Leeward Construction Company Ltd.

**Vendor's TIN / SS#**

**Make check payable to:** Leeward Consstruction Company Ltd.

**Contact name:** Neil Dickenson

**Contact phone #:** 729-0072

**Payment address:** All Saints Road
P.O. Box, 1400
Antigua

| | US $'s | EC $'s |
|---|---|---|
| **CHEQUE AMOUNT** | | 537,556.13 |

**Additional Comments**

Nil

[signature] 14/08/08.

**Approval**

**Requestor's Signature:** [signature]

**Request Date:** 8/14/08

**Dean's Approval:** Passed for payment. [signature] 08/14/08.
Lt Col Roche Antony, GM, Projects.

**Approval Date:**

**Finance Approval:**

**Approval Date:**

~~LC000453~~
AUA000615

LEEWARD CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

**American University of Antigua**
**College Of Medicine**
Jasmine Court
P.O.Box W1451
St. John's
Antigua

1st August 2008

***Attention: A.S.Nagesh***

Dear Sir

**Re: American University of Antigua – Application for Payment # 8**

Please find enclosed Application for Payment # 8 dated 1st August 2008 for the value of:

**EC$ 950,206.36**
***(Nine Hundred and Fifty Thousand, Two Hundred and Six Eastern Caribbean Dollars and Thirty Six Cense)***

Subject to ABST.

Payment Application is for works completed during the period of 12th July 08 – 1st August 08 for an on account payment subject to contract negotiations.

Also enclosed is the following backup information:

Tropical Shipping Invoice for Site Offices
F&G Trading Invoice # 2008/665
Growing City Corp Invoice # MSD1997
Jeff Abbott Invoice dated 26th May 08
Jeff Abbott Invoice dated 5th July 08
Leeward Pile Cap Summary Pages 1 of 1
Leeward Pile Driving Summary Pages 1 of 1

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully

[signature]

Paul Webster
Quantity Surveyor

Received by............[signature]............ Date.......1/8/08 1-15 pm.......

Signature..........................................................................

LC000454
AUA000616

RECEIVED 8/11/08

AMERICAN UNIVERSITY OF ANTIGUA

APPLICATION #8

| Valuation Summary | | | | AMOUNT CERTIFIED |
|---|---|---|---|---|
| ~~Interest (Overdue Payment: 5 days)~~ | | EC$ | ~~2,416.87~~ | |
| Mobilisation Fees | | EC$ | 672,050.00 | 808,413.64 |
| Preliminaries | | EC$ | 1,352,266 | 933,417.89 |
| Laboratory Building | | EC$ | 362,287.22 | 361,010.57 |
| Classroom Building | | EC$ | 281,016.65 | 270,929.86 |
| Library Building | | EC$ | 1,357,507.11 | 1,333,807.94 |
| Services Building | | EC$ | 141,625.65 | 124,909.23 |
| Concrete Testing | | EC$ | 27,000.00 | * 13,500.00 |
| Materials on Site | | EC$ | 542,112.50 | 542,012.50 |
| Deductions | | EC$ | 0.00 | — |
| Total Claimed | | EC$ | 4,738,281.89 | 4,388,001.63 |
| Less Retention | 5% | EC$ | 236,914.09 | 219,400.08 |
| Sub Total | | EC$ | 4,501,367.80 | 4,168,601.55 |
| Less Previous Payments Received | PAYMENT 1–7 3,551,161.44; PAYMENT 8 150,000.00; 3701 161.44 | EC$ | 3,551,161.44 | 3,701,161.44 |
| Sub Total | | EC$ | 950,206.36 | 467,440.11 |
| ABST | 15% | EC$ | 142,530.95 | 70,116.62 |
| Total Due | | EC$ | 1,092,737.31 | 537,556.13 |

Payment Terms: 15 days

Date Submitted: 1st August 2008

Date Agreed

MOBILISATION

| | |
|---|---|
| PAY # 6.00 : JUNE 2008 : GROSS | 806,460.00 |
| LESS – AMOUNT REPAID TO DATE | (67,205.00) |
| PAYMENT # 7.00 MOBILISATION AMOUNT | 739,255.00 |
| ADD – MOBILISATION FOR FORMWORK SUPPORT SYSTEM : PAYMENT # 8.00 | 150,000.00 |
| CURRENT MOBILISATION AMOUNT | 889,255.00 |

