# EXHIBIT 12

LC ABST 000130

**Melinda Benanti**

| | |
|---|---|
| **From:** | Corey Greenberg [cgreenberg@AUAMED.ORG] |
| **Sent:** | Thursday, August 21, 2008 1:19 PM |
| **To:** | Matt Petersen; Prabhu Marudherl |
| **Cc:** | colantony@auamed.net; Neil Dickinson; mjohnson@auamed.net |
| **Subject:** | FW: AUA; PHASE 1: LC PAYMENT |
| **Attachments:** | Payment#9.00; CRF; Pages 1-17.pdf |

Please accept this email as authorization to pay Leeward Construction on a wire transfer today for invoice amount EC $ 467,440.11 and ABST amount EC 70,116.02 for a grand total of EC 537,556.13. Please code as new campus phase I construction. All wiring instruction on file

Regards

Corey Greenberg

Chief Operating Officer

AUA College of Medicine

C/O Greater Caribbean Learning Center

New York, NY 10005

Tel: 212-661-8899 ext. 121

Fax: 646-390-4943

**From:** McCary, Kibian [mailto:kmccary@auamed.net]
**Sent:** Thursday, August 14, 2008 11:39 AM
**To:** Corey Greenberg
**Cc:** Roche, Antony; Johnson, Mike; Nagesha, A.S.
**Subject:** AUA; PHASE 1: LC PAYMENT

Mr. Greenberg,

Payment # 9.00 for Leeward attached fo your review/approval.

The application details will be forwarded in two emails because of the amount of detail involved in certification.

**Miss. Kibian McCary**

1

LC ABST 000131

Construction Assistant

American University of Antigua, College of Medicine

Jabberwock Rd.

P.O. Box W-1451, St. John's, Antigua

Tel: (268) 481-8916

Fax: (268) 481-8924

email: kmccary@auamed.net

2