# EXHIBIT 13



# LEEWARD CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

**American University of Antigua**
**College Of Medicine**
Jasmine Court
P.O.Box W1451
St. John's
Antigua

5th September 2008

*Attention: A.S.Nagesh*

Dear Sir

Re: American University of Antigua – Application for Payment # 10

Please find enclosed Application for Payment # 10 dated 1st September 2008 for the value of:

**EC$ 490,837.00**
*(Four Hundred and Ninety Thousand, Eight Hundred and Thirty Seven Dollars.)*

Subject to ABST.

Payment Application is for works completed during the period of 1st August 08 – 31st August 08.

Please make payment within 15 days of the date of this letter.

Also enclosed are full measurement breakdowns, timesheets and copies of invoices.

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully


Paul Webster
Quantity Surveyor


Received by................................................  Date...........................................

Signature...............................................................................................................


**BUILDING, MECHANICAL, ELECTRICAL & UTILITY CONTRACTOR**

LC000515

**McCary, Kibian**

| | |
|---|---|
| Sent: | Friday, September 19, 2008 1:30 PM |
| To: | Greenberg, Corey Ext. |
| Cc: | 'Prabhu Marudheri'; Roche, Antony; 'neil@leeward.ag' |
| Subject: | AUA; PHASE 1; LEEWARD CONSTRUCTION |
| Attachments: | Payment # 10.00; CRF; Pages 1-14.pdf |

Mr. Greenberg,

Payment # 10.00 for Leeward attached for your review/approval.

The application details will be forwarded in six emails because of the amount of detail involved in certification.

Regards,

Kibian

**Miss. Kibian McCary**

**Construction Assistant**

**American University of Antigua, College of Medicine**

**Jabberwock Rd.**

**P.O. Box W-1451, St. John's, Antigua**

**Tel: (268) 481-8916**

**Fax: (268) 481-8924**

**email: kmccary@auamed.net**



9/19/2008

LC000516
AUA000677

## McCary, Kibian

| | |
|---|---|
| **From:** | McCary, Kibian |
| **Sent:** | Friday, September 19, 2008 3:15 PM |
| **To:** | Greenberg, Corey Ext. |
| **Cc:** | 'Prabhu Marudheri'; Roche, Antony; 'neil@leeward.ag' |
| **Subject:** | FW: AUA; PHASE 1; LEEWARD CONSTRUCTION |
| **Attachments:** | Payment # 10.00; CRF; Pages 15-29.pdf |

Mr. Greenberg,

The Quoted Description should read payment # 10.00 .

Regards,

Kibian

**Miss. Kibian McCary**

**Construction Assistant**

**American University of Antigua, College of Medicine**

**Jabberwock Rd.**

**P.O. Box W-1451, St. John's, Antigua**

**Tel: (268) 481-8916**

**Fax: (268) 481-8924**

email: **kmccary@auamed.net**

---

**From:** McCary, Kibian
**Sent:** Friday, September 19, 2008 1:36 PM
**To:** Greenberg, Corey Ext.
**Cc:** 'Prabhu Marudheri'; Roche, Antony; 'neil@leeward.ag'
**Subject:** AUA; PHASE 1; LEEWARD CONSTRUCTION

Mr. Greenberg,

9/19/2008

LC000517
AUA000678

Second part of payment # 9.00 for Leeward attached for your review and approval.

Regards,

Kibian


**Miss. Kibian McCary**

**Construction Assistant**

**American University of Antigua, College of Medicine**

**Jabberwock Rd.**

**P.O. Box W-1451, St. John's, Antigua**

**Tel: (268) 481-8916**

**Fax: (268) 481-8924**

**email: kmccary@auamed.net**



9/19/2008

LC000518
AUA000679

# American University of Antigua
# College of Medicine
# Check Request Form

## AUA Employee Information

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | September 18th, 2008 |

### Phase 1: Classroom/Library/Nurses: Leeward Construction

| | |
|---|---|
| Interim Payment #10.00 Measured Works/Materials on Site. | 64,446.50 |
| ABST | 9,666.98 |
| Prelims From 8/3/08 to 30/4/08 | 199,853.39 |
| Total | EC $ 273,966.87 |

## Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Raod |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 273,966.87 |

