# EXHIBIT 14

LC ABST 000168

## Melinda Benanti

**From:** Corey Greenberg [cgreenberg@AUAMED.ORG]
**Sent:** Wednesday, October 01, 2008 11:01 AM
**To:** Neil Dickinson; Prabhu Marudheri; Matt Petersen
**Cc:** Roche, Antony; Nagesha, A.S.
**Subject:** RE: AUA; PHASE 1; LEEWARD CONSTRUCTION

Neil,

Sorry it has taken this long to get back to you. We have been disputing the preliminary charges on the billing. Col. Antony has been very helpful in trying to explain this to us, but now India is reviewing it as well. As a good faith measure, albeit late, our finance area is wiring EC$100,000.00 today to your account. Please check with the bank in the afternoon for payment receipt. All outstanding balances will be hand carried by my next week.

Regards

Corey Greenberg

Chief Operating Officer

AUA College of Medicine

C/O Greater Caribbean Learning Center

New York, NY 10005

Tel: 212-661-8899 ext. 121

Fax: 646-390-4943

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Monday, September 29, 2008 12:40 PM
**To:** Corey Greenberg; Prabhu Marudheri; Matt Petersen
**Cc:** 'Roche, Antony'; 'Nagesha, A.S.'
**Subject:** RE: AUA; PHASE 1; LEEWARD CONSTRUCTION

Gentlemen

As of writing the funds stated below are not in our account.

Could someone please advise when the transfer was made so that I may inform our bank accordingly.

Kind Regards

1

LC ABST 000169

Neil Dickinson
*Projects Director,*
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:   (268) 729-0072
FAX:    (268) 462-4868

**From:** Corey Greenberg [mailto:cgreenberg@AUAMED.ORG]
**Sent:** 24 September 2008 14:02
**To:** Prabhu Marudheri; Matt Petersen
**Cc:** Roche, Antony; Nagesha, A.S.; Neil Dickinson
**Subject:** FW: AUA; PHASE 1; LEEWARD CONSTRUCTION


Please accept this email as authorization to pay Leeward Construction EC$ 64,446.50 interim payment #10 and EC$199,853.39 prelimins from 3/8/08- 4/30/08 and ABST invoice amount EC$ 9,666.98. Grand total payment is EC$ 273,966.87. all wiring info on file. Code as new campus


Corey Greenberg

Chief Operating Officer

AUA College of Medicine

C/O Greater Caribbean Learning Center

New York, NY 10005

Tel: 212-661-8899 ext. 121

Fax: 646-390-4943

---

**From:** McCary, Kibian [mailto:kmccary@auamed.net]
**Sent:** Friday, September 19, 2008 2:35 PM
**To:** Corey Greenberg
**Cc:** Prabhu Marudheri; Roche, Antony; neil@leeward.ag
**Subject:** AUA; PHASE 1; LEEWARD CONSTRUCTION


Mr. Greenberg,

Payment # 10.00 for Leeward attached for your review/approval.

The application details will be forwarded in six emails because of the amount of detail involved in certification.

Regards,

Kibian

2

LC ABST 000170

Miss. Kibian McCary

Construction Assistant

American University of Antigua, College of Medicine

Jabberwock Rd.

P.O. Box W-1451, St. John's, Antigua

Tel: (268) 481-8916

Fax: (268) 481-8924

email: kmccary@auamed.net



DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.