# EXHIBIT 15

# American University of Antigua
## College of Medicine
### Check Request Form

**AUA Employee Information**

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | October 14th, 2008 |

**Phase 1: Classroom/Library/Nurses: Leeward Construction**

| | |
|---|---|
| Interim Payment #10.00 Measured Works/Materials on Site. | 958,531.17 |
| ABST | 143,779.67 |
| Total | EC $ 1,102,310.84 |

**Vendor Information**

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | ABSTNO:TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 1,102,310.84 |

**Additional Comments**

Passed for payment EC $ 1,102,310.84
(EC $ One million one hundred two thousand three hundred ten and eighty four cents only)

**Approval**

| | |
|---|---|
| Requestor's Signature: | (Lt Col ROCHE ANTONY, GM-Projects.) |
| Request Date: | 14 Oct 2008 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC000608
AUA000769

# ▇LEEWARD CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

①

**American University of Antigua**
**College Of Medicine**
Jasmine Court
P.O.Box W1451
St. John's
Antigua

3rd October 2008

<u>*Attention: A.S.Nagesh*</u>

Dear Sir

**Re: American University of Antigua – Application for Payment # 11**

Please find enclosed Application for Payment # 11 dated 30th September 2008 for the value of:

**EC$ 1,626,059.69**
**(One Million, Six Hundred and Twenty Six Thousand and Fifty Nine Eastern Caribbean Dollars** *and Sixty Nine Cense.)*

Subject to ABST.

Payment Application is for works completed during the period of 1st September 08 – 30th September 08.

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully

Paul Webster
Quantity Surveyor

Received by........................................................  Date....................................................

Signature...........................................................................................................................

**BUILDING, MECHANICAL, ELECTRICAL & UTILITY CONTRACTOR**

LC000609
AUA000770

| APPLICATION AND CERTIFICATION FOR PAYMENT | | AIA DOCUMENT G702 | PAGE 1 OF 1 PAGES | |
|---|---|---|---|---|
| TO (Owner): | AUA | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA | APPLICATION NO: | 11 Distribution to: |
| | | | APPLICATION DATE 30-Sep-08 ☐ | OWNER |
| | | | PERIOD FROM: 01-Sep-08 ☐ | ARCHITECT |
| | | | TO: 30-Sep-08 ☐ | CONTRACTOR |
| ATTENTION: | A.S.Nagesh | CONTRACTOR FOR: AUA | ☐ | |
| | | | ARCHITECT'S ☐ | |
| | | | PROJECT NO: P103 | |
| | | | CONTRACT DATE: 25-Sep-08 | |

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for Payment, as shown below, in connection with the Contract.
**Continuation Sheet, AIA Document G703**, is attached.

| CHANGE ORDER SUMMARY | | |
|---|---|---|
| Change orders approved in previous months by Owner | ADD | DED |
| TOTAL | | |
| Approved this Month | ~~$488,774.32~~ $457,102.81 | |
| No. Date Approved | | |
| | $457,102.81 | |
| TOTALS | ~~$488,774.32~~ | $0.00 |
| Net change by Change Orders | ~~$488,774.32~~ $457,102.81 | |

The present status of the account for this Contract is as follows:

ORIGINAL CONTRACT SUM .......................................... $27,436,824.00

Net change by Change Orders .......................................... $457,102.81 / ~~$488,774.32~~

CONTRACT SUM TO DATE .......................................... $27,893,926.81 / ~~$27,925,598.32~~

TOTAL COMPLETED & STORED TO DATE .......................................... $5,675,192.22 / ~~$6,377,853.82~~
(Column G on G703)

Retainage    5 % .......................................... $283,759.61 / ~~$318,892.69~~
or total in Column I on G703

TOTAL EARNED LESS RETAINAGE .......................................... $5,391,432.61 / ~~$6,058,961.18~~

LESS PREVIOUS CERTIFICATES FOR PAYMENT .......................................... $4,432,901.44 OK

CURRENT PAYMENT DUE (subject to ABST) .......................................... $958,531.17 / ~~$1,626,059.69~~

