# EXHIBIT 16

# American University of Antigua
# College of Medicine
# Check Request Form

## AUA Employee Information

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | November 17th, 2008 |

### Phase 1: Classroom/Library/Nurses: Leeward Construction

| | |
|---|---|
| Interim Payment #12.00 Measured Works/Materials on Site. | $718,588.47 |
| ABST | $107,788.27 |
| Outstanding ABST Application #10 | $29,978.00 |
| Total | $856,354.74 |

## Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | ABSTNO:TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 856,354.74 |

## Additional Comments

"Site Closure" was effected by LC with effect from 22 October 2008 to 04 November 2008. Selims have been included for one week for the month of Oct in the payment application. Without prejudice, the amount is released against total contract/completion period of 52 weeks.     _[signature]_ 14/November 2008

## Approval

| | |
|---|---|
| Requestor's Signature: | Passed for payment EC$ 856,354.74. (EC dollars eight hundred |
| Request Date: | fifty six thousand three hundred fifty four and seventy four cents only.)   _[signature]_ 14 Nov 2008 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC000703
AUA000856



# LEEWARD CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

**American University of Antigua**
**College Of Medicine**
Jasmine Court
P.O.Box W1451
St. John's
Antigua

31st October 2008



*Attention: A.S.Nagesh*

Dear Sir

**Re: American University of Antigua – Application for Payment # 12**

Please find enclosed Application for Payment # 11 dated 31st October 2008 for the value of:

**EC$ 1,146,958.07**
**(One Million, One Hundred and Forty Six Thousand, Nine Hundred and Fifty Eight Eastern Caribbean Dollars and Six Cense.)**

Subject to ABST.

Payment Application is for works completed during the period of 1st October – 31st October 2008.

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully

Paul Webster
Quantity Surveyor

Received by........................................... Date.....................................

Signature.................................................................................................

LC000704
AUA000857

 

| APPLICATION AND CERTIFICATION FOR PAYMENT | | | AIA DOCUMENT G702 | PAGE 1 OF 1 PAGES | |
|---|---|---|---|---|---|
| TO (Owner): | AUA | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA | APPLICATION NO: | 12 | Distribution to: |
| | | | APPLICATION DATE | 31-Oct-08 ☐ | OWNER |
| | | | PERIOD FROM: | 01-Oct-08 ☐ | ARCHITECT |
| | | | TO: | 31-Oct-08 ☐ | CONTRACTOR |
| ATTENTION: | A.S.Nagesh | CONTRACTOR FOR: AUA | | ☐ | |
| | | | ARCHITECT'S PROJECT NO: | P103 ☐ | |
| | | | CONTRACT DATE: | | |

**CONTRACTOR'S APPLICATION FOR PAYMENT**

| CHANGE ORDER SUMMARY | | |
|---|---|---|
| Change orders approved in previous months by Owner | ADD | DED |
| TOTAL | | |
| Approved this Month | $555,356.27 | |
| No. | Date Approved | |
| | | |
| | | |
| | | |
| TOTALS | $555,356.27 | $0.00 |
| Net change by Change Orders | | $555,356.27 |

Application is made for Payment, as shown below, in connection with the Contract.
**Continuation Sheet, AIA Document G703, is attached.**

The present status of the account for this Contract is as follows:

ORIGINAL CONTRACT SUM ........................................ $27,436,824.00

Net change by Change Orders ..................................... 482287.47 ~~$555,356.27~~

CONTRACT SUM TO DATE ........................................ 27919111.47 ~~$27,992,180.27~~

TOTAL COMPLETED & STORED TO DATE .................. ~~$6,882,516.50~~ 643160.14
  (Column G on G703)

Retainage       5 % ................................................. ~~$344,125.83~~ 32158006
  or total in Column I on G703

TOTAL EARNED LESS RETAINAGE ............................. ~~$6,538,390.68~~ 611002.08

LESS PREVIOUS CERTIFICATES FOR PAYMENT ......... $5,391,432.61

CURRENT PAYMENT DUE (subject to ABST).................. ~~$1,146,958.07~~ 718588.47

