# EXHIBIT 17

①

# American University of Antigua
# College of Medicine
# Check Request Form

## AUA Employee Information

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | December 16th, 2008 |

### Phase 1: Classroom/Library/Nurses: Leeward Construction

| | |
|---|---|
| Interim Payment #13.00 Measured Works/Materials on Site. | $2,731,178.48 |
| ABST | $409,676.77 |
| Less Mobilisation Advance | $1,956,460.00 |
| Total | $1,184,395.25 |

## Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | ABSTNO:TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 1,184,395.25 |

### Additional Comments

Passed for payment EC$1,184,395.25 only. Eastern Caribbean dollars One million one hundred eighty four Thousand three hundred ninety-five and twenty-five cents only).

### Approval

| | |
|---|---|
| Requestor's Signature: | [signature] |
| Request Date: | 16 December, 2008 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC000803
AUA000956





# LEEWARD CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O. BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

**American University of Antigua**
**College Of Medicine**
Jasmine Court
P.O.Box W1451
St. John's
Antigua

5th November 2008

<u>*Attention: A.S.Nagesh*</u>

Dear Sir

**Re: American University of Antigua – Application for Payment # 13**

Please find enclosed Application for Payment # 13 dated 30th November 2008 for the value of:

**EC$1,538,676.60**
**(One Million Five Hundred and Thirty Eight Thousand, Six Hundred and Seventy Six Dollars and Sixty Cense.)**

Payment Application is for works completed during the period of 1st November – 31st November 2008.

Also enclosed is the following documentation:

Instruction 16 CVI 07/11/08 VSL Labour supply
Instruction 16 day works record sheets 20/10/08 – 12/11/08
VSL materials request list & invoices
Instruction 18 Site Shutdown cost breakdown 24/10/08
Instruction 19 Cost Breakdown Raising of Steel Shed ground levels 11/09/08
Instruction 21 Pile Extension drawing 19/11/08
Instruction 22 Raising of levels for walkways cost breakdown 19/11/08
Instruction 23 Electrical Sweeps cost breakdown & CVI 20/10/08
Instruction 24 Anchor Bolts cost breakdown & CVI 18/11/08
Instruction 25 Modifications to Chajja cost breakdown
Instruction 26 Electrical Bill 20/08/08
Instruction 27 25ft Pile Manufacture rate breakdown & instruction (email)
Contractors All Risk 03/03/08 – 03/05/08 Cover Note
Employers Liability 23/05/07 – 22/05/08 Cover Note
Public Liability 02/03/08 – 02/05/08 Cover Note

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully

Paul Webster
Quantity Surveyor

Received by.................................................... Date.................................... 5/12/08

LC000804
AUA000957

| APPLICATION AND CERTIFICATION FOR PAYMENT | | AIA DOCUMENT G702 | PAGE 1 OF 1 PAGES |
|---|---|---|---|

TO (Owner): AUA   PROJECT: AMERICAN UNIVERSITY OF ANTIGUA   APPLICATION NO: 13   Distribution to:
APPLICATION DATE: 30-Nov-08   OWNER
PERIOD FROM: 01-Nov-08   ARCHITECT
TO: 30-Nov-08   CONTRACTOR

ATTENTION: A.S.Nagesh   CONTRACTOR FOR: AUA

ARCHITECT'S PROJECT NO: P103
CONTRACT DATE:

### CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | |
|---|---|---|
| Change orders approved in previous months by Owner | ADD | DED |
| TOTAL | | |
| Approved this Month | $732,940.86 | |
| No.  Date Approved | | |
| | | |
| | | |
| | | |
| TOTALS | $732,940.86 | $0.00 |
| Net change by Change Orders | | $732,940.86 |

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.
CONTRACTOR:
By: _____ Date: _____

Application is made for Payment, as shown below, in connection with the Contract.
**Continuation Sheet, AIA Document G703, is attached.**

The present status of the account for this Contract is as follows:

ORIGINAL CONTRACT SUM ............................................. $27,436,824.00

Net change by Change Orders ........................................ ~~$732,940.86~~ 524269.22

REVISED CONTRACT SUM .............................................. ~~$28,169,764.86~~ 27961093.22

TOTAL COMPLETED & STORED TO DATE ..................... ~~$8,624,010.84~~ ~~8299725~~ 8299725.55
 (Column G on G703)
Retainage   5 % ........................................... ~~$431,200.54~~ 414986.29
 or total in Column I on G703
TOTAL EARNED LESS RETAINAGE ............................... ~~$8,192,810.30~~ 7884739.26

