# EXHIBIT 18

**Alana Bartley**

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Friday, November 14, 2008 11:49 AM |
| **To:** | 'Nagesha, A.S.'; 'asnagesha ' |
| **Cc:** | 'Roche, Antony'; 'budroche_50@yahoo.com'; 'Greenberg, Corey Ext.'; Sundaram (edp@sundaramarchitects.com); 'Andy Green' |
| **Subject:** | Mobilisation Payment. |

**Attachments:** Contract - Nagesh - 141108-01 Advance payment decision request.pdf

Hi Nagesh

Please find attached letter a copy of which will be hand delivered to your office.

Kind Regards

Neil Dickinson
*Projects Director.*

**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
**MAIL:** neil@leeward.ag
**OFFICE: (268) 462-0071**
**CELL:    (268) 729-0072**
**FAX:     (268) 462-4868**

12/15/2011

LC000989

# *LEEWARD* CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

EMAIL: info @leeward.ag
OFFICE: (268) 462-0071
FAX: (268) 462-4868

14th November 2008

Sundaram Architects Pvt. Ltd.
c/o AUA College of Medicine
Jasmine Court, P.O. Box W 1451
Friar's Hill Road,
ANTIGUA, W.I.

**for the attention of Mr. A. S. Nagesh**

Dear Sirs,

### American University of Antigua College of Medicine Structural works Contract Mobilisation Advance payment

On the subject of non-payment by AUA of the mobilisation advance in accordance with the Contract Agreement AIA 101 article 5.1.9:

You have been party to much correspondence and discussion as to whether AUA are obliged to pay this advance without the need for a bond. We have made numerous submissions expressing our concern that this money is being withheld in error, and that the installation of a payment bond is not prerequisite to the advance payment being made; the Contract Agreement states that a bond is merely an option to be taken up if the Owner so decides.

Your role as Architect's representative was confirmed to us via AUA letter of 10 November 2008. In accordance with the Contract Agreement AIA 201 article 4.2.11, we hereby request your decision in this matter; should the mobilisation advance payment be made in full without the need for a bond to be in place? If so, we demand that payment be certified forthwith, and reserve the right to seek interest for the period since the payment was due.

We consider this demand to be a claim as defined in the Contract Agreement AIA 201 article 4.3, and therefore request your response within ten (10) days in accordance with article 4.4.2.

Yours faithfully,
**Leeward Construction Company Limited.**

**Neil Dickinson**
Projects Director.

LC000990

**Alana Bartley**

| | |
|---|---|
| **From:** | Nagesha, A.S. [asnagesha@auamed.net] |
| **Sent:** | Friday, December 12, 2008 8:34 AM |
| **To:** | Neil Dickinson; colantony@auamed.net |
| **Cc:** | Corey Greenberg; Sundaram Architect Pvt Ltd |

**Subject:** FW: AUA project

Dear Neil,

### American University of Antigua College of Medicine Structural Works Contract
### Mobilization Advance Payment

### Reference: Your letter no nil dated 14 November, 2008

With reference to your letter cited above on the said subject, and in reference to the Contract Agreement AIA101 Article 5.1.9. As brought out by you, there has been much correspondence and discussion on the said subject.

The Contract document states that, the owner may secure an Advance Payment Bond for the amount of the Mobilization Payment, and it is informed that this option had been exercised the day the contract was signed followed up with a letter on the next day, that is 26 September, 2008.

Even after the lapse of about two and a half months (75 days), you have failed to furnish the bond. However, AUA on its part and in the interest of the progress of works, have released the following payments.

| (a) | Initial Release EC | $ 806,460.00 |
|---|---|---|
| (b) | 2nd Payment | $ 150,000.00 |
| (c) | 3rd Payment | $1,000,000.00 |
| (d) | Balance | $1,335,958.00 |
| | Total | $3,292,418.00 |

Not withstanding, your persistent and untenable objection to furnishing of the mobilization bond AUA has made an interim release of additional EC $ 1,000,000.00 (EC $ one million only).

In our opinion as mentioned in your above cited letter by yourselves, the owner reserves the right to exercise the option of obtaining such a bond, which has been duly exercised.

The owner on his part has also given you the option to produce the invoices from your vendors for direct release of payments, to which you have not responded.

Hence, such a claim is inadmissible as per Contract Agreement.


Yours Sincerely

**A.S.Nagesh**
**Sundaram Architects Pvt Ltd**
**AUA,College of Medicine**
email:asnagesha@auamed.net
Tel:    268-4818915
Mobile: 268-720 3132
Fax:   268-481-8924

LC000991

12/15/2011

**Alana Bartley**

**From:**   Roche, Antony [colantony@auamed.net]
**Sent:**   Monday, November 17, 2008 5:45 PM
**To:**   neil@leeward.ag
**Cc:**   pnetherclift@leeward.ag; Nagesha, A.S.; Greenberg, Corey Ext.
**Subject:** AUA/ Leeward Construction Discussion Points- following Site Closure by LC

Dear Neil,

With reference to your email of 30 October, 2008. (14:33 h) we confirm the following without prejudice.

**Item 1**:

Certificate # 11 amounting to EC $1,102,310.84 was paid out to you on 31st October, 2008. It is also informed that due to numerous corrections in your submissions, Mr. Paul Webster signed off the certificate finally only on 13 Oct 2008 with the Architect.
Unpaid retention monies from previous job orders are outside the ambit of this Contract Agreement. However, these have been duly paid out to you.

**Item 2**:

The issue on preliminaries have been negotiated and recorded to be paid as per actuals, in as much as the quantities are concerned. However, the rates will be as per Contract Agreement.

**Item 3**:

Payments regarding ABST pending or otherwise stand resolved, and will be released/deleted as applicable. In that, the ABST is not applicable to mobilization advances.

**Item 4**:

Mobilization advance of EC$1,000,000.00 has been paid on 04 November, 2008. Recoveries will be made as per provisions in the contract document.

**Item 5**:

Leeward Construction to expedite the submission of Advance Payment Bond and for immediate release of balance mobilization amount of EC $ 1,342,418.00.

**Item 6**:

We do not accept your action to 'stop works' as they are not conforming to the provisions of the Contract.

**Item 7**:

We confirm that the mobilization advance should be released on furnishing of a mobilization bond for an equivalent amount.  However, in the interest of the works, we have released mobilization advance as detailed hereunder:-

12/15/2011

Total Mobilization Advance due            EC $3,292,418.00

1st Installment   - paid            EC $   806,460.00      dated   17th June, 2008
2nd Installment   - paid            EC $   150,000.00      dated   1st August, 2008
3rd Installment   - paid            EC $1,000,000.00      dated   4th November, 2008
Total-paid                          EC $1,956,460.00
Balance due                         EC $1,335,958.00

The option to furnish an equivalent bond has been exercised. In this connection refer my email dated 26 Sept, 2008, which was preceded by my verbal communication on 25 Sept 2008 immediately upon signing of the contract document.

The bond as requested has till date not been furnished.

**Item 8**:

In conformance to the Contract Agreement, the owners' representative and Architects representatives, with duties and responsibilities have been intimated to you for your record vide email dated 10 November, 2008.

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel:     268 481-8918
Mobile: 268 764- 4915
Fax:     268 481-8924

12/15/2011

LC000993

**Alana Bartley**

| | |
|---|---|
| **From:** | Nagesha, A.S. [asnagesha@auamed.net] |
| **Sent:** | Friday, December 12, 2008 8:34 AM |
| **To:** | Neil Dickinson; colantony@auamed.net |
| **Cc:** | Corey Greenberg; Sundaram Architect Pvt Ltd |

**Subject:** FW: AUA project

Dear Neil,

### <u>American University of Antigua College of Medicine Structural Works Contract</u><br><u>Mobilization Advance Payment</u>

### <u>Reference: Your letter no nil dated 14 November, 2008</u>

With reference to your letter cited above on the said subject, and in reference to the Contract Agreement AIA101 Article 5.1.9. As brought out by you, there has been much correspondence and discussion on the said subject.

The Contract document states that, the owner may secure an Advance Payment Bond for the amount of the Mobilization Payment, and it is informed that this option had been exercised the day the contract was signed followed up with a letter on the next day, that is 26 September, 2008.

