# EXHIBIT 19

## Alana Bartley

| | |
|---|---|
| **From:** | Paul Webster [paul@leeward.ag] |
| **Sent:** | Monday, January 19, 2009 10:40 AM |
| **To:** | 'Nagesha, A.S.' |
| **Cc:** | cgreenberg@auamed.org; colantony@auamed.net; 'Neil Dickinson' |
| **Subject:** | AUA Payment Breakdown |
| **Attachments:** | AUA PAYMENT RECORD ABST RECONCILLIATION.xlsx |

Nagesh

As discussed on Friday the confusion with the ABST and Value of works is detailed below:

Once Leeward has released all mobilization retentions the mobilization sums form a payment against works completed, therefore ABST must be applied.

As ABST has not been paid with the Mobilization payments it has subsequently been recovered in Applications # 13 & # 14.

### Application # 13

| | |
|---|---|
| Value of Works (with. all deductions): | EC$ 774,718.48 |
| ABST: | EC$ 116,207.77 |
| Recovery of Mobilization Payments ABST: | |
| # 1 (EC$ 806,460.00) | EC$ 120,969.00 |
| # 2 (EC$ 150,000.00) | EC$ 22,500.00 |
| # 3 (EC$ 1,000,000.00) | EC$ 150,000.00 |
| Total Payment: | EC$ 1,184,395.25 |

### Application 14

| | |
|---|---|
| Value of Works (with. all deductions): | EC$ 635,009.83 |
| ABST: | EC$ 95,251.47 |
| Recovery of Mobilization Payments ABST: | |
| # 4 (1,335,900.48) | EC$ 200,385.07 |
| Total Payment | EC$ 930,646.37 |

Now that ABST has been recovered for all payment amounts the Application format shall resume its original format with works completed + ABST.

There is an error in Application # 14 which balances itself out and will be rectified on Application # 15 as detailed below:

Deduction for previous payments page:

| | |
|---|---|
| Deduction for payment # 13 shows amount paid inc. ABST: | EC$ 1,029,908.91 |
| This should show amount excluding ABST: | EC$ 774,718.48 |

12/22/2011

LC001033

| | |
|---|---|
| Therefore an additional deduction has been made of: | EC$ 255,190.43 |
| + ABST applicable to works completed: | EC$ 38,278.56 |
| Total | EC$ 293,468.99 |

However as the ABST for Mob Payments
# 1 -3 was previously recovered it should now be
In the deduction of previous payments page therefore
An additional amount of ABST has been paid of         EC$ 293,477.62

The additional amount paid is therefore cancelled out by the additional amount deducted leaving a balance of –
EC$ 8.63 oustanding

All of the above now balances the account to Contract Value paid + 15% ABST.

Attached also is spreadsheet showing the above calculations.

Kind Regards

Paul Webster
*Quantity Surveyor.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
**MAIL:** nell@leeward.ag
**OFFICE:** (268) 462-0071
**CELL:** (268) 729-0084
**FAX:** (268) 462-4868

12/22/2011

LC001034

AMERICAN UNIVERSITY OF ANTIGUA                                                                                          APPLICATION # 11

