# EXHIBIT 20

## APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702

PAGE 1 OF 1 PAGES

TO (Owner): AUA

PROJECT: AMERICAN UNIVERSITY OF ANTIGUA

APPLICATION NO: 14

APPLICATION DATE 31-Dec-08

PERIOD FROM: 1-Dec-08

TO: 31-Dec-08

Distribution to: OWNER ☒ ARCHITECT ☒ CONTRACTOR ☒ ☐ ☐

ATTENTION: A.S.Nagesh

CONTRACTOR FOR: AUA

ARCHITECT'S PROJECT NO: P103

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | | |
|---|---|---|---|
| Change orders approved In previous months by Owner | | ADD | DED |
| TOTAL | | | |
| Approved this Month | | $622,015.29 | |
| No. | Date Approved | | |
| | | | |
| TOTALS | | $622,015.29 | $0.00 |
| Net change by Change Orders | | | $622,015.29 |

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: ______________________ Date: __________

Application is made for Payment, as shown below, in connection with the Contract. **Continuation Sheet, AIA Document G703,** is attached.

The present status of the account for this Contract is as follows:

| | |
|---|---|
| **ORIGINAL CONTRACT SUM** | $27,436,824.00 |
| Net change by Change Orders | $622,015.29 |
| **REVISED CONTRACT SUM** | $28,058,839.29 |
| **TOTAL COMPLETED & STORED TO DATE** (Column G on G703) | $12,018,642.19 |
| Retainage 5 % or total in Column I on G703 | $600,932.11 |
| **TOTAL EARNED LESS RETAINAGE** | $11,417,710.08 |
| **LESS PREVIOUS CERTIFICATES FOR PAYMENT** | $9,855,649.87 |
| **TOTAL COMPLETED & STORED (inc ABST)** | $1,796,369.24 |
| **CURRENT PAYMENT DUE** | $1,796,369.24 |

LEEWARD

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

LC001207

**AMOUNT CERTIFIED** ...................... __________

*(Attach explanation if amount certified differs from the amount applied for.)*

ARCHITECT:

By: ______________________ Date: __________

This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

| AUA Employee Information | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department | Construction |
| DATE | February 18th, 2009 |

| Phase 1: Classroom/Library/Nurses: Leeward Construction | |
|---|---|
| Interim Payment #15.00 Measured Works/Materials on Site. | $11,993,466.76 |
| Less 5% Retention | $599,673.34 |
| Previous Payments | $9,855,649.87 |
| Subtotal | $1,538,143.55 |
| ABST 15% | $230,721.53 |
| Total Payment | $1,768,865.09 |

| Vendor Information | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | ABST NO: TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road<br>P.O. Box, 1400<br>St. John's<br>Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 1,768,865.09 |

**Additional Comments**

Noted for payment EC$ 1,768,865.09 only.

| Approval | |
|---|---|
| Requestor's Signature: | [signature] |
| Request Date: | 18 February 2009 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC001208

2

AMERICAN UNIVERSITY OF ANTIGUA — APPLICATION # 15

| PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | ARCHITECTS: SUNDARAM ARCHITECTS PVT LTD., NO 19 KUMARA KRUPA ROAD | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA |
|---|---|---|

| Sl. No. | Description Of Item | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| | APPLICATION # 15 | | | | |
| | COLLECTION PAGE | | | | |
| | MOBILISATION RETENTION | | | | 738,390 |
| | PRELIMINARIES/GENERAL CONDITIONS | | | | 3,329,093.41 |
| | CLASSROOM AND LABORATORY BUILDING | | | | 2,213,468.41 |
| | SERVICE BLOCK | | | | 1,022,979.04 |
| | LIBRARY BLOCK (inc. Tower) | | | | 3,552,719.16 |
| | LIBRARY BLOCK - AMPHITHEATER | | | | 116,522.23 |
| | CHANGE ORDERS | | | | 622,015.29 |
| | MATERIALS ON SITE | | | | 398,283.08 |
| | SUB TOTAL (Excluding ABST) | | | | 11,993,466.76 |
| | RETENTION (MAXIMUM EC$ 1,371,841.20) | | | 5% | 599,673.34 |
| | PREVIOUS PAYMENTS | | | | 9,855,649.87 |
| | APPLICATION TOTAL | | | | 1,538,143.55 |
| | ABST | | | 15% | 230,721.53 |
| | TOTAL PAYMENT | | | | 1,768,865.08 |
| | PAYMENT DUE NO LATER THAN 22ND OF THE MONTH | | | | |

Passed for payment EC$1,768,865.09 only

7/8/09
(for the Receiver-Antigua)

