# EXHIBIT 21



## AUA Employee Information

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | March 11th, 2009 |

### Phase 1: Classroom/Library/Nurses: Leeward Construction

| | |
|---|---|
| Interim Payment #16.00 Measured Works/Materials on Site. | $14,874,532.22 |
| Less 5% Retention | $743,726.61 |
| Previous Payments | $11,393,793.12 |
| Subtotal | $2,737,012.49 |
| ABST 15% | $410,551.87 |
| Total Payment | $3,147,564.36 |

## Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS#: | ABSTNO;TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 3,147,564.36 |

### Additional Comments

Request for payment EC$.3,147,564.36 only.

NOTE: Payment due by 20 March 2009.

### Approval

| | |
|---|---|
| Requestor's Signature: | [signature] 11 March 2009 |
| Request Date: | Lt Col Roche Antony, General Manager, Projects |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC001369
AUA001183

| APPLICATION AND CERTIFICATION FOR PAYMENT | | | AIA DOCUMENT G702 | PAGE 1 OF 1 PAGES | |
|---|---|---|---|---|---|
| TO (Owner): | AUA | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA | APPLICATION NO: | 16 | Distribution to |
| | | | APPLICATION DATE | 28-Feb-09 | OWNER |
| | | | PERIOD FROM: | 01-Feb-09 | ARCHITECT |
| | | | TO. | 28-Feb-09 | CONTRACTOR |
| ATTENTION: | A.S.Nagesh | CONTRACTOR FOR   AUA | | | |
| | | | ARCHITECT'S PROJECT NO | P103 | |
| | | | CONTRACT DATE: | | |

**CONTRACTOR'S APPLICATION FOR PAYMENT**

| CHANGE ORDER SUMMARY | | |
|---|---|---|
| Change orders approved in previous months by Owner | ADD | DED |
| TOTAL | | |
| Approved this Month | $749,403.80 | |
| No. | Date Approved | |
| | | |
| TOTALS | $749,403.80 | $0.00 |
| Net change by Change Orders | | $749,403.80 |

Application is made for Payment, as shown below, in connection with the Contract
Continuation Sheet, AIA Document G703, is attached.

The present status of the account for this Contract is as follows.

ORIGINAL CONTRACT SUM ............................................ EC$27,436,824.00

Net change by Change Orders .......... EC$ 679,770.74   $749,403.80

REVISED CONTRACT SUM   EC$ 28,116,594.74   $28,186,227.80

TOTAL COMPLETED & STORED TO DATE EC$ 14,874,522.22   $15,823,990.31
(Column G on G703)

Retainage    5 % ...................... EC$ 743,726.61   $791,199.52
or total in Column I on G703
TOTAL EARNED LESS RETAINAGE ... EC$ 14,130,805.61   $15,032,790.79

LESS PREVIOUS CERTIFICATES FOR PAYMENT ................   $11,417,710.08

TOTAL COMPLETED & STORED (inc ABST)   EC$ 3,147,564.36   $4,157,342.82

CURRENT PAYMENT DUE ....................   EC$ 3,147,564.36   $4,157,342.82

The undersigned Contractor to the best of his knowledge,
information and belief the Work covered by this Application for
Payment has been completed in accordance with the Contract Docu-
ments, that all amounts have been paid to him for Work for which
previous Certificates for Payment were issued and payments received
from the Owner, and that current payment shown herein is now due.
CONTRACTOR:
By:_____ Date:_____

**LEEWARD**

**ARCHITECT'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on on-site obser-
vations and the data comprising the above application, the Architect
certifies to the Owner that the Work has progressed to the point
indicated; that to the best of his knowledge, information and belief,
the quality of the Work is in accordance with the Contract Docu-
ments, and that the Contractor is entitled to payment of the AMOUNT
CERTIFIED.

