# EXHIBIT 23

| | |
|---|---|
| **From:** | McCary, Kibian |
| **To:** | Prabhu Marudheri |
| **CC:** | Greenberg, Corey; Roche, Antony; paul@leeward.ag; neil@leeward.ag |
| **Sent:** | 5/12/2009 4:36:35 PM |
| **Subject:** | LEEWARD CONSTRUCTION;PAYMENT APPLICATION # 18;PAGES 1-20 |
| **Attachments:** | LEEWARD CONSTRUCTION; PAYMENT APPLICATION # 18; PAGES 1-20.pdf |

Dear Prabhu,

Please find attached Payment application #18 of Leeward Construction duly passed for payment amounting to ECD $ 1,505,815.46 including ABST. Attachments would be forwarded in 11 parts.

Regards,

Miss. Kibian McCary
Construction Assistant
American University of Antigua, College of Medicine Jabberwock Rd.
P.O. Box W-1451, St. John's, Antigua
Tel: (268) 481-8916
Fax: (268) 481-8924
email:kmccary@auamed.net

LC001791
AUA001412



### AUA Employee Information

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | April 17th, 2009 |

### Phase 1: Classroom/Library/Nurses: Leeward Construction

| | |
|---|---|
| Interim Payment #18.00 Measured Works/Materials on Site. | $19,094,021.50 |
| Less 5% Retention | $954,701.08 |
| Previous Payments | $16,899,356.01 |
| Subtotal | $1,239,946.42 |
| Retention Release ( Classroom 50%) | $40,368.71 |
| Retention Release ( Service 50%) | $29,071.62 |
| ABST 15% | $196,410.71 |
| Total Payment | $1,505,815.46 |

### Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | ABSTNO:TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 1,505,815.46 |

### Additional Comments

Make() for payment EC $1,505,815.46

### Approval

| | |
|---|---|
| Requestor's Signature: | [signature] Lt Col Roche Antony |
| Request Date: | 11 May, 2009 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC001792
AUA001413

# LEEWARD CONSTRUCTION COMPANY LIMITED.



ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4088

American University of Antigua
College Of Medicine
Jasmine Court
P.O.Box W1451
St. John's
Antigua

2nd May 2009

*Attention: A.S. Nagesh*

Dear Sir

Re: American University of Antigua – Application for Payment # 18

Please find enclosed Application for Payment # 18 dated 31st April 2009 for the value of:

**ECS 2,243,550.11 excluding ABST**
*(Two Million Two Hundred and Forty Three Thousand Five Hundred and Fifty Eastern Caribbean Dollars Forty Eleven Cense.)*

Payment Application is for works completed during the period of 1st April – 31st April 2009.

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully

Paul Webster
Quantity Surveyor

Received by ................................................  Date 5/5/09
Signature ................................................

**LC001793**
AUA001414

LC001794
AUA001415

| APPLICATION AND CERTIFICATION FOR PAYMENT | | | AIA DOCUMENT G702 | PAGE 1 OF 1 PAGES |
|---|---|---|---|---|
| TO (Owner): AUA | | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA | APPLICATION NO: 18 | Distribution to: |
| | | | APPLICATION DATE 31-April-09 | OWNER |
| | | | PERIOD FROM: 01-Apr-09 | ARCHITECT |
| | | | TO 31-April-09 | CONTRACTOR |
| ATTENTION: A.S.Nagesh | | CONTRACTOR FOR: AUA | | |
| | | | ARCHITECT'S PROJECT NO: j703 | |
| | | | CONTRACT DATE: | |

**CONTRACTOR'S APPLICATION FOR PAYMENT**

| CHANGE ORDER SUMMARY | | |
|---|---|---|
| Change orders approved in previous months by Owner | ADD | DED |
| TOTAL | | |
| Approved this Month | $938,586.35 | |
| No. | Date Approved | |
| • | | |
| TOTALS | $938,586.35 | $0.00 |
| Net change by Change Orders | $938,586.35 | |

Application is made for Payment, as shown below, in connection with the Contract
Continuation Sheet, AIA Document G703, is attached

The present status of the account for this Contract is as follows:

| | |
|---|---|
| ORIGINAL CONTRACT SUM | $27,436,824.00 |
| Net change by Change Orders | $938,586.35 |
| REVISED CONTRACT SUM | $28,375,410.35 |
| TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $20,032,348.78 |
| Retainage 5 % or total in Column I on G703 | $1,001,617.44 |
| TOTAL EARNED LESS RETAINAGE | $19,030,731.34 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $16,899,356.01 |
| TOTAL COMPLETED & STORED (inc ABST) | $2,451,081.63 |
| RETENTION RELEASE (inc. ABST) | $129,001.00 |
| CURRENT PAYMENT DUE | $2,580,082.63 |

