# EXHIBIT 24

| AUA Employee Information | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | June 19th, 2009 |

| Phase 1: Classroom/Library/Nurses: Leeward Construction | |
|---|---|
| Interim Payment #19.00 Measured Works/Materials on Site. | $20,561,252.75 |
| Less 5% Retention | $1,028,062.64 |
| Previous Payments | $18,208,760.76 |
| Subtotal | $1,324,429.35 |
| Retention Release | $69,440.33 |
| ABST 15% | $209,080.45 |
| Total Payment | $1,602,950.13 |

| Vendor Information | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | ABSTNO:TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

|  | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 1,602,950.13 |

**Additional Comments**

*Passed for payment EC$1,602,950.13 only.*

**Approval**

Requestor's Signature: _[signature] Lt Col Roche Antony_

Request Date: _19 June 2009_

Dean's Approval:

Approval Date:

Finance Approval:

Approval Date:

AMERICAN UNIVERSITY OF ANTIGUA  APPLICATION # 19



| PROJECT: AMERICAN UNIVERSITY OF ANTIGUA – COLLEGE OF MEDICINE | ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD BANGALORE – 560 001 | | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | | | |
|---|---|---|---|---|---|---|
| Sl. No | Description Of Item | Qty | Unit | | Rate | Amount |
| | APPLICATION # 19 | | | | | |
| | COLLECTION PAGE | | | | | |
| | MOBILISATION RETENTION | | | | | 0 |
| | PRELIMINARIES/GENERAL CONDITIONS | | | | | 4,731,579.94 |
| | CLASSROOM AND LABORATORY BUILDING | | | | | 3,374,165.80 |
| | SERVICE BLOCK | | | | | 1,165,319.62 |
| | LIBRARY BLOCK (inc. Tower) | | | | | 9,440,901.11 |
| | LIBRARY BLOCK - AMPHITHEATER | | | | | 535,064.40 |
| | CHANGE ORDERS | | | | | 952,086.87 |
| | MATERIALS ON SITE | | | | | 362,135.00 |
| | SUB TOTAL | | | | | 20,561,252.75 |
| | RETENTION (MAXIMUM EC$ 1,371841.20) | | | | 5% | 1,028,062.64 |
| | PREVIOUS PAYMENTS | | | | | 18,208,760.76 |
| | SUB TOTAL | | | | | 1,324,429.35 |
| | RETENTION RELEASE | | | | | 69,440.33 |
| | TOTAL PAYMENT | | | | | 1,393,869.68 |
| | ABST | | | | 15% | 209,080.45 |
| | TOTAL PAYMENT | | | | | 1,602,950.13 |
| | PAYMENT DUE NO LATER THAN 22ND OF THE MONTH | | | | | |

*Passed for payment EC$ 1,602,950.13 only including ABST 15%.*

18/06/09

18 June, 2009

Li Col Roette Antony

1/1    Leeward Construction Company Ltd    6/18/2009

LC002019
AUA001640



AMERICAN UNIVERSITY OF ANTIGUA     APPLICATION # 19

| ARCHITECTS:<br>SUNDARAM ARCHITECTS PVT.LTD.,<br>NO.19,KUMARA KRUPA ROAD<br>BANGALORE - 560 001 | PROJECT:<br>AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT:<br>AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA |
|---|---|---|

| Sl. No. | Description Of Item | | Amount |
|---|---|---|---|
| | PREVIOUS PAYMENTS RECEIVED | | |
| | PAYMENT 1 | | 333,833.67 |
| | PAYMENT 2 | | 435,986.79 |
| | PAYMENT 3 | | 244,630.15 |
| | PAYMENT 4 | | 243,906.96 |
| | PAYMENT 5 | | 310,132.65 |
| | PAYMENT 6 | Mobilisation | 806,460.00 |
| | PAYMENT 7 | | 1,176,211.22 |
| | PAYMENT 8 | Mobilisation | 150,000.00 |
| | PAYMENT 9 | | 467,440.11 |
| | PAYMENT 10 | | 264,299.89 |
| | PAYMENT 11 | | 958,531.17 |
| | PAYMENT 12 | Mobilisation | 1,000,000.00 |
| | PAYMENT 13 | | 718,588.47 |
| | PAYMENT 14 | | 774,718.48 |
| | PAYMENT 15 | Mobilisation | 1,335,900.48 |
| | PAYMENT 16 | | 635,009.83 |
| | PAYMENT 17 | | 1,538,143.25 |
| | PAYMENT 18 | | 2,737,012.49 |
| | PAYMENT 19 | | 2,768,550.40 |
| | PAYMENT 20 | | 1,309,404.75 |
| | | | 18,208,760.76 |

