# EXHIBIT 25

## Alana Bartley

| | |
|---|---|
| **From:** | Neil Dickinson [neil@leeward.ag] |
| **Sent:** | Monday, July 06, 2009 10:32 AM |
| **To:** | 'Antony Roche' |
| **Cc:** | 'Nagesha, A.S.'; 'Paul Webster'; 'Robert Winwood' |
| **Subject:** | FW: Interim Application # 19A |
| **Attachments:** | 090626 Interim Application for Payment # 19A.docx |

Col. Antony

Following submission of or interim application for payment dated 30th June please advise as to status.

Further to my email of 20th June and our meeting on 25th June these funds are extremely important to the completion of this contract.

Kind Regards

Neil Dickinson
*Managing Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:   (268) 729-0072
FAX:    (268) 462-4868

---

**From:** Paul Webster [mailto:paul@leeward.ag]
**Sent:** 06 July 2009 09:47
**To:** 'Neil Dickinson'
**Subject:** Interim Application # 19A

Neil

As discussed please find attached Interim Application submitted on 26th June 09.

All items have been agreed with Nagesh excluding the 4 weeks of Preliminaries which amounts to EC$ 316,881.08 excluding ABST.

Kind Regards

Paul Webster
*Quantity Surveyor.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: paul@leeward.ag
OFFICE: (268) 462-0071
CELL:   (268) 729-0084
FAX:    (268) 462-4868

12/8/2011

LC002260a

# LEEWARD CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

**American University of Antigua**
**College Of Medicine**
Jasmine Court
P.O.Box W1451
St. John's
Antigua

30th June 2009

*Attention: A.S.Nagesh*

Dear Sir

Re: INTERIM APPLICATION FOR PAYMENT # 19A

Please find summarised below Interim Application for Payment # 19A as discussed and agreed for unpaid items relating to Application # 19.

| | | |
|---|---|---:|
| CO Item 32: | Ground Preparation for Crane | 4,823.04 |
| CO Item 36: | Laboratory Floor Slab Pour Overtime | 6,720.54 |
| CO Item 38: | Overtime (Regain lost time due to materials in port) | 3,091.20 |
| CO Item 39: | Car Park Remedial Works: | 8,365.00 |
| B.O.Q Item VI7: | Library Block Lift Wall Formwork (391.05 SY x 90.00) | 35,194.50 |
| Weather Delays, On account payment for post contract delays subject to Agreement | | 53,679.94 |
| Preliminaries 1st May 09 – 31st May 09 (4wks x EC$ 79,220.27) | | 316,881.08 |
| Sub Total | | 428,755.30 |
| ABST | | 64,313.29 |
| **Total** | | **EC$ 493,068.59** |

Payment Application is for works completed during the period of 1st May - 31st May 09.

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully


Paul Webster
Quantity Surveyor


Received by.......................................................... Date.......................................................

Signature..................................................................................................................................

**BUILDING, MECHANICAL, ELECTRICAL & UTILITY CONTRACTOR**

LC002261