# EXHIBIT 26

# American University of Antigua
## College of Medicine
## Check Request Form

### AUA Employee Information

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE: | July 17th, 2009 |

### Phase 1: Classroom/Library/Nurses: Leeward Construction

| | |
|---|---|
| Interim Payment #20.00 Measured Works/Materials on Site. | $21,898,730.18 |
| Less 5% Retention | $1,094,936.51 |
| Previous Payments | $19,602,630.44 |
| Subtotal | $1,201,163.24 |
| Retention Release | $69,440.33 |
| ABST 15% | $1,270,603.57 |
| Total Payment | $1,461,194.10 |

### Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | ABSTNO:TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 1,461,194.10 |

### Additional Comments

Running bill. approval from #20 . Passed for EC$ 1,461,194.10 only

### Approval

| | |
|---|---|
| Requestor's Signature: | Lt Col Roche Antony |
| Request Date: | 17 July 2009 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC002262
AUA001659



AMERICAN UNIVERSITY OF ANTIGUA

APPLICATION # 19

| PROJECT: | ARCHITECTS: | CLIENT: |
|---|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | SUNDARAM ARCHITECTS PVT.LTD,, NO.19,KUMARA KRUPA ROAD BANGALORE - 560 001. | AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA |

| Sl. No | Description Of Item | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| | APPLICATION # 19 | | | | |
| | COLLECTION PAGE | | | | |
| | MOBILISATION RETENTION | | | | 0 |
| | PRELIMINARIES/GENERAL CONDITIONS | | | | 4,832,517.42 |
| | CLASSROOM AND LABORATORY BUILDING | | | | 3,292,329.83 |
| | SERVICE BLOCK | | | | 1,173,714.22 |
| | LIBRARY BLOCK (inc. Tower) | | | | 10,811,219.53 |
| | LIBRARY BLOCK - AMPHITHEATER | | | | 592,252.02 |
| | CHANGE ORDERS | | | | 1,181,947.16 |
| | MATERIALS ON SITE | | | | 14,750.00 |
| | SUB TOTAL | | | | 21,898,730.18 |
| | RETENTION (MAXIMUM EC$ 1,371841.20) | | | 5% | 1,094,936.51 |
| | PREVIOUS PAYMENTS | | | | 19,602,630.44 |
| | SUB TOTAL | | | | 1,201,163.24 |
| | RETENTION RELEASE | | | | 69,440.33 |
| | TOTAL PAYMENT | | | | 1,270,603.57 |
| | ABST | | | 15% | 190,590.53 |
| | TOTAL PAYMENT | | | | 1,461,194.10 |
| | PAYMENT DUE NO LATER THAN 22ND OF THE MONTH | | | | |

*Checked (Nom) - 17/07/09*

*Passed for payment EC$1,461,194.10 only.*

*17 July, 2009*

*Li Col Roche Antony.*

1/1

Leeward Construction Company Ltd

7/17/2009

LC002263
AUA001660



AMERICAN UNIVERSITY OF ANTIGUA

APPLICATION # 20

| ARCHITECTS:<br>SUNDARAM ARCHITECTS<br>PVT.LTD.,<br>NO.19,KUMARA KRUPA ROAD<br>BANGALORE – 560 001 | PROJECT:<br>AMERICAN UNIVERSITY OF<br>ANTIGUA – COLLEGE OF<br>MEDICINE | CLIENT:<br>AMERICAN UNIVERSITY OF<br>MEDICAL & ALLIED HEALTH<br>SCIENCES IN ANTIGUA | | |
|---|---|---|---|---|

| Sl. No. | Description Of Item | | | | Amount |
|---|---|---|---|---|---|
| | PREVIOUS PAYMENTS RECEIVED | | | | |
| | PAYMENT 1 | | | | 333,833.67 |
| | PAYMENT 2 | | | | 435,986.79 |
| | PAYMENT 3 | | | | 244,630.15 |
| | PAYMENT 4 | | | | 243,906.96 |
| | PAYMENT 5 | | | | 310,132.65 |
| | PAYMENT 6 | Mobilisation | | | 806,460.00 |
| | PAYMENT 7 | | | | 1,176,211.22 |
| | PAYMENT 8 | Mobilisation | | | 150,000.00 |
| | PAYMENT 9 | | | | 467,440.11 |
| | PAYMENT 10 | | | | 264,299.89 |
| | PAYMENT 11 | | | | 958,531.17 |
| | PAYMENT 12 | Mobilisation | | | 1,000,000.00 |
| | PAYMENT 13 | | | | 718,588.47 |
| | PAYMENT 14 | | | | 774,718.48 |
| | PAYMENT 15 | Mobilisation | | | 1,335,900.48 |
| | PAYMENT 16 | | | | 635,009.83 |
| | PAYMENT 17 | | | | 1,538,143.25 |
| | PAYMENT 18 | | | | 2,737,012.49 |
| | PAYMENT 19 | | | | 2,768,550.40 |
| | PAYMENT 20 | | | | 1,309,404.75 |
| | PAYMENT 21 | | | | 1,393,869.68 |
| | | | | | |
| | | | | | 19,602,630.44 |

1/1

Leeward Construction Company Ltd

06/07/2009

LC002266
AUA001663



AMERICAN UNIVERSITY OF ANTIGUA                                     APPLICATION # 20

| ARCHITECTS: SUNDARAM ARCHITECTS PVT. LTD., NO.19, KUMARA | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA: RETENTION RELEASE | | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN |
|---|---|---|---|
| | | | |
| RETENTION RELEASE (Preliminaries 50%) | | | |
| RETENTION RELEASE (Change Orders 50%) | | | |
| RETENTION RELEASE (Class/Lab 50%) | | | 84,963.18 |
| RETENTION RELEASE (Service 50%) | | | 29,342.86 |
| RETENTION RELEASE (Amphitheatre 50%) | | | 15,351.46 |
| RETENTION RELEASE (Library Building 50%) | | | |
| RETENTION RELEASE (Preliminaries 50%) | 0.00 | | |
| RETENTION RELEASE (Change Orders 50%) | 0.00 | | |
| RETENTION RELEASE (Class/Lab 50%) | 84,963.18 | | |
| RETENTION RELEASE (Service 50%) | 29,342.86 | | |
| RETENTION RELEASE (Amphitheatre 50%) | 15,351.46 | | |
| RETENTION RELEASE (Library Building 50%) | | | |
| | 129,657.49 | | 129,657.49 |

LC002270
AUA001667