# EXHIBIT 27



# LEEWARD CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

**American University of Antigua**
**College Of Medicine**
Jasmine Court
P.O.Box W1451
St. John's
Antigua

31st July 2009

<u>*Attention: A.S.Nagesh*</u>

Dear Sir

Re: American University of Antigua – Application for Payment # 21

Please find enclosed Application for Payment # 20 dated 1st August 2009 for the value of:

**EC$ 2,765,603.84 excluding ABST**
(Two Million Seven Hundred and Sixty Five Thousand, Six Hundred and Three Eastern Caribbean Dollars and Eighty Four Cents.)

Payment Application is for works completed during the period of 1st July – 31st July 09.

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully

Paul Webster
Quantity Surveyor

Received by............................................ Date......5/8/09.............
Signature..............................................................................................

LC002282

| APPLICATION AND CERTIFICATION FOR PAYMENT | | | AIA DOCUMENT G702 | PAGE 1 OF 1 PAGES |
|---|---|---|---|---|

| TO (Owner): | AUA | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA | APPLICATION NO: | 21 | Distribution to: |
|---|---|---|---|---|---|
| | | | APPLICATION DATE | 1-Aug-09 ☒ | OWNER |
| | | | PERIOD FROM: | 1-Jul-09 ☒ | ARCHITECT |
| | | | TO: | 31-Jul-09 ☒ | CONTRACTOR |
| ATTENTION: | A.S.Nagesh | CONTRACTOR FOR: AUA | | ☐ | |
| | | | ARCHITECT'S PROJECT NO: | P103 ☐ | |
| | | | CONTRACT DATE: | | |

### CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | |
|---|---|---|
| Change orders approved in previous months by Owner | ADD | DED |
| TOTAL | | |
| Approved this Month | $1,653,642.02 | |
| No. | Date Approved | |
| | | |
| TOTALS | $1,653,642.02 | $0.00 |
| Net change by Change Orders | | $1,653,642.02 |

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.
CONTRACTOR:
By: _____ Date: _____

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

The present status of the account for this Contract is as follows:

| | |
|---|---|
| ORIGINAL CONTRACT SUM ............................................. | $27,436,824.00 |
| Net change by Change Orders ............................................ | $1,653,642.02 |
| REVISED CONTRACT SUM | $29,090,466.02 |
| TOTAL COMPLETED & STORED TO DATE ....................... | $24,244,961.90 |
| (Column G on G703) | |
| Retainage   5 % ................................................ | $1,212,248.09 |
| or total in Column I on G703 | |
| TOTAL EARNED LESS RETAINAGE .................................. | $23,032,713.80 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT ................ | $20,873,234.01 |
| TOTAL COMPLETED & STORED (inc ABST) | $2,483,401.76 |
| RETENTION RELEASE (inc. ABST) | $697,042.65 |
| CURRENT PAYMENT DUE........................................ | $3,180,444.42 |

LEEWARD

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ...........................................................
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

By: _____ Date: _____
This Certificate is not negotiable. the AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

LC002283

AMERICAN UNIVERSITY OF ANTIGUA                                                                                          APPLICATION # 21

| PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD BANGALORE - 560 001 | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | | |
|---|---|---|---|---|

| Sl. No | Description Of Item | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| | **APPLICATION # 20** | | | | |
| | **COLLECTION PAGE** | | | | |
| | **MOBILISATION RETENTION** | | | | 0 |
| | **PRELIMINARIES/GENERAL CONDITIONS** | | | | 6,117,635.48 |
| | **CLASSROOM AND LABORATORY BUILDING** | | | | 3,412,518.18 |
| | **SERVICE BLOCK** | | | | 1,173,714.22 |
| | **LIBRARY BLOCK (inc. Tower)** | | | | 11,273,393.66 |
| | **LIBRARY BLOCK - AMPHITHEATER** | | | | 614,058.33 |
| | **CHANGE ORDERS** | | | | 1,653,642.02 |
| | **MATERIALS ON SITE** | | | | 0.00 |
| | **SUB TOTAL** | | | | 24,244,961.90 |
| | **RETENTION (MAXIMUM EC$ 1,371841.20)** | | | 5% | 1,212,248.09 |
| | **PREVIOUS PAYMENTS** | | | | 20,873,234.01 |
| | **SUB TOTAL** | | | | 2,159,479.79 |
| | **RETENTION RELEASE** | | | | 606,124.05 |
| | **TOTAL PAYMENT** | | | | 2,765,603.84 |
| | **ABST** | | | 15% | 414,840.58 |
| | **TOTAL PAYMENT** | | | | 3,180,444.42 |
| | **PAYMENT DUE NO LATER THAN 22ND OF THE MONTH** | | | | |

1/224                                         Leeward Construction Company Ltd                                          LC002284
                                                                                                                        1/27/2012

AMERICAN UNIVERSITY OF ANTIGUA                                                                                                          APPLICATION # 21

| ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD BANGALORE - 560 001 | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA |
|---|---|---|

| Sl. No. | Description Of Item | | | | Amount | |
|---|---|---|---|---|---|---|
| | **PREVIOUS PAYMENTS RECEIVED** | | | | | |
| | PAYMENT 1 | | | | 333,833.67 | |
| | PAYMENT 2 | | | | 435,986.79 | |
| | PAYMENT 3 | | | | 244,630.15 | |
| | PAYMENT 4 | | | | 243,906.96 | |
| | PAYMENT 5 | | | | 310,132.65 | |
| | PAYMENT 6 | Mobilisation | | | 806,460.00 | |
| | PAYMENT 7 | | | | 1,176,211.22 | |
| | PAYMENT 8 | Mobilisation | | | 150,000.00 | |
| | PAYMENT 9 | | | | 467,440.11 | |
| | PAYMENT 10 | | | | 264,299.89 | |
| | PAYMENT 11 | | | | 958,531.17 | |
| | PAYMENT 12 | Mobilisation | | | 1,000,000.00 | |
| | PAYMENT 13 | | | | 718,588.47 | |
| | PAYMENT 14 | | | | 774,718.48 | |
| | PAYMENT 15 | Mobilisation | | | 1,335,900.48 | |
| | PAYMENT 16 | | | | 635,009.83 | |
| | PAYMENT 17 | | | | 1,538,143.25 | |
| | PAYMENT 18 | | | | 2,737,012.49 | |
| | PAYMENT 19 | | | | 2,768,550.40 | |
| | PAYMENT 20 | | | | 1,309,404.75 | |
| | PAYMENT 21 | | | | 1,393,869.68 | |
| | PAYMENT 22 | | | | 1,270,603.57 | |
| | | | | | 20,873,234.01 | |