# EXHIBIT 28

# American University of Antigua
## College of Medicine
### Check Request Form

**AUA Employee Information**

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | July 15th, 2009 |

**Phase 1: Classroom/Library/Nurses: Leeward Construction**

| | |
|---|---|
| Release Advance Payment | E c$500,000.00 |

**Vendor Information**

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | ABSTNO:TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 500,000.00 |

**Additional Comments**

Please refer to the thread of emails attached. The LC have requested an advance of EC$1,000,000.00 to further their works. EC$500,000.00 was recommended and Col Ghetti has approved its release. Approval Passed for payment EC$500,000.00 only.

| | |
|---|---|
| Requestor's Signature: | LT COL ROCHE ANTONY |
| Request Date: | 15 July, 2009 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

| | |
|---|---|
| **From:** | Lt. Col P S Shetti [MEMG] |
| **To:** | Roche, Antony |
| **Sent:** | 7/15/2009 12:38:44 PM |
| **Subject:** | RE: .. Application for advance payment. |

Dear Col Anthony,

Yes, we can release ES $500,000.00 as advance and recover from balance bills / final bill please.

Regards,

**Shetti**

---

**From:** Roche, Antony [mailto:colantony@auamed.net]
**Sent:** Tuesday, July 14, 2009 9:40 PM
**To:** Lt. Col P S Shetti [MEMG]
**Cc:** edp@sundaramarchitects.com; asnagesha@auamed.net
**Subject:** FW: .. Application for advance payment.

Dear Sir,

With reference to the advance payment request of Ms LC appended below and our discussions at Antigua :

An advance payment of EC$500,000.00 is being approved. This amount will be adjusted against the final bill / disputed claims of Ms LC. Further, the preliminary claims after the scheduled completion date of 30 April, 2009 will be with-held pending final settlement.

Please send your approval.

With regards,

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel:     268 481-8918
Mobile: 268 764- 4915
Fax:     268 481-8924

---

**From:** Neil Dickinson [mailto:nad@candw.ag]
**Sent:** Friday, July 10, 2009 12:28 PM
**To:** Nagesha, A.S.
**Cc:** Greenberg, Corey; Roche, Antony; 'Sundaram'; 'Lt. Col P S Shetti [MEMG]'; 'Robert Winwood'; 'Paul Webster'
**Subject:** .. Application for advance payment.

Dear Nagesh

Following our meeting today with your good self, Mr. Sundaram, Col. Shetti, Col. Antony and Mr. Greenberg I hereby make an application for an advance payment towards the completion of the Contract works at AUA in the sum of EC$ 1,000,000.00.

Please could you advise your confirmation by return and intended payment date.
Kind Regards

Neil Dickinson

**LC002509**
AUA001680

*Managing Director.*

**LEEWARD** CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868

mailgate.manipalgroup.com made the following annotations

-------------------------------------------------------------------

This email is for the sole use of the Manipal Group & its Entities and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

-------------------------------------------------------------------

LC002510
AUA001681