# EXHIBIT 30

## McCary, Kibian

| | |
|---|---|
| **From:** | McCary, Kibian |
| **Sent:** | Thursday, October 22, 2009 11:18 AM |
| **To:** | Prabhu Marudheri |
| **Cc:** | Greenberg, Corey; Roche, Antony; Nagesha, A.S.; 'neil@leeward.ag'; 'paul@leeward.ag' |
| **Subject:** | Leeward Construction Company; Draft Final Account; Payment application |
| **Attachments:** | Leeward Construction Company;Payment # 23; Final Payment.pdf |

Dear Prabhu,

Please find attached a copy of Leeward Construction Payment Application toward the final draft for your review/approval.

Regards,

Miss. Kibian McCary
Construction Assistant
American University of Antigua, College of Medicine Jabberwock Rd.
P.O. Box W-1451, St. John's, Antigua
Tel: (268) 481-8916
Fax: (268) 481-8924
email:kmccary@auamed.net

10/22/2009

LC002512
AUA001683

# American University of Antigua
# College of Medicine
# Check Request Form

## AUA Employee Information

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | October 22nd, 2009 |

## Phase 1: Classroom/Library/Nurses: Leeward Construction

| | |
|---|---:|
| Interim Payment Draft Final Account Measured Works/Materials on Site. | $23,603,320.00 |
| Less 5% Retention | $1,180,166.00 |
| Previous Payments | $22,908,374.09 |
| :Subtotal | −$485,220.09 |
| Retention Release | $590,083.00 |
| Total Payment | $104,862.91 |
| ABST 15% | $15,729.44 |
| Total Payment | $120,592.35 |

## Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | ABSTNO:TIN0502142 |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Road |
| | P.O. Box, 1400 |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 120,592.35 |

### Additional Comments

*Passed for payment EC$120,592.35 Only towards interim draft final account of Newton Road. EC$500,000.00 fully secured.*

### Approval

| | |
|---|---|
| Requestor's Signature: | [signature] Lt Col Roche Antony |
| Request Date: | 22 October, 2009 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC002513
AUA001684

AMERICAN UNIVERSITY OF ANTIGUA                                               DRAFT FINAL ACCOUNT

| PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19, KUMARA KRUPA ROAD BANGALORE - 560 001 | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | | | |
|---|---|---|---|---|---|
| Sl. No | Description Of Item | Qty | Unit | Rate | Amount |
| | DRAFT FINAL ACCOUNT | | | | |
| | COLLECTION PAGE | | | | |
| | MOBILISATION RETENTION | | | | 0 |
| | PRELIMINARIES/GENERAL CONDITIONS | | | | 4,936,303.60 |
| | CLASSROOM AND LABORATORY BUILDING | | | | 3,393,169.12 |
| | SERVICE BLOCK | | | | 1,197,242.34 |
| | LIBRARY BLOCK (inc. Tower) | | | | 12,075,689.50 |
| | LIBRARY BLOCK - AMPHITHEATER | | | | 606,534.41 |
| | CHANGE ORDERS | | | | 1,232,008.91 |
| | CLAIMS | | | | 162,372.12 |
| | MATERIALS ON SITE | | | | 0.00 |
| | SUB TOTAL | | | | 23,603,320.00 |
| | RETENTION (MAXIMUM EC$ 1,371841.20) | | | 5% | 1,180,166.00 |
| | PREVIOUS PAYMENTS | | | | 22,908,374.09 |
| | SUB TOTAL | | | | -485,220.09 |
| | RETENTION RELEASE | | | | 590,083.00 |
| | TOTAL PAYMENT | | | | 104,862.91 |
| | ABST | | | 15% | 15,729.44 |
| | TOTAL PAYMENT | | | | 120,592.34 |
| | PAYMENT DUE NO LATER THAN 22ND OF THE MONTH | | | | |

