# EXHIBIT 34

1          AMERICAN ARBITRATION ASSOCIATION

2         CONSTRUCTION INDUSTRY ARBITRATION RULES

3    -------------------------------------------------

4    LEEWARD CONSTRUCTION COMPANY,

5    LTD.

6                    Claimant

7      -v-                   Case No. 50 110 T 00075 11

8    AMERICAN UNIVERSITY OF ANTIGUA

9    COLLEGE OF MEDICINE c/o

10   GCLR, LLC

11                  Respondent

12   -------------------------------------------------

13              ARBITRATION PROCEEDINGS

14

15      VOLUME 2 OF 5            Pages 210 - 358

16

17

18              Tuesday, March 6, 2012

19              9:48 A.M. TO 2:07 P.M.

20

21                   held at

22                 Boardroom 1

23            The Courtyard Marriott

24          Isla Verde Beach Resort

25            San Juan, Puerto Rico

Page 211

1                  BEFORE ARBITRATION PANEL

2

3      JORJE R. JIMENEZ

4         CHAIRMAN OF ARBITRATION PANEL

5

6      HECTOR M. VARELA

7         ARBITRATOR

8

9      JOSE R. CAPO

10        ARBITRATOR

11

12                          *   *   *

13

14

15

16

17

18

19                          *   *   *

20          Table of Contents at End of Transcript

21                          *   *   *

22

23

24

25

Page 212

1                        APPEARANCES

2

3    ON BEHALF OF CLAIMANT LEEWARD CONSTRUCTION

4    COMPANY:

5      J. SCOTT GREER, ESQUIRE

6      MELINDA BENANTI, PARALEGAL

7      Lewis & Greer, P.C.

8      510 Haight Avenue

9      Suite 202

10     Poughkeepsie, New York  12603

11        PHONE 845-454-1200

12        FAX 845-454-3315

13        E-MAIL mbenanti@lewisgreer.com

14

15   ALSO PRESENT WITH COUNSEL FOR CLAIMANT:

16     ERIC R. LINDE

17        Director

18     ANDY GREEN

19        Managing Director

20     Leeward Construction Company Limited

21     Nine Collan Park

22     Honesdale, Pennsylvania  18431-9655

23     PHONE  570-253-4090

24     FAX  570-253-4346

25     E-MAIL klinde@leewardconstruction.com

Page 213

1                   APPEARANCES, CONTINUING

2

3    ALSO PRESENT ON BEHALF OF CLAIMANT

4    LEEWARD CONSTRUCTION COMPANY:

5              PRESENT VIA SKYPE AND SPEAKERPHONE

6              WITH WITNESS NEIL DICKINSON

7                   PAGES 215 TO 333

8      VERONICA A. McMILLAN, ESQUIRE

9      Lewis & Greer, P.C.

10     510 Haight Avenue

11     Suite 202

12       PHONE 845-454-1200

13       FAX 845-454-3315

14       E-MAIL vamcmillan@lewisgreer.com

15

16

17

18

19

20

21

22

23

24

25

Page 214

1                    APPEARANCES, CONTINUING

2

3    ON BEHALF OF RESPONDENT AMERICAN UNIVERSITY OF

4    ANTIGUA:

5        MARK S. OLINSKY, ESQUIRE

6        JONATHAN JEMISON, ESQUIRE

7        BRIAN BIGLIN, ESQUIRE

8        Sills Cummis & Gross, P.C.

9        30 Rockefeller Plaza

10       New York, New York  10112

11          PHONE 212-654-7000 OR 973-643-5402

12          FAX 212-654-6500

13          E-MAIL molinsky@sillscummis.com

14          E-MAIL jjemison@sillscummis.com

15          E-MAIL bbiglin@sillscummis.com

16

17   OTHERS IN ATTENDANCE WITH THE RESPONDENT:

18       A.S. NAGESH

19       LIEUTENANT COLONEL ROCHE ANTONY

20

21

22                      ALSO PRESENT

23

24   COURT REPORTER:  Lori Byrd Buckner

25                      RPR, CRR, CLR, CA-CSR 13023