# EXHIBIT 35

AMERICAN ARBITRATION ASSOCIATION

CONSTRUCTION INDUSTRY ARBITRATION RULES

---------------------------------------------------

LEEWARD CONSTRUCTION COMPANY,
LTD.

Claimant

-v- Case No. 50 110 T 00075 11

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE c/o
GCLR, LLC

Respondent

-------------------------------------------------

ARBITRATION PROCEEDINGS

VOLUME 3 OF 5 PAGES 359 - 554

Wednesday, March 7, 2012

9:53 A.M. TO 5:07 P.M.

held at

Boardroom 1

The Courtyard Marriott

Isla Verde Beach Resort

San Juan, Puerto Rico

BEFORE ARBITRATION PANEL

JORJE R. JIMENEZ

CHAIRMAN OF ARBITRATION PANEL

HECTOR M. VARELA

ARBITRATOR

JOSE R. CAPO

ARBITRATOR

* * *

Table of Contents at End of Transcript

* * *

APPEARANCES

ON BEHALF OF CLAIMANT LEEWARD CONSTRUCTION COMPANY:

J. SCOTT GREER, ESQUIRE
MELINDA BENANTI, PARALEGAL
Lewis & Greer, P.C.
510 Haight Avenue
Suite 202
Poughkeepsie, New York 12603
PHONE 845-454-1200
FAX 845-454-3315
E-MAIL mbenanti@lewisgreer.com

ALSO PRESENT WITH COUNSEL FOR CLAIMANT:

ERIC R. LINDE
Director
ANDY GREEN
Managing Director
Leeward Construction Company Limited
Nine Collan Park
Honesdale, Pennsylvania 18431-9655
PHONE 570-253-4090
FAX 570-253-4346
E-MAIL klinde@leewardconstruction.com

APPEARANCES, CONTINUING

ON BEHALF OF RESPONDENT AMERICAN UNIVERSITY OF ANTIGUA:

MARK S. OLINSKY, ESQUIRE
JONATHAN JEMISON, ESQUIRE
BRIAN BIGLIN, ESQUIRE
Sills Cummis & Gross, P.C.
30 Rockefeller Plaza
New York, New York 10112
PHONE 212-654-7000 OR 973-643-5402
FAX 212-654-6500
E-MAIL molinsky@sillscummis.com
E-MAIL jjemison@sillscummis.com
E-MAIL bbiglin@sillscummis.com

OTHERS IN ATTENDANCE WITH THE RESPONDENT:

A.S. NAGESH
LIEUTENANT COLONEL ROCHE ANTONY

ALSO PRESENT

COURT REPORTER: Lori Byrd Buckner
RPR, CRR, CLR, CA-CSR 13023

* * *