# EXHIBIT 36

```
                                                    Page 555
 1         AMERICAN ARBITRATION ASSOCIATION
 2      CONSTRUCTION INDUSTRY ARBITRATION RULES
 3    ------------------------------------------------
 4   LEEWARD CONSTRUCTION COMPANY,
 5   Ltd.
 6              Claimant
 7     -v-              Case No. 50 110 T 00075 11
 8   AMERICAN UNIVERSITY OF ANTIGUA
 9   COLLEGE OF MEDICINE c/o
10   GCLR, LLC
11              Respondent
12    ------------------------------------------------
13
14              ARBITRATION PROCEEDINGS
15
16      VOLUME 4 OF 5          PAGES 555 - 780
17
18              Thursday, March 8, 2012
19              9:39 A.M. TO 6:04 P.M.
20   Job No. NJ383215
21                  held at
22                Boardroom 1
23            The Courtyard Marriott
24            Isla Verde Beach Resort
25            San Juan, Puerto Rico
```

Page 556

BEFORE ARBITRATION PANEL

JORJE R. JIMENEZ
   CHAIRMAN OF ARBITRATION PANEL


HECTOR M. VARELA
   ARBITRATOR


JOSE R. CAPO
   ARBITRATOR

* * *

Table of Contents at End of Transcript

* * *

```
                                                    Page 557

 1                       APPEARANCES
 2
 3  ON BEHALF OF CLAIMANT LEEWARD CONSTRUCTION
 4  COMPANY:
 5     J. SCOTT GREER, ESQUIRE
 6     MELINDA BENANTI, PARALEGAL
 7     Lewis & Greer, P.C.
 8     510 Haight Avenue
 9     Suite 202
10     Poughkeepsie, New York   12603
11        PHONE 845-454-1200
12        FAX 845-454-3315
13        E-MAIL mbenanti@lewisgreer.com
14
15  ALSO PRESENT WITH COUNSEL FOR CLAIMANT:
16     ERIC R. LINDE
17        Director
18     ANDY GREEN
19        Managing Director
20     Leeward Construction Company Limited
21     Nine Collan Park
22     Honesdale, Pennsylvania   18431-9655
23     PHONE   570-253-4090
24     FAX   570-253-4346
25     E-MAIL klinde@leewardconstruction.com
```

1      APPEARANCES, CONTINUING

2

3  ON BEHALF OF RESPONDENT AMERICAN UNIVERSITY OF
4  ANTIGUA:
5     MARK S. OLINSKY, ESQUIRE
6     JONATHAN JEMISON, ESQUIRE
7     BRIAN BIGLIN, ESQUIRE
8     Sills Cummis & Gross, P.C.
9     30 Rockefeller Plaza
10    New York, New York  10112
11       PHONE 212-654-7000 OR 973-643-5402
12       FAX 212-654-6500
13       E-MAIL molinsky@sillscummis.com
14       E-MAIL jjemison@sillscummis.com
15       E-MAIL bbiglin@sillscummis.com
16
17 OTHERS IN ATTENDANCE WITH THE RESPONDENT:
18    A.S. NAGESH
19    LIEUTENANT COLONEL ROCHE ANTONY
20
21                    ALSO PRESENT
22 COURT REPORTER:  Lori Byrd Buckner
23                  RPR, CRR, CLR, CA-CSR 13023
24
25                      * * *

Page 741

1   A.   That's correct.
2   Q.   And would it be fair to say that none of
3 these documents that form part of AUA Exhibit 3
4 contain a reference of any kind to the lease of real
5 property.  Correct?
6   A.   Can you repeat that please?
7        (REPORTER READ FROM THE RECORD)
8   A.   Correct.
9   Q.   That it simply says "Beneficiary West
10 Indies Oil Company," and it gives a dollar amount of
11 the wire transfer, and it provides the date of the
12 transfer with some banking information.  Correct?
13 Essentially?  There's other items such as wire fee
14 and things like that but there's nothing specific to
15 any lease.  Right?
16   A.   Right.
17              EXAMINATION
18 BY CHAIRMAN JIMENEZ:
19   Q.   Mr. Marudheri, refer to the fourth page of
20 that Exhibit marked 1872.
21   A.   I'm sorry.  I'm having difficulty hearing
22 you.
23   Q.   Bates number 1872.  Upon that Exhibit 3,
24 the last page.
25   A.   Okay.

