# EXHIBIT 37

Page 781

1        AMERICAN ARBITRATION ASSOCIATION
2       CONSTRUCTION INDUSTRY ARBITRATION RULES
3  ------------------------------------------------
4  LEEWARD CONSTRUCTION COMPANY,
5  LTD.
6              Claimant
7    -v-              Case No. 50 110 T 00075 11
8  AMERICAN UNIVERSITY OF ANTIGUA
9  COLLEGE OF MEDICINE c/o
10 GCLR, LLC
11             Respondent
12 ------------------------------------------------
13
14           ARBITRATION PROCEEDINGS
15
16   VOLUME 5 OF 5            PAGES 781 - 979
17
18           Friday, March 9, 2012
19           9:22 A.M. TO 5:03 P.M.
20 Job No. NJ383216
21                held at
22              Boardroom 1
23          The Courtyard Marriott
24         Isla Verde Beach Resort
25            San Juan, Puerto Rico

```
                                                    Page 782

 1              BEFORE ARBITRATION PANEL

 2

 3   JORJE R. JIMINEZ

 4     CHAIRMAN OF ARBITRATION PANEL

 5

 6   HECTOR M. VARELA

 7     ARBITRATOR

 8

 9   JOSE R. CAPO

10     ARBITRATOR

11

12

13

14

15

16

17

18

19                    * * *

20        Table of Contents at End of Transcript

21                    * * *

22

23

24

25
```

Page 783

1                    APPEARANCES
2
3    ON BEHALF OF CLAIMANT LEEWARD CONSTRUCTION
4    COMPANY:
5      J. SCOTT GREER, ESQUIRE
6      MELINDA BENANTI, PARALEGAL
7      Lewis & Greer, P.C.
8      510 Haight Avenue
9      Suite 202
10     Poughkeepsie, New York  12603
11        PHONE 845-454-1200
12        FAX 845-454-3315
13        E-MAIL mbenanti@lewisgreer.com
14
15   ALSO PRESENT WITH COUNSEL FOR CLAIMANT:
16     ERIC R. LINDE
17        Director
18     ANDY GREEN
19        Managing Director
20     Leeward Construction Company Limited
21     Nine Collan Park
22     Honesdale, Pennsylvania  18431-9655
23     PHONE   570-253-4090
24     FAX   570-253-4346
25     E-MAIL klinde@leewardconstruction.com

```
 1              APPEARANCES, CONTINUING
 2
 3   ON BEHALF OF RESPONDENT AMERICAN UNIVERSITY OF
 4   ANTIGUA:
 5      MARK S. OLINSKY, ESQUIRE
 6      JONATHAN JEMISON, ESQUIRE
 7      BRIAN BIGLIN, ESQUIRE
 8      Sills Cummis & Gross, P.C.
 9      30 Rockefeller Plaza
10      New York, New York  10112
11         PHONE 212-654-7000 OR 973-643-5402
12         FAX 212-654-6500
13         E-MAIL molinsky@sillscummis.com
14         E-MAIL jjemison@sillscummis.com
15         E-MAIL bbiglin@sillscummis.com
16
17   OTHERS IN ATTENDANCE WITH THE RESPONDENT:
18      A.S. NAGESH
19      LIEUTENANT COLONEL ROCHE ANTONY
20
21                   ALSO PRESENT
22   COURT REPORTER:  Lori Byrd Buckner
23                    RPR, CRR, CLR, CA-CSR 13023
24
25                     * * *
```