# EXHIBIT 44

*Lewis & Greer, P.C.*
*Attorneys at Law*

LOU LEWIS
J. SCOTT GREER
VERONICA A. MCMILLAN*

JOAN QUINN**
PAUL E. DENBAUM
ALANA R. BARTLEY*

*Also Admitted in New Jersey
**Also Admitted in Massachusetts

510 HAIGHT AVENUE
POUGHKEEPSIE, NEW YORK 12603

(845) 454-1200
FAX (845) 454-3315
WWW.LEWISGREER.COM

MAILING ADDRESS

P.O. BOX 2990
POUGHKEEPSIE, NY 12603

March 15, 2012

**VIA E-MAIL AND REGULAR MAIL**

Carolina Cárdenas-Soto
Senior Case Manager
International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, New York 10019

Re: Leeward Construction Company Limited v. American University of Antigua - College of Medicine
**Case No. 50 110 T 00118 13**
Our File No.: 966-04

Dear Ms. Cárdenas-Soto:

Enclosed please find Claimant's Answer and Affirmative Defenses to Respondent's Counterclaims.

Please call if you have any questions.

Very truly yours,

LEWIS & GREER, P.C.

Veronica A. McMillan

VAM/cv
Enclosure
cc: Mr. Leonard Sclafani, Esq.

AMERICAN ARBITRATION ASSOCIATION
CONSTRUCTION INDUSTRY ARBITRATION RULES
-----------------------------------------------------------------x
LEEWARD CONSTRUCTION COMPANY, LTD.,

                Claimant,

-against-

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE C/O GCLR, LLC,

                Respondent.
-----------------------------------------------------------------x

**ANSWER AND AFFIRMATIVE DEFENSES TO RESPONDENT'S COUNTERCLAIMS**

Case No. 50 110 T 00118 13

**PLEASE TAKE NOTICE THAT** Leeward Construction Company, Ltd., the Claimant in the above-referenced matter responds to the Answering Statement and Counterclaims of Respondent American University of Antigua College of Medicine ("AUA"), dated February 27, 20213, as follows:

1. The Claimant denies each and every party of Respondent's Counterclaims and affirms that Respondent was obligated to pay Claimant ABST, a value-added tax, which was then remitted to the Government of Antigua and Barbuda.

2. While the Respondent claims that prior to bringing its counterclaims herein it asserted a claim with the Project architect questioning its obligation to pay Leeward Antigua and Barbuda Sales Tax ("ABST") on the Project, Leeward was not provided with notice of such claim or the opportunity to contest it before the architect as required under §4.3.2 of the General Conditions to the Contract. Accordingly, Leeward rejects the Project architect's decision (annexed as an exhibit to Respondent's Answering Statement and Counterclaim) and denies each and every part thereof.

3. Pursuant to Construction Industry Arbitration Rule 4(c), Leeward may properly refuse to answer the Claimant's counterclaims and the same would be deemed denied. Leeward

1

voluntarily asserts the affirmative defenses asserted herein and reserves the right to assert further affirmative defenses as they become apparent during the course of these proceedings.

### FIRST AFFIRMATIVE DEFENSE

4. Leeward repeats and realleges each and every allegation contained in Paragraphs "1" and "3" hereof as if fully set forth herein.

5. Respondents' counterclaims herein are barred because the parties modified the operative terms of the Contract in writing and/or by their conduct.

### SECOND AFFIRMATIVE DEFENSE

6. Leeward repeats and realleges each and every allegation contained in Paragraphs "1" through "5" hereof as if fully set forth herein.

7. Respondents' counterclaims herein as barred by the Respondents' failure to comply with the notice of claim provisions of the Contract, including §4.3.2 of the General Conditions thereto.

### THIRD AFFIRMATIVE DEFENSE

8. Leeward repeats and realleges each and every allegation contained in Paragraphs "1" through "7" hereof as if fully set forth herein.

9. Respondents' counterclaims herein as barred by the doctrines of waiver, laches, estoppel and unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

10. Leeward repeats and realleges each and every allegation contained in Paragraphs "1" through "9" hereof.

11. Respondents' counterclaims herein are barred by the doctrine of *res judicata*.

**WHEREFORE**, Leeward Construction, Co. Ltd. respectfully requests the following

2

relief:

1.      Grant Leeward an award of EC $83,059.56/US $30,762.80 on its claim asserted in its Demand For Arbitration dated February 7, 2013, plus the costs of arbitration and attorneys' fees.

2.      Deny AUA's Counterclaims as asserted in its Answering Statement and Counterclaims dated February 27, 2013.

3.      Such other and further relief as the Arbitrators may deem just and proper.

Dated: March 15, 2013
        Poughkeepsie, New York

                                      LEEWARD CONSTRUCTION CO. LTD.

                                      By: _____
                                            Veronica A. McMillan, Esq.
                                            **Lewis & Greer, P.C.**
                                            *Attorney for Claimant,*
                                            *Leeward Construction Co. Ltd.*
                                            510 Haight Avenue, P.O. Box 5990
                                            Poughkeepsie, New York  12603
                                            Tel:  (845) 454-1200
                                            Email:  vamcmillan@lewisgreer.com

To:
| | |
|---|---|
| Leonard Sclafani, Esq. | Carolina Cárdenas-Soto |
| Law Offices of Leonard Sclafani, Esq. | Senior Case Manager |
| Attorneys for Respondent AUA | International Centre for Dispute Resolution |
| One Battery Park Plaza, 33rd Floor | 1633 Broadway, 10th Floor |
| New York, New York  10004 | New York, New York 10019 |
| Email: l.a.s@mindspring.com | Email: cardenasc@adr.org |

AMERICAN ARBITRATION ASSOCIATION  CONSTRUCTION INDUSTRY ARBITRATION RULES

**COURT
STATE OF NEW YORK, COUNTY OF**

Index No.         Year

---

LEEWARD CONSTRUCTION COMPANY, LTD,

                                          Claimant,

-against-

AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE C/O GCLR, LLC,

                                          Respondent.

---

### ANSWER AND AFFIRMATIVE DEFENSES TO RESPONDENT'S COUNTERCLAIMS

---

**LEWIS & GREER, P.C.**

*Attorney(s) for*           *Claimant, Leeward Construction Company Ltd.*
*Office and Post Office Address, Telephone*

510 Haight Avenue, Suite 202
POUGHKEEPSIE, NEW YORK 12603
(845) 454-1200

---

To

 

Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

---

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                                                                                of which the within is a true copy
will be presented for settlement to the HON.                                  one of the judges of the
within named Court, at
on                          at              M.
Dated,

                                      Yours, etc.
                                      LEWIS & GREER, P.C.