# EXHIBIT 47



**AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE**
Jasmine Court
P.O. Box W - ' 451
St. John's, Antigua, West Indies
Telephone: 268 - 481 - 8888
Fax: 268 - 481 - 8880
Website: www.auamed.org

July 13th, 2009

Ref: AUA/WO/DAW/101

Leeward Construction Company Limited
All Saint's Road, P.O Box No 1400
St.Johns,Antigua

Kind Attn: Neil Dickenson

Dear Sir,

### AUA Campus- Work Order for
### The fixing the Doors and Windows

**Reference:**    Your negotiated Proposal dated July9th, 2009

We are pleased to accept the negotiated quote of July 9th, 2009 for fixing the Doors and Windows for EC $ **419,932.68**   excluding ABST as per the Annexure attached with the following terms.

The rate quoted is final. In case of preliminary extension time is resolved, there is a possibility of reduction of preliminaries not less than 10% will be considered.

The completion period is 6-7 weeks from the date of issue of this order.

The rates quoted is final and binding as given at annexure and is inclusive of:

a) All preparatory works for fixing doors/windows
b) All fasteners and concrete bolts
c) Silicone works
d) Provision of sealants and grout
e) Fixing of doors, handles, knobs and locks
f) Fixing of Door closures
g) The fixing details and specifications from manufacturers is part of the contract.
h) Tools, plant and equipment deemed to be included in your scope.
i) 5% retention money will be retained from each invoice, which will be released in two parts first 50% will be released on substantial completion and the balance 50% will be released after 3 months

Head office:
#2 Wall Street, 10th Floor, New York, NY 10005
Telephone: 1-212-661-8899        Fax: 1-212-661-8864
http://www.auamed.org

LC003811

j) The priority of works will be issued and will be reviewed as the work progresses.

k) Security of your materials and the doors and windows supplied to you will be your arrangements. Any damages will be made good by yourselves after handing/taking over.

l) You shall accommodate other contractors to progress their works. In case any issue, the Engineer-in-charge shall be consulted for clear directions.

m) You shall clear your area of debris and all tools and equipments upon completion of all stages.

n) Insurance as applicable will be provided by you.

o) Invoices shall be jointly measured for verification and release of payments.

p) All defects in finishes/workmanship as notified shall be rectified to our satisfaction.

## Payment Terms

Invoices will be submitted every 15 days or earlier to have a minimum percentage of 20% of overall work order amount.

Please acknowledge receipt and confirm acceptance.

Thanking you,
Yours Sincerely

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
Jabberwock Rd.
P.O.Box W-1451
Tel:    (268) 481-8918 (office)
        (268) 764-4915 (cell)
Email:colantony@auamed.net

Accepted by
Neil Dicianso
14th Aug 2009

2

LC003812

## Doors & Windows Installation, Annexure to Work Order

| ITEM | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|------|-------------|-----|------|------|--------|
| A | **Single Windows/vents:-** | | | | |
| | CR-W1 | 34 | No | | |
| | CR-W2 | 11 | No | | |
| | LAB-W1 | 34 | No | | |
| | LAB-W2 | 11 | No | | |
| | LIB -W3 | 35 | No | | |
| | LIB-V3 | 6 | No | | |
| | AM-W2 | 4 | No | | |
| | | 135 | No | 486.83 | 65,722.05 |
| B | **Double Windows:-** | | | | |
| | LIB-W1 | 83 | No | | |
| | LIB-W2 | 77 | No | | |
| | LIB-W4 | 8 | No | | |
| | LIB-W1A | 2 | No | | |
| | LIB-W2A | 6 | No | | |
| | LIB-W3A | 4 | No | | |
| | LIB-SW | 12 | No | | |
| | LIB-V1 | 12 | No | | |
| | LIB-V2 | 2 | No | | |
| | AM-W1 | 6 | No | | |
| | S-SW1 | 2 | No | | |
| | S-V1 | 17 | No | | |
| | | 231 | No | 633.37 | 146,308.47 |
| C | **Single Doors:-** | | | | |
| | CR-D1 | 24 | No | | |
| | CR-D3 | 2 | No | | |
| | LAB-D1 | 24 | No | | |
| | LAB-D3 | 2 | No | | |
| | LIB-D1 | 4 | No | | |
| | LIB-D1A | 15 | No | | |
| | LIB-D2 | 2 | No | | |
| | LIB-D3 | 28 | No | | |
| | LIB-D4 | 6 | No | | |
| | LIB-DP | 4 | No | | |
| | LIB-MSD | 2 | No | | |
| | LIB-MSD1 | 2 | No | | |
| | AM-D1 | 4 | No | | |
| | S-D2 | 1 | No | | |
| | | 120 | No | 1,414.52 | 169,742.40 |
| D | **Double Doors:-** | | | | |
| | CR-D2 | 4 | No | | |
| | LAB-D | 2 | No | | |
| | LAB-D2 | 4 | No | | |
| | LIB-WED | 8 | No | | |
| | S-D1 | 1 | No | | |
| | S-FRD1 | 4 | No | | |
| | | 23 | No | 1,659.12 | 38,159.76 |
| | | | | **Total ECS:** | **419,932.68** |

ᏝᏬᏝ 11o July 2009

LC003813

*Payment 1*

## ABI BANK LTD.
### Customer Advice Incoming Wire

Date: 28-08-2009
Reference: 27-08-2009 - 00003

*Payment #1 →* (143 835.74)
*15% ABST*  21,575.36
165,411.10

Customer
  Customer Account:              000300118635 XCD
  Customer Name:                 LEEWARD CONSTRUCTION

Sender's information
  Sender's Name:                 AMERICAN UNIVERSITY OF
  Sender's Address:              2 WALL STREET 10 NEW YORK NY 10005
  Sender's City:
  Sender's Country:

