# EXHIBIT 48

## Melinda Benanti

| | |
|---|---|
| **From:** | Carolina Cardenas [Cardenasc@adr.org] |
| **Sent:** | Friday, February 15, 2013 8:01 PM |
| **To:** | 'Leonard Sclafani' |
| **Cc:** | J. Scott Greer; 'mbenanti@lewisgreer.com'; 'cverdis@lewisgreer.com' |
| **Subject:** | RE: Leeward Construction Company, Ltd. v. American University College of Medicine, 50 110 T 00118 13 |

Dear Mr. Sclafani,

Thank you for your email below. If the opposing party does not object to your request by Tuesday, February 19, 2013 we shall grant the extension.

On a separate note, it has been brought to our attention that Mr. Greer will be out of the office until March 4 and will not be monitoring emails on a regular basis. Therefore, we kindly request Ms. Benanti to inform us who will be taken over the case during Mr. Greer's absence.

Thank you and best regards,

*Carolina C.*

**Carolina Cárdenas, LL.M.**
**Attorney-at-Law, Colombia**
**ICDR Senior Case Manager**
**IACAC Case Manager**
1633 Broadway, 10th Floor
New York, NY 10019
Tel: +01 212.484.3281
Fax: +01 212.246.7274
cardenasc@adr.org
Web: www.icdr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Leonard Sclafani [mailto:lsclafani@AUAMED.ORG]
**Sent:** Friday, February 15, 2013 2:48 PM
**To:** Carolina Cardenas
**Cc:** J. Scott Greer
**Subject:** Leeward Construction Company, Ltd. v. American University College of Medicine, 50 110 T 00118 13

Dear Ms. Cardenas,

    I am writing as counsel to American University of Antigua College of Medicine ("AUACOM") in order to request an extension of 30 days to submit our client's Answering Statement and to provide comments to the two issues that you raise in your correspondence dated February 12, 2013. Our client is in the process of compiling counterclaims arising from Leeward's incompetent, defective and deficient construction of the project that underlies Leeward Construction Company's claim. These counterclaims will far exceed the $75,000 damages threshold for appellation of the Fast Track Procedures that otherwise would be applicable to that claim. We had not contemplated bringing those claims earlier (or in as part of the arbitration referred to in Leeward's Statement of Claim) because of our belief that they would be time barred under the parties' contract. However, Leeward now claims that the arbitrators in the parties recently concluded arbitration ruled as part of their award that the parties had waived the limitations on the time within which claims must be made under the contract, thereby leaving AUACOM free to raise its counterclaims free of any defense that the counterclaims are time barred under the parties' agreement. Given the complexity of AUACOM's counterclaims, we will require the time that I herein request to make them.

    As, pursuant to your correspondence, AUACOM's Answering Statement and comments are due on Tuesday, February 17, 2013 and Monday, February 18, 2013 is a US holiday, I respectfully request that this application be given expeditious consideration.

Very truly yours,

LEONARD A. SCLAFANI, ESQ.

Law Offices of Leonard A. Sclafani, Esq.
One Battery Park Plaza, 33rd Fl.
New York, New York 10004
212-696-9880

DISCLAIMER:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by

1

any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Manipal Education Americas LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.