# EXHIBIT 49

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEEWARD CONSTRUCTION COMPANY, LTD.,

    Petitioner,

v.

AMERICAN UNIVERSITY OF ANTIGUA – COLLEGE OF MEDICINE and MANIPAL EDUCATION AMERICAS, LLC f/k/a GCLR, LLC,

    Respondents.
------------------------------------------------------------x

Case No. 1:12-CV-06280 (LAK)(GWG)
(ECF Case)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent American University of Antigua -- College of Medicine ("AUA") provides this Corporate Disclosure Statement. AUA is a wholly-owned subsidiary of Manipal Education Americas LLC. Manipal Education Americas LLC is a wholly-owned subsidiary of Manipal Education (Mauritius) Pvt. Ltd., which is a wholly-owned subsidiary of Manipal Global Education Services Pvt. Ltd. MEMG International, Ltd. is the parent corporation of Manipal Global Education Services Pvt. Ltd.

Dated: New York, New York
      September 25, 2012

                                SILLS CUMMIS & GROSS P.C.
                                30 Rockefeller Plaza
                                New York, New York 10112
                                (212) 643-7000

                                By: s/ Katherine M. Lieb
                                    MICHAEL B. GOLDSMITH
                                    KATHERINE M. LIEB

                                Attorneys for Respondents
                                American University in Antigua – College of Medicine and Manipal Education Americas, LLC f/k/a GCLR LLC

1568093 v1