# EXHIBIT 50

| | |
|---|---|
| **From:** | Lyle Novick |
| **Sent:** | Tuesday, November 17, 2009 11:45 AM |
| **To:** | Williams, Jackie |
| **Cc:** | Matt Petersen; Basil Stuart |
| **Subject:** | FW: American University of Antigua-ABST Taxes |

Just received this email from the American University of Antigua-ABST Taxes department.

Lyle S. Novick
Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor
New York, NY 10005
Tel 212.661.8899   Ext. 168
lnovick@auamed.org

---

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 11:30 AM
**To:** Lyle Novick; Cleo T. Wallace
**Subject:** Fwd: American University of Antigua-ABST Taxes

Dear Mr. Lyle Novick,

In the response to your email, Mr. Doug McLaren the Director of the Antigua and Barbuda Sales Tax informed me that a letter was written to your establishment pertaining to the ABST. The Letter dated 31 August 2007 stated that Activities within the Free Trade and Processing Zone Act 1994 contains a number of provisions dealing with the treatment of licenses wich I understand you to be. Section 14 (c) and (d) reproduced below allows for the importation of materials for the construction of permisees and for the operations carried on within the Free Trade and Processing Zone. This would cover the direct imports and relieve them from ABST.

Section 14 Notwithstanding any law to the contrary and subject only to this Act a licensee shall during the currenccy of his licene be -(c) exempted fromt he payment of taxes an other duties on the importation of machinery, equipment, spare parts, construction material and other items needed to construct and operate facilities within the free trad and processing zone. (d) exempted from payment of duty and other taxes on the importatin or raw materials and other goods to be incorporated in the products produced or assembled within or to be utilized in the performance of services within the free trade and processing zone.

Section 18 of the Free Trade and Processing Zone Act 1994 alllows domestics supplies of both goods and services to a licencee in the Zone to be treated as imports into the zone and exports from Antigua and Barbuda. This would cover domestics supplies into the zone and relieve them from ABST. (3) Any goods and services sold by companies withing Antigua and Barbuda and sent into the Free Trade and processing Zone shall be considered as imports into the Free Trade and Processing Zone and as exports fromAntigua and Barbuda.

We are therefore advising you to return to the business places to recover the ABST that was spent. When approacing the Manager you will have to provide them with the letter dated 31st August 2007 which was sent

1

to Mr. Basil Staurt the Administration Director of the American university of Antigua, with regards to the provisons that were made.

If any problems occur you can inform me Ms. Cleo Wallace ABST Registration Supervisor, Ms. Nerissa Gomes Audit Supervisor, Everton Gonsalves, Coordinator of ABST Implementation Team or Douglas McLaren The Director of ABST.

Waiting for a quick response.

Sincerely,

_____

Cleo Wallace
ABST Registration Supervisor



On Tue, Nov 17, 2009 at 9:53 AM, Lyle Novick <lnovick@auamed.org> wrote:

Ms Wallace:


Could you please provide me the link or the website address so I can get this refund form.


Thanks so much for all your help.


Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899   Ext. 168

lnovick@auamed.org

---

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 8:45 AM
**To:** Lyle Novick
**Subject:** Re: American University of Antigua-0409-0509

2

00152

Dear Mr. Lyle Novick,

I received your emails and I am printing them now. I will deliver them to Mr. Mclaren so that he can review them. On the Government Website you can print the Refund form and fill out the necessary information. You can email it to me or you can fax it to me at The Inland Revenue Department. The Fax Number is 1-268-462-3175.

Thanking you in advance

Ms. Cleo Wallace
ABST Registration Supervisor

On Mon, Nov 16, 2009 at 2:49 PM, Lyle Novick <lnovick@auamed.org> wrote:

Ms Wallace:


Hi:


Did you receive my emails?


Thanks



Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899   Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:28 PM

**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'

**Subject:** RE: American University of Antigua-0409-0509

3

00153

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:27 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-0209-0409 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:26 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-9/08-2/09 ABST Taxes backup

4

00154


Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:26 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-7/08-9/08 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:24 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** American University of Antigua

Ms. Wallace:

Per your instructions, attached please find the ABST taxes backup that the American University of Antigua paid for constructions costs on our campus for the period

5

November 07- May 09.

The total EC Dollars paid for ABST taxes are $4,456,649.68 and US Dollars of $1,657,856.44.

You will receive this ABST Taxes backup in several email PDF attachments.

Please let me know that you received this email and when we will receive our refund of ABST Taxes paid.

Thanks so much for all your help and let me know if you have any questions about this ABST Taxes paid backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899   Ext. 168

lnovick@auamed.org

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

---

Cleo Wallace
ABST Registration Supervisor

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.


--
Cleo Wallace
ABST Registration Supervisor