# EXHIBIT 51

| | |
|---|---|
| **From:** | bstuart@auamed.net |
| **Sent:** | Thursday, January 28, 2010 10:15 PM |
| **To:** | Jackie Williams; Matt Petersen |
| **Subject:** | Fw: AUA Tax Exemption |

Sent from my BlackBerry® wireless device from LIME.

---

**From:** "Crump, Alwyn" <alwyn.crump@time4lime.com>
**Date:** Thu, 28 Jan 2010 17:06:12 -0400
**To:** <bstuart@auamed.net>; Warren, Barrymore<bwarren@auamed.net>
**Cc:** Browne, Noel<noel.browne@time4lime.com>
**Subject:** AUA Tax Exemption

Basil/ Barry,

LIME's Billing Department has confirmed that the documents received from AUA which address its Tax Exemption status is insufficient as it related to AUA as an organization.

What is required is a document from the Ministry of Finance which speaks directly to AUA being zero rated for ABST, instead of a document that speaks generally to business units operating in the Free Trade Zone.

Please contact me for further details.



Alwyn Crump
Major Accounts Executive

Desk: +1 268 480 4210
Mobile: +1 268 464 0612
Fax: +1 268 480 4200
E-mail: alwyn.crump@time4lime.com

www.time4lime.com

Attention:
This e-mail message has been scanned for viruses and content. The information contained in this e-mail is confidential and may also be subject to legal privilege. It is intended only for the recipient(s) named above. If you are not named above as a recipient, you must not read, copy, disclose, forward or otherwise use the information contained in this e-mail. If you have received this e-mail in error, please notify the sender (whose contact details are above) immediately by reply e-mail and delete the message and any attachments without retaining any copies.

This email has been scanned by LIME's email security system.

00352