# EXHIBIT 54

| | |
|---|---|
| **From:** | Neal Simon <nsimon@AUAMED.ORG> |
| **Sent:** | Wednesday, July 11, 2007 4:19 PM |
| **To:** | Corey Greenberg; Matt Petersen; Neal Simon; Dr. Peter Bell; Bud Miles; Dr. Peter Bell |
| **Subject:** | Re: Master Plan Revised Modified Budget July 10, Corey.xls |

Corey- Please make sure that no futher work is done including budget work and archetectual work. The campus project must come to a full stop. We will complete the two buildings we committed to and that is it. I do not want to spend any more $. The cost is not near what our resources cover and I take the lack of reponse by the MoF besides being discourtess to be a denial of our r equestthat the law on ABST be followed. I will oinstruct Matt that we do not pay for any services or materials except what is necessary for next two semesters until we reach some decisions includinding whwt country we will locate in and rental possibilities for campus as well as what facilties another country will provide. Again all work and services stop immediastly except for two buildings we commited two at lowest level. Iwill csall when I canm

Neal
Neal Simon
President American University of Antigua

00064