# EXHIBIT 55

| | |
|---|---|
| **From:** | bstuart@auamed.net |
| **Sent:** | Tuesday, July 17, 2007 9:12 AM |
| **To:** | Matt Petersen |
| **Subject:** | Fw: ABST |

Sent from my BlackBerry® wireless device from Cable & Wireless

-----Original Message-----
From: bstuart@auamed.net

Date: Mon, 16 Jul 2007 20:16:52
To:"John Maginley" <jmaginley@candw.ag>
Subject: ABST

Mr Minister I am seeking your assistance for clarification on the ABST. At present ABST will put a tremendous cost extra on the project and our importation of materials that we use for the school. We did enjoy duty free but this has been nigated by the implementation of the. ABST
Thank you for your effort in this urgent matter

Basil
Sent from my BlackBerry® wireless device from Cable & Wireless

1

00067