# EXHIBIT 58

**From:** Corey Greenberg
**Sent:** Wednesday, February 06, 2008 12:23 PM
**To:** Matt Petersen; Don Eckert
**Subject:** bill payment authorization

Matt and Don,

Just to recap our conversation yesterday on how to facilitate the payment of bills from the new campus project.

An email from me authorizing payment will replace the CRF

On the email must be

1 amount to be paid ... invoice and ABST if required

2 vendor name and wiring information

3 project name and allocation

4 location to be paid from NY or Antigua

5 Can I get an email confirmation on my authorizing email from Don when the payment has been finalized? This will enable me to answer questions directly with vendors and hopefully save you the time.

Please let me know if I left anything out.

Thanks

Corey

Corey Greenberg
Chief Operating Officer
AUA College of Medicine
C/O Greater Caribbean Learning Resources
2 Wall Street, 10th Floor
New York, NY 10005
Tel: 212-661-8899 ext. 121
Fax: 646-390-4943

00114