# EXHIBIT 59

**From:** Matt Petersen
**Sent:** Monday, November 16, 2009 2:42 PM
**To:** Shriniwas Joshi [MUL]
**Subject:** FW: Discussion

Shrini - The government owes us 2+ million in ABST refunds. They are cash strapped. As per the below I believe Neal's strategy will be to get more land...

Lets make sure we talk on this one

-----Original Message-----
From: bstuart@auamed.net [mailto:bstuart@auamed.net]
Sent: Saturday, November 14, 2009 7:39 PM
To: Matt Petersen; Neal Simon
Subject: Discussion

Matt please speak to Neal about these points on Monday.
1: As per my discussion he said that we should pay a part of the lease to Free Trade. I have been trying to see the Finance Minister, he is been occupied with Parliament and Free Trade has been calling. Neal has also asked me to ask for more land for the outstanding Taxes since Government don't have money so it is unlikely that we can get any refund at this time.
2: He would like to be reminded to have a conversation with you about my review since it is now 2 years since my last review. I would also like to remind him that he said that it would be retroactive for the year 2007 - 2008

Basil
Sent from my BlackBerryR wireless device from LIME.

1