# EXHIBIT 62

| | |
|---|---|
| **From:** | Corey Greenberg |
| **Sent:** | Thursday, December 10, 2009 3:34 PM |
| **To:** | Basil Stuart; Barrymore Warren; Antony Roche; Nagesha, A.S. |
| **Cc:** | Matt Petersen |
| **Subject:** | FW: American University of Antigua-ABST Taxes |
| **Attachments:** | abst tax letter.pdf |

**Importance:**          High

Gentlemen
TOP URGENT
Please read the below.  Any bills you have on hand, in process, and pending payment, DO NOT PAY ANY ABST. If we have paid ABST this should be deducted from the balances open or future pending bills. If you have any questions please contact me or Matt.

Thanks

Corey Greenberg
Chief Operating Officer
AUA College of Medicine
C/O Greater Caribbean Learning Center
New York, NY 10005
Tel: 212-661-8899 ext. 121
Fax: 646-390-4943

---

**From:** Matt Petersen
**Sent:** Wednesday, December 09, 2009 12:31 PM
**To:** Corey Greenberg; Basil Stuart; Leonard Sclafani; Williams, Jackie; M Prabhusms; Dr. Peter Bell; Neal Simon
**Subject:** FW: American University of Antigua-ABST Taxes

Group - Pls find the below email as well as the attached letter – which instructs us how to approach vendors going forward with regard to ABST.  It appears that now the mechanism is in place to avoid this deduction at the time of purchase – rather than request a reimbursement..

M

---

**From:** Lyle Novick
**Sent:** Wednesday, December 09, 2009 10:58 AM
**To:** Matt Petersen
**Subject:** FW: American University of Antigua-ABST Taxes

Matt:

Here is the information, you requested.

Lyle S. Novick
Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor
New York, NY 10005
Tel 212.661.8899   Ext. 168

1

lnovick@auamed.org

---

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 11:30 AM
**To:** Lyle Novick; Cleo T. Wallace
**Subject:** Fwd: American University of Antigua-ABST Taxes

Dear Mr. Lyle Novick,


In the response to your email, Mr. Doug McLaren the Director of the Antigua and Barbuda Sales Tax informed
me that a letter was written to your establishment pertaining to the ABST. The Letter dated 31 August 2007
stated that Activities within the Free Trade and Processing Zone Act 1994 contains a number of provisions
dealing with the treatment of licenses wich I understand you to be. Section 14 (c) and (d) reproduced below
allows for the importation of materials for the construction of permisees and for the operations carried on within
the Free Trade and Processing Zone. This would cover the direct imports and relieve them from ABST.


Section 14 Notwithstanding any law to the contrary and subject only to this Act a licensee shall during the
currenccy of his licene be -(c) exempted fromt he payment of taxes an other duties on the importation of
machinery, equipment, spare parts, construction material and other items needed to construct and operate
facilities within the free trad and processing zone. (d) exempted from payment of duty and other taxes on the
importatin or raw materials and other goods to be incorporated in the products produced or assembled within or
to be utilized in the performance of services within the free trade and processing zone.

Section 18 of the Free Trade and Processing Zone Act 1994 alllows domestics supplies of both goods and
services to a licencee in the Zone to be treated as imports into the zone and exports from Antigua and
Barbuda. This would cover domestics supplies into the zone and relieve them from ABST. (3) Any goods and
services sold by companies withing Antigua and Barbuda and sent into the Free Trade and processing Zone
shall be considered as imports into the Free Trade and Processing Zone and as exports fromAntigua and
Barbuda.


We are therefore advising you to return to the business places to recover the ABST that was spent. When
approacing the Manager you will have to provide them with the letter dated 31st August 2007 which was sent
to Mr. Basil Staurt the Administration Director of the American university of Antigua, with regards to the
provisons that were made.

If any problems occur you can inform me Ms. Cleo Wallace ABST Registration Supervisor, Ms. Nerissa Gomes
Audit Supervisor, Everton Gonsalves, Coordinator of ABST Implementation Team or Douglas McLaren The
Director of ABST.

Waiting for a quick response.

Sincerely,

_____

Cleo Wallace
ABST Registration Supervisor


On Tue, Nov 17, 2009 at 9:53 AM, Lyle Novick <lnovick@auamed.org> wrote:

2

00272

Ms Wallace:


Could you please provide me the link or the website address so I can get this refund form.


Thanks so much for all your help.




Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

_____

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 8:45 AM
**To:** Lyle Novick
**Subject:** Re: American University of Antigua-0409-0509


Dear Mr. Lyle Novick,

I received your emails and I am printing them now.  I will deliver them to Mr. Mclaren so that he can review them.  On the Government Website you can print the Refund form and fill out the necessary information. You can email it to me or you can fax it to me at The Inland Revenue Department.  The Fax Number is 1-268-462-3175 .

Thanking you in advance

Ms. Cleo Wallace
ABST Registration Supervisor

On Mon, Nov 16, 2009 at 2:49 PM, Lyle Novick <lnovick@auamed.org> wrote:

Ms Wallace:


Hi:

3

00273

Did you receive my emails?


Thanks



Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:28 PM


**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'

**Subject:** RE: American University of Antigua-0409-0509




Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

4

00274

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:27 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-0209-0409 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:26 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-9/08-2/09 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:26 PM
**To:** 'CleoTWallace@gmail.com'

5

00275

**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-7/08-9/08 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:24 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** American University of Antigua

Ms. Wallace:

Per your instructions, attached please find the ABST taxes backup that the American University of Antigua paid for constructions costs on our campus for the period

November 07- May 09.

The total EC Dollars paid for ABST taxes are $4,456,649.68 and US Dollars of $1,657,856.44.

You will receive this ABST Taxes backup in several email PDF attachments.

Please let me know that you received this email and when we will receive our refund of ABST Taxes paid.

Thanks so much for all your help and let me know if you have any questions about this ABST Taxes paid backup

6

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

--
Cleo Wallace
ABST Registration Supervisor

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

--

00277

Cleo Wallace
ABST Registration Supervisor

00278