# EXHIBIT 63

**From:** Roche, Antony <colantony@auamed.net>
**Sent:** Friday, December 11, 2009 5:15 PM
**To:** Matt Petersen; Prabhu Marudheri
**Cc:** Leonard Sclafani; Corey Greenberg
**Subject:** RE: Overdue Payments

Dear Matt/Prabhu,

Please deduct the ABST component from the payments passed, which does includes this element. However, I would suggest not to deduct the amount of EC$ 39,000.00 paid to other contractors for debris clearance from these payment applications, since these are payments against other contracts and not forming part of the main contract. Leewards is continuing to progress works from all the contracts, including the snags from the main contract. I would also like to inform you that, we still have a retention amount due to LC amounting to approximately EC$560,000.00, wherefrom, this amount could be deducted at the appropriate time.

Request to clear the payments due less the ABST element as we still need to get small works progressed to our interest at this stage.

Regards,

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel:    268 481-8918
Mobile: 268 764- 4915
Fax:    268 481-8924

**From:** Matt Petersen [mailto:mpetersen@auamed.org]
**Sent:** Friday, December 11, 2009 5:56 PM
**To:** Prabhu Marudheri; Roche, Antony
**Cc:** Leonard Sclafani; Greenberg, Corey
**Subject:** RE: Overdue Payments

Group — we should also be deducting ABST as per my prior mail

**From:** Prabhu Marudheri
**Sent:** Friday, December 11, 2009 4:49 PM
**To:** Antony Roche
**Cc:** Matt Petersen; Leonard Sclafani; Corey Greenberg
**Subject:** RE: Overdue Payments

Col.,

We have to charge Leeward for a payment we made another vendor to clear up south end work in the amount of EC$39,000. Please advice if there is any other recoverables.

**From:** Roche, Antony [mailto:colantony@auamed.net]
**Sent:** Friday, December 11, 2009 4:43 PM
**To:** Prabhu Marudheri

**Cc:** Matt Petersen; Leonard Sclafani; Corey Greenberg
**Subject:** FW: Overdue Payments

Prabhu,

Request clarification on the subject at the earliest.

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel:    268 481-8918
Mobile: 268 764- 4915
Fax:    268 481-8924

**From:** Paul Webster [mailto:paul@leeward.ag]
**Sent:** Friday, December 11, 2009 4:48 PM
**To:** Nagesha, A.S.
**Cc:** 'Sandra Persaud'; 'Andy Green'; McCary, Kibian; Laxmikant.Jorapur.; Prabhu Marudheri; Greenberg, Corey; Roche, Antony
**Subject:** FW: Overdue Payments

Nagesh

The following payments as approved by AUA are still unpaid and now excessively overdue, I kindly request you give this your immediate attention and advise when these payments will be received.

| | | |
|---|---|---|
| Doors & Windows: | EC$ 25,459.07 | **30 days overdue** |
| Floor Tiling: | EC$ 42,487.79 | **7 days overdue** |
| Toilet Fixtures: | EC$ 29,586.38 | **30 days overdue** |

There are also a number of retentions due for payment next week as applied for on 23rd November please can you confirm these will be released.

Kind Regards

Paul Webster
*Quantity Surveyor.*
**LEEWARD CONSTRUCTION COMPANY LIMITED.**
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: paul@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0084
FAX:     (268) 462-4868

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of

```
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.
```

DISCLAIMER:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. American University of Antigua College of Medicine, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

DISCLAIMER:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. American University of Antigua College of Medicine, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

00294