# EXHIBIT 64

| | |
|---|---|
| **From:** | Williams, Jackie <jwilliams@auamed.net> |
| **Sent:** | Tuesday, December 22, 2009 11:38 AM |
| **To:** | Matt Petersen |
| **Cc:** | Don Eckert; Lyle Novick; Basil Stuart |
| **Subject:** | FW: ABST notice to vendors |
| **Attachments:** | ABST Letters to Vendors.doc |

Letter attached

---

**From:** Williams, Jackie
**Sent:** Tuesday, December 22, 2009 12:09 PM
**To:** Peterson, Matt
**Cc:** Eckert, Don; 'Lyle Novick'; Stuart, Basil
**Subject:** ABST notice to vendors

Matt,

Attached is a letter which we propose to send to about 100 vendors to whom we have paid ABST over the years. Please approve the dispatch of these letters.

Regards,

Jackie Ferracho Williams
Campus Financial Controller
American University of Antigua- College of Medicine
Tel:  268-481-8855
Cell: 268-764-3989
Fax: 268-481-8898



**AMERICAN UNIVERSITY OF ANTIGUA**
**COLLEGE OF MEDICINE**

Jabberwock Road
P.O. Box W - 1451
St. John's, Antigua, West Indies
Telephone: 268 - 481 - 8888
Fax: 268 - 481 - 8880
Website: www.auamed.org

December 22, 2009

The Manager
Cable & Wireless
St. Johns
Antigua

### Exemption from future ABST payments

Dear Sir/Madam,

This letter serves to advice you, that by virtue of its location in the Free Trade and Processing Zone in Coolidge, and upon the advice of the ABST Division of the Inland Revenue, the American University of Antigua (AUA) is not required to pay ABST on goods and services procured locally in Antigua and Barbuda.

The attached letter provides the basis for this treatment now that the new campus is open and the entire operation of AUA is now located at the Free Trade Zone.

Please be advised that with effect from January 2010, AUA will not pay the ABST component of any bills received. We have also received very recent directives from the ABST Division of Inland Revenue towards this end.

We recommend that you contact Mr. McLaren or Miss Cleo Wallace of the ABST Division of Inland Revenue for confirmation of AUA's exempt status.

We look forward to your continued cooperation with AUA and wish you and your company, season's greetings and a successful new year.

Sincerely yours,


Basil Stuart
Director of Administration