DRAFT CONTRACT
SUBSTANTIAL COMPLETION AUG/09

LETTER OF INTENT
FULL PAY BACK 3 MONTHS PRIOR TO SUBSTANTIAL COMP MAY/09

∴ MAX PERIOD OF PAY BACK 12 MTHS
LESS – INSTALLMENTS TO DATE 1 MTH.

| | |
|---|---|
| ∴ REVISED PERIOD FOR PAY BACK | 11 MONTHS |
| ∴ REVISED PAYMENT/MONTH | $ 80841.36 |
| # MONTHS | 1 |
| ∴ AMOUNT OF REPAYMENT | $ 80841.36 |
| ∴ BALANCE OF REPAYMENT | $ 808413.64 |

* AS PREVIOUS PAYMENT WITHOUT PREJUDICE: 50% CERTIFIED FOR INTERIM PAYMENT PURPOSES PENDING AGREEMENT OF CONTRACT BETWEEN AUA/LC & SUBMISSION OF DETAILS

APPROVED FOR PAYMENT PENDING AGREEMENT OF BILL OF QUANTITIES RATES + COMPLETION OF CONTRACT.

Approved for payment [signature] 8/14/08

[signature] 08/16/08
Lt Col Roe ... SAP ...

[signature] for SAPR

LEEWARD CONSTRUCTION

2/29

01/08/2008

LC000455
AUA000617

AMERICAN UNIVERSITY OF ANTIGUA APPLICATION #8

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*

To (Owner): American University of Antigua

Attention: A. S. Nagesh

| | |
|---|---|
| PROJECT: | American University of Antigua |
| APPLICATION NO: | 8 |
| PERIOD FROM | 12-Jul-08 |
| TO: | 01-Aug-08 |
| CONTRACTOR FOR: | Leeward Construction |
| ARCHITECTS: | Sundaram Architects |
| PROJECT NO: | P103 |
| CONTRACT DATE: | |

# CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.

The present status of the account for this Contract is as follows:

| | | |
|---|---|---|
| **ORIGINAL CONTRACT SUM** | EC$ | **N/A** |
| Net change by Change Orders | EC$ | **N/A** |
| **CONTRACT SUM TO DATE** | EC$ | **4,738,282** |
| **LESS RETAINAGE** | EC$ | **236,914** |
| **TOTAL EARNED LESS RETAINAGE** | EC$ | **4,501,368** |
| **LESS PREVIOUS PAYMENTS RECEIVED** | EC$ | **3,551,161** |
| **CURRENT PAYMENT DUE** | EC$ | **950,206** |
| **(subject to ABST)** | | |

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _______________ Date: 01-08-08.

State of: County of:

Subscribed and sworn to before me day of

Notary Public

My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** ..............................................

*(Attach explanation if amount certified differs from the amount applied for.)*

ARCHITECT:

By: _______________ Date: _______

This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978

THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

Received 8/11/08

AUA000652

LC000490

LEEWARD CONSTRUCTION

 01/08/2008

AMERICAN UNIVERSITY OF ANTIGUA

APPLICATION #8

| Valuation Summary | | | |
|---|---|---|---|
| ~~Interest (Overdue Payment: 5 days)~~ | | EC$ | ~~2,416.87~~ |
| Mobilisation Fees | | EC$ | 672,050.00 |
| Preliminaries | | EC$ | 1,352,266 |
| Laboratory Building | | EC$ | 362,287.22 |
| Classroom Building | | EC$ | 281,016.65 |
| Library Building | | EC$ | 1,357,507.11 |
| Services Building | | EC$ | 141,625.65 |
| Concrete Testing | | ECS | 27,000.00 |
| Materials on Site | | EC$ | 542,112.50 |
| Deductions | | EC$ | 0.00 |
| Total Claimed | | EC$ | 4,738,281.89 |
| Less Retention | 5% | EC$ | 236,914.09 |
| Sub Total | | EC$ | 4,501,367.80 |
| Less Previous Payments Received | | EC$ | 3,551,161.44 |
| Sub Total | | EC$ | 950,206.36 |
| ABST | 15% | EC$ | 142,530.95 |
| Total Due | | EC$ | 1,092,737.31 |

Payment Terms: 15 days

Date Submitted: 1st August 2008

Date Agreed

LC000491

AUA000653

RECEIVED 8/1/08

LEEWARD CONSTRUCTION

2/29

01/08/2008

**ANTIGUA MASONRY PRODUCTS, LTD.**
P.O. Box [illegible]3 • Green Castle, Bendals • Antigua
Telephone: (268) 462-0347 • Fax: (268) 462-6858