## Additional Comments

*Nil.*

## Approval

| | |
|---|---|
| Requestor's Signature: | Certified for payment E.C. $ 273,966.87 |
| Request Date: | 19 Sep 2008 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC000523
AUA000684

AMERICAN UNIVERSITY OF ANTIGUA  APPLICATION # 10

# APPLICATION AND CERTIFICATION FOR PAYMENT  *AIA DOCUMENT G702*

| | |
|---|---|
| To (Owner): American University of Antigua | PROJECT: American University of Antigua |
| | APPLICATION NO: 10 |
| | PERIOD FROM: 01-Aug-08 |
| | TO: 31-Aug-08 |
| Attention: A. S. Nagesh | CONTRACTOR FOR: Leeward Construction |
| | ARCHITECTS: Sundaram Architects |
| | PROJECT NO: P103 |
| | CONTRACT DATE: |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
The present status of the account for this Contract is as follows:

| | | |
|---|---|---|
| ORIGINAL CONTRACT SUM | EC$ | N/A |
| Net change by Change Orders | EC$ | N/A |
| CONTRACT SUM TO DATE | EC$ | ~~4,904,672.16~~  4455840.0 |
| LESS RETAINAGE | EC$ | ~~245,233.61~~  222792.00 |
| TOTAL EARNED LESS RETAINAGE | EC$ | ~~4,659,438.55~~  4233048.05 |
| LESS PREVIOUS PAYMENTS RECEIVED | EC$ | 4,168,601.55 |
| CURRENT PAYMENT DUE (subject to ABST) | EC$ | ~~490,837.00~~  64446.50 |

ABST — 9666.98

add preliminary from 10th March to 30th Apr — 199,853.39

Net payable → 273,966.83

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: 05-09-08

State of:
Subscribed and sworn to before me
Notary Public
My Commission expires:

County of:
day of

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ……………………………………………..
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

LC000524
AUA000685

1/34

Leeward Construction Company Ltf

05/09/2008

AMERICAN UNIVERSITY OF ANTIGUA                                                                APPLICATION # 10

| ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | | | | |
|---|---|---|---|---|---|---|
| Sl. No. | Description Of Item | | Qty | Unit | Rate | Amount |
| | **APPLICATION # 10** | | | | | |
| | **1ST SEPTEMBER 2008** | | | | | |
| | **COLLECTION PAGE** | | | | | |
| | **MOBILISATION** | | | | | 727,572 |
| | PRELIMS From 8/3/08 to 30/4/08 | | | | | (199853.39) Provisional  100 7600.0 |
| | **PRELIMINARIES/GENERAL CONDITIONS** (From 1/5/08 to 30/8/08) | | | | | ~~1,122,707.09~~  412711.93 |
| | **CLASSROOM AND LABORATORY BUILDING** | | | | | ~~600,954.31~~  217911.91 |
| | **SERVICE BLOCK** | | | | | ~~237,413.58~~  1132453.9 |
| | **LIBRARY BLOCK (inc. Tower)** | | | | | ~~1,222,031.96~~  4600.00 |
| | **LIBRARY BLOCK - AMPHITHEATER** | | | | | ~~90,807.68~~  457102.8 |
| | **CHANGE ORDERS** | | | | | ~~393,797.77~~  482387.5 |
| | **MATERIALS ON SITE** | | | | | ~~482,387.50~~  13500.00 |
| | **CONCRETE TESTS** | | | | | ~~27,000.00~~ |
| | **SUB TOTAL** | | | | | 2455840.( |
| | **RETENTION** | | | | 5% | 222391 |
| | **PREVIOUS PAYMENTS** | | | | | 4,168,601.55 |
| | **APPLICATION TOTAL** | | | | | 264130750 |
| | **ABST** | | | | 15% | 39646.90 |
| | **TOTAL PAYMENT** | | | | | 74113688 |

Certified for payment
EC $ 273,966.87

EC $ 74,113.48

LT COL ROCHEANTONY
19 Sep 2008
Smt. PROJECTS. AUA.

The prelims paid EC $ 119,853.39 prior to finalization of rates, is effective 8th March to 30th Apr 2008 has not been projected by L.C. Recomended for provisional adjustment. Hence final payment due is (74113.48 + 199,853.39) = EC $ 273966.87

2/34                                  Leeward Construction Company Ltd                          AUA000525
                                                                                                    18/9/08