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR
By: _____ Date: 03-10-08

**LEEWARD**

**ARCHITECT'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......................................... $958,531.17 / ~~$1,626,059.69~~
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By: _____ Date: 13/10/08

This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

LC0000610
AUA00771

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006



AMERICAN UNIVERSITY OF ANTIGUA  APPLICATION # 11

| PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN | | | | |
|---|---|---|---|---|---|---|
| Sl. No. | Description Of Item | Qty | Unit | Rate | Amount | |
| | APPLICATION # 11 | | | | | |
| | COLLECTION PAGE | | | | | 425,093.35 |
| | MOBILISATION | | | | ~~646,731~~ | ~~531,366~~ 00 |
| | PRELIMINARIES/GENERAL CONDITIONS | | | | ~~1,806,590.47~~ | 1,693,983.41 |
| | CLASSROOM AND LABORATORY BUILDING | | | | ~~518,143.52~~ | 460,762.59 |
| | SERVICE BLOCK | | | | 460,407.39 | 391,005.49 |
| | LIBRARY BLOCK (inc. Tower) | | | | ~~1,711,763.47~~ | 1,504,698.78 |
| | LIBRARY BLOCK - AMPHITHEATER | | | | ~~23,433.95~~ | 20,535.99 |
| | CHANGE ORDERS | | | | ~~488,774.32~~ | 457,102.81 |
| | MATERIALS ON SITE | | | | ~~722,009.80~~ | 722,009.80 |
| | SUB TOTAL | | | | ~~6,377,853.82~~ | 5,675,192.22 |
| | RETENTION | | | 5% | 318,892.69 | 283,759.61 |
| | PREVIOUS PAYMENTS | | | | 4,432,901.44 | 4,432,901.44 |
| | APPLICATION TOTAL | | | | ~~1,626,059.69~~ | 958,531.17 |
| | ABST | | | 15% | ~~243,908.95~~ | 143,779.67 |
| | TOTAL PAYMENT | | | | ~~1,869,968.64~~ | 1,102,310.84 |
| | PAYMENT DUE NO LATER THAN 22ND OF THE MONTH | | | | | |

Total payment due incl ABST . EC$1,102,310.84 (EC$ One million one hundred two thousand three hundred ten and eighty-four cents only).

13 Oct 2008

2/85 Leeward Construction Company Ltd AUA000772008



AMERICAN UNIVERSITY OF ANTIGUA                                                                APPLICATION # 11

| ARCHITECTS:<br>SUNDARAM ARCHITECTS PVT.LTD.,<br>NO.19,KUMARA KRUPA ROAD<br>BANGALORE - 560 001 | PROJECT:<br>AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT:<br>AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | | |
|---|---|---|---|---|
| **Sl. No.** | **Description Of Item** | | **Amount** | |
| | PREVIOUS PAYMENTS RECEIVED | | | |
| | PAYMENT 1 | | 333,833.67 | ✓ |
| | PAYMENT 2 | | 435,986.79 | ✓ |
| | PAYMENT 3 | | 244,630.15 | ✓ |
| | PAYMENT 4 | | 243,906.96 | ✓ |
| | PAYMENT 5 | | 310,132.65 | ✓ |
| | PAYMENT 6 | | 806,460.00 | ✓ |
| | PAYMENT 7 | | 1,176,211.22 | ✓ |
| | PAYMENT 8 | | 150,000.00 | ✓ |
| | PAYMENT 9 | | 467,440.11 | ✓ |
| | PAYMENT 10 | | 264,299.89 | ✓ |
| | PAYMENT 11 | | | |
| | PAYMENT 12 | | | |
| | | | 4,432,901.44 | ✓ |
| | TOTAL | | ~~8,995,802.88~~ | |

4432901.44

**Alana Bartley**

| | |
|---|---|
| From: | Robert Winwood [robert@leeward.ag] |
| Sent: | Friday, October 03, 2008 9:17 AM |
| To: | Neil Dickinson |
| Subject: | Mobilisation Money - comments |
| Attachments: | Advance Payment - Comment.docx |

Regards,

Robert Winwood
*Senior Quantity Surveyor.*

**LEEWARD CONSTRUCTION COMPANY LIMITED.**
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL: robert@leeward.ag
OFFICE: (268) 462-0071
CELL:   (268) 728-5895
FAX:    (268) 462-4868

Please consider the environment before printing.