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:
By: [signature]    Date: 30-10-08

**LEEWARD**

**ARCHITECT'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ....................................... ~~$1,146,958.07~~ 718588.47
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By: [signature]                                Date: 14/11/08
This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

LC000705
AUA000858

AMERICAN UNIVERSITY OF ANTIGUA                                                                                         APPLICATION # 12

| PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD BANGALORE - 560 001 | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | | | |
|---|---|---|---|---|---|
| Sl. No. | Description Of Item | Qty | Unit | Rate | Amount |
| | APPLICATION # 11 | | | | |
| | COLLECTION PAGE | | | | |
| | MOBILISATION | | | | ~~318,820~~  318,820.00 |
| | PRELIMINARIES/GENERAL CONDITIONS | | | | 2,210,121.30  2,192,108.43 |
| | CLASSROOM AND LABORATORY BUILDING | | | | 870,778.15  817,379.48 |
| | SERVICE BLOCK | | | | 481,181.53  400,984.15 |
| | LIBRARY BLOCK (inc. Tower) | | | | 1,986,558.99  1,379,795.85 |
| | LIBRARY BLOCK - AMPHITHEATER | | | | 54,902.32  35,427.81 |
| | CHANGE ORDERS | | | | 555,356.27  482,287.17 |
| | MATERIALS ON SITE | | | | 404,797.95  404,797.95 |
| | SUB TOTAL | | | | 6,882,516.50  6,431,601.14 |
| | RETENTION (MAXIMUM EC$ 1,371841.20) | | | 5% | 344,125.83  321,580.06 |
| | PREVIOUS PAYMENTS | | | | 5,391,432.61  5,391,432.61 |
| | APPLICATION TOTAL | | | | 1,146,958.07  718,588.47 |
| | ABST | | | 15% | 172,043.71  107,788.27 |
| | OUSTANDING ABST (Mobilisation Payment 20.06.08) | | | | 120,969.00 |
| | OUSTANDING ABST (Mobilisation Payment 26.08.08) | | | | 22,500.00 |
| | OUSTANDING ABST APPLICATION # 10 | | | | 29,978.00  29,978.00 |
| | TOTAL PAYMENT | | | | 1,492,448.77  856,354.74 |
| | PAYMENT DUE NO LATER THAN 22ND OF THE MONTH | | | | |

Passed for payment EC$ 856,354.74 only.

14 NOV 2008

NOTE:
"Site closure" has been effected by Leeward effective 22 October, 2008 upto 04 Nov 2008. Prelims have been included by LLC for one week in his application.
Without prejudice, the amount is released for payment, considering overall restricted contract period of 52 weeks.

Leeward Construction Company Ltd

C000706
AUA000850

AMERICAN UNIVERSITY OF ANTIGUA  APPLICATION # 12

| ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD BANGALORE - 560 001 | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | | |
|---|---|---|---|---|
| Sl. No. | Description Of Item | | | Amount |
| | **PREVIOUS PAYMENTS RECEIVED** | | | |
| | PAYMENT 1 | | | 333,833.67 |
| | PAYMENT 2 | | | 435,986.79 |
| | PAYMENT 3 | | | 244,630.15 |
| | PAYMENT 4 | | | 243,906.96 |
| | PAYMENT 5 | | | 310,132.65 |
| | PAYMENT 6 | | | 806,460.00 |
| | PAYMENT 7 | | | 1,176,211.22 |
| | PAYMENT 8 | | | 150,000.00 |
| | PAYMENT 9 | | | 467,440.11 |
| | PAYMENT 10 | | | 264,299.89 |
| | PAYMENT 11 | | | 958,531.17 |
| | PAYMENT 12 | | | |
| | | | | 5,391,432.61 |
| | TOTAL | | | 10,782,865.22 |

6/98  Leeward Construction Company Ltd  29/04/2008

LC000710
AUA000863