LESS PREVIOUS CERTIFICATES FOR PAYMENT ............ ✓ $5,153,561.08
TOTAL COMPLETED & STORED (inc ABST) ~~$3,495,136.60~~ 3140855.25
LESS MOBILISATION ✓ $1,956,460.00
CURRENT PAYMENT DUE ....................... ~~$1,538,676.60~~ 1184395.25

### ARCHITECT'S CERTIFICATE FOR PAYMENT
@ one Million Hundred and Eighty Four Thousand Three hundred and Ninty Five and Twenty Five Cents only

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......................................................
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By: _____ Date: 16/12/08
This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract



AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

LC000805
AUA000958

AMERICAN UNIVERSITY OF ANTIGUA

APPLICATION # 13

④

| Sl. No. | Description Of Item | Qty | Unit | Rate | Amount | |
|---|---|---|---|---|---|---|
| | **PROJECT:** AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | **ARCHITECTS:** SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD | | **CLIENT:** AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | | |
| | APPLICATION # 13 | | | | | |
| | COLLECTION PAGE | | | | | |
| | MOBILISATION RETENTION | | | | ~~879,213~~ | 879213.00 |
| | PRELIMINARIES/GENERAL CONDITIONS | | | | ~~2,513,706.70~~ | 2456734.53 |
| | CLASSROOM AND LABORATORY BUILDING | | | | ~~1,140,963.77~~ | 1119751.01 |
| | SERVICE BLOCK | | | | ~~646,461.20~~ | 615515.73 |
| | LIBRARY BLOCK (inc. Tower) | | | | ~~2,092,175.05~~ | 2084171.59 |
| | LIBRARY BLOCK - AMPHITHEATER | | | | ~~33,906.62~~ | 35427.52 |
| | CHANGE ORDERS | | | | ~~732,940.86~~ | 524269.22 |
| | MATERIALS ON SITE | | | | 584,643.25 | 584643.25 |
| | SUB TOTAL | | | | ~~8,624,010.84~~ | 8299725.85 |
| | RETENTION (MAXIMUM EC$ 1,371841.20) | | | 5% | ~~431,200.54~~ | 414986.29 |
| | PREVIOUS PAYMENTS | | | | 5,153,561.08 | |
| | APPLICATION TOTAL | | | | ~~3,039,249.22~~ | 2731178.48 |
| | ABST | | | 15% | ~~455,887.38~~ | 409676.77 |
| | LESS MOBILISATION PAYMENTS | | | | 1,956,460.00 | |
| | TOTAL PAYMENT | | | | ~~1,598,676.60~~ | 1184395.25 |
| | PAYMENT DUE NO LATER THAN 22ND OF THE MONTH | | | | | |

*Passed for Payment EC$ 1,184,395.25 (Eastern Caribbean dollars One million one hundred eighty four thousand three hundred ninety five and twenty-five cents only)*

16/12/08

16 December, 2008
Lt Col Reeves Antony
SM, Projects



AMERICAN UNIVERSITY OF ANTIGUA                                    APPLICATION # 13

| ARCHITECTS:<br>SUNDARAM ARCHITECTS PVT.LTD.,<br>NO.19,KUMARA KRUPA ROAD<br>BANGALORE - 560 001 | PROJECT:<br>AMERICAN UNIVERSITY OF<br>ANTIGUA - COLLEGE OF<br>MEDICINE | CLIENT:<br>AMERICAN UNIVERSITY OF MEDICAL &<br>ALLIED HEALTH SCIENCES IN ANTIGUA |
|---|---|---|

| Sl. No. | Description Of Item | Amount | |
|---|---|---|---|
| | PREVIOUS PAYMENTS RECEIVED | | |
| | PAYMENT 1 | 333,833.67 | ✓ |
| | PAYMENT 2 | 435,986.79 | ✓ |
| | PAYMENT 3 | 244,630.15 | ✓ |
| | PAYMENT 4 | 243,906.96 | ✓ |
| | PAYMENT 5 | 310,132.65 | ✓ |
| | PAYMENT 6 | Mob | |
| | PAYMENT 7 | 1,176,211.22 | ✓ |
| | PAYMENT 8 | Mob | |
| | PAYMENT 9 | 467,440.11 | ✓ |
| | PAYMENT 10 | 264,299.89 | ✓ |
| | PAYMENT 11 | 958,531.17 | ✓ |
| | PAYMENT 12 | Mob | |
| | PAYMENT 13 | 718,588.47 | |
| | | 5,153,561.08 | |
| | TOTAL | ~~10,207,122.16~~ | |