Even after the lapse of about two and a half months (75 days), you have failed to furnish the bond. However, AUA on its part and in the interest of the progress of works, have released the following payments.

| | | |
|---|---|---|
| (a) | Initial Release EC | $ 806,460.00 |
| (b) | 2nd Payment | $ 150,000.00 |
| (c) | 3rd Payment | $1,000,000.00 |
| (d) | Balance | $1,335,958.00 |
| | Total | $3,292,418.00 |

Not withstanding, your persistent and untenable objection to furnishing of the mobilization bond AUA has made an interim release of additional EC $ 1,000,000.00 (EC $ one million only).

In our opinion as mentioned in your above cited letter by yourselves, the owner reserves the right to exercise the option of obtaining such a bond, which has been duly exercised.

The owner on his part has also given you the option to produce the invoices from your vendors for direct release of payments, to which you have not responded.

Hence, such a claim is inadmissible as per Contract Agreement.

Yours Sincerely

**A.S.Nagesh**
**Sundaram Architects Pvt Ltd**
**AUA,College of Medicine**
**email:asnagesha@auamed.net**
**Tel:      268-4818915**
**Mobile: 268-720 3132**
**Fax:     268-481-8924**

12/15/2011

LC000994

**Alana Bartley**

| | |
|---|---|
| **From:** | Nagesha, A.S. [asnagesha@auamed.net] |
| **Sent:** | Friday, December 12, 2008 8:35 AM |
| **To:** | Neil Dickinson; colantony@auamed.net |
| **Cc:** | Greenberg, Corey Ext.; Sundaram Architect Pvt Ltd |

**Subject:** FW: .. RE: AUA project


Dear Neil

It appears you are mixing up the mobilization advance and the certified running bill payments. it is a fact that you have not produced that mobilization advance bond as per the option exercised by the owners.

Not withstanding the same, owners have released an interim payment of EC $ 1,000,000.00 consequent to your assurance of producing such a bond.

Thus reference to the notice of 01 October, resulting in the 'advice' for closure of site on 22nd October is confusing and not in accordance to the contract agreement

regards

**A.S.Nagesh**
**Sundaram Architects Pvt Ltd**
**AUA,College of Medicine**
**email:asnagesha@auamed.net**
**Tel:     268-4818915**
**Mobile: 268-720 3132**
**Fax:    268-481-8924**

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Wednesday, November 26, 2008 8:14 AM
**To:** Nagesha, A.S.
**Cc:** Roche, Antony; Greenberg, Corey Ext.; 'Sundaram Architect Pvt Ltd'
**Subject:** .. RE: AUA project

Dear Nagesh

Our letter dated 22nd October 2008 was not a notice but was an advice that Leeward were to stop work that day following notice previously given on the 1st October 2008.

The fact was and remains that the mobilisation monies due to us in accordance with the Contract agreement have not been paid.

We still await your decision in the matter of payment of mobilisation monies as requested in our letter dated 14th November 2008.

Please respond soonest.


Kind Regards

Neil Dickinson

12/15/2011

LC000995

Projects Director.

**LEEWARD** CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:   neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868

---

**From:** Nagesha, A.S. [mailto:asnagesha@auamed.net]
**Sent:** 24 November 2008 19:37
**To:** Neil Dickinson
**Cc:** colantony@auamed.net; Corey Greenberg; Sundaram Architect Pvt Ltd
**Subject:** RE: AUA project

Dear Neil

This has the reference to your letter dated 14.11.08 addressed to us regarding stoppage of work due to non payment.

Please refer your notice of 22nd October 2008. The 'site closure' has been resorted to following failure of payment notice issued on 01 Oct 2008.It is informed that the said payments were released in two parts on 01 Oct 2008 and 07 Oct 2008, where you have mentioned in your notice of 01 October 2008,that you are going to stop the work if you  do not get the payments with in 7 days i.e by 08th October 2008.

There has been several letters communicated to inform you for the delayed payment regarding application # 10.These are attributable to yourselves as the application has lots of errors resulting in reducing the application amount from EC $  490,837.00 to EC $  64,446.50 .Please note that in the original application # 10 the preliminary amount of EC $ 199,853.39 for the  period between 10th March to 30th April was not included and it was included as per your office letter dated 18th Oct 2008 and accordingly the payment application was certified.

Thus complying with the contract conditions, we are of the opinion that your notice to close the site on 22nd October 2008 is void of any substantial reason to shut down works, as payments were released as early as 07th October 2008.

regards

**A.S.Nagesh**
**Sundaram Architects Pvt Ltd**
**AUA,College of Medicine**
**email:asnagesha@auamed.net**
**Tel:     268-4818915**
**Mobile: 268-7203132**
**Fax:    268-481-8924**

12/15/2011

LC000996

**Alana Bartley**

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Friday, December 12, 2008 10:38 AM |
| **To:** | 'Nagesha, A.S.'; 'colantony@auamed.net' |
| **Cc:** | 'Corey Greenberg'; 'Sundaram Architect Pvt Ltd' |
| **Subject:** | RE: AUA project |

Dear Nagesh,

Following receipt of your email below my comments are as follows;

We requested release of Advance Payment monies in our letter 25 September 2008. That payment was neither certified or paid in accordance with the Contract Agreement.

Despite your unwarranted comments, we submitted a quotation to furnish a Bond in respect of the Advance Payment monies via email to Colonel Antony on 18th November 2008. This was rejected.

Furthermore In recent discussions with myself and our Managing Director Mr. Andy Green, Colonel Antony has repeatedly offered to release the full outstanding balance of payment of the outstanding monies and waive the requirement for the bond. However, this being conditional upon us withdrawing our claim in respect of stoppage of Works due to non-payment. This we will not accept.

We submitted copies of 56 invoices totaling EC$3,039,769.68 to your good self on 09 October 2008 to facilitate "direct release of payments", but these were ignored.

We would, therefore, repeat our request for the (unconditional) release of the balance of Advance Payment monies forthwith and would remind you that we fully intend to seek a resolution of this claim through Arbitration should you fail to do so.


Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868

---

**From:** Nagesha, A.S. [mailto:asnagesha@auamed.net]
**Sent:** 12 December 2008 08:34
**To:** Neil Dickinson; colantony@auamed.net
**Cc:** Corey Greenberg; Sundaram Architect Pvt Ltd
**Subject:** FW: AUA project

Dear Neil,

12/15/2011

LC000997

**American University of Antigua College of Medicine Structural Works Contract
Mobilization Advance Payment**

**Reference: Your letter no nil dated 14 November, 2008**

With reference to your letter cited above on the said subject, and in reference to the Contract Agreement AIA101 Article 5.1.9. As brought out by you, there has been much correspondence and discussion on the said subject.

The Contract document states that, the owner may secure an Advance Payment Bond for the amount of the Mobilization Payment, and it is informed that this option had been exercised the day the contract was signed followed up with a letter on the next day, that is 26 September, 2008.

Even after the lapse of about two and a half months (75 days), you have failed to furnish the bond. However, AUA on its part and in the interest of the progress of works, have released the following payments.

| | | |
|---|---|---|
| (a) | Initial Release EC | $ 806,460.00 |
| (b) | 2nd Payment | $ 150,000.00 |
| (c) | 3rd Payment | $1,000,000.00 |
| (d) | Balance | $1,335,958.00 |
| | Total | $3,292,418.00 |

Not withstanding, your persistent and untenable objection to furnishing of the mobilization bond AUA has made an interim release of additional EC $ 1,000,000.00 (EC $ one million only).

In our opinion as mentioned in your above cited letter by yourselves, the owner reserves the right to exercise the option of obtaining such a bond, which has been duly exercised.

The owner on his part has also given you the option to produce the invoices from your vendors for direct release of payments, to which you have not responded.

Hence, such a claim is inadmissible as per Contract Agreement.

Yours Sincerely

**A.S.Nagesh**
**Sundaram Architects Pvt Ltd**
**AUA,College of Medicine**
**email:asnagesha@auamed.net**
**Tel:    268-4818915**
**Mobile: 268-720 3132**
**Fax:    268-481-8924**

12/15/2011

LC000998

**Alana Bartley**

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Friday, December 12, 2008 10:58 AM |
| **To:** | 'Nagesha, A.S.'; 'colantony@auamed.net' |
| **Cc:** | 'Greenberg, Corey Ext.'; 'Sundaram Architect Pvt Ltd' |

**Subject:** RE: .. RE: AUA project

Dear Nagesh,

Please be assured, I have not "mixed up" anything.

The Contract Agreement is absolutely clear regarding the certification and payment of both the Mobilisation Advance and of monies for Works completed and for materials on site.