| Description Of Item | | VALUE | ABST | TOTAL | MOB ABST RECOVERY | TOTAL |
|---|---|---|---|---|---|---|
| PREVIOUS PAYMENTS RECEIVED | | | | | | |
| PAYMENT 1 | APPLICATION | 333,833.67 | 50,075.05 | 383,908.72 | | 383,908.72 |
| PAYMENT 2A & B | APPLICATION | 435,986.79 | 65,398.02 | 501,384.81 | | 501,384.81 |
| PAYMENT 3 | APPLICATION | 244,630.15 | 36,694.52 | 281,324.67 | | 281,324.67 |
| PAYMENT 4 | APPLICATION | 243,906.96 | 36,586.04 | 280,493.00 | | 280,493.00 |
| PAYMENT 5 | APPLICATION | 310,132.65 | 46,519.90 | 356,652.55 | | 356,652.55 |
| PAYMENT 6 | MOBILISATION | 806,460.00 | | 806,460.00 | 120,969.00 | 806,460.00 |
| PAYMENT 7 | APPLICATION | 1,176,211.22 | 176,431.68 | 1,352,642.90 | | 1,352,642.90 |
| PAYMENT 8 | MOBILISATION | 150,000.00 | | 150,000.00 | 22,500.00 | 150,000.00 |
| PAYMENT 9 | APPLICATION | 467,440.11 | 70,116.02 | 537,556.13 | | 537,556.13 |
| PAYMENT 10 | APPLICATION | 264,299.89 | 39,644.98 | 303,944.87 | | 303,944.87 |
| PAYMENT 10 | APPLICATION | 958,531.17 | 143,779.68 | 1,102,310.85 | | 1,102,310.85 |
| PAYMENT 11 | MOBILISATION | 1,000,000.00 | | 1,000,000.00 | 150,000.00 | 1,000,000.00 |
| PAYMENT 12 | APPLICATION | 718,588.47 | 107,788.27 | 826,376.74 | | 826,376.74 |
| PAYMENT 13 | APPLICATION | 774,718.48 | | 1,184,395.25 | | 1,184,395.25 |
| PAYMENT 14 | MOBILISATION | 1,335,900.48 | | 1,335,900.48 | | 1,335,900.48 |
| PAYMENT 15 | APPLICATION | 379,818.40 | 550,835.45 | 930,653.85 | | 930653.85 |
| | ACTUALLY PAID | 9,600,458.44 | 1,733,546.38 | 11,334,004.82 | | 11,334,004.82 |
| | SHOULD BE PAID | 9,600,458.44 | 1,440,068.77 | 11,040,527.21 | | |
| | | | Overpaid ABST | -293,477.62 | | |
| | | | Under paid works | 255,191.43 | | |
| | | | Under paid works ABST | 38,278.73 | | |
| | | | | -7.47 | | |



# LEEWARD CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

**American University of Antigua**
**College Of Medicine**
Jasmine Court
P.O.Box W1451
St. John's
Antigua

8th January 2008

<u>*Attention: A.S.Nagesh*</u>

Dear Sir

**Re: American University of Antigua – Application for Payment # 14**

Please find enclosed Application for Payment # 13 dated 30th November 2008 for the value of:

**EC$1,357,009.03**
**(One Million Three Hundred and Fifty Seven Thousand and Nine Dollars and Three Cense.)**

Payment Application is for works completed during the period of 1st December – 31st December 2008.

Also enclosed is the following documentation:

- Progress Photographs
- Concrete Cylinder Records

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully


Paul Webster
Quantity Surveyor


Received by............................................   Date............................................

Signature..................................................................................................................


**BUILDING, MECHANICAL, ELECTRICAL & UTILITY CONTRACTOR**

LC001036



### ACA Employee Information

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| Date: | January 13th, 2009 |

**Phase 1: Classroom/Library/Nurses: Leeward Construction**

| | |
|---|---|
| Interim Payment #14.00 Measured Works/Materials on Site | $3,672,236.40 |
| ABST 15% | $550,835.46 |
| Less Mobilisation Advance | $3,292,418.00 |
| Total | $930,653.85 |

### Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS#: | ABSTNO:TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road |
| | P.O. Box 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 930,653.85 |

### Additional Comments

*Post this payment EC$ 930,653.85 only (EC$ Nine hundred thirty thousand six hundred fifty three and eighty five cents only.)*

### Approval

| | |
|---|---|
| Requestor's Signature: | [signature] |
| Request Date: | Lt Col Roche Antony, 13 January 2009 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC001037



APPLICATION AND CERTIFICATION FOR PAYMENT — AIA DOCUMENT G702

TO (Owner): PROJECT: AMERICAN UNIVERSITY OF ANTIGUA
ATTENTION: A.S. Angels
CONTRACTOR: BRIDGE AUA

APPLICATION NO: 14
APPLICATION DATE: 13-Dec-08
PERIOD FROM: 01-Dec-08 TO: 30-Dec-08
ARCHITECT'S PROJECT NO: F103
CONTRACT DATE:

PAGE 1 OF 1 PAGES
Distribution to: OWNER, ARCHITECT, CONTRACTOR

ORIGINAL CONTRACT SUM: $27,436,324.00
Net change by Change Orders: $(22,173,763.36) (approx)
REVISED CONTRACT SUM: $7,265,446.36 (approx)
TOTAL COMPLETED & STORED TO DATE: $2,805,917.63 (approx)
Retainage: 5%
TOTAL EARNED LESS RETAINAGE: $10,344,427.74 (approx)
LESS PREVIOUS CERTIFICATES FOR PAYMENT: $9,243,439.28 approx
TOTAL COMPLETED & STORED: $3,718.21
LESS MOBILISATION: $5,313,469.93 (approx)
CURRENT PAYMENT DUE: $1,956,460.00 / $1,357,009.03