AMERICAN UNIVERSITY OF ANTIGUA APPLICATION # 14

| ARCHITECTS: | PROJECT: | CLIENT: |
|---|---|---|
| SUNDARAM ARCHITECTS PVT LTD., NO 19 KUMARA KRUPA ROAD BANGALORE - 560 001 | AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA |

| Sl. No. | Description Of Item | | | | Amount | |
|---|---|---|---|---|---|---|
| | PREVIOUS PAYMENTS RECEIVED | | | | | |
| | PAYMENT 1 | | | | 333,893.62 | ✓ |
| | PAYMENT 2 | | | | 435,986.79 | ✓ |
| | PAYMENT 3 | | | | 244,630.15 | ✓ |
| | PAYMENT 4 | | | | 243,906.96 | ✓ |
| | PAYMENT 5 | | | | 310,132.65 | ✓ |
| | PAYMENT 6 | | | | 806,460.00 | ✓ |
| | PAYMENT 7 | | | | 1,176,211.22 | ✓ |
| | PAYMENT 8 | | | | 450,000.00 | ✓ |
| | PAYMENT 9 | | | | 467,440.11 | ✓ |
| | PAYMENT 10 | | | | 264,299.89 | ✓ |
| | PAYMENT 11 | | | | 958,581.17 | ✓ |
| | PAYMENT 12 | | | | 1,000,000.00 | ✓ |
| | PAYMENT 13 | | | | 718,588.47 | ✓ |
| | PAYMENT 14 | | | | 774,718.48 | |
| | PAYMENT 15 | | | | 1,325,800.48 | |
| | PAYMENT 16 | | | | 630,009.83 | |
| | | | | | 9,855,649.87 | ✓ |
| | | Excluding ABST | | | | |

**AUA Employee Information**

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | February 18th, 2009 |

**Phase 1: Classroom/Library/Nurses: Leeward Construction**

| | |
|---|---|
| Interim Payment #15.00 Measured Works/Materials on Site. | $11,993,466.76 |
| Less 5% Retention | $599,673.34 |
| Previous Payments | $9,855,649.87 |
| Subtotal | $1,538,143.55 |
| ABST 15% | $230,721.53 |
| Total Payment | $1,768,865.09 |

**Vendor Information**

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | ABST NO: TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road<br>P.O. Box, 1400<br>St. John's<br>Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 1,768,865.09 |

**Additional Comments**

Passed for payment EC$ 1,768,865.09 only.

**Approval**

| | |
|---|---|
| Requestor's Signature: | [signature] |
| Request Date: | 18 February 2009. |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

2

AMERICAN UNIVERSITY OF ANTIGUA APPLICATION # 15

| PROJECT: | ARCHITECTS: | CLIENT: |
|---|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | SUNDARAM ARCHITECTS PVT.LTD., NO.19, KUMARA KRUPA ROAD BANGALORE - 560 001 | AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA |

| Sl. No. | Description Of Item | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| | APPLICATION # 15 | | | | |
| | COLLECTION PAGE | | | | |
| | MOBILISATION RETENTION | | | | 738,390 |
| | PRELIMINARIES/GENERAL CONDITIONS | | | | 3,329,093.41 |
| | CLASSROOM AND LABORATORY BUILDING | | | | 2,213,468.41 |
| | SERVICE BLOCK | | | | 1,022,979.94 |
| | LIBRARY BLOCK (Inc. Tower) | | | | 3,552,714.16 |
| | LIBRARY BLOCK - AMPHITHEATER | | | | 116,522.23 |
| | CHANGE ORDERS | | | | 622,015.29 |
| | MATERIALS ON SITE | | | | 398,283.00 |
| | SUB TOTAL (Excluding ABST) | | | | 11,993,466.76 |
| | RETENTION (MAXIMUM EC$ 1,371841.20) | | | 5% | 599,673.34 |
| | PREVIOUS PAYMENTS | | | | 9,855,649.87 |
| | APPLICATION TOTAL | | | | 1,538,143.55 |
| | ABST | | | 15% | 230,721.53 |
| | TOTAL PAYMENT | | | | 1,768,865.09 |
| | PAYMENT DUE NO LATER THAN 22ND OF THE MONTH | | | | |

[signature] 19/2/09

Passed for payment EC$ 1,768,865.09 only

[signature] 18/02/09

(Lt Col Roche Antony)

LC001350
AUA001164

6

AMERICAN UNIVERSITY OF ANTIGUA

APPLICATION # 14

| ARCHITECTS:<br>SUNDARAM ARCHITECTS PVT.LTD.,<br>NO.19,KUMARA KRUPA ROAD<br>BANGALORE - 560 001 | PROJECT:<br>AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT:<br>AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA |
|---|---|---|

| Sl. No. | Description Of Item | | | | Amount | |
|---|---|---|---|---|---|---|
| | PREVIOUS PAYMENTS RECEIVED | | | | | |
| | PAYMENT 1 | | | | 333,833.67 | ✓ |
| | PAYMENT 2 | | | | 435,986.79 | ✓ |
| | PAYMENT 3 | | | | 244,630.15 | ✓ |
| | PAYMENT 4 | | | | 243,906.96 | ✓ |
| | PAYMENT 5 | | | | 310,132.65 | ✓ |
| | PAYMENT 6 | | | | 806,460.00 | ✓ |
| | PAYMENT 7 | | | | 1,176,211.22 | ✓ |
| | PAYMENT 8 | | | | 150,000.00 | ✓ |
| | PAYMENT 9 | | | | 467,440.11 | ✓ |
| | PAYMENT 10 | | | | 264,299.89 | ✓ |
| | PAYMENT 11 | | | | 958,531.17 | ✓ |
| | PAYMENT 12 | | | | 1,000,000.00 | ✓ |
| | PAYMENT 13 | | | | 718,588.47 | ✓ |
| | PAYMENT 14 | | | | 774,718.48 | |
| | PAYMENT 15 | | | | 1,335,900.48 | |
| | PAYMENT 16 | | | | 635,009.83 | |
| | | | | | 9,855,649.87 | ✓ |
| | | Excluding | | | ABST | |