AMOUNT CERTIFIED EC$ 3,147,564.36
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By:_____ Date: 11 MARCH 2009
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor
named herein. Issuance, payment and acceptance of payment are without prejudice to any
rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 - CONTINUATION SHEET - APRIL 1978 EDITION - AIA® - ©1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006



LC001370
AUA001184



# ◤LEEWARD *CONSTRUCTION COMPANY LIMITED.*

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

American University of Antigua
College Of Medicine
Jasmine Court
P.O.Box W1451
St. John's
Antigua

2nd March 2009

<u>*Attention: A.S.Nagesh*</u>

Dear Sir

Re: American University of Antigua – Application for Payment # 16

Please find enclosed Application for Payment # 16 dated 28th February 2009 for the value of:

EC$3,615,080.71
(Three Million, Six Hundred and Fifteen Thousand and Eighty Dollars and Seventy One Cents.)

Payment Application is for works completed during the period of 1st February – 28th February 2009.

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully

Paul Webster
Quantity Surveyor


Received by............................................  Date............................................

Signature.....................................................................................................


**BUILDING, MECHANICAL, ELECTRICAL & UTILITY CONTRACTOR**

LC001371
AUA001185

AMERICAN UNIVERSITY OF ANTIGUA

APPLICATION # 16 (4)

| PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD BANGALORE - 560 001 | | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | | |
|---|---|---|---|---|---|
| Sl. No. | Description Of Item | Qty | Unit | Rate | Amount |
| | APPLICATION # 16 | | | | |
| | COLLECTION PAGE | | | | |
| | MOBILISATION RETENTION | | | | 0 |
| | PRELIMINARIES/GENERAL CONDITIONS | | | | 3,712,193.68 |
| | CLASSROOM AND LABORATORY BUILDING | | | | 2,597,798.55 |
| | SERVICE BLOCK | | | | 1,059,108.71 |
| | LIBRARY BLOCK (inc. Tower) | | | | 5,835,946.12 |
| | LIBRARY BLOCK - AMPHITHEATER | | | | 306,717.92 |
| | CHANGE ORDERS | | | | (750,442.83) 679,770.74 |
| | MATERIALS ON SITE | | | | 682,996.50 |
| | SUB TOTAL | | | | (14,945,204.32) 14,874,532.21 |
| | RETENTION (MAXIMUM EC$ 1,371841.20) | | | 5% | (747,260.22) 743,726.61 |
| | PREVIOUS PAYMENTS | | | | 11,393,793.12 |
| | APPLICATION TOTAL | | | | (2,804,150.98) 2,737,012.49 |
| | ABST | | | 15% | (420,622.65) 410,551.87 |
| | TOTAL PAYMENT | | | | (3,224,773.63) 3,147,564.36 |
| | PAYMENT DUE NO LATER THAN 22ND OF THE MONTH | | | | |

Corrected and passed for EC$ 3,147,564.36 only.

Lt Col Roche Antony
General Manager - Projects
11 March, 2009.

Leeward Construction Company Ltd

3/4/2009

LC001372
AUA001186

| ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19, KUMARA KRUPA ROAD BANGALORE - 560 001 | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA |
|---|---|---|

AMERICAN UNIVERSITY OF ANTIGUA                                       APPLICATION # 16 (8)

| Sl. No. | Description Of Item | Amount |
|---|---|---|
| | PREVIOUS PAYMENTS RECEIVED | |
| | PAYMENT 1 | 333,833.67 |
| | PAYMENT 2 | 435,986.79 |
| | PAYMENT 3 | 244,630.15 |
| | PAYMENT 4 | 243,906.96 |
| | PAYMENT 5 | 310,132.65 |
| | PAYMENT 6 | 806,460.00 |
| | PAYMENT 7 | 1,176,211.22 |
| | PAYMENT 8 | 150,000.00 |
| | PAYMENT 9 | 467,440.11 |
| | PAYMENT 10 | 264,299.89 |
| | PAYMENT 11 | 958,531.17 |
| | PAYMENT 12 | 1,000,000.00 |
| | PAYMENT 13 | 718,588.47 |
| | PAYMENT 14 | 774,718.48 |
| | PAYMENT 15 | 1,335,900.48 |
| | PAYMENT 16 | 635,009.83 |
| | PAYMENT 17 | 1,538,143.25 |
| | | 11,393,793.12 |