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.
CONTRACTOR:
By: _____ Date: _____

**LEEWARD**

**ARCHITECT'S CERTIFICATE FOR PAYMENT**
In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated, that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ................................
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

By: _____ Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • ©1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

AMERICAN UNIVERSITY OF ANTIGUA                                                        APPLICATION # 17

(4)

| PROJECT: AMERICAN UNIVERSITY OF ANTIGUA – COLLEGE OF MEDICINE | ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD BANGALORE – 560 001 | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | | | |
|---|---|---|---|---|---|
| Sl. No. | Description Of Item | Qty | Unit | Rate | Amount |
| | APPLICATION # 18 | | | | |
| | COLLECTION PAGE | | | | |
| | MOBILISATION RETENTION | | | | 0 |
| | PRELIMINARIES/GENERAL CONDITIONS | | | | 4,681,223.74   4,635,355.07 |
| | CLASSROOM AND LABORATORY BUILDING | | | | 3,269,353.50   3,229,496.93 |
| | SERVICE BLOCK | | | | 1,217,637.73   1,162,864.95 |
| | LIBRARY BLOCK (inc. Tower) | | | | 8,911,176.93   8,411,419.01 |
| | LIBRARY BLOCK – AMPHITHEATER | | | | 649,095.52   458,251.45 |
| | CHANGE ORDERS | | | | 938,586.35   831,359.09 |
| | MATERIALS ON SITE | | | | 365,275.00   365,275.00 |
| | SUB TOTAL | | | | 20,032,348.77   19,094,021.50 |
| | RETENTION (MAXIMUM EC$ 1,371841.20) | | | 5% | 1,001,617.44   954,701.08 |
| | PREVIOUS PAYMENTS | | | | 16,899,356.01   16,899,356.01 |
| | SUB TOTAL | | | | 2,131,375.32   1,239,946.42 |
| | RETENTION RELEASE (Classroom 50%) | | | | 81,733.84   40,368.71 |
| | RETENTION RELEASE (Service 50%) | | | | 30,440.94   29,071.62 |
| | TOTAL PAYMENT | | | | 2,243,550.10   1,309,404.75 |
| | ABST | | | 15% | 336,532.52   196,410.71 |
| | TOTAL PAYMENT | | | | 2,580,082.62   1,505,815.46 |
| | PAYMENT DUE NO LATER THAN 22ND OF THE MONTH | | | | |

*Passed for payment EC$ 1,505,815.46 only*

11 May 2009

Leeward Construction Company Ltd

LC001795
AUA001416



AMERICAN UNIVERSITY OF ANTIGUA　　　　　　　　　　　　　　　　　　　　　APPLICATION # 18

| ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19, KUMARA-KRUPA ROAD BANGALORE - 560 001 | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | |
|---|---|---|---|

| Sl. No. | Description Of Item | | | | Amount | |
|---|---|---|---|---|---|---|
| | PREVIOUS PAYMENTS RECEIVED | | | | | |
| | PAYMENT 1 | | | | 333,833.67 | |
| | PAYMENT 2 | | | | 435,986.79 | |
| | PAYMENT 3 | | | | 244,630.15 | |
| | PAYMENT 4 | | | | 243,906.96 | |
| | PAYMENT 5 | | | | 310,132.65 | |
| | PAYMENT 6 | Mobilisation | | | 806,460.00 | |
| | PAYMENT 7 | | | | 1,176,211.22 | |
| | PAYMENT 8 | Mobilisation | | | 150,000.00 | |
| | PAYMENT 9 | | | | 467,440.11 | |
| | PAYMENT 10 | | | | 264,299.89 | |
| | PAYMENT 11 | | | | 958,531.17 | |
| | PAYMENT 12 | Mobilisation | | | 1,000,000.00 | |
| | PAYMENT 13 | | | | 718,588.47 | |
| | PAYMENT 14 | | | | 774,718.48 | |
| | PAYMENT 15 | Mobilisation | | | 1,335,900.48 | |
| | PAYMENT 16 | | | | 635,009.83 | |
| | PAYMENT 17 | | | | 1,538,143.25 | |
| | PAYMENT 18 | | | | 2,737,012.49 | |
| | PAYMENT 19 | | | | 2,768,550.40 | |
| | | | | | 16,899,356.01 | |

h217　　　　　　　　　　Leeward Construction Company Ltd　　　　　　　　　　03/05/2009

**LC001799**
AUA001420