7/227     Leeward Construction Company Ltd     03/06/2009

LC002022
AUA001643

| APPLICATION AND CERTIFICATION FOR PAYMENT | | | AIA DOCUMENT G702 | PAGE 1 OF 1 PAGES |
|---|---|---|---|---|
| TO (Owner): | AUA | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA | APPLICATION NO: | 19 |
| | | | APPLICATION DATE | 1-Jun-09 |
| | | | PERIOD FROM: | 1-May-09 |
| | | | TO: | 31-May-09 |
| ATTENTION: | A.S.Nagesh | CONTRACTOR FOR: AUA | | |
| | | | ARCHITECT'S PROJECT NO: | P103 |
| | | | CONTRACT DATE: | |

**CONTRACTOR'S APPLICATION FOR PAYMENT**

| CHANGE ORDER SUMMARY | | |
|---|---|---|
| Change orders approved in previous months by Owner | ADD | DED |
| TOTAL | | |
| Approved this Month | $1,288,103.74 | |
| No. | Date Approved | |
| | | |
| TOTALS | $1,288,103.74 | $0.00 |
| Net change by Change Orders | | $1,288,103.74 |

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.
CONTRACTOR:
By: _____ Date: _____

Application is made for Payment, as shown below, in connection with the C
**Continuation Sheet, AIA Document G703, is attached.**

The present status of the account for this Contract is as follows:

**ORIGINAL CONTRACT SUM** ...........................................

Net change by Change Orders ........................................

**REVISED CONTRACT SUM**

**TOTAL COMPLETED & STORED TO DATE** .....................
   (Column G on G703)
Retainage      5 % .......................................................
   or total in Column I on G703
**TOTAL EARNED LESS RETAINAGE** ..................................

**LESS PREVIOUS CERTIFICATES FOR PAYMENT** ................
**TOTAL COMPLETED & STORED (inc ABST)**
**RETENTION RELEASE (inc. ABST)**
**CURRENT PAYMENT DUE**...........................

# LEEWARD

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** ..................................................
*(Attach explanation if amount certified differs from the amount applied for.)*
ARCHITECT:

By: _____ Date: _____
This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Con named herein. Issuance, payment and acceptance of payment are without prejudice to rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

LC002038

| AUA Employee Information | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | June 19th, 2009 |

### Phase 1: Classroom/Library/Nurses: Leeward Construction

| | |
|---|---:|
| Interim Payment #19.00 Measured Works/Materials on Site. | $20,561,252.75 |
| Less 5% Retention | $1,028,062.64 |
| Previous Payments | $18,208,760.76 |
| Subtotal | $1,324,429.35 |
| Retention Release | $69,440.33 |
| ABST 15% | $209,080.45 |
| Total Payment | $1,602,950.13 |

| Vendor Information | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | ABSTNO.TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---:|
| CHEQUE AMOUNT | | 1,602,950.13 |

**Additional Comments**

Passed for payment EC$1,602,950.13 only

**Approval**

Requestor's Signature: _[signature] Lt Col Roche Antony_
Request Date: 19 June 2009

Dean's Approval:
Approval Date:

Finance Approval:
Approval Date:

LC002039

AMERICAN UNIVERSITY OF ANTIGUA
APPLICATION # 19

| PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD BANGALORE - 560 001 | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | | | |
|---|---|---|---|---|---|
| Sl. No | Description Of Item | Qty | Unit | Rate | Amount |
| | APPLICATION # 19 | | | | |
| | COLLECTION PAGE | | | | |
| | MOBILISATION RETENTION | | | | 0 |
| | PRELIMINARIES/GENERAL CONDITIONS | | | | 4,731,579.94 |
| | CLASSROOM AND LABORATORY BUILDING | | | | 3,374,165.80 |
| | SERVICE BLOCK | | | | 1,165,319.62 |
| | LIBRARY BLOCK (inc. Tower) | | | | 9,440,901.11 |
| | LIBRARY BLOCK - AMPHITHEATER | | | | 535,064.40 |
| | CHANGE ORDERS | | | | 952,086.87 |
| | MATERIALS ON SITE | | | | 362,135.00 |
| | SUB TOTAL | | | | 20,561,252.75 |
| | RETENTION (MAXIMUM EC$ 1,371841.20) | | | 5% | 1,028,062.64 |
| | PREVIOUS PAYMENTS | | | | 18,208,760.76 |
| | SUB TOTAL | | | | 1,324,429.35 |
| | RETENTION RELEASE | | | | 69,440.33 |
| | TOTAL PAYMENT | | | | 1,393,869.68 |
| | ABST | | | 15% | 209,080.45 |
| | TOTAL PAYMENT PAYMENT DUE NO LATER THAN 22ND OF THE MONTH | | | | 1,602,950.13 |

Passed for payment EC$1,602,950.13 only including ABST 15%.