1. Passed for payment EC$120,592.34 only
2. Advance of EC$500,000.00 recovered in full in this application.

21/10/09

1/1                                             Leeward Construction Company Ltd

AUA001685

AMERICAN UNIVERSITY OF ANTIGUA     DRAFT FINAL ACCOUNT

| ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD BANGALORE - 560 001 | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA |
|---|---|---|

| Sl. No. | Description Of Item | | Amount |
|---|---|---|---|
| | **PREVIOUS PAYMENTS RECEIVED** | | |
| | PAYMENT 1 | | 333,833.67 |
| | PAYMENT 2 | | 435,986.79 |
| | PAYMENT 3 | | 244,630.15 |
| | PAYMENT 4 | | 243,906.96 |
| | PAYMENT 5 | | 310,132.65 |
| | PAYMENT 6 | Mobilisation | 806,460.00 |
| | PAYMENT 7 | | 1,176,211.22 |
| | PAYMENT 8 | Mobilisation | 150,000.00 |
| | PAYMENT 9 | | 467,440.11 |
| | PAYMENT 10 | | 264,299.89 |
| | PAYMENT 11 | | 958,531.17 |
| | PAYMENT 12 | Mobilisation | 1,000,000.00 |
| | PAYMENT 13 | | 718,588.47 |
| | PAYMENT 14 | | 774,718.48 |
| | PAYMENT 15 | Mobilisation | 1,335,900.48 |
| | PAYMENT 16 | | (635,009.83) . ? |
| | PAYMENT 17 | | 1,538,143.25 |
| | PAYMENT 18 | | 2,737,012.49 |
| | PAYMENT 19 | | 2,768,550.40 |
| | PAYMENT 20 | | 1,309,404.75 |
| | PAYMENT 21 | | 1,393,869.68 |
| | PAYMENT 22 | | 1,270,603.57 |
| | PAYMENT 23 | | 500,000.00 |
| | PAYMENT 24 | | 840,947.85 |
| | PAYMENT 25 | | 636,947.83 |
| | PAYMENT 26 | | 57,244.40 |
| | | | |
| | | | 22,908,374.09 |

## APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702   PAGE 1 OF 1 PAGES

| | |
|---|---|
| TO (Owner): AUA | PROJECT: AMERICAN UNIVERSITY OF ANTIGUA |
| ATTENTION: A.S. Nagesh | CONTRACTOR FOR: AUA |

| | | |
|---|---|---|
| APPLICATION NO: | DFA | Distribution to: |
| APPLICATION DATE | 5-Oct-09 ☒ | OWNER |
| PERIOD FROM: | DFA ☒ | ARCHITECT |
| TO: | DFA ☒ | CONTRACTOR |
| ARCHITECT'S PROJECT NO: | P103 ☐ | ☐ |
| CONTRACT DATE: | | |

### CONTRACTOR'S APPLICATION FOR PAYMENT

**CHANGE ORDER SUMMARY**

| | ADD | DED |
|---|---|---|
| Change orders approved in previous months by Owner | | |
| TOTAL | | |
| Approved this Month | $1,422,219.10 | |

| No. | Date Approved | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | | $1,422,219.10 | $0.00 |
| Net change by Change Orders | | | $1,422,219.10 |

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: _____

Application is made for Payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

The present status of the account for this Contract is as follows:

| | |
|---|---|
| ORIGINAL CONTRACT SUM | $27,436,824.00 |
| Net change by Change Orders | $1,422,219.10 |
| REVISED CONTRACT SUM | $28,859,043.10 |
| TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $24,861,945.52 |
| Retainage 5% or total in Column I on G703 | $1,243,097.28 |
| TOTAL EARNED LESS RETAINAGE | $23,618,848.25 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $22,908,374.09 |
| TOTAL COMPLETED & STORED (Inc ABST) | $817,045.28 |
| RETENTION RELEASE (Inc. ABST) | $714,780.93 |
| CURRENT PAYMENT DUE | $1,531,826.21 |

**LEEWARD**

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that the Work has progressed to the point indicated; that to the best of his knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents; and that the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........................................
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

By: _____ Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • CONTINUATION SHEET • APRIL 1978 EDITION • AIA® • © 1978
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 2006