Page 742

1   Q.   The right -- the writing, the
2   November 2009, is that yours?
3   A.   No, that's my accounts payable person's.
4           CHAIRMAN JIMENEZ:  Thank you.
5             CONTINUING CROSS-EXAMINATION
6   BY MR. GREER:
7   Q.   The monthly wire transfer set forth in
8   Exhibit 3 for the months of August, September,
9   October and November, are all the same amount.
10  Correct?
11  A.   That's correct.
12  Q.   And is that because the same amount was
13  paid for the -- the property?
14  A.   That is right.
15  Q.   And if we go to Exhibit 4, AUA 4 --
16  A.   Yes.
17  Q.   -- there is a -- the first page of that,
18  2890.
19  A.   Uh-huh.
20  Q.   The grand total is 34,573.7 ... appears to
21  be either 75 or $76.  Correct?
22  A.   It has 346375, yeah.
23  Q.   Which is a little more than $5,000 less
24  than the monthly charge for each of the other
25  charges.  Correct?

Page 743

1  A.  That is correct.
2  Q.  And is there a reason for that?
3  A.  It is because that when we got -- we were
4  notified that we were no longer required to pay
5  ABST, in Antigua, so that was backed out.
6  Q.  Thank you.
7      CHAIRMAN JIMENEZ:  I'm sorry.  I did not
8      get the answer.
9      MR. GREER:  He said that they were
10     notified they no longer had to pay the ABST tax
11     in Antigua --
12     CHAIRMAN JIMENEZ:  So the difference
13     between 39874 and 34673 is ABTS --
14     MR. OLINSKY:  ABST.
15 BY MR. GREER:
16 Q.  What is the amount of the ABS taxes, as
17 far as a percentage of the transaction goes, if you
18 know?
19 A.  15 percent.  One-five.
20 Q.  And what is 15 percent of 39,000 ...
21     CHAIRMAN JIMENEZ:  It's all right.
22     MR. GREER:  Withdrawn.
23 BY MR. GREER:
24 Q.  If we go to Exhibit 5 --
25 A.  Yes.

Page 744

1  Q.  -- my understanding is that these are
2  bills that were submitted to the U -- AUA for the
3  property that it allegedly leased for the months of
4  August, September, October, November and December of
5  2009. Correct?
6  A.  Yes.
7  Q.  And before electricity and water?
8  A.  That's correct.
9  Q.  And if the new campus had opened on
10 August 1, 2009, is it fair to say that the AUA would
11 have paid a fee for electric and water use for the
12 use of the -- at the new campus. Correct?
13 A.  At the new campus?
14 Q.  Yes.
15 A.  Yes.
16 Q.  That you wouldn't be receiving water and
17 electricity free at the new campus. Right?
18 A.  That's correct.
19 Q.  And you didn't have your own generating
20 facilities or your own water plant over there.
21 Right?
22 A.  Correct.
23 Q.  So if you weren't paying a fee for
24 electricity or water at the old campus for the
25 months of August, September, October, November,

Page 745

1  December of 2009, then you would have been paying
2  electricity and water at the new campus during that
3  period.  Correct?
4      A.  We would already be paying electricity and
5  water in the new campus for the quads.
6          MR. OLINSKY:  He said we were already.  I
7      think he meant would already -- we were already
8      paying electricity and water in the new campus
9      for the quads.
10 BY MR. GREER:
11     Q.  I'm talking about it's new construction
12 that's at issue in this litigation.
13         If that facility had opened on
14 August 2009, you would agree with me that the AUA
15 would have been paying for electricity and water
16 that was used at that facility during the period of
17 August, September, October, November and December of
18 2009.
19     A.  Yes.
20     Q.  So if you were not paying for electric and
21 water at the old campus during that time period, you
22 would have been paying it as part of your use of the
23 new facility during that time period.  Correct?
24     A.  Yes.
25     Q.  And you've never gone through a