Payment Information
  Incoming Amount:               61,532.29 USD        *Payment #1*
  Equivalent Amount:             165,411.10 XCD
  Credit Amount:                 165,411.10 XCD

  Remittance Info:               /RFB/G0192392244501//ABI BANK LTD
                                 ACCT 6550-6-52034 WITH BANK OF
                                 AMERICA

*ABI BANK LTD.*
*AUG 2 8 2009*
*Redcliffe Street*
*St. John's, Antigua*
OFFICER SIGNATURE

*Doors & Windows*

*See deposit  28th Aug 2009*

LC003814

*Payment 2*

# American University of Antigua
## College of Medicine
### Check Request Form
#### AUA Employee Information

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE: | September 8th, 2009 |

## Phase 1: Classroom/Library/Nurses; Leeward Construction

| | |
|---|---|
| Contract Amount | 419,932.68 |
| Interim Payment # 2 Measured works- Doors & Window Fixing | 267,580.16 |
| Retention- 5% | 13,379.00 |
| | 254,201.16 |
| Less Previous Payment | 143,835.74 |
| Subtotal | 110,365.42 |
| ABST- 15% | 16,554.81 |
| Total | 126,920.23 |

### Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS#: | |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Rd. |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 126,920.23 |

### Additional Comments

ref: AUA/WO/DA/101 dated July 13th, 2009.

*Asked for payment towards running bill #2, EC$ 126,920.23 only.*

#### Approval

| | |
|---|---|
| Requestor's Signature: | *[signature] Lt Col Roche Antony* |
| Request Date: | *08 September, 2009.* |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC003815

l222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222

*Payment 2*

## P 103 - AUA SUPERSTRUCTURE WORKS
### Doors & Windows Installation at 31 August 2009

**≡LEEWARD**

| ITEM | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|------|-------------|-----|------|------|--------|
| A | **Single Windows/vents:-** | | | | |
| | CR-W1 | 34 | nr | 486.83 | 16,552.22 |
| | CR-W2 | 11 | nr | 486.83 | 5,355.13 |
| | LAB-W1 | 34 | nr | 486.83 | 16,552.22 |
| | LAB-W2 | 11 | nr | 486.83 | 5,355.13 |
| | LIB-W3 | 35 | nr | 486.83 | 17,039.05 |
| | LIB-V3 | | nr | 486.83 | 0.00 |
| | AM-W2 | 4 | nr | 486.83 | 1,947.32 |
| | | 129 | nr | | 62,801.07 |
| B | **Double Windows:-** | | | | |
| | LIB-W1 | 75 | nr | 633.37 | 47,502.75 |
| | LIB-W2 | 65 | nr | 633.37 | 41,169.05 |
| | LIB-W4 | 8 | nr | 633.37 | 5,066.96 |
| | LIB-W1A | | nr | 633.37 | 0.00 |
| | LIB-W2A | | nr | 633.37 | 0.00 |
| | LIB-W3A | | nr | 633.37 | 0.00 |
| | LIB-SW | | nr | 633.37 | 0.00 |
| | LIB-V1 | | nr | 633.37 | 0.00 |
| | LIB-V2 | | nr | 633.37 | 0.00 |
| | AM-W1 | 6 | nr | 633.37 | 3,800.22 |
| | S-SW1 | 1 | nr | 633.37 | 633.37 |
| | S-V1 | 15 | nr | 633.37 | 9,500.55 |
| | | 170 | nr | | 107,672.90 |
| C | **Single Doors:-** | | | | |
| | CR-D1 | 24 | nr | 1,060.89 | 25,461.36 |
| | CR-D3 | | nr | 1,414.52 | 0.00 |
| | LAB-D1 | 24 | nr | 1,060.89 | 25,461.36 |
| | LAB-D3 | | nr | 1,414.52 | 0.00 |
| | LIB-D1 | 2 ⟨12⟩ | nr | 1,060.89 | 12,730.68 |
| | LIB-D1A | 6 ⟨2⟩ | nr | 1,060.89 | 2,121.78 |
| | LIB-D2 | | nr | 1,414.52 | 0.00 |
| | LIB-D3 | 12 | nr | 1,414.52 | 16,974.24 |
| | LIB-D4 | | nr | 1,414.52 | 0.00 |
| | LIB-DP | | nr | 1,414.52 | 0.00 |
| | LIB-MSD | | nr | 1,414.52 | 0.00 |
| | LIB-MSD1 | | nr | 1,414.52 | 0.00 |
| | AM-D1 | | nr | 1,414.52 | 0.00 |
| | S-D2 | | nr | 1,414.52 | 0.00 |
| | | ⟨74⟩ | nr | | ⟨82,749.42⟩ |