**TIN# 0158544**

Ticket #: 405500

Date: 7/2/08
Time: 7:37:53AM

**ABST INVOICE**

Sold To: LEE155 TIN# 0502142
LEEWARD CONSTRUCTION
ALL SAINTS ROAD

PURCHASE ORDER: 1085

ORDER ID: 1085

TERMS: Credit

TRUCKER INFORMATION: C8275

AUA.

| PRODUCT ID/DESCRIPTION | UOM | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 8-BLOCKS | BLOCKS | 1,500.00 | 1,500.00 | 3.66 | 5,490.00 |

**SECURITY CHECK**
Confirmed by: [signature]
2/7/08

**GATE SECURITY**
Checked By: [signature]
2/7/08

Check Number:

15% Sales Tax: $823.50

**TOTAL** **$6,313.50**

NOTICE TO CUSTOMER: Due to the weight of blocks, Antigua Masonry Products Inc. will not be held liable for damage occuring to vehicles during or after loading. Blocks will be loaded at the owner's risk.

WARNING: Cement may cause irritation or burning of skin. Protective clothing should be worn.

[signature]
DRIVER'S SIGNATURE

[signature]
INSPECTED BY

**LC000494**
AUA000656

RECIEVED 8/11/08

**ANTIGUA MASONRY PRODUCTS, LTD.**
P.O. [illegible]423 • Green Castle, Bendals • Antigua
Telephone: (268) 462-0347 • Fax: (268) 462-6858

**TIN# 0158544**

Ticket #: 405414

Date: 7/1/08
Time: 7:32:37AM

**ABST INVOICE**

Sold To: LEE155 TIN# 0502142
LEEWARD CONSTRUCTION
ALL SAINTS ROAD

PURCHASE ORDER: 1085

ORDER ID: 1085

TERMS: Credit

TRUCKER INFORMATION: C9065

| PRODUCT ID/DESCRIPTION | UOM | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 8 8 BLOCKS | BLOCKS | 1,500.00 | 1,500.00 | 3.66 | 5,490.00 |

SECURITY CHECK
Confirmed by: [signature] 1/7/08

GATE SECURITY
Checked By: [signature] 1/7/08

Check Number:

15% Sales Tax: $823.50

**TOTAL** **$6,313.50**

NOTICE TO CUSTOMER: Due to the weight of blocks, Antigua Masonry Products Inc. will not be held liable for damage occuring to vehicles during or after loading. Blocks will be loaded at the owner's risk.

WARNING: Cement may cause irritation or burning of skin. Protective clothing should be worn.

DRIVER'S SIGNATURE

INSPECTED BY

LC000495
AUA000657

RECIEVED 8/11/08

**ANTIGUA MASONRY PRODUCTS, LTD.**
P.O. Box 423 • Green Castle, Bendals • Antigua
Telephone: (268) 462-0347 • Fax: (268) 462-6858

**TIN# 0158544**

Ticket #: 405810

Date: 7/7/08
Time: 1:37:31PM

**ABST INVOICE**

Sold To: LEE155 TIN# 0502142
LEEWARD CONSTRUCTION
ALL SAINTS ROAD

extra ordered 7/7/08
jam blocks

PURCHASE ORDER: 1085

ORDER ID: 1085

TERMS: Credit

TRUCKER INFORMATION: C8275

| PRODUCT ID/DESCRIPTION | UOM | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 8 8" BLOCKS | BLOCKS | 600.00 | 600.00 | 3.66 | 2,196.00 |
| 8 8" KO BLOCKS | BLOCKS | 150.00 | 150.00 | 3.66 | 549.00 |

GATE
Checked By:
07/07/08

Check Number:

15% Sales Tax: $411.75

**TOTAL** $3,156.75

NOTICE TO CUSTOMER: Due to the weight of blocks, Antigua Masonry Products Inc. will not be held liable for damage occuring to vehicles during or after loading. Blocks will be loaded at the owner's risk.

WARNING: Cement may cause irritation or burning of skin. Protective clothing should be worn.