12/15/2011

LC000695

Document AIA A101 (1997) clause 5.1.9 refers to the Mobilisation advance; it does not require a bond before payment is made. The clause, *verbatim*, reads:

**"A Mobilisation Advance, equal to 12% of the contract sum (less advances issued at time of contract signing), will be paid within 7 days of receipt of an executed copy of this agreement."**

The same clause then refers to the formula for pay back of the advance, and stipulates that a detailed breakdown of [proposed] expenditure is submitted prior to payment.

Leeward have no problem with the repayment formula, and have submitted, via letter dated 24 September 2008 a list of proposed expenditure (format and detail as agreed at the pre-contract meeting of 24 September 2008) which has neither been refuted or queried by AUA.

Similarly, reference is then made, in the final paragraph of this clause, to a <u>possible</u> requirement for a bond, *viz:*

**"An option to secure an Advance Payment Bond in the amount of the Mobilisation payment is to be priced and submitted to the Owner for review."**

Further reference to an Advance Payment Bond appears in the Contract Document division 4 specifications, section 00501 "Agreement" item 1.2 C, which reads:

**"Similarly an OPTION is to be submitted for an ADVANCE PAYMENT bond in an amount to match a mobilization payment requested by the contractor."**

Leeward submitted quotes in respect of Performance and Payment Bond, and Advance Payment Bond, to AUA in July 2008, but these were neither acknowledged or approved by AUA so the matter remained unaddressed even at time of signing the Contract.

The Contract wording is clear; a payment WILL be made, and a bond MAY be required. The Bond is NOT a prerequisite.

Works carried out so far in accordance with the Letter of Intent signed 10 May 2008 have benefitted from an Advance Payment for which no Bond was required; surely this must establish the precedent that a Bond is optional but not absolutely necessary?

LC000696

**Alana Bartley**

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Tuesday, November 04, 2008 10:34 AM |
| **To:** | 'Roche, Antony'; budroche_50@yahoo.com |
| **Cc:** | 'Greenberg, Corey Ext.'; 'Prabhu Marudheri'; Andy Green; Robert Winwood; 'Peter Netherclift' |
| **Subject:** | RE: Release of interim mobilisation advance |

Col. Antony

Without prejudice, following our meeting this morning, I can confirm that EC$ 1,345,642.22 has been received into our account at approximately 10:00am this morning.

Additionally, I can confirm that providing AUA can provide confirmation of the transfer of EC$ 1,000,000.00 by noon today Leeward will commence re-mobilisation of the site on Wednesday 5th November 2008.

To confirm our conversation Leeward still require AUA written response to our email sent Thursday 30th October 2008, a copy of which was hand delivered today.

I await AUA's response soonest.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868

---

**From:** Roche, Antony [mailto:colantony@auamed.net]
**Sent:** 03 November 2008 22:37
**To:** Neil Dickinson
**Cc:** Greenberg, Corey Ext.; Prabhu Marudheri
**Subject:** Re: Release of interim mobilisation advance

Dear Neil,

This refers to our discussion on the said subject. I am pleased to inform you that the Management has agreed to release an interim payment of EC$ 1,000,000.00 (EC$ one million only), towards mobilization advance pending the furnishing of the mobilization bond by LC. Please intimate the date of resuming work at site to enable our Management to deposit the funds into you're a/c within 24 hours.

An early confirmation is requested.

With best regards

Lt Col Roche Antony

12/15/2011

LC000697

General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel: 268 481-8918
Mobile: 268 764- 4915
Fax: 268 481-8924

12/15/2011

LC000698

## Alana Bartley

**From:** Neil Dickinson [neil@leeward.ag]
**Sent:** Tuesday, November 04, 2008 12:21 PM
**To:** 'Greenberg, Corey Ext.'
**Subject:** AUA/Leeward

Corey

Transfer confirmation received and I can confirm re-mobilisation of the site will commence tomorrow morning.