16/12/08





# Kennedy's Enterprises Limited

P.O. Box 1336, All Saints Rd., St. John's Antigua, West Indies
Tel: 268-481-1330/1/2  Fax: 268-481-1335

| CUSTOMER'S ORDER NO. | TELEPHONE | DATE 7/11/08 |
|---|---|---|

NAME: Leeward Construction Co LTD
ADDRESS: check #1509

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 1 case | (12) Silicone  $19.95 | $239 | 40 |
| 1 | Linesman Pliers $34.50 | $34 | 50 |
| | | | |
| | | | |
| | Kennedy's Enterprises Limited **PAID** | | |
| | | | |
| RECEIVED BY | TOTAL | $273 | 90 |

Sales Invoice  35577

All claims and returned goods must be accompanied by this invoice
All returns are subject to a 10% restocking charge

LC000934
AUA001087

---

AMW WELDING & INDUSTRIAL SUPPLIES LTD
P.O. BOX 613, ST. JOHN'S, ANTIGUA, TEL:462-4588/FAX:562-2788

TIN: 0159627
ABST INVOICE     #: 3722  11.07.09   1

L10 LEEWARD CONSTRUCTION

Tax ID 0502142

258.00  10-07931  VINYL TUBE 3/4 IN    4.35    1122.30

Subtotal :  1122.30
Discount :    56.12

Net Total :  1066.18
ABST (15%):  159.93

Invoice Total:  1226.11

**PAID**

(132)

(134)

```
      C3 (360) - A N T I G U A   P L U M B I N G  &  H A R D W A R E    LTD.
ABT119 Tax ID 0502142              ABST Invoice                  Date:06.11.08
LEEWARD CONSTRUCTION CO. LTD.,                                   Page:      1
ALL SAINTS ROAD,                                          Salesperson:    360
   All RETURNS must be accompanied                        Invoice  :3-138717
   by Original Sales Invoice and are subject
   to 10% Restocking Fee. No RETURNS/REFUNDS after48-Hours!     Time: 2:30 PM
--------------------------------------------------------------------------
 Qty.     :Unit:Item Num. :Description         U/Price   Disc %  :Extension TX
--------------------------------------------------------------------------
   4.00        TSB016     ECLIPE 24"HACKSAW BLD   4.70                 18.80 Y
   1.00        TSB080     15-160 STN HACKSAW     43.00                 43.00 Y
  20.00        HTS059     2X60 DUCT TAPE         24.95                499.00 Y

Received $     580.43  Check Number       1511
```

ANTIGUA PLUMBING & HARDWARE
P. O. BOX 812
CAMACHO'S AVENUE
ST. JOHN'S, ANTIGUA
(809) 462-1496/0394

TIN: 0157083

*[PAID stamp: ANTIGUA PLUMBING & HARDWARE CENTRE LTD. Independence Drive — NOV 0 6 2008 — PAID — ABST Receipt TIN 0157083]*

| | | |
|---|---|---|
| Subtotal | : | 560.80 |
| Discount | : | 56.08 |
| Net Total | : | 504.72 |
| ABST (15%) | : | 75.71 |
| Invoice Total: | | 580.43 |
| Received | : | 580.43 |
| Your Change | : | |

LC000936
AUA001089



# Rental Invoice

**WORKFORCE TOOL RENTAL**
Wireless Rd
St. Johns,
Antigua
Tel: 268-460-9532    Fax: 268-460-9532

Order #: 5724
Page    1 of 1
Date: 31-Oct-2008

Terms: OPEN CHECK
Ship Via:
Order Group:



| Ordered | PO # | Goods Taken | DATE DUE TO RET: | Customer Pickup? |
|---|---|---|---|---|
| Fri, 31-Oct-2008 | FOB | Fri, 31-Oct-2008 | Fri, 31-Oct-2008 | ✓ |
| | SoldBy SANDI HUGHES | | | |