You did not certify and, the Owner did not make these payments in accordance with that Agreement; we therefore gave notice that we would stop Works if those payments were not made. Those communications were clear and far from confusing and, the Works were duly stopped from 22 October to 05 November 2008.

The stoppage involved additional costs and lost time.

We request, once more, that you acknowledge same and issue the appropriate Change Order forthwith and would remind you that we fully intend to seek a resolution of this claim through Arbitration should you fail to do so.


Kind Regards

Neil Dickinson
*Projects Director.*

**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
**MAIL:** neil@leeward.ag
**OFFICE:** (268) 462-0071
**CELL:**    (268) 729-0072
**FAX:**     (268) 462-4868


---

**From:** Nagesha, A.S. [mailto:asnagesha@auamed.net]
**Sent:** 12 December 2008 08:35
**To:** Neil Dickinson; colantony@auamed.net
**Cc:** Greenberg, Corey Ext.; Sundaram Architect Pvt Ltd
**Subject:** FW: .. RE: AUA project


Dear Neil

It appears you are mixing up the mobilization advance and the certified running bill payments. it is a fact that you have not produced that mobilization advance bond as per the option exercised by the owners.

12/15/2011

LC000999

Not withstanding the same, owners have released an interim payment of EC $ 1,000,000.00 consequent to your assurance of producing such a bond.

Thus reference to the notice of 01 October, resulting in the 'advice' for closure of site on 22nd October is confusing and not in accordance to the contract agreement

regards

**A.S.Nagesh**
**Sundaram Architects Pvt Ltd**
**AUA,College of Medicine**
**email:asnagesha@auamed.net**
**Tel:    268-4818915**
**Mobile: 268-720 3132**
**Fax:    268-481-8924**

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Wednesday, November 26, 2008 8:14 AM
**To:** Nagesha, A.S.
**Cc:** Roche, Antony; Greenberg, Corey Ext.; 'Sundaram Architect Pvt Ltd'
**Subject:** .. RE: AUA project

Dear Nagesh

Our letter dated 22nd October 2008 was not a notice but was an advice that Leeward were to stop work that day following notice previously given on the 1st October 2008.

The fact was and remains that the mobilisation monies due to us in accordance with the Contract agreement have not been paid.

We still await your decision in the matter of payment of mobilisation monies as requested in our letter dated 14th November 2008.

Please respond soonest.


Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
**MAIL:** neil@leeward.ag
**OFFICE:** (268) 462-0071
**CELL:**   (268) 729-0072
**FAX:**    (268) 462-4868


**From:** Nagesha, A.S. [mailto:asnagesha@auamed.net]
**Sent:** 24 November 2008 19:37
**To:** Neil Dickinson
**Cc:** colantony@auamed.net; Corey Greenberg; Sundaram Architect Pvt Ltd

12/15/2011

LC001000

**Subject:** RE: AUA project

Dear Neil

This has the reference to your letter dated 14.11.08 addressed to us regarding stoppage of work due to non payment.

Please refer your notice of 22nd October 2008. The 'site closure' has been resorted to following failure of payment notice issued on 01 Oct 2008.It is informed that the said payments were released in two parts on 01 Oct 2008 and 07 Oct 2008, where you have mentioned in your notice of 01 October 2008,that you are going to stop the work if you  do not get the payments with in 7 days i.e by 08th October 2008.

There has been several letters communicated to inform you for the delayed payment regarding application # 10.These are attributable to yourselves as the application has lots of errors resulting in reducing the application amount from EC $ 490,837.00 to EC $ 64,446.50 .Please note that in the original application # 10 the preliminary amount of EC $ 199,853.39 for the  period between 10th March to 30th April was not included and it was included as per your office letter dated 18th Oct 2008 and accordingly the payment application was certified.

Thus complying with the contract conditions, we are of the opinion that your notice to close the site on 22nd October 2008 is void of any substantial reason to shut down works, as payments were released as early as 07th October 2008.

regards

**A.S.Nagesh**
**Sundaram Architects Pvt Ltd**
**AUA,College of Medicine**
**email:asnagesha@auamed.net**
**Tel:    268-4818915**
**Mobile: 268-7203132**
**Fax:    268-481-8924**

12/15/2011

LC001001

**Alana Bartley**

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Monday, December 15, 2008 9:39 AM |
| **To:** | 'Nagesha, A.S.' |
| **Cc:** | 'colantony@auamed.net'; 'Greenberg, Corey Ext.'; 'Sundaram Architect Pvt Ltd' |
| **Subject:** | Demand for Arbitration |
| **Importance:** | High |

**Attachments:** Letter to SAPL 15.12.2008 Demand for Arbitration.pdf

Dear Nagesh

Following my emails of Friday 12th December 2008, we have not received satisfactory responses to our previous submissions. Therefore, please find attached formal demand for Arbitration.

A copy will be hand delivered to your office.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

**MAIL:** neil@leeward.ag
**OFFICE:** (268) 462-0071
**CELL:** (268) 729-0072
**FAX:** (268) 462-4868

12/15/2011

LC001002

# **LEEWARD** CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

EMAIL: info @leeward.ag
OFFICE: (268) 462-0071
FAX: (268) 462-4868

15th December 2008

## **Sundaram Architects Pvt. Ltd.**

C/o AUA College of Medicine
Jasmine Court, P.O. Box W 1451
Friar's Hill Road,
ANTIGUA, W.I.

**for the attention of Mr. A. S. Nagesh**

Dear Sirs,

**American University of Antigua College of Medicine Structural works Contract
Mobilisation Advance payment & Stoppage of Works - Demand for Arbitration**

With reference to our letters of 14 November 2008 and our requests for Architect's decisions and acknowledgement of our claims in respect of the above captioned items:

We have not received satisfactory responses to our submissions, and have not received any formal decision of the Architect as defined in the Contract Agreement Article 4.4 - Resolution of Claims and Disputes.

Thirty days have elapsed since we submitted our claims. We therefore hereby demand Arbitration, by a suitably qualified third party, in the matters of:

1. Release of the outstanding balance of Mobilisation Advance Payment, plus compensation in respect of financing costs and lost interest, plus any Extension of Time for completion of the Works deemed to be attributable to non-availability of cash resources to facilitate purchases of materials and/or equipment necessary for the timely execution of said Works; and

2. An extension of Time of fourteen days for completion of the Works, plus costs in respect of the shut-down, delay, and start-up of the Works, plus interest subsequent to non-payment by the Owner of monies due within the prescribed timescales.

In order to arrive at an early settlement in this matter and to mitigate costs – which we suggest fall upon the losing party – we propose that a local entity such as a suitably qualified and experienced professional in the field of construction, or a similarly experienced lawyer, be engaged in the role of Arbiter. Please advise your acceptance by return.

Yours faithfully,
**Leeward Construction Company Limited.**

**Neil Dickinson**
Projects Director.

LC001003

**Alana Bartley**

**From:**   Roche, Antony [colantony@auamed.net]
**Sent:**   Monday, December 15, 2008 1:03 PM
**To:**   Neil Dickinson; Nagesha, A.S.
**Cc:**   Greenberg, Corey Ext.; Sundaram Architect Pvt Ltd
**Subject:** RE: .. RE: AUA project

Dear Neil,

1.      Reference your email of December 12, 2008.

2.      No withstanding your request for release of Mobilisation Advance vide your letter of 25 September, 2008 a simultaneous option was exercised to furnish a mobilization bond as per provisions of the Contract Agreement.

3.      Your Quotation of 18 November, 2008 to furnish a bond was rejected on the grounds of inclusion of costs which are not tenable, such as

   (a)   Loss of interests on equivalent invested amount.
   (b)   Legal costs of LC.
   (c)   LC overheads & Profits on cost & fees.

LC have confirmed their ability to provide both the bonds i.e. The performance and Payment Bond and the Mobilisation Bond, which was not forthcoming even after a lapse of nearly two months and till the forwarding of this email.

The manner in which LC have to secure these Bonds is to be determined by yourselves, and the fact that you have to tie up company assets is a cost of being a large contractor. The legal fees and overheads are costs associated with operating a construction Company, which you are recovering through the % on costs.

It is correct; I have had several sounds of discussions with yourself and Mr. Andy Green. The intention of these meetings were to find an acceptable solution to these vexed issues, and to create a conducive environment of work. The choice to resolve these issues still exists not withstanding your present stance.