CONTRACTOR'S APPLICATION FOR PAYMENT
CHANGE ORDER SUMMARY

| | ADD | DED |
|---|---|---|
| Change orders approved in previous months by Owner TOTAL | $745,556.36 | |
| Approved this Month Date Approved No. | | |
| TOTALS | $745,556.36 | $/00 |
| Net change by Change Orders | | $745,556.36 |

ARCHITECT'S CERTIFICATE FOR PAYMENT

AMOUNT CERTIFIED: _____
Date: 05-01-09
By: [signature]

AIA DOCUMENT G702 — CONTINUATION SHEET — APRIL 1978 EDITION — AIA® — ©1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE, N.W., WASHINGTON, D.C. 20006

LC001038

AMERICAN UNIVERSITY OF ANTIGUA

APPLICATION 14 (2)

| PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | ARCHITECTS: SUNDARAM ARCHITECTS PVT. LTD., NO.19, KUMARA KRUPA ROAD, BANGALORE - 560 001 | | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | | |
|---|---|---|---|---|---|
| Sl. No. | Description Of Item | Qty | Unit | Rate | Amount |
| | APPLICATION # 14 | | | | |
| | COLLECTION PAGE | | | | |
| | MOBILISATION RETENTION | | | | 1,476,780.60 |
| | PRELIMINARIES/GENERAL CONDITIONS | | | | 2,941,873.37 |
| | CLASSROOM AND LABORATORY BUILDING | | | | 1,394,436.02 |
| | SERVICE BLOCK | | | | 716,369.88 |
| | LIBRARY BLOCK (Inc. Tower) | | | | 2,540,002.54 |
| | LIBRARY BLOCK - AMPHITHEATER | | | | 39,374.67 |
| | CHANGE ORDERS | | | | 622,193.63 |
| | MATERIALS ON SITE | | | | 643,897.00 |
| | SUB TOTAL | | | | 10,374,427.72 |
| | RETENTION (MAXIMUM EC$ 1,371,841.20) | | | 5% | 518,721.39 |
| | PREVIOUS PAYMENTS | | | | 6,183,469.99 |
| | APPLICATION TOTAL | | | | 3,672,236.40 |
| | ABST | | | 15% | 550,835.46 |
| | MOBILISATION RETENTION LESS MOBILISATION PAYMENTS | | | | 3,292,418.00 |
| | TOTAL PAYMENT | | | | 930,653.85 |
| | PAYMENT DUE NO LATER THAN 22ND OF THE MONTH | | | | |

*[Handwritten notes:]*
13/1/09
Passed for payment
EC$ 930,653.85 only
(EC$ Nine hundred thirty thousand six hundred fifty three and eighty five cents only).
13/01/09
13/01/09

LC001039

| AMERICAN UNIVERSITY OF ANTIGUA | | | APPLICATION # 14 |
|---|---|---|---|
| ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19, KUMARA KRUPA ROAD BANGALORE - 560 001 | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | |

| Sl. No. | Description Of Item | Amount |
|---|---|---|
| | PREVIOUS PAYMENTS RECEIVED | |
| | PAYMENT 1 | 333,833.67 |
| | PAYMENT 2 | 435,986.79 |
| | PAYMENT 3 | 244,650.15 |
| | PAYMENT 4 | 243,906.96 |
| | PAYMENT 5 | 310,132.65 |
| | PAYMENT 6 | Mob. |
| | PAYMENT 7 | 1,176,211.22 |
| | PAYMENT 8 | Mob. |
| | PAYMENT 9 | 467,440.11 |
| | PAYMENT 10 | 263,299.89 |
| | PAYMENT 11 | 958,531.17 |
| | PAYMENT 12 | Mob. |
| | PAYMENT 13 | 718,588.47 |
| | PAYMENT 14 | 1,029,908.91 |
| | PAYMENT 15 | |
| | | 6,183,469.99 |

Leeward Construction Company Ltd       08/01/2009

7/127

LC001044