Leeward Construction Company Ltd                3/5/2009

LC001376
AUA001190

**ABST INVOICE**
Romeo's Plumbing & Hardware
P.O. Box 675 TEL 462-7973
Sir George Walter Highway

Tax ID: 0108206

**INVOICE**

Invoice #: 89402
Date: 2/25/2009 9:40:42 AM
Page: 1
Cashier: 01
Station ID: 01
# items: 44

101 - Cash Customer

| # | QTY/LB | ITEM NUMBER | DESCRIPTION | PRICE PER | EXTENDED |
|---|---|---|---|---|---|
| 1 | 9 | 3021 | 4 PVC WYE DWV* | $67.16 | $604.44 |
| 2 | 12 | 3014 | 4 PVC 90 DWV ELBOW* | $37.95 | $455.40 |
| 3 | 3 | 3019 | 4 PVC TEE DWV * | $47.69 | $143.07 |
| 4 | 2 | 3034 | 4 PVC CROSS DWV* | $62.68 | $125.35 |
| 5 | 4 | 3015 | 4 PVC 45 DWV ELBOW * | $25.99 | $103.96 |
| 6 | 2 | 3023 | 4X3 PVC WYE DWV * | $50.37 | $100.74 |
| 7 | 2 | 218038 | 3X2 PVC WYE* | $36.46 | $72.91 |
| 8 | 2 | 033 | 3 PVC DOUBLE WYE* | $39.68 | $79.35 |
| 9 | 2 | 2017 | 3 PVC CROSS DWV* | $39.33 | $78.66 |
| 10 | 1 | 038561711301 | 3 PVC TEE DWV* | $25.88 | $25.88 |
| 11 | 3 | 2032 | 3X2 PVC REDUCER* | $11.22 | $33.67 |
| 12 | 2 | 2016 | 3X2 PVC TEE* | $13.65 | $27.30 |
| 13 | 4 | 1043 | 2 PVC 45 DWV ELBOW* | $5.09 | $20.38 |
| 14 | 7 | 1035 | 2 PVC TEE DWV* | $8.46 | $59.23 |
| 15 | 4 | 1042 | 2 PVC 90 DWV ELBOW* | $5.39 | $21.57 |
| 16 | 6 | 1047 | 2 PVC WYE DWV* | $11.13 | $68.79 |
| 17 | 5 | 1054 | 2 PVC FLOOR TRAP* | $20.36 | $101.78 |
| 18 | 7 | 1053 | 2X11/2 PVC REDUCER* | $4.70 | $32.92 |
| 19 | 20 | 0111 | 11/2 PVC 90 DWV* | $4.14 | $82.80 |
| 20 | 2 | 09610 | 11/2 PVC CROSS DWV* | $9.81 | $19.62 |
| 21 | 20 | 0031 | 1 PVC 90 ELBOW S40* | $2.50 | $49.91 |
| 22 | 12 | 0037 | 1 PVC TEE S40* | $2.75 | $32.95 |
| 23 | 4 | 0050 | 1X3/4 PVC BUSHING SXS* | $2.13 | $8.51 |
| 24 | 4 | 0095 | 11/2X1 PVC TEE* | $8.10 | $32.86 |
| 25 | 4 | 0102 | 11/2X1 PVC BUSHING S40* | $2.63 | $10.53 |
| 26 | 6 | 0088 | 11/2 PVC TEE S40* | $5.22 | $31.29 |
| 27 | 4 | 1011 | 2X1 PVC TEE S40* | $8.10 | $32.38 |
| 28 | 12 | 0012 | 3/4 PVC 90 ELBOW S40* | $2.00 | $24.01 |
| 29 | 20 | 0017 | 3/4 PVC TEE S40* | $1.47 | $29.41 |
| 30 | 12 | 7007 | 3/4X1/2 PVC BUSHING* | $1.08 | $12.97 |
| 31 | 2 | 031 | 1/2X20 PVC PIPE* | $22.54 | $45.08 |
| 32 | 10 | 1225 | 3/4X10 PVC PIPE* | $14.09 | $140.90 |
| 33 | 10 | 0055 | 1X10 PVC PIPE * | $20.99 | $209.88 |
| 34 | 8 | 3333 | 11/2X10 PVC S40 PIPE* | $33.24 | $265.88 |
| 35 | 16 | 1060 | 2X10 PVC S40 PIPE* | $46.62 | $745.94 |
| 36 | 8 | 2035 | 3X10 PVC S40 PIPE * | $86.25 | $690.00 |
| 37 | 2 | 01207 | 2 PVC CLEAN OUT* | $9.30 | $18.61 |
| 38 | 3 | PRO000 | 3 PVC C/OUT PUSH IN* | $21.26 | $63.79 |
| 39 | 4 | 105-X | 4 PVC CLXOUT PUSH IN* | $35.27 | $141.08 |
| 40 | 2 | 038753310084 | 32OZ CEMENT H/DUTY* | $63.64 | $127.28 |
| 41 | 1 | 038753308050 | 32OZ PIPE CLEANER * | $36.87 | $36.87 |
| 42 | 1 | 038753108067 | 32OZ PRIMER PURPLE* | $42.09 | $42.09 |