18 June, 2009
Lt Col Reane Antony

Leeward Construction Company Ltd    6/18/2009

LC002040

AMERICAN UNIVERSITY OF ANTIGUA  APPLICATION #19

| ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19, KUMARA KRUPA ROAD BANGALORE - 560 001 | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA |
|---|---|---|

| Sl. No. | Description Of Item | | Amount |
|---|---|---|---|
| | PREVIOUS PAYMENTS RECEIVED | | |
| | PAYMENT 1 | | 333,833.67 |
| | PAYMENT 2 | | 435,986.79 |
| | PAYMENT 3 | | 244,630.15 |
| | PAYMENT 4 | | 243,906.96 |
| | PAYMENT 5 | | 310,132.65 |
| | PAYMENT 6 | Mobilisation | 806,460.00 |
| | PAYMENT 7 | | 1,176,211.22 |
| | PAYMENT 8 | Mobilisation | 150,000.00 |
| | PAYMENT 9 | | 467,440.11 |
| | PAYMENT 10 | | 264,299.89 |
| | PAYMENT 11 | | 958,531.17 |
| | PAYMENT 12 | Mobilisation | 1,000,000.00 |
| | PAYMENT 13 | | 718,588.47 |
| | PAYMENT 14 | | 774,718.48 |
| | PAYMENT 15 | Mobilisation | 1,335,900.48 |
| | PAYMENT 16 | | 635,009.83 |
| | PAYMENT 17 | | 1,538,143.25 |
| | PAYMENT 18 | | 2,737,012.49 |
| | PAYMENT 19 | | 2,768,550.40 |
| | PAYMENT 20 | | 1,309,404.75 |
| | | | 18,208,760.76 |

7/227  Leeward Construction Company Ltd  02/06/2009

LC002043

AMERICAN UNIVERSITY OF ANTIGUA  APPLICATION # 19

| ARCHITECTS: SUNDARAM ARCHITECTS PVT. LTD., NO.19, KUMARA | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA: RETENTION RELEASE | | | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN | |
|---|---|---|---|---|---|
| | RETENTION RELEASE (Preliminaries 50%) | | | 129,534.73 | |
| | RETENTION RELEASE (Change Orders 50%) | | | 32,240.71 | |
| | RETENTION RELEASE (Class/Lab 50%) | | | 84,354.15 | 40,368.71 |
| | RETENTION RELEASE (Service 50%) | | | 29,132.99 | 29,071.62 |
| | RETENTION RELEASE (Amphitheatre 50%) | | | 14,989.95 | |
| | RETENTION RELEASE (Library Building 50%) | | | | |
| | RETENTION RELEASE (Preliminaries 50%) | 129,534.73 | | | |
| | RETENTION RELEASE (Change Orders 50%) | 32,240.71 | | | |
| | RETENTION RELEASE (Class/Lab 50%) | 84,354.15 | | | |
| | RETENTION RELEASE (Service 50%) | 29,132.99 | | | |
| | RETENTION RELEASE (Amphitheatre 50%) | 14,989.95 | | | |
| | RETENTION RELEASE (Library Building 50%) | | | | |
| | | 290,252.52 | | 290,252.52 | 69,440.33 |



# LEEWARD CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

**American University of Antigua**
**College Of Medicine**
Jasmine Court
P.O.Box W1451
St. John's
Antigua

30th June 2009

<u>*Attention: A.S.Nagesh*</u>

Dear Sir

Re: INTERIM APPLICATION FOR PAYMENT # 19A

Please find summarised below Interim Application for Payment # 19A as discussed and agreed for unpaid items relating to Application # 19.

| | | |
|---|---|---:|
| CO Item 32: | Ground Preparation for Crane | 4,823.04 |
| CO Item 36: | Laboratory Floor Slab Pour Overtime | 6,720.54 |
| CO Item 38: | Overtime (Regain lost time due to materials in port) | 3,091.20 |
| CO Item 39: | Car Park Remedial Works: | 8,365.00 |
| B.O.Q Item VI7: | Library Block Lift Wall Formwork (391.05 SY x 90.00) | 35,194.50 |
| Weather Delays, On account payment for post contract delays subject to Agreement | | 53,679.94 |
| Preliminaries 1st May 09 – 31st May 09 (4wks x EC$ 79,220.27) | | 316,881.08 |
| Sub Total | | 428,755.30 |
| ABST | | 64,313.29 |
| **Total** | | **EC$  493,068.59** |

Payment Application is for works completed during the period of 1st May - 31st May 09.

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully


Paul Webster
Quantity Surveyor

Received by........................................................   Date......................................................

Signature..............................................................................................................................

**BUILDING, MECHANICAL, ELECTRICAL & UTILITY CONTRACTOR**

LC002261