LC002521

AMERICAN UNIVERSITY OF ANTIGUA — DRAFT FINAL ACCOUNT

| PROJECT: AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | ARCHITECTS: SUNDARAM ARCHITECTS PVT.LTD., NO.19, KUMARA KRUPA ROAD BANGALORE - 560 001 | CLIENT: AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | |
|---|---|---|---|

| Sl. No | Description Of Item | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| | **DRAFT FINAL ACCOUNT** | | | | |
| | **COLLECTION PAGE** | | | | |
| | **MOBILISATION RETENTION** | | | | 0 |
| | **PRELIMINARIES/GENERAL CONDITIONS** | | | | 5,891,857.68 |
| | **CLASSROOM AND LABORATORY BUILDING** | | | | 3,365,196.98 |
| | **SERVICE BLOCK** | | | | 1,173,714.22 |
| | **LIBRARY BLOCK (Inc. Tower)** | | | | 12,122,506.61 |
| | **LIBRARY BLOCK - AMPHITHEATER** | | | | 607,539.02 |
| | **CHANGE ORDERS** | | | | 1,422,219.10 |
| | **CLAIMS** | | | | 278,911.92 |
| | **MATERIALS ON SITE** | | | | 0.00 |
| | **SUB TOTAL** | | | | 24,861,945.52 |
| | **RETENTION (MAXIMUM EC$ 1,371841.20)** | | | 5% | 1,243,097.28 |
| | **PREVIOUS PAYMENTS** | | | | 22,908,374.09 |
| | **SUB TOTAL** | | | | 710,474.16 |
| | **RETENTION RELEASE** | | | | 621,548.64 |
| | **TOTAL PAYMENT** | | | | 1,332,022.79 |
| | **ABST** | | | 15% | 199,803.42 |
| | **TOTAL PAYMENT** <br> **PAYMENT DUE NO LATER THAN 22ND OF THE MONTH** | | | | 1,531,826.21 |

| AMERICAN UNIVERSITY OF ANTIGUA | | | DRAFT FINAL ACCOUNT |
|---|---|---|---|
| **ARCHITECTS:** SUNDARAM ARCHITECTS PVT.LTD., NO.19,KUMARA KRUPA ROAD BANGALORE - 560 001 | **PROJECT:** AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE | **CLIENT:** AMERICAN UNIVERSITY OF MEDICAL & ALLIED HEALTH SCIENCES IN ANTIGUA | |

| Sl. No. | Description Of Item | | Amount |
|---|---|---|---|
| | PREVIOUS PAYMENTS RECEIVED | | |
| | PAYMENT 1 | | 333,833.67 |
| | PAYMENT 2 | | 435,986.79 |
| | PAYMENT 3 | | 244,630.15 |
| | PAYMENT 4 | | 243,906.96 |
| | PAYMENT 5 | | 310,132.65 |
| | PAYMENT 6 | Mobilisation | 806,460.00 |
| | PAYMENT 7 | | 1,176,211.22 |
| | PAYMENT 8 | Mobilisation | 150,000.00 |
| | PAYMENT 9 | | 467,440.11 |
| | PAYMENT 10 | | 264,299.89 |
| | PAYMENT 11 | | 958,531.17 |
| | PAYMENT 12 | Mobilisation | 1,000,000.00 |
| | PAYMENT 13 | | 718,588.47 |
| | PAYMENT 14 | | 774,718.48 |
| | PAYMENT 15 | Mobilisation | 1,335,900.48 |
| | PAYMENT 16 | | 635,009.83 |
| | PAYMENT 17 | | 1,538,143.25 |
| | PAYMENT 18 | | 2,737,012.49 |
| | PAYMENT 19 | | 2,768,550.40 |
| | PAYMENT 20 | | 1,309,404.75 |
| | PAYMENT 21 | | 1,393,869.68 |
| | PAYMENT 22 | | 1,270,603.57 |
| | PAYMENT 23 | | 500,000.00 |
| | PAYMENT 24 | | 840,947.85 |
| | PAYMENT 25 | | 636,947.83 |
| | PAYMENT 26 | | 57,244.40 |
| | | | 22,908,374.09 |

LC002527