*2,121·7*
*6 365·3*
*76 384*

*Lanmikano*
*8/09/09*

*3000*
*8/9/09*

68

LC003817

*Payment 2*

| ITEM | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|------|-------------|-----|------|------|--------|
| D | **Double Doors:-** | | | | |
| | CR-D2 | 4 | nr | 1,659.12 | 6,636.48 |
| | LAB-D | | nr | 1,659.12 | 0.00 |
| | LAB-D2 | 4 | nr | 1,659.12 | 6,636.48 |
| | LIB-WED | 4 | nr | 1,659.12 | 6,636.48 |
| | S-D1 | | nr | 1,659.12 | 0.00 |
| | S-FRD1 | | nr | 1,659.12 | 0.00 |
| | | 12 | nr | | 19,909.44 |
| | | | | | |
| | Single doors only 75% complete | | | | |
| | | | | | |
| | **Total Measured Works A to D:** | | | ECS: | 273,132.83  *266,767.* |
| | | | | | |
| | **Extra Works as attached:** | | | | |
| 01 | Move materials from AUA store | | sum | | *8,659.83* |
| 02 | Check Inventory | | sum | | *692.30* |
| 03 | Remove & refil wrong-handed doors | | sum | | *3,086.64* |
| 04 | Supply Self-Tapping screws | | sum | | 812.67 |
| | | | | | |
| | | | | Sub-Total ECS: | 287,384.27  *267580* |
| | | | | | |
| | **less** Retention 5% | | | | ~~14,369.21~~  *13,379.0* |
| | | | | | |
| | | | | | ~~273,015.05~~  *254,201-* |
| | | | | | |
| | **less** previous payments | | | | ~~156,602.56~~  *143835·* |
| | | | | | |
| | | | | | ~~116,412.49~~  *110365·* |
| | | | | | |
| | **add** ABST 15% | | | | ~~17,461.87~~  *16,554.* |
| | | | | | |
| | **TOTAL AMOUNT DUE** | | | ECS: | ~~133,874.36~~  *126920* |
| | *payable within 7 days* | | | | |

EC$ 126 920·23

LC003818

*Payment # 2 - Doors & Windows*

*Payment 2*

0387

**AMERICAN UNIVERSITY OF ANTIGUA**
JASMINE COURT, FRIARS HILL ROAD
ST. JOHN'S
ANTIGUA
(268) 481-8895

ABI BANK LTD.
REDCLIFFE STREET
ST. JOHN'S, ANTIGUA

9/1/09

THE
OF *Leeward Construction Co, LTD*                                    $ 129,920.23⁄₁₀₀

*hundred twenty-nine thousand nine hundred twenty 23¢*                    E.C. DOLLARS

*Pay. #2 for Doors & Windows fixing*

⑈000387⑈          300011737⑈

AMERICAN UNIVERSITY OF ANTIGUA

0387
0387

*Leeward Construction Co, LTD*               9/11/09

*EC $129,920.23*

*Pay. #2 for Doors & Windows fixing*

PAUL WEBSTER

15/09/09.

*See deposit 15th Sept 2009*

*(included in the 180,922.02)*

*6th Jan 2012 - Please note that 126,920.23 was approved, however we received payment in the amount of 129,920.23.*

LC003819

# American University of Antigua
## College of Medicine
## Check Request Form
### AUA Employee Information

*Payment 3*

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | September 22nd, 2009 |

## Phase 1: Classroom/Library/Nurses; Leeward Construction

| | |
|---|---|
| Contract Amount | 419,932.68 |
| Interim Payment # 3 Measured works- Doors & Window Fixing | 337,300.70 |
| Retention- 5% | 16,865.04 |
| | 320,435.67 |
| | 254,201.16 |
| Less Previous Payment | |
| Subtotal | 66,234.51 |
| ABST- 15% | 9,935.18 |
| Total | 76,169.68 |

### Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS# | |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Rd. |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 76,169.68 |

### Additional Comments

ref: AUA/WO/DX/101 dated July 13th, 2009.

Taxes for payment EC $ 76,169.68 only leward app #1 door window fixing.

### Approval

| | |
|---|---|
| Requestor's Signature: | Omr Lt Col Roche Antony |
| Request Date: | 22 September 2009 |
| Dean's Approval: | See deposit |
| Approval Date: | 30th Sept 2009 |
| Finance Approval: | (included in the 811,177.04) |
| Approval Date: | |

LC003820



# **LEEWARD** CONSTRUCTION COMPANY LIMITED.

ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA

MAIL:
OFFICE: (268) 462-0071
FAX: (268) 462-4868

*Payment 3*

**American University of Antigua**
**College Of Medicine**
Jasmine Court
P.O.Box W1451
St. John's
Antigua

16th September 2009

*Attention: A.S.Nagesh*

Dear Sir

**Re: American University of Antigua – Application for Payment # 3 Doors & Windows**

Please find enclosed Application for Payment # 3 dated 16th September 2009

**EC$ 83,206.55 excluding ABST**
**(Eighty Three Thousand Two Hundred and Six Eastern Caribbean Dollars and Fifty Five Cents)**

Payment Application is for works completed up to 16th September 09, payable within 7 days.

If you require any further information or wish to meet on site please do not hesitate to contact me.

Yours faithfully

Paul Webster
Quantity Surveyor

Received by.............................................     Date........16|9|09

Signature.....................................................