DRIVER'S SIGNATURE

INSPECTED BY

**LC000496**
AUA000658

RECIEVED 8/1/08

**ANTIGUA MASONRY PRODUCTS, LTD.**
P.O. Box 423 • Green Castle, Bendals • Antigua
Telephone: (268) 462-0347 • Fax: (268) 462-6858

**TIN# 0158544**

Ticket #: 405346

Date: 6/30/08
Time: 8:47:19AM

**ABST INVOICE**

Sold To: LEE155 TIN# 0502142
LEEWARD CONSTRUCTION
ALL SAINTS ROAD

PURCHASE ORDER: 1085

ORDER ID: 1085

TERMS: Credit

TRUCKER INFORMATION: C9410

| PRODUCT ID/DESCRIPTION | UOM | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 8<br>8 BLOCKS | BLOCKS | 750.00 | 750.00 | 3.66 | 2,745.00 |

Check Number: 15% Sales Tax: $411.75

**TOTAL** **$3,156.75**

NOTICE TO CUSTOMER: Due to the weight of blocks, Antigua Masonry Products Inc. will not be held liable for damage occuring to vehicles during or after loading. Blocks will be loaded at the owner's risk.

WARNING: Cement may cause irritation or burning of skin. Protective clothing should be worn.

DRIVER'S SIGNATURE

INSPECTED BY

**LC000497**
AUA000659

RECIEVED 8/11/08

**ANTIGUA MASONRY PRODUCTS, LTD.**
P.O. Box 123 • Green Castle, Bendals • Antigua
Telephone: (268) 462-0347 • Fax: (268) 462-6858

**TIN# 0158544**

Ticket #: 405339

Date: 6/30/08
Time: 7:35:56AM

**ABST INVOICE**

Sold To: LEE155 TIN# 0502142
LEEWARD CONSTRUCTION
ALL SAINTS ROAD

PURCHASE ORDER: 1085

ORDER ID: 1085

TERMS: Credit

TRUCKER INFORMATION: C9065

| PRODUCT ID/DESCRIPTION | UOM | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| [illegible]8 [illegible]BLOCKS | BLOCKS | 1,350.00 | 1,350.00 | 3.66 | 4,941.00 |

SECURITY [illegible]
Confirmed by: [signature] 30/6/08

[illegible]
Checker: [signature] 30/6/08

Check Number: 15% Sales Tax: $741.15

**TOTAL** **$5,682.15**

NOTICE TO CUSTOMER: Due to the weight of blocks, Antigua Masonry Products Inc. will not be held liable for damage occuring to vehicles during or after loading. Blocks will be loaded at the owner's risk.

WARNING: Cement may cause irritation or burning of skin. Protective clothing should be worn.

[signature]
DRIVER'S SIGNATURE

[signature]
INSPECTED BY

LC000498
AUA000660
RECIEVED 8/11/08

**ANTIGUA MASONRY PRODUCTS, LTD.**
P.O. B[illegible]423 • Green Castle, Bendals • Antigua
Telephone: (268) 462-0347 • Fax: (268) 462-6858
**TIN# 0158544**

Ticket #: 405449

Date: 7/1/08
Time: 10:35:01AM

**ABST INVOICE**

Sold To: LEE155 TIN# 0502142
LEEWARD CONSTRUCTION
ALL SAINTS ROAD

PURCHASE ORDER: 1085

ORDER ID: 1085

TERMS: Credit

TRUCKER INFORMATION: C 9660

| PRODUCT ID/DESCRIPTION | UOM | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 8<br>8" BLOCKS | BLOCKS | 750.00 | 750.00 | 3.66 | 2,745.00 |

Check Number: 15% Sales Tax: $411.75

**TOTAL** **$3,156.75**

NOTICE TO CUSTOMER: Due to the weight of blocks, Antigua Masonry Products Inc. will not be held liable for damage occuring to vehicles during or after loading. Blocks will be loaded at the owner's risk.

WARNING: Cement may cause irritation or burning of skin. Protective clothing should be worn.

DRIVER'S SIGNATURE

INSPECTED BY

LC000499
AUA000661
RECIEVED 8/11/08

**ANTIGUA MASONRY PRODUCTS, LTD.**
P.O. Box 423 • Green Castle, Bendals • Antigua
Telephone: (268) 462-0347 • Fax: (268) 462-6858

**TIN# 0158544**

Ticket #: 405741

Date: 7/7/08
Time: 7:30:16AM

**ABST INVOICE**

Sold To: LEE155 TIN# 0502142
LEEWARD CONSTRUCTION
ALL SAINTS ROAD

PURCHASE ORDER: 1085
ORDER ID: 1085
TERMS: Credit

TRUCKER INFORMATION: C8275

| PRODUCT ID/DESCRIPTION | UOM | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 8<br>8" BLOCKS | BLOCKS | 1,500.00 | 1,500.00 | 3.66 | 5,490.00 |

**SECURITY CHECK**
Confirmed by: [signature]
7/7/08

**GATE SECURITY**
Checked By: [signature]
7/7/08

Check Number: 15% Sales Tax: $823.50

**TOTAL** **$6,313.50**

NOTICE TO CUSTOMER: Due to the weight of blocks, Antigua Masonry Products Inc. will not be held liable for damage occuring to vehicles during or after loading. Blocks will be loaded at the owner's risk.