Regarding a 'press release'. It may be prudent to discuss this matter prior to any written words being released.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD CONSTRUCTION COMPANY LIMITED.**
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:   (268) 729-0072
FAX:    (268) 462-4868

12/15/2011

LC000699

**Alana Bartley**

| | |
|---|---|
| **From:** | Prabhu Marudheri [pmarudheri@AUAMED.ORG] |
| **Sent:** | Tuesday, November 04, 2008 10:48 AM |
| **To:** | Neil Dickinson |
| **Cc:** | Corey Greenberg; Andy Green; Robert Winwood; Peter Netherclift; Roche, Antony; Matt Petersen; Lt. Col P S Shetti [MEMG] |
| **Subject:** | RE: [Junk released by Allowed List] RE: Release of interim mobilisation advance |
| **Attachments:** | 20081104104308344.pdf |

Neil,

Please find attached wire transfer confirmation for the EC$1 million. Let us know as soon as the funds are credited into your account.

Thanks.

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Tuesday, November 04, 2008 10:34 AM
**To:** 'Roche, Antony'; budroche_50@yahoo.com
**Cc:** Corey Greenberg; Prabhu Marudheri; Andy Green; Robert Winwood; 'Peter Netherclift'
**Subject:** [Junk released by Allowed List] RE: Release of interim mobilisation advance

Col. Antony

Without prejudice, following our meeting this morning, I can confirm that EC$ 1,345,642.22 has been received into our account at approximately 10:00am this morning.

Additionally, I can confirm that providing AUA can provide confirmation of the transfer of EC$ 1,000,000.00 by noon today Leeward will commence re-mobilisation of the site on Wednesday 5th November 2008.

To confirm our conversation Leeward still require AUA written response to our email sent Thursday 30th October 2008, a copy of which was hand delivered today.

I await AUA's response soonest.

Kind Regards

Neil Dickinson
*Projects Director*
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag

12/15/2011

LC000700

OFFICE: (268) 462-0071
CELL:   (268) 729-0072
FAX:    (268) 462-4868

---

**From:** Roche, Antony [mailto:colantony@auamed.net]
**Sent:** 03 November 2008 22:37
**To:** Neil Dickinson
**Cc:** Greenberg, Corey Ext.; Prabhu Marudheri
**Subject:** Re: Release of interim mobilisation advance

Dear Neil,

This refers to our discussion on the said subject. I am pleased to inform you that the Management has agreed to release an interim payment of EC$ 1,000,000.00 (EC$ one million only), towards mobilization advance pending the furnishing of the mobilization bond by LC. Please intimate the date of resuming work at site to enable our Management to deposit the funds into you're a/c within 24 hours.

An early confirmation is requested.

With best regards

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel: 268 481-8918
Mobile: 268 764- 4915
Fax: 268 481-8924

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

12/15/2011

LC000701

Main Menu > Transfers and Payments >                                    Help

## DOMESTIC WIRE USING MODEL

WIRE:      From Account: 9975368519   Currency: US Dollars
Status:    Processed - Confirmation Number is 3090229887.
Wire Fee:  $12.50

| Beneficiary | Bank |
|---|---|
| ANTIGUA BARBUDA INVESTMENT BANK | Name: BANK OF AMERICA, N.A., NY<br>ABA: 026009593<br>Address: New York, NY |

Beneficiary's Account number: 6550-6-52034

Amount:           $371,996.13
Date of transfer: Immediate
Description:      interim mobilization advance

Special Instructions:
Further Credit to: ABI Bank
Acct Name: Leeward Construct
Account #: 300118635

[Save as Model]   Model Name: LEEWARD CONSTRUCTION

[Process another Wire]

https://citibusinessonline.da-us.citibank.com/cbusol/wires/WTdisplay.do?request=WT...   11/4/2008