Customer ID:            Order Status   R

Bill to: **LEEWARD CONSTRUCTION (LINDIES)**
ALL SAINT'S
ST. PAUL
ANTIGUA

Ship to: **LEEWARD CONSTRUCTION (LINDIES)**
ALL SAINT'S
ST. PAUL
ANTIGUA

Contact:
  Ph ( ) 462-0071    Fax

Contact:
  Ph            Fax

| Qty | Item # | Description | # Pds | Unit Price | Ext |
|---|---|---|---|---|---|
| 1 | S181 | SUBMERABLE PUMP | 9 DAY | $80.00 | $720.00 |
| 1 | S183 | SUBMERGABLE PUMP | 9 DAY | $80.00 | $720.00 |
| 70 | CFJ | CONCRETE FLOOR JACKS | 12 DAY | $0.75 | $630.00 |

Conditions of Hire: Rentals are based on time out and not use, it is up to the renter to make sure they need and can use the tool they are renting.

Sign Out: _____

Sign In: _____

Printed on: 31-Oct-2008, 3:41 PM

| | |
|---|---|
| Subtotal Ext Price | $2,070.00 |
| ABST #0469475 | $310.50 |
| **Total** | **$2,380.50** |
| Total Paid | $0.00 |
| **Balance** | **$2,380.50** |

LC000945
AUA001098

# GEOTECH COMPANY LIMITED

St. Mary's Court
P.O. Box 1327, St. Mary's Street
St. John's, Antigua.
Tin #:167185

# ABST INVOICE

(144)

| Date | Invoice # |
|---|---|
| 14/10/2008 | LC-0016 |

**PAID**

**Bill To**

Leeward Construction Ltd
All Saints
St. John's,
Antigua

| TRUCK NO. |
|---|
| C 5222 |

| Description | Amount |
|---|---|
| All-In | 11,200.00 |
| Transportation cost for delivery of aggregates | 1,500.00 |
| 15% ABST | 1,905.00 |
| Discount | -605.00 |

*Thank you for doing business with us!*

**Total** $14,000.00

| TEL | Head Office: (268) 462-4576/462-4577 |
|---|---|
|  | Quarry Sales: (268) 462-5655 |

LC000946
AUA001099

## ...CH COMPANY LTD.
### SALES RECORD

P.O. Box 1327
Tel.: (268) 462-5654/5655

**17573**

Suppliers of limestone aggregates and fill materials.
Crusher Run (All-in)  Crushed Stone (Chippings)  Select Fill (Marl)
Hot Mix Asphalt

(153)

Truck Number: C 5430  Date: November 19, 20 08
Name: Leeward Construction
Address: All Saints, St. John's Antigua
Customers Order No.: LC - 0018   TIN No. 0167185

| SOLD BY | CASH | CHEQUE | CHARGE | | |
|---|---|---|---|---|---|
| Quantity | Description | | | Amount | |
| 20 | Tons - Crusher Run (All-in) | | | 1120 | 00 |
| | 1 1/2" Tons - Crushed Stone (Chippings) | | | | |
| | 3/8" Crushed Stone | | | | |
| | 3/4" Crushed Stone | | | | |
| | 5" Crushed Stones | | | | |
| | Tons - Fine Dust | | | | |
| | Tons - Marl | | | | |
| | Tons - Hot Mix Asphalt | | | | |
| | Boulders | | | | |
| | Scalping | | | | |
| | Transportation | | | 275 | 00 |
| | ABST @ 15% | | | 209 | 25 |
| | March water | | | | |
| | | | Total $ | 1604 | 25 |

LC000955
AUA001108

## ~TECH COMPANY LTD.
### SALES RECORD

P.O. Box 1327
Tel.: (268) 462-5654/5655

**17571**

(154)

Suppliers of limestone aggregates and fill materials.
Crusher Run (All-in) Crushed Stone (Chippings) Select Fill (Marl)
Hot Mix Asphalt