It is agreed, you have submitted a list of 56 invoices amounting to EC 3,039,769.68. However, at no point in time have you come forward to prioritize and list out the set of invoices you would wish to pass for payment. It is not clear from the list submitted, what has been paid by yourselves nor what is outstanding. Especially so, because of the fact only EC $ 1,335,958.88 was outstanding for disbursement. Thus, you have not facilitated release of direct payments by AUA.

However, not withstanding your intention to seek resolution through arbitration and not furnishing of Bonds, AUA on its part to ensure speedy progress of works will be releasing the balance Mobilisation Advance.

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel:     268 481-8918
Mobile: 268 764- 4915
Fax:    268 481-8924

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Friday, December 12, 2008 11:38 AM
**To:** Nagesha, A.S.; Roche, Antony

12/15/2011

LC001004

**Cc:** Greenberg, Corey Ext.; 'Sundaram Architect Pvt Ltd'
**Subject:** .. RE: AUA project

Dear Nagesh,

Following receipt of your email below my comments are as follows;

We requested release of Advance Payment monies in our letter 25 September 2008. That payment was neither certified or paid in accordance with the Contract Agreement.

Despite your unwarranted comments, we submitted a quotation to furnish a Bond in respect of the Advance Payment monies via email to Colonel Antony on 18th November 2008. This was rejected.

Furthermore In recent discussions with myself and our Managing Director Mr. Andy Green, Colonel Antony has repeatedly offered to release the full outstanding balance of payment of the outstanding monies and waive the requirement for the bond. However, this being conditional upon us withdrawing our claim in respect of stoppage of Works due to non-payment. This we will not accept.

We submitted copies of 56 invoices totaling EC$3,039,769.68 to your good self on 09 October 2008 to facilitate "direct release of payments", but these were ignored.

We would, therefore, repeat our request for the (unconditional) release of the balance of Advance Payment monies forthwith and would remind you that we fully intend to seek a resolution of this claim through Arbitration should you fail to do so.


Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868


---

**From:** Nagesha, A.S. [mailto:asnagesha@auamed.net]
**Sent:** 12 December 2008 08:34
**To:** Neil Dickinson; colantony@auamed.net
**Cc:** Corey Greenberg; Sundaram Architect Pvt Ltd
**Subject:** FW: AUA project

Dear Neil,

**American University of Antigua College of Medicine Structural Works Contract**
**Mobilization Advance Payment**

**Reference: Your letter no nil dated 14 November, 2008**

**LC001005**

With reference to your letter cited above on the said subject, and in reference to the Contract Agreement AIA101 Article 5.1.9. As brought out by you, there has been much correspondence and discussion on the said subject.

The Contract document states that, the owner may secure an Advance Payment Bond for the amount of the Mobilization Payment, and it is informed that this option had been exercised the day the contract was signed followed up with a letter on the next day, that is 26 September, 2008.

Even after the lapse of about two and a half months (75 days), you have failed to furnish the bond. However, AUA on its part and in the interest of the progress of works, have released the following payments.

| | | |
|---|---|---|
| (a) | Initial Release EC | $ 806,460.00 |
| (b) | 2nd Payment | $ 150,000.00 |
| (c) | 3rd Payment | $1,000,000.00 |
| (d) | Balance | $1,335,958.00 |
| | Total | $3,292,418.00 |

Not withstanding, your persistent and untenable objection to furnishing of the mobilization bond AUA has made an interim release of additional EC $ 1,000,000.00 (EC $ one million only).

In our opinion as mentioned in your above cited letter by yourselves, the owner reserves the right to exercise the option of obtaining such a bond, which has been duly exercised.

The owner on his part has also given you the option to produce the invoices from your vendors for direct release of payments, to which you have not responded.

Hence, such a claim is inadmissible as per Contract Agreement.


Yours Sincerely

**A.S.Nagesh**
**Sundaram Architects Pvt Ltd**
**AUA,College of Medicine**
**email:asnagesha@auamed.net**
**Tel:    268-4818915**
**Mobile: 268-720 3132**
**Fax:    268-481-8924**

LC001006

**Alana Bartley**

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Monday, December 15, 2008 1:57 PM |
| **To:** | 'Roche, Antony'; 'Nagesha, A.S.' |
| **Cc:** | 'Greenberg, Corey Ext.'; 'Sundaram Architect Pvt Ltd' |
| **Subject:** | RE: .. RE: AUA project |

Col. Antony.


Please confirm when the balance of the mobilisation payment is to be made.



Kind Regards

Neil Dickinson
*Projects Director.*

**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:     (268) 729-0072
FAX:      (268) 462-4868



---

**From:** Roche, Antony [mailto:colantony@auamed.net]
**Sent:** 15 December 2008 13:03
**To:** Neil Dickinson; Nagesha, A.S.
**Cc:** Greenberg, Corey Ext.; Sundaram Architect Pvt Ltd
**Subject:** RE: .. RE: AUA project

Dear Neil,

1.  Reference your email of December 12, 2008.

2.  No withstanding your request for release of Mobilisation Advance vide your letter of 25
    September, 2008 a simultaneous option was exercised to furnish a mobilization bond as per
    provisions of the Contract Agreement.

3.  Your Quotation of 18 November, 2008 to furnish a bond was rejected on the grounds of
    inclusion of costs which are not tenable, such as

    (a) Loss of interests on equivalent invested amount.
    (b) Legal costs of LC.
    (c) LC overheads & Profits on cost & fees.

LC have confirmed their ability to provide both the bonds i.e. The performance and Payment Bond and
the Mobilisation Bond, which was not forthcoming even after a lapse of nearly two months and till the
forwarding of this email.

The manner in which LC have to secure these Bonds is to be determined by yourselves, and the fact that
you have to tie up company assets is a cost of being a large contractor. The legal fees and overheads are
costs associated with operating a construction Company, which you are recovering through the % on
costs.

12/15/2011

LC001007

It is correct; I have had several sounds of discussions with yourself and Mr. Andy Green. The intention of these meetings were to find an acceptable solution to these vexed issues, and to create a conducive environment of work. The choice to resolve these issues still exists not withstanding your present stance.

It is agreed, you have submitted a list of 56 invoices amounting to EC 3,039,769.68. However, at no point in time have you come forward to prioritize and list out the set of invoices you wish would wish to pass for payment. It is not clear from the list submitted, what has been paid by yourselves nor what is outstanding. Especially so, because of the fact only EC $ 1,335,958.88 was outstanding for disbursement. Thus, you have not facilitated release of direct payments by AUA.

However, not withstanding your intention to seek resolution through arbitration and not furnishing of Bonds, AUA on its part to ensure speedy progress of works will be releasing the balance Mobilisation Advance.

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel:     268 481-8918
Mobile: 268 764- 4915
Fax:    268 481-8924

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Friday, December 12, 2008 11:38 AM
**To:** Nagesha, A.S.; Roche, Antony
**Cc:** Greenberg, Corey Ext.; 'Sundaram Architect Pvt Ltd'
**Subject:** .. RE: AUA project

Dear Nagesh,

Following receipt of your email below my comments are as follows;

We requested release of Advance Payment monies in our letter 25 September 2008. That payment was neither certified or paid in accordance with the Contract Agreement.

Despite your unwarranted comments, we submitted a quotation to furnish a Bond in respect of the Advance Payment monies via email to Colonel Antony on 18th November 2008. This was rejected.

Furthermore In recent discussions with myself and our Managing Director Mr. Andy Green, Colonel Antony has repeatedly offered to release the full outstanding balance of payment of the outstanding monies and waive the requirement for the bond. However, this being conditional upon us withdrawing our claim in respect of stoppage of Works due to non-payment. This we will not accept.

We submitted copies of 56 invoices totaling EC$3,039,769.68 to your good self on 09 October 2008 to facilitate "direct release of payments", but these were ignored.

We would, therefore, repeat our request for the (unconditional) release of the balance of Advance Payment monies forthwith and would remind you that we fully intend to seek a resolution of this claim through Arbitration should you fail to do so.


Kind Regards

Neil Dickinson
*Projects Director.*

12/15/2011

LC001008

# **LEEWARD** CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:   (268) 729-0072
FAX:    (268) 462-4868

---

**From:** Nagesha, A.S. [mailto:asnagesha@auamed.net]
**Sent:** 12 December 2008 08:34
**To:** Neil Dickinson; colantony@auamed.net
**Cc:** Corey Greenberg; Sundaram Architect Pvt Ltd
**Subject:** FW: AUA project

Dear Neil,

### **American University of Antigua College of Medicine Structural Works Contract**
### **Mobilization Advance Payment**

### Reference: **Your letter no nil dated 14 November, 2008**

With reference to your letter cited above on the said subject, and in reference to the Contract Agreement AIA101 Article 5.1.9. As brought out by you, there has been much correspondence and discussion on the said subject.