LC001561

ABST INVOICE
Romeo's Plumbing & Hardware
P.O. Box 675 TEL:462-7973
Sir George Walter Highway

Tax ID: 0108206

**INVOICE**
Invoice #: 88323
Date: 2/10/2009 2:53:50 PM
Page 1
Cashier: 01
Station ID: 01
# Items: 37

LEE-01 -- LEEWARD CONSTRUCTION
LEEWARD CONSTRUCTION LTD.

462-0071

| # | QTY/LB | ITEM NUMBER | DESCRIPTION | PRICE PER | EXTENDED |
|---|---|---|---|---|---|
| 1 | 16 | 0111 | 1 1/2 PVC 90 DWV* | $4.14 | $66.24 |
| 2 | 2 | 9001 | 1 1/2 PVC DOUBLE ELBOW* | $9.10 | $18.19 |
| 3 | 1 | 1035 | 2 PVC TEE DWV* | $8.46 | $8.46 |
| 4 | 2 | 01207 | 2 PVC CLEAN OUT* | $9.30 | $18.61 |
| 5 | 30 | 012 | 1/2 PVC 90 ELBOW* | $1.25 | $37.81 |
| 6 | 10 | 018 | 1/2 PVC TEE S40* | $1.64 | $16.45 |
| 7 | 20 | 0017 | 3/4 PVC TEE S40* | $2.88 | $57.50 |
| 8 | 20 | 0012 | 3/4 PVC 90 ELBOW S40* | $2.00 | $40.02 |
| 9 | 6 | 1003 | 2 PVC 45 ELBOW S40* | $6.81 | $40.85 |
| 10 | 10 | 1002 | 2 PVC 90 ELBOW S40* | $6.15 | $61.53 |
| 11 | 6 | 1008 | 2 PVC TEE S40* | $5.68 | $34.08 |
| 12 | 6 | 100220 | 2X1 1/2 PVC BUSH. S40* | $4.37 | $26.22 |
| 13 | 4 | 012871526616 | 1 1/2X3/4 PVC BUSHING S40* | $2.42 | $9.66 |
| 14 | 4 | 0102 | 1 1/2X1 PVC BUSHING S40* | $2.63 | $10.53 |
| 15 | 6 | 0098 | 1 1/2 PVC PIPE S40* | $8.63 | $51.75 |
| 16 | 4 | 1421 | 4X2 PVC REDUCER* | $23.51 | $94.02 |
| 17 | 4 | 2932 | 3X2 PVC REDUCER* | $11.22 | $44.80 |
| 18 | 2 | 3030 | 4X20 PVC SCH40 PIPE* | $262.03 | $524.06 |
| 19 | 1.5 | 2037 | 3X20 PVC PIPE SCH 40* | $172.50 | $258.75 |
| 20 | 1 | 001003 | 3/4X20 PVC PIPE* | $28.18 | $28.18 |
| 21 | 1 | 031 | 1/2X20 PVC PIPE* | $22.54 | $22.54 |
| 22 | 4 | 1033 | 2 PVC CAP SLIP* | $3.02 | $12.07 |
| 23 | 4 | 0104 | 1 1/2 PVC CAP SLIP* | $2.56 | $10.26 |
| 24 | 4 | 1047 | 2 PVC WYE DWV* | $11.13 | $44.53 |
| 25 | 4 | 1043 | 2 PVC 45 DWV ELBOW* | $5.09 | $20.38 |
| 26 | 10 | 1042 | 2 PVC 90 DWV ELBOW* | $5.39 | $53.94 |
| 27 | 2 | 1046 | 2 PVC DOUBLE ELBOW* | $20.13 | $40.25 |
| 28 | 2 | 422 | 4 PVC C/O PLUG DWV* | $29.75 | $59.50 |
| 29 | 3 | 0510 | 2 PVC CLEAN OUT PUSH OVER* | $11.50 | $34.50 |
| 30 | 2 | 09610 | 1 1/2 PVC CROSS DWV* | $9.81 | $19.62 |
| 31 | 1 | 038753910083 | 32OZ CEMENT H/BODY* | $63.64 | $63.64 |
| 32 | 1 | 038753308050 | 32OZ PIPE CLEANER * | $35.07 | $35.07 |