# BUILDING, MECHANICAL, ELECTRICAL & UTILITY CONTRACTOR

LC003821

01/06/2012 15:58 FAX 268 462 4000

Payment 3



# P 103 - AUA SUPERSTRUCTURE WORKS
## Doors & Windows Installation at 31 August 2009

| ITEM | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|---|
| **A** | **Single Windows/vents:-** | | | | |
| | CR-W1 | 34 | nr | 486.83 | 16,552.22 |
| | CR-W2 | 11 | nr | 486.83 | 5,355.13 |
| | LAB-W1 | 34 | nr | 486.83 | 16,552.22 |
| | LAB-W2 | 11 | nr | 486.83 | 5,355.13 |
| | LIB -W3 | 35 | nr | 486.83 | 17,039.05 |
| | LIB-V3 | | nr | 486.83 | 0.00 |
| | AM-W2 | 4 | nr | 486.83 | 1,947.32 |
| | | **129** | nr | | **62,801.07** |
| | | | | | |
| **B** | **Double Windows:-** | | | | |
| | LIB-W1 | 80 | nr | 633.37 | 50,669.60 |
| | LIB-W2 | 75 | nr | 633.37 | 47,502.75 |
| | LIB-W4 | 8 | nr | 633.37 | 5,066.96 |
| | LIB-W1A | | nr | 633.37 | 0.00 |
| | LIB-W2A | | nr | 633.37 | 0.00 |
| | LIB-W3A | | nr | 633.37 | 0.00 |
| | LIB-SW | | nr | 633.37 | 0.00 |
| | LIB-V1 | 6 | nr | 633.37 | 3,800.22 |
| | LIB-V2 | 0 | nr | 633.37 | 0.00 |
| | AM-W1 | 12 | nr | 633.37 | 7,600.44 |
| | S-SW1 | 1 | nr | 633.37 | 633.37 |
| | S-V1 | 16 | nr | 633.37 | 10,133.92 |
| | | **198** | nr | | **125,407.26** |
| | | | | | |
| **C** | **Single Doors:-** | | | | |
| | CR-D1 | 24 | nr | 1,060.89 | 25,461.36 |
| | CR-D3 | | nr | 1,414.52 | 0.00 |
| | LAB-D1 | 24 | nr | 1,060.89 | 25,461.36 |
| | LAB-D3 | | nr | 1,414.52 | 0.00 |
| | LIB-D1 | 12 | nr | 1,060.89 | 12,730.68 |
| | LIB-D1A | 2 | nr | 1,060.89 | 2,121.78 |
| | LIB-D2 | 5 | nr | 1,414.52 | 7,072.60 |
| | LIB-D3 | 12 | nr | 1,414.52 | 16,974.24 |
| | LIB-D4 | 6 | nr | 1,414.52 | 8,487.12 |
| | LIB-DP | 0 | nr | 1,414.52 | 0.00 |
| | LIB-MSD | | nr | 1,414.52 | 0.00 |
| | LIB-MSD1 | | nr | 1,414.52 | 0.00 |
| | AM-D1 | 4 | nr | 1,414.52 | 5,658.08 |
| | S-D2 | 1 | nr | 1,414.52 | 1,414.52 |
| | | **90** | nr | | **105,381.74** |

LC003822

*Payment 3*

| ITEM | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|---|
| D | **Double Doors:-** | 4 | nr | 1,659.12 | 6,636.48 |
| | CR-D2 | | nr | 1,659.12 | 0.00 |
| | LAB-D | 4 | nr | 1,659.12 | 6,636.48 |
| | LAB-D2 | 6 | nr | 1,659.12 | 9,954.72 |
| | LIB-WED | 2 | nr | 1,659.12 | 3,318.24 |
| | S-D1 | 4 | nr | 1,659.12 | 6,636.48 |
| | S-FRD1 | 20 | nr | | 33,182.40 |
| | | | | | |
| | Single doors only 75% complete | | | | |
| | | | | | |
| | **Total Measured Works A to D:** | | | EC$: | 326,772.47 |
| | | | | | |
| | **Extra Works as attached:** | | | | 9,659.83 |
| 01 | Move materials from AUA store | | sum | | 692.30 |
| 02 | Check Inventory | | sum | | 3,086.64 |
| 03 | Remove & refit wrong-handed doors | | sum | | 812.67 |
| 04 | Supply Self-Tapping screws | | sum | | |
| 05 | Cut lock openings | 64 | No. | 75.00 | 4,800.00 |
| 06 | Remove and refit door & frame to elec room | 2 | No. | 800.00 | 1,600.00 |
| 07 | LIB D (7'x8') No furniture | 2 | No. | 500.00 | 1,000.00 |
| 08 | W4 Store Front Clock Tower (No glass) | 12 | No. | 200.00 | 2,400.00 |
| 09 | Build out 4" wall to suit frame (Toilets) | 20 | No. | 375.00 | 7,500.00 |
| | | | | | |
| | | | | Sub-Total EC$: | 358,323.91 |
| | | | | | -17,916.20 |
| | | | | | 340,407.71 |
| | less Retention 5% | | | | |
| | | | | | -257,201.16 |
| | less previous payments | | | | 83,206.55 |
| | | | | | 12,480.98 |
| | add ABST 15% | | | | |
| | **TOTAL AMOUNT DUE** | | | EC$: | 95,687.53 |
| | *payable within 7 days* | | | | |

01/06/2012 15:58 FAX 268 462 4666

https://businessaccess.citibank.citigroup.com/cbusol/wires/WTdisplay...

Main Menu > Transfers and Payments >

# DOMESTIC WIRE USING MODEL

*Payment 4*

WIRE:   From Account: 9953682742   Currency: US Dollars

Status:   Processed - Confirmation Number is 2870428967.

Wire Fees:   $12.50   *#4 Window & Door Fixing*

| Beneficiary | Bank |
|---|---|
| ANTIGUA BARBUDA INVESTMENT BANK | Name: BANK OF AMERICA, N.A., NY |
| | ABA: 026009593 |
| | Address: New York , NY |

Beneficiary's Account number: 6550-6-52034

Amount:   $14,376.00
Date of transfer: Immediate

Special Instructions:
Further Credit to: ABI Bank.
Acct Name: Leeward Construct
Account #: 300118635

Save as Model   Model Name: LEEWARD CONSTRUCTION

Process another Wire

*EC $38,635.56*

*See deposit*

*15th Oct. 2004*

*33,596.14   #4*

*1590 ABST*

*5,039.42*

*38,635.56*

10/14/2005 3:23 PM

? of 1

# American University of Antigua
## College of Medicine
### Check Request Form

Payment 6

#### AUA Employee Information

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | October 21st ,2009 |

### Phase 1: Classroom/Library/Nurses; Leeward Construction

| | |
|---|---|
| Contract Amount | 419,932.68 |
| Interim Payment # 6 Measured works  Doors & Window Fixing | 397,882.36 |
| Retention- 5% | 19,894.12 |
| Subtotal | 377,988.24 |
| Less Previous Payment | 354,040.60 |
| Net Total | 23,947.64 |
| ABST- 15% | 3,592.15 |
| Total | 27,539.79 |

### Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS#: | |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Neil Dickenson |
| Contact phone #: | 729-0072 |
| Payment address: | All Saints Rd. |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 27,539.79 |