WARNING: Cement may cause irritation or burning of skin. Protective clothing should be worn.

[signature]
DRIVER'S SIGNATURE

[signature]
INSPECTED BY

LC000500
AUA000662

RECIEVED 8/11/08

**ANTIGUA MASONRY PRODUCTS, LTD.**
P.O. [illegible] 423 • Green Castle, Bendals • Antigua
Telephone: (268) 462-0347 • Fax: (268) 462-6858

**TIN# 0158544**

Ticket #: 405885

Date: 7/8/08
Time: 9:17:22AM

**ABST INVOICE**

Sold To: LEE155 TIN# 0502142
LEEWARD CONSTRUCTION
ALL SAINTS ROAD

extra ordered 7/7/08

PURCHASE ORDER: 1085

ORDER ID: 1085

TERMS: Credit

TRUCKER INFORMATION: C 8275

| PRODUCT ID/DESCRIPTION | UOM | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2008 BLOCKS | BLOCKS | 1,500.00 | 1,500.00 | 3.66 | 5,490.00 |

SECURITY CHECK
Confirmed by: [signature] 8/7/08

SAVE SECURITY
Checked By: [signature] 8-7-08

Check Number:

15% Sales Tax: $823.50

**TOTAL** **$6,313.50**

NOTICE TO CUSTOMER: Due to the weight of blocks, Antigua Masonry Products Inc. will not be held liable for damage occuring to vehicles during or after loading. Blocks will be loaded at the owner's risk.

WARNING: Cement may cause irritation or burning of skin. Protective clothing should be worn.

[signature]
DRIVER'S SIGNATURE

[signature]
INSPECTED BY

LC000501
AUA000663

RECIEVED 8/11/08

**ANTIGUA MASONRY PRODUCTS, LTD.**
P.O. 423 • Green Castle, Bendals • Antigua
Telephone: (268) 462-0347 • Fax: (268) 462-6858
**TIN# 0158544**

Ticket #: 405328

Date: 6/27/08
Time: 2:17:12PM

**ABST INVOICE**

Sold To: LEE155 TIN# 0502142
LEEWARD CONSTRUCTION
ALL SAINTS ROAD

PURCHASE ORDER: 1085

ORDER ID: 1085

TERMS: Credit

TRUCKER INFORMATION: C9410

AUA.

| PRODUCT ID/DESCRIPTION | UOM | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 8 BLOCKS | BLOCKS | 750.00 | 750.00 | 3.66 | 2,745.00 |

GATE SECURITY
Checked By: 27-6-08

RECEIVED

SECURITY CHECK
Confirmed by: VBerry
27/6/08

Check Number: 15% Sales Tax: $411.75

**TOTAL** **$3,156.75**

NOTICE TO CUSTOMER: Due to the weight of blocks, Antigua Masonry Products Inc. will not be held liable for damage occuring to vehicles during or after loading. Blocks will be loaded at the owner's risk.

WARNING: Cement may cause irritation or burning of skin. Protective clothing should be worn.

DRIVER'S SIGNATURE

INSPECTED BY

LC000502
AUA000664

RECIEVED 8/11/08

**ANTIGUA MASONRY PRODUCTS, LTD.**
P.O. [illegible] 423 • Green Castle, Bendals • Antigua
Telephone: (268) 462-0347 • Fax: (268) 462-6858
**TIN# 0158544**

Ticket #: 404741

Date: 6/18/08
Time: 9:12:58AM

**ABST INVOICE**

Sold To: LEE155 TIN# 0502142
LEEWARD CONSTRUCTION
ALL SAINTS ROAD

PURCHASE ORDER: 1080

ORDER ID: 1080

TERMS: Credit

TRUCKER INFORMATION: C1981

| PRODUCT ID/DESCRIPTION | UOM | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2008 BLOCKS | BLOCKS | 1,000.00 | 1,000.00 | 3.66 | 3,660.00 |

**SECURITY CHECK**
Confirmed by: [signature] 18/6/08

**GATE SECURITY**
Checked By: [signature] 18-6-08

Check Number: 15% Sales Tax: $549.00

**TOTAL** **$4,209.00**

NOTICE TO CUSTOMER: Due to the weight of blocks, Antigua Masonry Products Inc. will not be held liable for damage occuring to vehicles during or after loading. Blocks will be loaded at the owner's risk.