Truck Number: C 5430   Date: November 19, 20 08
Name: Leeward Construction Ltd.
Address: All Saints Road St. John's Antigua
Customers Order No. LCO 028   TIN No. 0167185

| SOLD BY | CASH | CHEQUE | CHARGE | | |
|---|---|---|---|---|---|
| J. | | | | | |

| Quantity | Description | Amount | |
|---|---|---|---|
| 20 | Tons - Crusher Run (All-in) | 1120 | 00 |
| | 1 1/2" Tons - Crushed Stone (Chippings) | | |
| | 3/8" Crushed Stone | | |
| | 3/4" Crushed Stone | | |
| | 5" Crushed Stones | | |
| | Tons - Fine Dust | | |
| | Tons - Marl | | |
| | Tons - Hot Mix Asphalt | | |
| | Boulders | | |
| | Scalping | | |
| | Transportation | 275 | 00 |
| | | 209 | 25 |
| | ABST @ 15% | | |
| | Total $ | 1604 | 25 |

*[signature: Cedric Charles]*

LC000956
AUA001109

**_____ COMPANY LTD.**
**SALES RECORD**
P.O. Box 1327
Tel.: (268) 462-5654/5655
Suppliers of limestone aggregates and fill materials.
Crusher Run (All-in) Crushed Stone (Chippings) Select Fill (Marl)
Hot Mix Asphalt

(155)

**17572**

| Truck Number: C 54 30 | Date: November 19, 20 08 |
|---|---|
| Name: Leeward Construction | |
| Address: All Saints, St. John's Antigua | |
| Customers Order No. LC - 0018 | TIN No. 0167185 |

| SOLD BY | CASH | CHEQUE | CHARGE | |
|---|---|---|---|---|
| d. | | | | |

| Quantity | Description | Amount | |
|---|---|---|---|
| 20 | Tons - Crusher Run (All-in) | 1120 | 00 |
| | 1 1/2" Tons - Crushed Stone (Chippings) | | |
| | 3/8" Crushed Stone | | |
| | 3/4" Crushed Stone | | |
| | 5" Crushed Stones | | |
| | Tons - Fine Dust | | |
| | Tons - Marl | | |
| | Tons - Hot Mix Asphalt | | |
| | Boulders | | |
| | Scalping | | |
| | Transportation | 275 | 00 |
| | ABST @ 15 % | 209 | 25 |
| | | | |
| | Total $ | 1604 | 25 |

*[signature: Cedric Charles]*

LC000957
AUA001110

## ...ECH COMPANY LTD.
### SALES RECORD

**17576**

P.O. Box 1327
Tel.: (268) 462-5654/5655
Suppliers of limestone aggregates and fill materials.
Crusher Run (All-in) Crushed Stone (Chippings) Select Fill (Marl)
Hot Mix Asphalt

(156)

Truck Number: C 5223   Date: November 19, 20 08
Name: Leeward Construction
Address: All Saints, St. John's Antigua
Customers Order No.: LC - 0018   TIN No. 0167185

| SOLD BY | CASH | CHEQUE | CHARGE | |
| --- | --- | --- | --- | --- |
| CB. | | | ✓ | |

| Quantity | Description | Amount | |
| --- | --- | --- | --- |
| 20 | Tons - Crusher Run (All-in) | 1120 | 00 |
| | 1 1/2" Tons - Crushed Stone (Chippings) | | |
| | 3/8" Crushed Stone | | |
| | 3/4" Crushed Stone | | |
| | 5" Crushed Stones | | |
| | Tons - Fine Dust | | |
| | Tons - Marl | | |
| | Tons - Hot Mix Asphalt | | |
| | Boulders | | |
| | Scalping | | |
| | Transportation | 275 | 00 |
| | ABST @ 15% | 209 | 25 |
| | | | |
| | Total $ | 1604 | 25 |

LC000958
AUA001111

(15)

# ~~TECH~~ COMPANY LTD.
## SALES RECORD
## 17575

P.O. Box 1327
Tel.: (268) 462-5654/5655
Suppliers of limestone aggregates and fill materials.
Crusher Run (All-in) Crushed Stone (Chippings) Select Fill (Marl)
Hot Mix Asphalt

Truck Number: ~~C 5430 (S)~~ 5222    Date: November 19, 20 08
Name: Lee ward Construction
Address: All Saint's, St. John's Antigua
Customers Order No. LC - 0018    TIN No. 0167185

| SOLD BY | CASH | CHEQUE | CHARGE | |
|---|---|---|---|---|
| CL | | | | |

| Quantity | Description | Amount | |
|---|---|---|---|
| 20 | Tons - Crusher Run (All-in) | 1120 | 00 |
| | 1 1/2" Tons - Crushed Stone (Chippings) | | |
| | 3/8" Crushed Stone | | |
| | 3/4" Crushed Stone | | |
| | 5" Crushed Stones | | |
| | Tons - Fine Dust | | |
| | Tons - Marl | | |
| | Tons - Hot Mix Asphalt | | |
| | Boulders | | |
| | Scalping | | |
| | Transportation | 275 | 00 |
| | ABST @ 15% | 209 | 25 |
| | Total $ | 1604 | 25 |