The Contract document states that, the owner may secure an Advance Payment Bond for the amount of the Mobilization Payment, and it is informed that this option had been exercised the day the contract was signed followed up with a letter on the next day, that is 26 September, 2008.

Even after the lapse of about two and a half months (75 days), you have failed to furnish the bond. However, AUA on its part and in the interest of the progress of works, have released the following payments.

| | | |
|---|---|---|
| (a) | Initial Release EC | $ 806,460.00 |
| (b) | 2nd Payment | $ 150,000.00 |
| (c) | 3rd Payment | $1,000,000.00 |
| (d) | Balance | $1,335,958.00 |
| | Total | $3,292,418.00 |

Not withstanding, your persistent and untenable objection to furnishing of the mobilization bond AUA has made an interim release of additional EC $ 1,000,000.00 (EC $ one million only).

In our opinion as mentioned in your above cited letter by yourselves, the owner reserves the right to exercise the option of obtaining such a bond, which has been duly exercised.

The owner on his part has also given you the option to produce the invoices from your vendors for direct release of payments, to which you have not responded.

Hence, such a claim is inadmissible as per Contract Agreement.

Yours Sincerely

**A.S.Nagesh**

12/15/2011

LC001009

**Sundaram Architects Pvt Ltd**
**AUA,College of Medicine**
**email:asnagesha@auamed.net**
**Tel:    268-4818915**
**Mobile: 268-720 3132**
**Fax:    268-481-8924**

12/15/2011

**LC001010**

**Alana Bartley**

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Monday, December 15, 2008 3:10 PM |
| **To:** | 'Andy Green' |
| **Cc:** | 'Paul Webster'; Sandra Persaud |
| **Subject:** | FW: Release of Moblisation Advance to LC |
| **Attachments:** | LCC- CRF-15-12-08.pdf |

FYI

Neil.

**From:** McCary, Kibian [mailto:kmccary@auamed.net]
**Sent:** 15 December 2008 16:04
**To:** Greenberg, Corey Ext.
**Cc:** neil@leeward.ag; Roche, Antony
**Subject:** Release of Moblisation Advance to LC

Mr. Greenberg,

Please find attached CRF for the Release of Mobilisation Advance to Leeward Construction Company Ltd for your review and approval.

Regards,


**Miss. Kibian McCary**

**Construction Assistant**

**American University of Antigua, College of Medicine**

**Jabberwock Rd.**

**P.O. Box W-1451, St. John's, Antigua**

**Tel: (268) 481-8916**

**Fax: (268) 481-8924**

12/15/2011

LC001011

**email: kmccary@auamed.net**



LC001012

# American University of Antigua
## College of Medicine
### Check Request Form

**AUA Employee Information**

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | December 15th, 208 |

Phase 1 Works: Consequent to finalisation of Contract Agreement with Leeward Construction and AUA dated 25th September, 2008. 12% Mobilization advance is to released against contract sum EC $ 27,436,824.00 amounting to EC $ 3,292,418.88

**Vendor Information**

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | ABST NO: TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 or 462-0071 |
| Payment address: | All Saints Road |
| | P. O. Box 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 1,335,958.88 |

**Additional Comments**

| | |
|---|---|
| Mobilization Advance | EC $ 3,292,418.88 |
| Interim Advance Paid | EC $1,956,460.00 |
| Balance due | EC $ 1,335,958.88 |
| (12 % Contract sum) EC $ 27,436,824.00 Ref Att Sheet. | |
| ( One million, Three hundred and thirty five thousand, nine hundred and fifty eight dollars and eighty eight cents. | |

*Please refer CRF dated 26th September, 2008.*

**Approval**

| | |
|---|---|
| Requestor's Signature: | *Settl for refund of balance mobilization advance* |
| Request Date: | *EC$1,335,958.88.*   15 Dec 2008 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC001013

# LEEWARD CONSTRUCTION COMPANY LIMITED

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

EMAIL: info@leeward.ag
OFFICE: (268) 462-0071
FAX: (268) 462-4868

25th September 2008

AUA College of Medicine
c/o Greater Caribbean Learning Center
New York
NY 10005

**For the attention of: Lt. Col. Roche Antony**

Dear Sirs,

**American University of Antigua College of Medicine Structural works Contract.**

With reference to the contract document for the above stated works, in accordance with contract document AIA 101 article 3.1.9 I hereby request the Mobilisation advance in the net sum of :-

ECS 3,292,418.88
*(Three million, two hundred and ninety two thousand, four hundred and eighteen Eastern Caribbean Dollars.)*

The above being 12% of the contract sum and payable within seven days.

Yours faithfully,
Leeward Construction Company Limited.

Neil Dickinson
Projects Director.

enc:

| ARCHITECTS:<br>SUNDARAM ARCHITECTS PVT.LTD.,<br>NO.19,KUMARA KRUPA ROAD<br>BANGALORE - 560 001 | PROJECT:<br>AMERICAN UNIVERSITY OF<br>ANTIGUA - COLLEGE OF<br>MEDICINE | CLIENT:<br>AMERICAN UNIVERSITY OF<br>MEDICAL & ALLIED HEALTH<br>SCIENCES IN ANTIGUA |
|---|---|---|

| Sl. No. | Description Of Item | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| | **STATEMENT OF CONTRACT SUM** | | | | |
| | **COLLECTION PAGE** | | | | |
| | | | | | |
| 1. | **PRELIMINARIES / GENERAL CONDITIONS**<br>(based on a 52 construction period) | | | | |
| 1.1 | Site set up costs are based on actuals provided. | 1 | sum | 238,512 | 238,512 |
| 1.2 | Time related recurring set up and management costs are to be based on actuals provided. Actuals to be approved in advance with Owners Representative. | 52 | weeks | 70,531 | 3,667,634 |
| | | | | | |
| | | | | | |
| 2. | **MEASURED WORKS** | | | | |
| 2.1 | Classroom and Laboratory Building | | | | 5,060,075 |
| 2.2 | Service Block | | | | 1,471,074 |
| 2.3 | Library Block | | | | 14,975,517 |
| 2.4 | Library Block - Amphitheatre | | | | 1,024,012 |
| | | | | | |
| 3. | **CASH ALLOWANCES** | | | | |
| 3.1 | Contingency (To be Expended only upon written instruction and prior approval of the Owner. | | | 1,000,000 | |
| 3.2 | Scaffolding (To be instructed via Change Order and adjusted against the Contingency Cash Allowance) | | | | |
| 3.3 | Craneage (To be instructed via Change Order and adjusted against the Contingency Cash Allowance) | | | | |
| 3.4 | Overtime (To be instructed via Change Order and adjusted against the Contingency Cash Allowance) | | | | 1,000,000 |
| | | | | | |
| | | | | | 27,436,824 |

Title: PROJECT DIRECTOR
Printed Name: NEIL DICKINSON
For and on behalf of
LEEWARD CONSTRUCTION CO.LTD
Date: 25-09-2008

Thru
b Col Ralfe Antony
General Manager - Project.