Balance: $1,872.50

PO #COLLETTE 10/2/09
Thank you kindly, please come again.

On Account Sale
Sub Total:  $1,725.20
ABST        $258.78
Grand Total: $1,983.98

LC001562

**ABST INVOICE**
Romeo's Plumbing & Hardware
P.O. Box 675  TEL: 462-7973
Sir George Walter Highway

Tax ID: 0108206

**INVOICE**

| Invoice # |
|---|
| 88323 |

| Date |
|---|
| 2/10/2009 2:53:50 PM |
| Page 2 |

| Cashier |
|---|
| 01 |

| Station ID |
|---|
| 01 |

| # Items |
|---|
| 37 |

LEE-01 -- LEEWARD CONSTRUCTION
LEEWARD CONSTRUCTION LTD.

462-0071

| # | QTY/LB | ITEM NUMBER | DESCRIPTION | PRICE PER | EXTENDED |
|---|---|---|---|---|---|
| 33 | 1 | 038753300067 | 32OZ PRIMER PURPLE* | $42.09 | $42.09 |
| 34 | 10 | 0050 | 1X3/4 PVC BUSHING SXS* | $2.13 | $21.28 |
| 35 | 8 | 0037 | 1 PVC TEE S40* | $3.45 | $27.60 |
| 36 | 6 | 0031 | 1 PVC 90 ELBOW S40* | $2.50 | $14.97 |
| 37 | 5 | 0013 | 3/4 PVC 45 ELBOW S40* | $2.48 | $12.42 |

Balance: $1,099.98

PO #COLLETTE 10/2/09
Thank you kindly please come again.

On Account Sale
Sub Total:    $1,725.20
ABST          $258.78
Grand Total:  $1,983.98

LC001563



**GEOTECH COMPANY LIMITED**
Burma Road
P.O. Box 1527
St. John's
Antigua
TIN #: 167185

# ABST INVOICE

| Date | Invoice # |
|---|---|
| 26/02/2009 | LC-0032 |

**Bill To**

Leeward Construction Ltd
All Saints
St. Johns,
Antigua

| Description | Amount |
|---|---|
| 100 tons of All-In @ $ 56.00 per ton P.O 672001 | 5,600.00 |
| Transportation cost for delivery of aggregates (2) | 466.00 |
| Discount | -560.00 |
| 15% ABST | 795.00 |