### Additional Comments

ref. AUA/WO/DA/101 dated July 13th, 2009.
*Raised for payment of EC$27,539.79 only towards ruining payment*

#### Approval

| | |
|---|---|
| Requestor's Signature: | *L Amy Lt Col Roche Antony* |
| Request Date: | *26 October 2009* |
| Dean's Approval: | *See deposit 9Nov 2009* |
| Approval Date: | *(included in the 248,774.39 )* |
| Finance Approval: | |
| Approval Date: | |

LC003825

# American University of Antigua
## College of Medicine
## Check Request Form
### AUA Employee Information

*Payment 7*

| | |
|---|---|
| Name: | Lt Col Roche Antony |
| Department: | Construction |
| DATE | November 19th, 2009 |

## Phase 1: Classroom/Library/Nurses; Leeward Construction

| | |
|---|---|
| Contract Amount | 419,932.68 |
| Interim Payment # 7 Measured works- Doors & Window Fixing (and add works ) | 421,185.85 |
| Less Previous Payment | 377,988.24 |
| 5% Retention on (421,185.85) | 21,059.29 |
| Subtotal | 22,138.32  *Paid.* |
| ABST- 15% | 3,320.75 |
| Total | 25,459.07 |

### Vendor Information

| | |
|---|---|
| Vendor's name: | Leeward Construction Company Ltd. |
| Vendor's TIN / SS#: | |
| Make check payable to: | Leeward Construction Company Ltd. |
| Contact name: | Andy Green |
| Contact phone #: | 729-0071 |
| Payment address: | All Saints Rd. |
| | St. John's |
| | Antigua |

| | US $'s | EC $'s |
|---|---|---|
| CHEQUE AMOUNT | | 25,459.07 |

### Additional Comments

ref AUA/WO/DA/101 dated July 13th, 2009.

*Paid a/o payment e e $ 25,459.07 towards running bill .*

### Approval

| | |
|---|---|
| Requestor's Signature: | *Lt Col Roche Antony* |
| Request Date: | 19 November 2009 |
| Dean's Approval: | |
| Approval Date: | |
| Finance Approval: | |
| Approval Date: | |

LC003826

 *Payment #7*

## P 103 - AUA SUPERSTRUCTURE WORKS
Doors & Windows Installation at 4th November 2009

| ITEM | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|---|
| A | **Single Windows/vents:-** | | | | |
| | CR-W1 | 34 | nr | 486.83 | 16,552.22 |
| | CR-W2 | 11 | nr | 486.83 | 5,355.13 |
| | LAB-W1 | 34 | nr | 486.83 | 16,552.22 |
| | LAB-W2 | 11 | nr | 486.83 | 5,355.13 |
| | LIB -W3 | 35 | nr | 486.83 | 17,039.05 |
| | LIB-V3 | 0 | nr | 486.83 | 0.00 |
| | AM-W2 | 4 | nr | 486.83 | 1,947.32 |
| | | 129 | nr | | 62,801.07 |
| B | **Double Windows:-** | | | | |
| | LIB-W1 | 87 | nr | 633.37 | 55,103.19 |
| | LIB-W2 | 77 | nr | 633.37 | 48,769.49 |
| | LIB-W4 | 8 | nr | 633.37 | 5,066.96 |
| | LIB-W1A | 2 | nr | 633.37 | 1,266.74 |
| | LIB-W2A | 6 | nr | 633.37 | 3,800.22 |
| | LIB-W3A | 4 | nr | 633.37 | 2,533.48 |
| | LIB-SW | 6 | nr | 633.37 | 3,800.22 |
| | LIB-V1 | 12 | nr | 633.37 | 7,600.44 |
| | LIB-V2 | 4 | nr | 633.37 | 2,533.48 |
| | AM-W1 | 6 | nr | 633.37 | 3,800.22 |
| | AM-W1 (OPTION) | 0 | | | |
| | S-SW1 | 1 | nr | 633.37 | 633.37 |
| | S-V1 | 17 | nr | 633.37 | 10,767.29 |
| | | 230 | nr | | 145,675.10 |
| C | **Single Doors:-** | | | | |
| | CR-D1 | 24 | nr | 1,414.52 | 33,948.48 |
| | CR-D3 | 2 | nr | 1,414.52 | 2,829.04 |
| | LAB-D1 | 24 | nr | 1,414.52 | 33,948.48 |
| | LAB-D3 | 2 | nr | 1,414.52 | 2,829.04 |
| | LIB-D1 | 4 | nr | 1,414.52 | 5,658.08 |
| | LIB-D1A | ~~13~~ 11 | nr | 1,414.52 | ~~18,388.76~~ 15558 |
| | LIB-D2 | 2 | nr | 1,414.52 | 2,829.04 |
| | LIB-D3 | 24 | nr | 1,414.52 | 33,948.48 |
| | LIB-D4 | 6 | nr | 1,414.52 | 8,487.12 |
| | LIB-DP | 0 ~~4~~ | nr | 1,414.52 | ~~5,658.08~~ |
| | LIB-MSD | 2 | nr | 1,414.52 | 2,829.04 |
| | LIB-MSD1 | 2 | nr | 1,414.52 | 2,829.04 |
| | AM-D1 | 4 | nr | 1,414.52 | 5,658.08 |
| | S-D2 | 1 | nr | 1,414.52 | 1,414.52 |
| | | ~~114~~ | nr | | ~~161,255.28~~ |