WARNING: Cement may cause irritation or burning of skin. Protective clothing should be worn.

DRIVER'S SIGNATURE

INSPECTED BY

**LC000503**
AUA000665
RECIEVED 8/11/08

**ANTIGUA MASONRY PRODUCTS, LTD.**
P.O. Box 423 • Green Castle, Bendals • Antigua
Telephone: (268) 462-0347 • Fax: (268) 462-6858
**TIN# 0158544**

Ticket #: 405255

Date: 6/26/08
Time: 1:47:46PM

**ABST INVOICE**

Sold To: LEE155 TIN# 0502142
LEEWARD CONSTRUCTION
ALL SAINTS ROAD

PURCHASE ORDER: 1085

ORDER ID: 1085

TERMS: Credit

TRUCKER INFORMATION: C8275 Barry.

| PRODUCT ID/DESCRIPTION | UOM | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 6 BLOCKS | BLOCKS | 2,000.00 | 2,000.00 | 3.32 | 6,640.00 |
| 8 8" BLOCKS | BLOCKS | 150.00 | 150.00 | 3.66 | 549.00 |

GATE SECURITY

Check Number: 15% Sales Tax: $1,078.35 **TOTAL** **$8,267.35**

NOTICE TO CUSTOMER: Due to the weight of blocks, Antigua Masonry Products Inc. will not be held liable for damage occuring to vehicles during or after loading. Blocks will be loaded at the owner's risk.

WARNING: Cement may cause irritation or burning of skin. Protective clothing should be worn.

DRIVER'S SIGNATURE

INSPECTED BY

LC000504
AUA000666

RECIEVED 8/4/08

**McCary, Kibian**

**From:** McCary, Kibian
**Sent:** Wednesday, July 30, 2008 8:52 AM
**To:** Greenberg, Corey Ext.
**Cc:** Johnson, Mike; Roche, Antony
**Subject:** AUA PHASE 1 LEEWARD CONSTRUCTION

Corey,

Attached is CRF covering Payment # 8.00 to Leeward Construction Company Ltd. for the additional mobilization request to cover the purchase of the scaffold support system for the first floor of the Classroom blocks.

Please see Col Antony comments for a payment of a $150,000.00 ECD.

.I trust you received this promptly as modifications are currently being done to the computer system down here.

Mike

**Miss. Kibian McCary**

**Construction Assistant**

**American University of Antigua, College of Medicine**

**Jabberwock Rd.**

**P.O. Box W-1451, St. John's, Antigua**

**Tel: (268) 481-8916**

**Fax: (268) 481-8924**

**email: kmccary@auamed.net**

LC000512
AUA000674

# American University of Antigua
## College of Medicine
## Check Request Form

**AUA Employee Information**

Name: MIKE JOHNSON

Department: CONSTRUCTION

Date: JULY 29th 2008

**Check Description**

PHASE 1.00: CLASSROOM/LIBRARY/NURSES
INTERIM PAYMENT # 8.00
SPECIAL MOBILISATION ADVANCE PENDING COMPLETION OF
CONTRACT + FULL ASSESSMENT OF MOBILISATION ENTITLEMENT

**Vendor Information**

Vendor's name: LEEWARD CONSTRUCTION COMPANY LTD

Vendor's TIN / SS#:

Make check payable to: LEEWARD CONSTRUCTION COMPANY LTD

Contact name: NEIL DICKENSON

Contact phone #: 729/0072.

Payment address: ALL SAINTS ROAD
P.O. BOX 1400
ANTIGUA.

| | US $'s | EC $'s |
|---|---|---|
| Check amount: | | 148,525.00 |

**Additional Comments**

SEE ATTACHMENT FOR DETAIL.
PAYMENT MADE NET OF ABST (AS PER INITIAL MOBILISATION PAYMENT)
ACCOUNTS DEPARTMENT TO ADVISE EXACT AMOUNT OF PAYMENT
IN EC$ FOR INCORPORATION INTO NEXT MEASURED
WORKS INTERIM APPLICATION.

**Approval**

Requestor's Signature: [signature]

Request Date: 7/29/08

Dean's Approval: Asked for advance mobilization payment EC$ 1,150,000=00 (One lakh fifty thousand dollars EC.) [signature] 29/07/08.

Approval Date:

Finance Approval:

Approval Date:

LC000513
AUA000675