LC000959
AUA001112

# ~~TECH COMPANY LTD.~~
## SALES RECORD
**17577**

P.O. Box 1327
Tel.: (268) 462-5654/5655
Suppliers of limestone aggregates and fill materials.
Crusher Run (All-in) Crushed Stone (Chippings) Select Fill (Marl)
Hot Mix Asphalt

(158)

Truck Number: **C 5430**   Date: **November 19 20 08**
Name: **Leeward Construction Ltd.**
Address: **All Saints Road, St. John's Antigua**
Customers Order No. **LD-0018**   TIN No. **0167185**

| SOLD BY | CASH | CHEQUE | CHARGE | |
|---|---|---|---|---|
| Q. | | | | |

| Quantity | Description | Amount | |
|---|---|---|---|
| 20 | Tons - Crusher Run (All-in) | 1120 | 00 |
| | 1 1/2" Tons - Crushed Stone (Chippings) | | |
| | 3/8" Crushed Stone | | |
| | 3/4" Crushed Stone | | |
| | 5" Crushed Stones | | |
| | Tons - Fine Dust | | |
| | Tons - Marl | | |
| | Tons - Hot Mix Asphalt | | |
| | Boulders | | |
| | Scalping | | |
| | Transportation | 275 | 00 |
| | ABST @ 15% | 209 | 25 |
| | | | |
| | Total $ | 1604 | 25 |

LC000960
AUA001113



# ~~~~~~~ COMPANY LTD.
## SALES RECORD

**17579**

P.O. Box 1327
Tel.: (268) 462-5654/5655
Suppliers of limestone aggregates and fill materials.
Crusher Run (All-in) Crushed Stone (Chippings) Select Fill (Marl)
Hot Mix Asphalt

(159)

Truck Number: C 5430   Date: November 19, 20 08
Name: Leeward Construction
Address: All Saints Road
Customers Order No. LD - 0018   TIN No. 0167185

| SOLD BY | CASH | CHEQUE | CHARGE | | |
|---|---|---|---|---|---|
| CA. | | | | | |

| Quantity | Description | Amount | |
|---|---|---|---|
| 20 | Tons - Crusher Run (All-in) | 1120 | 00 |
| | 1 1/2" Tons - Crushed Stone (Chippings) | | |
| | 3/8" Crushed Stone | | |
| | 3/4" Crushed Stone | | |
| | 5" Crushed Stones | | |
| | Tons - Fine Dust | | |
| | Tons - Marl | | |
| | Tons - Hot Mix Asphalt | | |
| | Boulders | | |
| | Scalping | | |
| | Transportation | 275 | 00 |
| | ABST @ 15% | 209 | 25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total $ | 1604 | 25 |

LC000961
AUA001114

# ...CH COMPANY LTD.
## SALES RECORD
**17574**

P.O. Box 1327
Tel.: (268) 462-5654/5655
Suppliers of limestone aggregates and fill materials.
Crusher Run (All-in) Crushed Stone (Chippings) Select Fill (Marl)
Hot Mix Asphalt

(16C)

Truck Number: C5430   Date: November 19th 20 08
Name: Leeward Construction
Address: All Saints, St. John's Antigua
Customers Order No. LC-0018   TIN No. 0167185

| SOLD BY | CASH | CHEQUE | CHARGE | |
|---|---|---|---|---|
| Ch | | | ✓ | |

| Quantity | Description | Amount | |
|---|---|---|---|
| 20 | Tons - Crusher Run (All-in) | 1120 | 00 |
| | 1 1/2" Tons - Crushed Stone (Chippings) | | |
| | 3/8" Crushed Stone | | |
| | 3/4" Crushed Stone | | |
| | 5" Crushed Stones | | |
| | Tons - Fine Dust | | |
| | Tons - Marl | | |
| | Tons - Hot Mix Asphalt | | |
| | Boulders | | |
| | Scalping | | |
| | Transportation | 275 | 00 |
| | ABST @ 15% | 209 | 25 |
| | Total $ | 1604 | 25 |