LC001015

AMERICAN UNIVERSITY OF ANTIGUA

| ARCHITECTS:<br>SUNDARAM ARCHITECTS<br>PVT.LTD.,<br>NO.19,KUMARA KRUPA<br>ROAD<br>BANGALORE - 560 001 | PROJECT:<br>AMERICAN<br>UNIVERSITY OF<br>ANTIGUA – COLLEGE<br>OF MEDICINE | CLIENT:<br>AMERICAN UNIVERSITY OF MEDICAL &<br>ALLIED HEALTH SCIENCES IN ANTIGUA |
| --- | --- | --- |

| Description Of Item | Qty | Unit | Rate | Total | |
| --- | --- | --- | --- | --- | --- |
| PRELIMINARIES | | | | | |
| | | | | | |
| SITE SETUP BREAKDOWN | | | | | |
| | | | | | |
| Small Tools | 1 | Item | 96,000.00 | 96,000.00 | |
| Site Offices (Purchase/Shipping/Delivery) | 2 | No. | 13,012.48 | 26,024.96 | |
| Furniture - Site Offices | 1 | No. | 3,833.33 | 3,833.33 | |
| Storage Containers (Purchase/Shipping/Delivery) | 4 | No. | 2,981.33 | 11,925.33 | |
| Site Compound | 1 | No. | 16,647.28 | 16,647.28 | |
| Power & Water Supply | | | | | |
| Electrical Supply & Connection to Offices | 1 | Item | 5,929.00 | 5,929.00 | |
| Water Supply & Connection to Offices | 1 | Item | 5,750.00 | 5,750.00 | |
| Leeward Builders Work | 1 | Item | 5,000.00 | 5,000.00 | |
| I.T Equipment/Setup | | | | | |
| I.T Specialist Subcontractor | 40 | Hrs | 88.00 | 3,520.00 | |
| Laptops/Computers | 6 | No. | 1,600.00 | 9,600.00 | |
| Standard Printers | 1 | No. | 833.33 | 833.33 | |
| Drawing (A1) Printer | 1 | No. | 9,408.67 | 9,408.67 | |
| Rest/Break/Lunch Facilities | | | | | |
| Labour (carpenters) | 250 | Hrs | 36.00 | 9,000.00 | |
| Materials (Timber) | 1 | Item | 9,000.00 | 9,000.00 | |
| Drinking Water & Ice | | | | | |
| Ice Machines (Purchase/Shipping/Delivery) | 3 | Item | 4,666.67 | 14,000.00 | |
| Installation (Carribean Aqua Systems) | 1 | Item | 8,540.00 | 8,540.00 | |
| Leeward Builders Work | 1 | Item | 3,500.00 | 3,500.00 | |
| Total | | | | 238,511.91 | |
| | | | /52 weeks | 4,586.77 | |
| | | | | | |
| | | | | | |
| WEEKLY RATE BREAKDOWN | | | | | |
| Fire Safety | | 52.00 | weeks | 296.82 | 15,434.64 |
| PPE | | 52.00 | weeks | 576.92 | 29,999.84 |
| Signage | | 52.00 | weeks | 96.15 | 4,999.80 |
| I.T Support | | 52.00 | weeks | 352.00 | 18,304.00 |
| Site Stationary | | 52.00 | weeks | 384.62 | 20,000.00 |
| Mobile Phones | | 52.00 | weeks | 1,125.00 | 58,500.00 |
| Drinking Water (Service & Maintenance) | | 52.00 | weeks | 590.00 | 30,680.00 |
| Sanitary Facilities | | 52.00 | weeks | 360.00 | 18,720.00 |
| Protection of Works | | 52.00 | weeks | 100.00 | 5,200.00 |
| Staff Vehicles | | 52.00 | weeks | 7,351.14 | 382,259.28 |
| Plant: Loading & Unloading | | 52.00 | weeks | 2,560.38 | 133,139.76 |
| Collection/Delivery Materials | | 52.00 | weeks | 1,660.00 | 86,320.00 |
| Public Liability (EC$1,000,000.00) | | 52.00 | weeks | 115.38 | 6,000.00 |
| Contractors All Risk EC$1,500,000.00) | | 52.00 | weeks | 173.08 | 9,000.00 |
| Employers Liability - Workmans Compensation | | 52.00 | weeks | 1,125.28 | 58,514.56 |
| | | | | | |

LC001016

AMERICAN UNIVERSITY OF ANTIGUA

| ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD BANGALORE - 560 001 | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA |
|---|---|---|

| Description Of Item | Qty | Unit | Rate | Total |
|---|---|---|---|---|
| | | | | |
| SITE MANAGEMENT STAFF | | | | |
| | | | | |
| Project Manager | 52.00 | weeks | 6,072.48 | 315,768.96 |
| Construction Manager | 52.00 | weeks | 6,004.29 | 312,223.08 |
| Construction Co-Ordinator | 52.00 | weeks | 2,661.27 | 138,386.04 |
| Planner/Programmer/Procurement | 52.00 | weeks | 2,006.46 | 104,335.92 |
| Head Supervisor | 52.00 | weeks | 2,769.23 | 143,999.96 |
| Head Supervisor | 52.00 | weeks | 2,769.23 | 143,999.96 |
| Trade Supervisor | 52.00 | weeks | 2,168.00 | 112,736.00 |
| Trade Supervisor | 52.00 | weeks | 2,168.00 | 112,736.00 |
| Trade Supervisor | 52.00 | weeks | 2,168.00 | 112,736.00 |
| Trade Supervisor | 52.00 | weeks | 2,168.00 | 112,736.00 |
| Timekeeper/Storeman | 52.00 | weeks | 1,639.54 | 85,256.08 |
| Senior Quantity Surveyor | 52.00 | weeks | 5,416.35 | 281,650.20 |
| Quantity Surveyor | 52.00 | weeks | 4,231.98 | 220,062.96 |
| Mechanic | 52.00 | weeks | 1,346.15 | 69,999.80 |
| Electrician/Assistant Mechanic | 52.00 | weeks | 1,153.84 | 59,999.68 |
| Welder/Assistant Mechanic | 52.00 | weeks | 1,153.84 | 59,999.68 |
| General Labour | 52.00 | weeks | 700.00 | 36,400.00 |
| General Labour | 52.00 | weeks | 700.00 | 36,400.00 |
| General Labour | 52.00 | weeks | 700.00 | 36,400.00 |
| General Labour | 52.00 | weeks | 700.00 | 36,400.00 |
| Site Security | 52.00 | weeks | 2,484.00 | 129,168.00 |
| Site Security | 52.00 | weeks | 2,484.00 | 129,168.00 |
| | | | | |
| | | | EC$ | 3,667,634.30 |
| SITE SET UP | 52.00 | weeks | | 238,511.91 |
| TOTAL | | | | 3,906,146.21 |

 

LC001017

**Alana Bartley**

| | |
|---|---|
| **From:** | McCary, Kibian [kmccary@auamed.net] |
| **Sent:** | Monday, December 15, 2008 4:04 PM |
| **To:** | Greenberg, Corey Ext. |
| **Cc:** | neil@leeward.ag; Roche, Antony |
| **Subject:** | Release of Moblisation Advance to LC |

Attachments: LCC- CRF-15-12-08.pdf

Mr. Greenberg,

Please find attached CRF for the Release of Mobilisation Advance to Leeward Construction Company Ltd for your review and approval.

Regards,

**Miss. Kibian McCary**

**Construction Assistant**

**American University of Antigua, College of Medicine**

**Jabberwock Rd.**

**P.O. Box W-1451, St. John's, Antigua**

**Tel: (268) 481-8916**

**Fax: (268) 481-8924**

**email: kmccary@auamed.net**



12/15/2011

LC001018

# American University of Antigua
# College of Medicine
# Check Request Form

## AUA Employee Information

**Name:** Lt Col Roche Antony

**Department:** Construction

**DATE** December 15th, 208

---

Phase 1 Works: Consequent to finalisation of Contract Agreement with Leeward Construction and AUA dated 25th September, 2008. 12% Mobilization advance is to released against contract sum EC $ 27,436,824.00 amounting to EC $ 3,292,418.88

---

## Vendor Information

**Vendor's name:** Leeward Construction Company Ltd.

**Vendor's TIN / SS#** ABST NO: TIN0502142

**Make check payable to:** Leeward Construction Company Ltd.

**Contact name:** Neil Dickenson

**Contact phone #:** 729-0072 or 462-0071

**Payment address:** All Saints Road
P. O. Box 1400
St. John's
Antigua

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 1,335,958.88 |

## Additional Comments

| | |
|---|---|
| Mobilization Advance | EC $ 3,292,418.88 |
| Interim Advance Paid | EC $1,956,460.00 |
| Balance due | EC $ 1,335,958.88 |

(12 % Contract sum) EC $ 27,436,824.00 Ref Att Sheet.

( One million, Three hundred and thirty five thousand, nine hundred and fifty-eight dollars and eighty-eight cents.

*Please refer CRF dated 26th September, 2008.*

## Approval

**Requestor's Signature:** *billed for release of balance mobilisation advance*

**Request Date:** EC$1,335,958.88. 15 Dec 2008

**Dean's Approval:**

**Approval Date:**

**Finance Approval:**

**Approval Date:**

LC001019



**LEEWARD** CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

EMAIL: info@leeward.ag
OFFICE: (268) 462-0074
FAX: (268) 462-4868

25th September 2008

AUA College of Medicine
c/o Greater Caribbean Learning Center
New York
NY 10005

**For the attention of: Lt. Col. Roche Antony**

Dear Sirs,

**American University of Antigua College of Medicine Structural works Contract.**

With reference to the contract document for the above stated works, in accordance with contract document AIA 101 article 3.1.9 I hereby request the Mobilisation advance in the net sum of :-

**EC$ 3,292,418.88**
*(Three million, two hundred and ninety two thousand, four hundred and eighteen Eastern Caribbean Dollars.)*

The above being 12% of the contract sum and payable within seven days.