*Thank you for doing business with us!*

| Total | $6,301.00 |
|---|---|

Head Office: (268) 462-4576/462-4577
Quarry Sales: (268) 462-5655
www.geotechcompanyltd.com

LC001570

**GEOTECH COMPANY LIMITED**
Burma Road
P.O. Box 1327
St. John's
Antigua
Tin #:167185



**ABST INVOICE**

| Date | Invoice # |
|---|---|
| 03/02/2009 | LC-0031 |

**Bill To**

Leeward Construction Ltd
All Saints
St. John's,
Antigua

| Description | Amount |
|---|---|
| 100 tons of All-In @ 56.00 per ton | 5,600.00 |
| 5 trips of Transportation cost for delivery of aggregates | 1,165.00 |
| Discount | -560.00 |
| 15% ABST | 795.00 |

*Thank you for doing business with us!*

| Total | $7,000.00 |
|---|---|

Head Office: (268) 462-4576/462-4577
Quarry Sales: (268) 462-5655
www.geotechcompanyltd.com

LC001571

# INVOICE

**CONROY GREGORY**   TIN # 0255983
Belle View Heights
P.O. Box 1005
St. John's
Antigua

INVOICE #: 041/09
DATE: 5/2/2009
Tel: 462-0362
562-4097

Leeward Construction
All Saints Road

RE: Purchase of Sand and Stone

| DATE | DESCRIPTION | VEHICLE # | PO # | INV# | TONS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 28/1/09 | Purchase of Sand | C 5117 | 771629 | 26482 | 20 | $ 100.00 | $ 2,000.00 |
| 28/1/09 | Purchase of Sand | C 5117 | 771629 | 26486 | 20 | $ 100.00 | $ 2,000.00 |
| 28/1/09 | Purchase of Sand | C 5117 | 771629 | 26485 | 20 | $ 100.00 | $ 2,000.00 |
| 28/1/09 | Purchase of Stone | C 5117 | 771629 | 26483 | 20 | $ 95.00 | $ 1,900.00 |
| 28/1/09 | Purchase of Stone | C 5117 | 771629 | 26484 | 20 | $ 95.00 | $ 1,900.00 |
| | | | | Subtotal | | | $ 9,800.00 |
| | | | | ABST | | 15% | $ 1,470.00 |
| | | | | Transportation | Strips | | $ 1,437.50 |
| | | | | | 100 | | |
| | | | | | | TOTAL | $ 12,707.50 |

R. Robinson

CONROY GREGORY
MANAGER

LC001572

# INVOICE

**CONROY GREGORY**
Belle View Heights       Tin#0255983
P.O. Box 1005
St. John's
Antigua

INVOICE #: 20/09
INV DATE: 11/1/2009
Tel: 462-0362
     562-4097

Leeward Construction
All Saints Road

RE: Purchase of Sand and Stone

| DATE | DESCRIPTION | VEHICLE # | INVOICE # | PO# | YRDS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8/1/2009 | Purchase of Sand | | 25647 | 771610 | 60 | $ 100.00 | $ 6,000.00 |
| 8/1/09 | Purchase of Stone | | 25647 | | 40 | $ 95.00 | $ 3,800.00 |
| | | | Sub Total | | | | $ 9,800.00 |
| | | | ABST | | | 15% | $ 1,470.00 |
| | | | Transportation | | 5 trips | | $ 1,437.50 |
| | | | | | 100 | | |
| | | | | | | TOTAL | $12,707.50 |

*R. Robertson*
CONROY GREGORY
PROPRIETOR

LC001573

# INVOICE

**CONROY GREGORY**
Belle View Heights
P.O. Box 1005
St. John's
Antigua

Tin#0255983

INVOICE # 26/09
INV DATE: 15/1/09
Tel: 462-0362
562-4097

Leeward Construction
All Saints Road

RE: Purchase of Sand and Stone to AUA

| DATE | DESCRIPTION | VEHICLE # | INVOICE # | PO# | YRDS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 13/1/09 | Purchase of Sand | | 26455 | 771613 | 40 | $ 100.00 | $ 4,000.00 |
| 13/1/09 | Purchase of Stone | | 26455 | | 60 | $ 95.00 | $ 5,700.00 |
| | | | Sub Total | | | | $ 9,700.00 |
| | | | ABST | | | 15% | $ 1,455.00 |
| | | | Transportation | | 5 trips | | $ 1,437.50 |
| | | | | | 100 | | |
| | | | | | | TOTAL | $12,592.50 |