1D8          152768.16

Paym at #7

| ITEM | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|------|-------------|-----|------|------|--------|
| D | Double Doors:- | | | | |
| | CR-D2 | 4 | nr | 1,659.12 | 6,636.48 |
| | LAB-D | 2 | nr | 1,659.12 | 3,318.24 |
| | LAB-D2 | 4 | nr | 1,659.12 | 6,636.48 |
| | LIB-WED | 6 | nr | 1,659.12 | 9,954.72 |
| | S-D1 | ~~2~~ 1 | nr | 1,659.12 | ~~3,318.24~~ 1653 |
| | S-FRD1 | 4 | nr | 1,659.12 | 6,636.48 |
| | | ~~22~~ 21 | nr | | ~~36,500.64~~ |
| | | | | | 34841.52 |
| | | | | | |
| | Total Measured Works A to D: | | | EC$: | ~~406,232.09~~ |
| | | | | | 396 085.86 |
| | Extra Works as attached: | | | | |
| 01 | Move materials from AUA store | | sum | | |
| 02 | Check Inventory | | sum | | |
| 03 | Remove & refit wrong-handed doors | | sum | | |
| 04 | Supply Self-Tapping screws | | sum | | |
| 05 | Cut lock openings | 64 | No. | 75.00 | 4,800.09 |
| 06 | Remove and refit door & frame to elec room | ~~2~~ | ~~No.~~ | ~~800.00~~ | ~~1,600.09~~ |
| 09 | Build out 4" wall to suit frame (Toilets) | 20 | No. | 375.00 | 7,500.00 |
| 10 | Supply Screws | ~~1~~ 2ce | sum | 236.02 | ~~236.02~~ 32.00 |
| 11 | Remove existing doors & all hardware | 16 | No. | ~~530.45~~ | ~~8,487.20~~ |
| 12 | Fit hardware to new doors & install | 16 | No | ~~1,060.89~~ 600 | ~~16,974.24~~ 9600 |
| | | | | Sub-Total EC$: | ~~445,829.59~~ 421185.86 |
| | less Retention 5% | | | | ~~22,291.48~~ 21059.29 |
| | Release Retention 2.5% | | | | ~~11,145.74~~ |
| | Sub total | | | | 400126.56 ~~434,683.84~~ |
| | less previous payments | | | | -377,988.24 |
| | | | | | ~~56,695.57~~ 22138.32 |
| | add ABST 15% | | | | ~~8,504.34~~ 3320.75 |
| | TOTAL AMOUNT DUE | | | EC$: | ~~65,199.91~~ |
| | payable within 7 days | | | | 25459.07 |

# American University of Antigua
## College of Medicine
### Check Request Form

Payment 8

#### AUA Employee Information

Name: Lt Col Roche Antony

Department: Construction

DATE: December 1st 2009

| Phase 1: Classroom/Library/Nurses; Leeward Construction | 419,932.68 |
|---|---|
| Contract Amount | 424,106.83 |
| Interim Payment # 8 Measured works  Doors & Window Fixing | 400,126.56 |
| Less Previous Payment | 21,205.34 |
| 5% Retention on (424,106.83) | 2,774.93 |
| Subtotal | 416.24 |
| ABST  15% | 3,191.17 |
| Total | |

#### Vendor Information

Vendor's name: Leeward Construction Company Ltd.

Vendor's TIN / SS#:

Make check payable to: Leeward Construction Company Ltd.

Contact name: Andy Green

Contact phone #: 729-0071

Payment address: All Saints Rd.
St. John's
Antigua

| US $'s | EC $'s |
|---|---|
| | 3,191.17 |

CHEQUE AMOUNT

#### Additional Comments

ref: AUA/WO/DA/101 dated July 13th, 2009.

Paid for payment of $3,191.17 only

##### Approval

Requestor's Signature: Comr Lt Col Roche Antony

Request Date: 07 December XP09

Dean's Approval:

Approval Date:

Finance Approval:

Approval Date:

LC003829



Payment 8

**P 103 - AUA SUPERSTRUCTURE WORKS**
Doors & Windows Installation at 27th November 2009

| ITEM | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|------|-------------|-----|------|------|--------|
| A | Single Windows/vents:- | | | | |
| | CR-W1 | 34 | nr | 486.83 | 16,552.22 |
| | CR-W2 | 11 | nr | 486.83 | 5,355.13 |
| | LAB-W1 | 34 | nr | 486.83 | 16,552.22 |
| | LAB-W2 | 11 | nr | 486.83 | 5,355.13 |
| | LIB-W3 | 35 | nr | 486.83 | 17,039.05 |
| | LIB-V3 | 6 | nr | 486.83 | 2,920.98 |
| | AM-W2 | 4 | nr | 486.83 | 1,947.32 |
| | | 135 | nr | | 65,722.05 |
| | | | | | |
| B | Double Windows:- | | | | |
| | LIB-W1 | 87 | nr | 633.37 | 55,103.19 |
| | LIB-W2 | 77 | nr | 633.37 | 48,769.49 |
| | LIB-W4 | 8 | nr | 633.37 | 5,066.96 |
| | LIB-W1A | 2 | nr | 633.37 | 1,266.74 |
| | LIB-W2A | 6 | nr | 633.37 | 3,800.22 |
| | LIB-W3A | 4 | nr | 633.37 | 2,533.48 |
| | LIB-SW | 6 | nr | 633.37 | 3,800.22 |
| | LIB-V1 | 12 | nr | 633.37 | 7,600.44 |
| | LIB-V2 | 4 | nr | 633.37 | 2,533.48 |
| | AM-W1 | 6 | nr | 633.37 | 3,800.22 |
| | AM-W1 (OPTION) | 0 | | | |
| | S-SW1 | 1 | nr | 633.37 | 633.37 |
| | S-V1 | 17 | nr | 633.37 | 10,767.29 |
| | | 230 | nr | | 145,675.10 |
| | | | | | |
| C | Single Doors:- | | | | |
| | CR-D1 | 24 | nr | 1,414.52 | 33,948.48 |
| | CR-D3 | 2 | nr | 1,414.52 | 2,829.04 |
| | LAB-D1 | 24 | nr | 1,414.52 | 33,948.48 |
| | LAB-D3 | 2 | nr | 1,414.52 | 2,829.04 |
| | LIB-D1 | 4 | nr | 1,414.52 | 5,658.08 |
| | LIB-D1A | 13 | nr | 1,414.52 | ~~18,388.76~~ 15,559.72 |
| | LIB-D2 | 2 | nr | 1,414.52 | 2,829.04 |
| | LIB-D3 | 24 | nr | 1,414.52 | 33,948.48 |
| | LIB-D4 | 6 | nr | 1,414.52 | 8,487.12 |
| | LIB-DP | 4 | nr | 1,414.52 | ~~5,658.08~~ |
| | LIB-MSD | 2 | nr | 1,414.52 | 2,829.04 |
| | LIB-MSD1 | 2 | nr | 1,414.52 | 2,829.04 |
| | AM-D1 | 4 | nr | 1,414.52 | 5,658.08 |
| | S-D2 | 1 | nr | 1,414.52 | 1,414.52 |
| | | 114 | nr | | ~~161,255.28~~ |