LC000962
AUA001115


**SALES RECORD**  
P.O. Box 1327  
Tel.: (268) 462-5654/5655  
Suppliers of limestone aggregates and fill materials.  
Crusher Run (All-in) Crushed Stone (Chippings) Select Fill (Marl)  
Hot Mix Asphalt

**17578**

(161)   E

Truck Number: C5222    Date: November 19, 20 08  
Name: Leeward Construction  
Address: All Saints Road, St. John's Antigua  
Customers Order No.: LD-0018    TIN No. 0167185

| SOLD BY | CASH | CHEQUE | CHARGE |
|---|---|---|---|
| CA | | | ✓ |

| Quantity | Description | Amount | |
|---|---|---|---|
| 20 | Tons - Crusher Run (All-in) | 1120 | 00 |
| | 1 1/2" Tons - Crushed Stone (Chippings) | | |
| | 3/8" Crushed Stone | | |
| | 3/4" Crushed Stone | | |
| | 5" Crushed Stones | | |
| | Tons - Fine Dust | | |
| | Tons - Marl | | |
| | Tons - Hot Mix Asphalt | | |
| | Boulders | | |
| | Scalping | | |
| | Transportation | 275 | 00 |
| | ABST @ 15% | 209 | 25 |
| | **Total $** | **1604** | **25** |

LC000963
AUA001116

11/19/2008 13:40 FAX 268 462 4868        LEEWARD CONSTRUCTION LTD                       ☒004

(64)

C4 (465) – A N T I G U A   P L U M B I N G  &  H A R D W A R E    LTD.
119 Tax ID 0502142              ABST Invoice                    Date: 22.10.08
WARD CONSTRUCTION CO. LTD.,                                     Page:        1
. SAINTS ROAD,                                                  Slsp:      435
.l RETURNS must be accompanied                          Invoice     :C4-22355
/ Original Sales Invoice and are subject
) 10% Restocking Fee. No RETURNS/REFUNDS after 48-Hours!        Time: 3:03 PM

| / . | :Unit: | Item Num. | :Description | U/Price | Disc % | :Extension | TX |
|---|---|---|---|---|---|---|---|
| 100.00 | | BBT013 | TIE WIRE HVY DUTY BLK | 21.00 | | 2100.00 | Y |
| ~~24.00~~ | | TPL002 | CARPENTER PENCIL | 1.75 | | 42.00 | Y |
| ~~6.00~~ | | HHB104 | BROOM STICK | 5.65 | | 33.90 | Y |
| 10.00 | | ECD014 | 1/2X10 SCH40 CONDUIT | 8.30 | | 83.00 | Y |
| ~~50.00~~ 50.00 | | EFC112 | 1/2" ELEC COUPLING | 1.25 | | 62.50 | Y |
| ~~00.00~~ 30.00 | | EFC104 | 1/2 ELBOW SWEEP ELEC. | 3.85 | | 115.50 | Y |
| ~~90~~ 180.00 | | EFC105 | 3/4" 90D SCH40 SWEEP | 4.50 | | 810.00 | Y |
| ~~30~~ 30.00 | | EFC102 | 1"ELEC.SWEEPS | 6.40 | | 192.00 | Y |
| 12.00 12.00 | | EFC101 | 2" ELEC.SWEEP | 18.50 | | 222.00 | Y |

Continued Next Page

A N T I G U A   P L U M B I N G  &  H A R D W A R E   LTD.
                                  ABST Invoice
WARD CONSTRUCTION CO. LTD.,                                     Page:        2
                                                         Invoice:C4-22355

      :Unit:Item Num.  :Description                  :Unit Price    :Extension

eived $       3578.53   Check Number        1308            LABOUR: 3men x 2.5

ANTIGUA PLUMBING & HARDWARE              PAID              btotal     : 3660.90
P. O. BOX 812                                              Discount   :  549.14
CAMACHO'S AVENUE                       OCT 22 2008         Net Total  : 3111.76
ST. JOHN'S. ANTIGUA                                        ABST (15%) :  466.77
(809) 462-1496/0394                                        Invoice Total: 3578.53
                                                           Received   : LC000966 8.53
TIN: 0157083                                               Your Change  AUA001119