Yours faithfully,
Leeward Construction Company Limited.

Neil Dickinson
Projects Director.

enc:

**Registered Company No: C68/07**                    **ABST No: TIN050201020**

| ARCHITECTS:<br>SUNDARAM ARCHITECTS PVT.LTD.,<br>NO.19,KUMARA KRUPA ROAD<br>BANGALORE - 560 001 | | PROJECT:<br>AMERICAN UNIVERSITY OF<br>ANTIGUA - COLLEGE OF<br>MEDICINE | | | CLIENT:<br>AMERICAN UNIVERSITY OF<br>MEDICAL & ALLIED HEALTH<br>SCIENCES IN ANTIGUA | |
|---|---|---|---|---|---|---|
| Sl. No. | Description Of Item | Qty | Unit | Rate | Amount | |
| | STATEMENT OF CONTRACT SUM | | | | | |
| | COLLECTION PAGE | | | | | |
| 1. | PRELIMINARIES/GENERAL CONDITIONS<br>(based on a 52 construction period) | | | | | |
| 1.1 | Site set up costs are based on actuals provided. | 1 | sum | 238,512 | 238,512 | |
| 1.2 | Time related recurring set up and management costs are to be based on actuals provided. Actuals to be approved in advance with Owners Representative. | 52 | weeks | 70,531 | 3,667,634 | |
| | | | | | | |
| 2. | MEASURED WORKS | | | | | |
| 2.1 | Classroom and Laboratory Building | | | | 5,060,075 | |
| 2.2 | Service Block | | | | 1,471,074 | |
| 2.3 | Library Block | | | | 14,975,517 | |
| 2.4 | Library Block - Amphitheatre | | | | 1,024,012 | |
| 3. | CASH ALLOWANCES | | | | | |
| 3.1 | Contingency (To be Expended only upon written instruction and prior approval of the Owner. | | | 1,000,000 | | |
| 3.2 | Scaffolding (To be instructed via Change Order and adjusted against the Contingency Cash Allowance) | | | | | |
| 3.3 | Craneage (To be instructed via Change Order and adjusted against the Contingency Cash Allowance) | | | | | |
| 3.4 | Overtime (To be instructed via Change Order and adjusted against the Contingency Cash Allowance) | | | | 1,000,000 | |
| | | | | | 27,436,824 | |

Title: Project Director
Printed Name: Neil Dickinson
For and on behalf of
LEEWARD CONSTRUCTION CO.LTD
Date: 25-09-2008

Lt Col Ralfe Anson
General Manager - Project.

Page 1 of 1

LC001021

AMERICAN UNIVERSITY OF ANTIGUA

| ARCHITECTS:<br>SUNDARAM ARCHITECTS<br>PVT.LTD.,<br>NO.19,KUMARA KRUPA<br>ROAD<br>BANGALORE - 560 001 | PROJECT:<br>AMERICAN<br>UNIVERSITY OF<br>ANTIGUA - COLLEGE<br>OF MEDICINE | CLIENT:<br>AMERICAN UNIVERSITY OF MEDICAL &<br>ALLIED HEALTH SCIENCES IN ANTIGUA |
|---|---|---|

| Description Of Item | Qty | Unit | Rate | | Total |
|---|---|---|---|---|---|
| **PRELIMINARIES** | | | | | |
| | | | | | |
| **SITE SETUP BREAKDOWN** | | | | | |
| | | | | | |
| Small Tools | 1 | Item | 96,000.00 | 96,000.00 | |
| Site Offices (Purchase/Shipping/Delivery) | 2 | No. | 13,012.48 | 26,024.96 | |
| Furniture - Site Offices | 1 | No. | 3,833.33 | 3,833.33 | |
| Storage Containers (Purchase/Shipping/Delivery) | 4 | No. | 2,981.33 | 11,925.33 | |
| Site Compound | 1 | No. | 16,647.28 | 16,647.28 | |
| Power & Water Supply | | | | | |
| Electrical Supply & Connection to Offices | 1 | Item | 5,929.00 | 5,929.00 | |
| Water Supply & Connection to Offices | 1 | Item | 5,750.00 | 5,750.00 | |
| Leeward Builders Work | 1 | Item | 5,000.00 | 5,000.00 | |
| I.T Equipment/Setup | | | | | |
| I.T Specialist Subcontractor | 40 | Hrs | 88.00 | 3,520.00 | |
| Laptops/Computers | 6 | No. | 1,600.00 | 9,600.00 | |
| Standard Printers | 1 | No. | 833.33 | 833.33 | |
| Drawing (A1) Printer | 1 | No. | 9,408.67 | 9,408.67 | |
| Rest/Break/Lunch Facilities | | | | | |
| Labour (carpenters) | 250 | Hrs | 36.00 | 9,000.00 | |
| Materials (Timber) | 1 | Item | 9,000.00 | 9,000.00 | |
| Drinking Water & Ice | | | | | |
| Ice Machines (Purchase/Shipping/Delivery) | 3 | Item | 4,666.67 | 14,000.00 | |
| Installation (Carribean Aqua Systems) | 1 | Item | 8,540.00 | 8,540.00 | |
| Leeward Builders Work | 1 | Item | 3,500.00 | 3,500.00 | |
| Total | | | | 238,511.91 | |
| | | | /52 weeks | 4,586.77 | |
| | | | | | |
| | | | | | |
| | | | | | |
| **WEEKLY RATE BREAKDOWN** | | | | | |
| Fire Safety | | 52.00 | weeks | 296.82 | 15,434.64 |
| PPE | | 52.00 | weeks | 576.92 | 29,999.84 |
| Signage | | 52.00 | weeks | 96.15 | 4,999.80 |
| I.T Support | | 52.00 | weeks | 352.00 | 18,304.00 |
| Site Stationary | | 52.00 | weeks | 384.62 | 20,000.00 |
| Mobile Phones | | 52.00 | weeks | 1,125.00 | 58,500.00 |
| Drinking Water (Service & Maintenance) | | 52.00 | weeks | 590.00 | 30,680.00 |
| Sanitary Facilities | | 52.00 | weeks | 360.00 | 18,720.00 |
| Protection of Works | | 52.00 | weeks | 100.00 | 5,200.00 |
| Staff Vehicles | | 52.00 | weeks | 7,351.14 | 382,259.28 |
| Plant, Loading & Unloading | | 52.00 | weeks | 2,560.38 | 133,139.76 |
| Collection/Delivery Materials | | 52.00 | weeks | 1,660.00 | 86,320.00 |
| Public Liability (EC$1,000,000.00) | | 52.00 | weeks | 115.38 | 6,000.00 |
| Contractors All Risk EC$1,500,000.00) | | 52.00 | weeks | 173.08 | 9,000.00 |
| Employers Liability - Workmans Compensation | | 52.00 | weeks | 1,125.28 | 58,514.56 |