R. Robertson

CONROY GREGORY
PROPRIETOR

# INVOICE

CONROY GREGORY  
Jolie View Heights  

INV # 34/09 2H 2B

P.O. Box 1005  
St. John's  
Antigua

INV DATE: 27/1/09

Tel: 462-0362  
     562-4097

Leeward Construction  
All Saints Road

RE: Purchase of Sand and Stone

| DATE | DESCRIPTION | VEHICLE # | PO# | INVOICE # | TONS/YRDS | PRICE | AMOUNT |
|------|-------------|-----------|-----|-----------|-----------|-------|--------|
| 2/1/09 | Purchase of Sand | | 771624 | 26473 | 40 | $100.00 | $4,000.00 |
| 2/1/09 | Purchase of Sand | | | 26477 | 20 | $100.00 | $2,000.00 |
| 2/1/09 | Purchase of Stone | | | 26473 | 40 | $95.00 | $3,800.00 |
| | | | | | Total | | $9,800.00 |
| | | | | | ABST | 15% | $1,470.00 |
| | | | | | Transportation | 5 trips | $1,437.50 |
| | | | | | 100 | | |
| | | | | | | | $12,707.50 |

R. Roberton

CONROY GREGORY  
PROPRIETOR

Feb 19 2009 9:15AM AMP EXECUTIVE 2684626858 p.1



 

P.O. BOX 423
St. John's Antigua
West Indies
Tel: 268-462-0347/8
Fax: 268-462-6658
anumasonry@candw.ag

# PRO-FORMA INVOICE

02/19/09

Leeward Construction
Ann Saints Road
Antigua

| Description | QUANTITY | UNIT PRICE | |
|---|---|---|---|
| 8" Blocks – Regular | 3,000 | 3.57 | $10,710.00 |
| 8" Blocks – K. Out | 1,000 | 3.57 | $3,570.00 |
| Sub total | | | $14,280.00 |
| 15% ABST | | | $2,142.00 |
| Total | | | $16,422.00 |

**CERTIFIED TRUE & CORRECT**

Mrs. Linel Andrew
Office Supervisor

# 1791

A Member of the
**HADEED GROUP OF COMPANIES**

LC001578

## INVOICE



**CARIBBEAN TRADE & DISTRIBUTORS INC**
Phone 268-720-9516 / 954-447-0368
Customer *Leeward Construction Company*
*All Saints Road*
*St. Johns*
*PO BOX 1400*

| Date: | 09/01/07 |
|---|---|

| | |
|---|---|
| Project Name: | Leeward Construction Stores |
| C/O: | Leeward Construction |
| Picked Up: | N/A |
| Ordered by: | Neil Dickinson |
| Ship Date: | TBD |
| Ship Via: | TBD |

| Ordered | Units | Stock Number / Description | Unit Price ECD | Total |
|---|---|---|---|---|
| 10 | Lengths | 20' 12" DIA SCH 40 PVC PIPE | $1,169.00 | $11,690.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

| | |
|---|---|
| ABST / TAX | $1,753.50 |
| Total ECD: | $13,443.50 |
| Total USD: | $4,948.10 |
| DUE | |

**TERMS & CONDITIONS**
PLEASE MAKE PAYMENT TO CARIBBEAN TRADE & DISTRIBUTORS
NO REFUNDS AFTER PRODUCT HAS BEEN RECEIVED.

Jesus Rodriguez
Authorized Signature Seller

Neil Dickenson
Authorized Signature Buyer

LC001579