108          152768·16

LC003830

*Payment 8*

| ITEM | DESCRIPTION | QTY | UNIT | RATE | AMOUNT | |
|---|---|---|---|---|---|---|
| D | Double Doors:- | | | | | |
| | CR-D2 | 4 | nr | 1,659.12 | 6,636.48 | |
| | LAB-D | 2 | nr | 1,659.12 | 3,318.24 | |
| | LAB-D2 | 4 | nr | 1,659.12 | 6,636.48 | |
| | LIB-WED | 6 | nr | 1,659.12 | 9,954.72 | |
| | S-D1 | ~~2~~ | nr | 1,659.12 | ~~3,318.24~~ | 1659.12 |
| | S-FRD1 | 4 | nr | 1,659.12 | 6,636.48 | |
| | | ~~22~~ 21 | nr | | ~~36,500.64~~ 34846.52 | |
| | | | | | | |
| | Total Measured Works A to D: | | | EC$: | ~~409,153.07~~ 399006.83 | |
| | | | | | | |
| | Extra Works as attached: | | | | | |
| 01 | Move materials from AUA store | | sum | | | |
| 02 | Check Inventory | | sum | | | |
| 03 | Remove & refit wrong-handed doors | | sum | | | |
| 04 | Supply Self-Tapping screws | | sum | | | |
| 05 | Cut lock openings | 64 | No. | 75.00 | 4,800.00 | |
| 06 | Remove and refit door & frame to elec room | ~~2~~ | No. | ~~800.00~~ | ~~1,600.00~~ | |
| 09 | Build out 4" wall to suit frame (Toilets) | 20 | No. | 375.00 | 7,500.00 | |
| 10 | Supply Screws | ~~1~~ | sum | 236.02 | ~~236.02~~ | |
| 11 | Remove existing doors & all hardware | 16 | No. 2^cc | ~~530.45~~ | ~~8,487.20~~ 3200 | |
| 12 | Fit hardware to new doors & install | 16 | No. | ~~1,060.89~~ 600 | ~~16,974.24~~ 9600 | |
| | | | | Sub-Total EC$: | ~~448,750.53~~ 424106.83 | |
| | | | | | | |
| | less Retention 5% | | (Rci^n) less 5% | | ~~-22,437.53~~ 21205.34 | |
| | | | | | | |
| | Release Retention 2.5% | | | | 11,218.76 | |
| | | | (Subtotal) | | ~~437,531.77~~ 402901.5 | |
| | | | | | | |
| | less previous payments | | (last bill) | | ~~-409,126.56~~ -400126.5 | |
| | | | | | | |
| | | | | | ~~37,405.21~~ 2774.96 | |
| | add ABST 15% | | (15% ABST) | | ~~5,610.78~~ 416.23 | |
| | | | | | | |
| | **TOTAL AMOUNT DUE** | | | EC$: | ~~43,015.99~~ 3191.17 | |
| | *payable within 7 days* | | | | | |

EC$ : 3191.17

American University of Antigua
College of Medicine
Check Request Form

*Payment 9*

**AUA Employee Information**

Name: Lт Col Roche Antony

Department: Construction

DATE: January 26th, 2010

| Phase 1: Classroom/Library/Nurses; Leeward Construction | 419,932.68 |
|---|---|
| Contract Amount | 424,106.83 |
| Interim Payment # 9 Measured works- Doors & Window Fixing | 402,901.50 |
| Less Previous Payment | 21,205.34 |
| 5% Retention on (424,106.83) | 21,205.34 |
| Release Retention (5%) | 21,205.33 |
| Subtotal | |

**Vendor Information**

Vendor's name: Leeward Construction Company Ltd.

Vendor's TIN / SS#: Leeward Construction Company Ltd.

Make check payable to: Andy Green

Contact name: 729-0071

Contact phone #: All Saints Rd.