LC001022

AMERICAN UNIVERSITY OF ANTIGUA

| ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD BANGALORE - 560 001 | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA |
|---|---|---|

| Description Of Item | Qty | Unit | Rate | | Total |
|---|---|---|---|---|---|
| | | | | | |
| SITE MANAGEMENT STAFF | | | | | |
| | | | | | |
| Project Manager | | 52.00 | weeks | 6,072.48 | 315,768.96 |
| Construction Manager | | 52.00 | weeks | 6,004.29 | 312,223.08 |
| Construction Co-Ordinator | | 52.00 | weeks | 2,661.27 | 138,386.04 |
| Planner/Programmer/Procurement | | 52.00 | weeks | 2,006.46 | 104,335.92 |
| Head Supervisor | | 52.00 | weeks | 2,769.23 | 143,999.96 |
| Head Supervisor | | 52.00 | weeks | 2,769.23 | 143,999.96 |
| Trade Supervisor | | 52.00 | weeks | 2,168.00 | 112,736.00 |
| Trade Supervisor | | 52.00 | weeks | 2,168.00 | 112,736.00 |
| Trade Supervisor | | 52.00 | weeks | 2,168.00 | 112,736.00 |
| Trade Supervisor | | 52.00 | weeks | 2,168.00 | 112,736.00 |
| Timekeeper/Storeman | | 52.00 | weeks | 1,639.54 | 85,256.08 |
| Senior Quantity Surveyor | | 52.00 | weeks | 5,416.35 | 281,650.30 |
| Quantity Surveyor | | 52.00 | weeks | 4,231.98 | 220,062.96 |
| Mechanic | | 52.00 | weeks | 1,346.15 | 69,999.80 |
| Electrician/Assistant Mechanic | | 52.00 | weeks | 1,153.84 | 59,999.68 |
| Welder/Assistant Mechanic | | 52.00 | weeks | 1,153.84 | 59,999.68 |
| General Labour | | 52.00 | weeks | 700.00 | 36,400.00 |
| General Labour | | 52.00 | weeks | 700.00 | 36,400.00 |
| General Labour | | 52.00 | weeks | 700.00 | 36,400.00 |
| General Labour | | 52.00 | weeks | 700.00 | 36,400.00 |
| Site Security | | 52.00 | weeks | 2,484.00 | 129,168.00 |
| Site Security | | 52.00 | weeks | 2,484.00 | 129,168.00 |
| | | | | | |
| | | | ECS | | 3,667,634.30 |
| SITE SET UP | | 52.00 | weeks | | 238,511.91 |
| TOTAL | | | | | 3,906,146.21 |




LC001023

**Alana Bartley**

| | |
|---|---|
| **From:** | Prabhu Marudheri [pmarudheri@AUAMED.ORG] |
| **Sent:** | Friday, December 19, 2008 8:21 AM |
| **To:** | Neil Dickinson |
| **Cc:** | Roche, Antony; Corey Greenberg; Matt Petersen; Nagesha, A.S. |

**Subject:** RE: Mobilization Advance

Neil,

This payment is being processed. I believe this will be wired latest by Tuesday (12/23).

Happy holidays!

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Friday, December 19, 2008 8:17 AM
**To:** Prabhu Marudheri
**Cc:** 'Roche, Antony'; Corey Greenberg; Matt Petersen; 'Nagesha, A.S.'
**Subject:** RE: Mobilization Advance

Hi Prabhu

Many thanks for your confirmation – your communication in these matters is very much appreciated.

As soon as the funds are in our account I will let you know straight away.

In the mean time could you please advise when our latest payment certificate is to be paid.

Compliments of the Season to you.


Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:    (268) 462-4868

---

**From:** Prabhu Marudheri [mailto:pmarudheri@AUAMED.ORG]

12/15/2011

**LC001024**

**Sent:** 19 December 2008 07:57
**To:** Neil Dickinson
**Cc:** Roche, Antony; Corey Greenberg; Matt Petersen; Nagesha, A.S.
**Subject:** Mobilization Advance

Neil,

A sum of US$496,971.53 has been wire transferred to your ABI Bank account towards the balance of Mobilization Advance. Kindly confirm receipt in your account.

Thanks.

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

12/15/2011

LC001025

**Alana Bartley**

| | |
|---|---|
| **From:** | Prabhu Marudheri [pmarudheri@AUAMED.ORG] |
| **Sent:** | Friday, December 19, 2008 7:57 AM |
| **To:** | Neil Dickinson |
| **Cc:** | Roche, Antony; Corey Greenberg; Matt Petersen; Nagesha, A.S. |
| **Subject:** | Mobilization Advance |

Neil,

A sum of US$496,971.53 has been wire transferred to your ABI Bank account towards the balance of Mobilization Advance. Kindly confirm receipt in your account.

Thanks.

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

LC001026

12/15/2011

## Alana Bartley

**From:**    Prabhu Marudheri [pmarudheri@AUAMED.ORG]
**Sent:**    Friday, December 19, 2008 2:04 PM
**To:**      Sandra Persaud
**Cc:**      Neil Dickinson
**Subject:** RE: Mobilization Advance

This payment originated in Canada (ICICI Bank)

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

---

**From:** Sandra Persaud [mailto:sandrap@leeward.ag]
**Sent:** Friday, December 19, 2008 12:56 PM
**To:** Prabhu Marudheri
**Cc:** 'Neil Dickinson'
**Subject:** RE: Mobilization Advance

Hi Prabhu,

Could you please indicate the origin of these funds (local or US), I would appreciate a Confirmation Number so that I could forward to our Bank to trace for us.

Thank you.


Kind Regards

Sandra Persaud
*Financial Officer.*
**LEEWARD CONSTRUCTION COMPANY LIMITED.**
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: sandrap@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0085
FAX:     (268) 462-4868

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Friday, December 19, 2008 9:17 AM
**To:** 'Prabhu Marudheri'
**Cc:** 'Roche, Antony'; 'Corey Greenberg'; 'Matt Petersen'; 'Nagesha, A.S.'
**Subject:** RE: Mobilization Advance

Hi Prabhu

Many thanks for your confirmation – your communication in these matters is very much appreciated.

12/15/2011

LC001027

As soon as the funds are in our account I will let you know straight away.

In the mean time could you please advise when our latest payment certificate is to be paid.

Compliments of the Season to you.


Kind Regards

Neil Dickinson
*Projects Director.*
**▰▰▰***LEEWARD*** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868


**From:** Prabhu Marudheri [mailto:pmarudheri@AUAMED.ORG]
**Sent:** 19 December 2008 07:57
**To:** Neil Dickinson
**Cc:** Roche, Antony; Corey Greenberg; Matt Petersen; Nagesha, A.S.
**Subject:** Mobilization Advance

Neil,

A sum of US$496,971.53 has been wire transferred to your ABI Bank account towards the balance of Mobilization Advance. Kindly confirm receipt in your account.

Thanks.

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*


DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any

12/15/2011

LC001028

such entity.

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

12/15/2011

LC001029

**Alana Bartley**

| | |
|---|---|
| **From:** | Sandra Persaud [sandrap@leeward.ag] |
| **Sent:** | Wednesday, January 07, 2009 1:45 PM |
| **To:** | 'Paul Webster' |
| **Cc:** | 'Neil Dickinson' |

**Subject:** FW: Mobilization Advance

Hi Paul,

Please see chain of correspondence below in regards to Mobilization payment from AUA, after bank charges the amount credit to our account is EC $ 1,335,900.48.

FYI

Kind Regards

Sandra Persaud
*Financial Officer.*
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
**MAIL:** sandrap@leeward.ag
**OFFICE:** (268) 462-0071
**CELL:**  (268) 729-0085
**FAX:**  (268) 462-4868

---

**From:** Prabhu Marudheri [mailto:pmarudheri@AUAMED.ORG]
**Sent:** Friday, December 19, 2008 3:04 PM
**To:** Sandra Persaud
**Cc:** Neil Dickinson
**Subject:** RE: Mobilization Advance

This payment originated in Canada (ICICI Bank)

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

---

**From:** Sandra Persaud [mailto:sandrap@leeward.ag]
**Sent:** Friday, December 19, 2008 12:56 PM
**To:** Prabhu Marudheri
**Cc:** 'Neil Dickinson'
**Subject:** RE: Mobilization Advance

Hi Prabhu,

Could you please indicate the origin of these funds (local or US), I would appreciate a Confirmation Number so that I could forward to our Bank to trace for us.

12/22/2011

LC001030

Thank you.

Kind Regards

Sandra Persaud
*Financial Officer.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: sandrap@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0085
FAX:     (268) 462-4868

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Friday, December 19, 2008 9:17 AM
**To:** 'Prabhu Marudheri'
**Cc:** 'Roche, Antony'; 'Corey Greenberg'; 'Matt Petersen'; 'Nagesha, A.S.'
**Subject:** RE: Mobilization Advance

Hi Prabhu

Many thanks for your confirmation – your communication in these matters is very much appreciated.

As soon as the funds are in our account I will let you know straight away.

In the mean time could you please advise when our latest payment certificate is to be paid.

Compliments of the Season to you.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868

---

**From:** Prabhu Marudheri [mailto:pmarudheri@AUAMED.ORG]
**Sent:** 19 December 2008 07:57
**To:** Neil Dickinson
**Cc:** Roche, Antony; Corey Greenberg; Matt Petersen; Nagesha, A.S.
**Subject:** Mobilization Advance

Neil,

**LC001031**

12/22/2011

A sum of US$496,971.53 has been wire transferred to your ABI Bank account towards the balance of Mobilization Advance. Kindly confirm receipt in your account.

Thanks.

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

LC001032