Payment address: St. John's
Antigua

US $'s          EC $'s  (21,205.33)

CHEQUE AMOUNT          **Additional Comments**

ref. AUA/WO/DA/101 dated July 13th, 2009.
*Passed for payment ECd 21,205. 33 towards release of 5% retention a*
*~~final payment~~*

**Approval**

Requester's Signature: *Lt Col Roche Antony*

Request Date: 12 February. 2010

Dean's Approval: *See deposit*

Approval Date: 3rd March 2010

LC003832

## P 103 - AUA SUPERSTRUCTURE WORKS
### Doors & Windows Installation at 17th January 2009

*Paymet 9*

 **LEEWARD**

| ITEM | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|---|
| A | **Single Windows/vents:-** | | | | |
| | CR-W1 | 34 | nr | 486.83 | 16,552.22 |
| | CR-W2 | 11 | nr | 486.83 | 5,355.13 |
| | LAB-W1 | 34 | nr | 486.83 | 16,552.22 |
| | LAB-W2 | 11 | nr | 486.83 | 5,355.13 |
| | LIB -W3 | 35 | nr | 486.83 | 17,039.05 |
| | LIB-V3 | 6 | nr | 486.83 | 2,920.98 |
| | AM-W2 | 4 | nr | 486.83 | 1,947.32 |
| | | 135 | nr | | 65,722.05 |
| | | | | | |
| B | **Double Windows:-** | | | | |
| | LIB-W1 | 87 | nr | 633.37 | 55,103.19 |
| | LIB-W2 | 77 | nr | 633.37 | 48,769.49 |
| | LIB-W4 | 8 | nr | 633.37 | 5,066.96 |
| | LIB-W1A | 2 | nr | 633.37 | 1,266.74 |
| | LIB-W2A | 6 | nr | 633.37 | 3,800.22 |
| | LIB-W3A | 4 | nr | 633.37 | 2,533.48 |
| | LIB-SW | 6 | nr | 633.37 | 3,800.22 |
| | LIB-V1 | 12 | nr | 633.37 | 7,600.44 |
| | LIB-V2 | 4 | nr | 633.37 | 2,533.48 |
| | AM-W1 | 6 | nr | 633.37 | 3,800.22 |
| | AM-W1 (OPTION) | 0 | | | |
| | S-SW1 | 1 | nr | 633.37 | 633.37 |
| | S-V1 | 17 | nr | 633.37 | 10,767.29 |
| | | 230 | nr | | 145,675.10 |
| | | | | | |
| C | **Single Doors:-** | | | | |
| | CR-D1 | 24 | nr | 1,414.52 | 33,948.48 |
| | CR-D3 | 2 | nr | 1,414.52 | 2,829.04 |
| | LAB-D1 | 24 | nr | 1,414.52 | 33,948.48 |
| | LAB-D3 | 2 | nr | 1,414.52 | 2,829.04 |
| | LIB-D1 | 4 | nr | 1,414.52 | 5,658.08 |
| | LIB-D1A | 13 | nr | 1,414.52 | 18,388.76 |
| | LIB-D2 | 2 | nr | 1,414.52 | 2,829.04 |
| | LIB-D3 | 24 | nr | 1,414.52 | 33,948.48 |
| | LIB-D4 | 6 | nr | 1,414.52 | 8,487.12 |
| | LIB-DP | 4 | nr | 1,414.52 | 5,658.08 |
| | LIB-MSD | 2 | nr | 1,414.52 | 2,829.04 |
| | LIB-MSD1 | 2 | nr | 1,414.52 | 2,829.04 |
| | AM-D1 | 4 | nr | 1,414.52 | 5,658.08 |
| | S-D2 | 1 | nr | 1,414.52 | 1,414.52 |
| | | 114 | nr | | 161,255.28 |

108

152768 16

12/2/2010

Kani

LC003833

Payment 9

| ITEM | DESCRIPTION | QTY | UNIT | RATE | AMOUNT | |
|------|-------------|-----|------|------|--------|---|
| D | Double Doors:- | | | | | |
| | CR-D2 | 4 | nr | 1,659.12 | 6,636.48 | |
| | LAB-D | 2 | nr | 1,659.12 | 3,318.24 | |
| | LAB-D2 | 4 | nr | 1,659.12 | 6,636.48 | |
| | LIB-WED | 6 | nr | 1,659.12 | 9,954.72 | 1659.12 |
| | S-D1 | (2) | nr | 1,659.12 | ~~3,318.24~~ | |
| | S-FRD1 | 4 | nr | 1,659.12 | 6,636.48 | |
| | | ~~22~~ | nr | | ~~36,500.64~~ | |
| | | 21 | | | 34841.52 | |
| | **Total Measured Works A to D:** | | | EC$ | ~~409,153.07~~ | |
| | | | | | 399006.83 | |
| | **Extra Works as attached:** | | | | | |
| 01 | Move materials from AUA store | | sum | | | |
| 02 | Check Inventory | | sum | | | |
| 03 | Remove & refit wrong-handed doors | | sum | | | |
| 04 | Supply Self-Tapping screws | 64 | No. | 75.00 | 4,800.00 | |
| 05 | Cut lock openings | 2 | No. | ~~800.00~~ | ~~1,600.00~~ | |
| 06 | Remove and refit door & frame to elec room | 20 | No. | 375.00 | 7,500.00 | |
| 09 | Build out 4" wall to suit frame (Toilets) | 1 | sum | 236.02 | 236.02 | |
| 10 | Supply Screws | 16 | No. | ~~530.45~~ 200 | ~~8,487.20~~ | 3200 |
| 11 | Remove existing doors & all hardware | 16 | No. | ~~1,050.89~~ 600 | ~~16,374.24~~ | 9600 |
| 12 | Fit hardware to new doors & install | | | | | |
| | | | | **Sub-Total EC$:** | ~~448,750.53~~ | 4241 |
| | less Retention 5% | | | Ret (5%) | ~~-22,437.53~~ | -21205 |
| | Release Retention 5% | | | Release (5%) | ~~22,437.53~~ | 2120 |
| | | | | | ~~448,750.53~~ | 421 |
| | less previous payments | | | (last Applic) | ~~-424,106.83~~ | -402 |
| | | | | | 24,643.70 | 212 |
| | add ABST 15% | | | (No ABST) | ~~3,696.55~~ | |
| | **TOTAL AMOUNT DUE** | | | EC$: | ~~28,340.25~~ | |
| | payable within 7 days | | | EC$: | 21205.33 | |

12/2/2010

Release of retension EC$ 21205.33

LC003834