# EXHIBIT 65

| | |
|---|---|
| **From:** | Leonard Sclafani |
| **Sent:** | Wednesday, December 23, 2009 3:38 PM |
| **To:** | Matt Petersen; Lyle Novick; Jackie Williams; Basil Stuart; Corey Greenberg |
| **Cc:** | Neal Simon |
| **Subject:** | RE: ABST notice to vendors |

There are several grammatical errors in the document that I have taken the liberty of correcting. Please stand by for the corrected document.

*Leonard A. Sclafani, Esq.*
V.P. & General Counsel

AMERICAN UNIVERSITY OF ANTIGUA
c/o GCLR, LLC.
Two Wall Street, 5th Floor
New York, NY 10005
(212) 661-8899 ext. 187 (office)
(212) 949-6310 (fax)

---

**From:** Matt Petersen
**Sent:** Wednesday, December 23, 2009 12:45 PM
**To:** Lyle Novick; Jackie Williams; Leonard Sclafani; Basil Stuart; Corey Greenberg
**Cc:** Neal Simon
**Subject:** FW: ABST notice to vendors

Looks good to me

---

**From:** Lyle Novick
**Sent:** Wednesday, December 23, 2009 9:33 AM
**To:** Matt Petersen
**Cc:** Jackie Williams
**Subject:** FW: ABST notice to vendors

Matt:

Could you please approve Jackie's ABST letter so the letter can be mailed to the vendors as soon as possible.

Thanks

Lyle S. Novick
Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor
New York, NY 10005
Tel 212.661.8899    Ext. 168
lnovick@auamed.org

---

**From:** Williams, Jackie [mailto:jwilliams@auamed.net]
**Sent:** Wednesday, December 23, 2009 9:00 AM
**To:** Lyle Novick
**Subject:** FW: ABST notice to vendors

00342

Lyle,

I'm still awaiting a response from Matt. I would like to start sending out these letters this week, if he approves.

---

**From:** Williams, Jackie
**Sent:** Tuesday, December 22, 2009 12:38 PM
**To:** Peterson, Matt
**Cc:** Eckert, Don; 'Lyle Novick'; Stuart, Basil
**Subject:** FW: ABST notice to vendors

Letter attached

---

**From:** Williams, Jackie
**Sent:** Tuesday, December 22, 2009 12:09 PM
**To:** Peterson, Matt
**Cc:** Eckert, Don; 'Lyle Novick'; Stuart, Basil
**Subject:** ABST notice to vendors

Matt,

Attached is a letter which we propose to send to about 100 vendors to whom we have paid ABST over the years. Please approve the dispatch of these letters.

Regards,

```
Jackie Ferracho Williams
Campus Financial Controller
American University of Antigua- College of Medicine
Tel:  268-481-8855
Cell: 268-764-3989
Fax: 268-481-8898
```

| | |
|---|---|
| **From:** | Leonard Sclafani |
| **Sent:** | Wednesday, December 23, 2009 4:19 PM |
| **To:** | Regina W. Seward |
| **Subject:** | FW: ABST notice to vendors |
| **Attachments:** | ABST Letters to Vendors.doc |

*Leonard A. Sclafani, Esq.*
V.P. & General Counsel

AMERICAN UNIVERSITY OF ANTIGUA
c/o GCLR, LLC.
Two Wall Street, 5th Floor
New York, NY 10005
(212) 661-8899 ext. 187 (office)
(212) 949-6310 (fax)

---

**From:** Matt Petersen
**Sent:** Wednesday, December 23, 2009 12:45 PM
**To:** Lyle Novick; Jackie Williams; Leonard Sclafani; Basil Stuart; Corey Greenberg
**Cc:** Neal Simon
**Subject:** FW: ABST notice to vendors

Looks good to me

---

**From:** Lyle Novick
**Sent:** Wednesday, December 23, 2009 9:33 AM
**To:** Matt Petersen
**Cc:** Jackie Williams
**Subject:** FW: ABST notice to vendors

Matt:

Could you please approve Jackie's ABST letter so the letter can be mailed to the vendors as soon as possible.

Thanks

Lyle S. Novick
Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor
New York, NY 10005
Tel 212.661.8899   Ext. 168
lnovick@auamed.org

---

**From:** Williams, Jackie [mailto:jwilliams@auamed.net]
**Sent:** Wednesday, December 23, 2009 9:00 AM
**To:** Lyle Novick
**Subject:** FW: ABST notice to vendors

Lyle,

I'm still awaiting a response from Matt. I would like to start sending out these letters this week, if he approves.

---

**From:** Williams, Jackie
**Sent:** Tuesday, December 22, 2009 12:38 PM
**To:** Peterson, Matt
**Cc:** Eckert, Don; 'Lyle Novick'; Stuart, Basil
**Subject:** FW: ABST notice to vendors

Letter attached

---

**From:** Williams, Jackie
**Sent:** Tuesday, December 22, 2009 12:09 PM
**To:** Peterson, Matt
**Cc:** Eckert, Don; 'Lyle Novick'; Stuart, Basil
**Subject:** ABST notice to vendors

Matt,

Attached is a letter which we propose to send to about 100 vendors to whom we have paid ABST over the years. Please approve the dispatch of these letters.

Regards,

```
Jackie Ferracho Williams
Campus Financial Controller
American University of Antigua- College of Medicine
Tel:  268-481-8855
Cell: 268-764-3989
Fax: 268-481-8898
```



# AMERICAN UNIVERSITY OF ANTIGUA
# COLLEGE OF MEDICINE

Jabberwock Road
P.O. Box W - 1451
St. John's, Antigua, West Indies
Telephone: 268 - 481 - 8888
Fax: 268 - 481 - 8880
Website: www.auamed.org

December 22, 2009

The Manager
Cable & Wireless
St. Johns
Antigua

### Exemption from future ABST payments

Dear Sir/Madam,

This letter serves to advice you, that by virtue of its location in the Free Trade and Processing Zone in Coolidge, and upon the advice of the ABST Division of the Inland Revenue, the American University of Antigua (AUA) is not required to pay ABST on goods and services procured locally in Antigua and Barbuda.

The attached letter provides the basis for this treatment now that the new campus is open and the entire operation of AUA is now located at the Free Trade Zone.

Please be advised that with effect from January 2010, AUA will not pay the ABST component of any bills received. We have also received very recent directives from the ABST Division of Inland Revenue towards this end.

We recommend that you contact Mr. McLaren or Miss Cleo Wallace of the ABST Division of Inland Revenue for confirmation of AUA's exempt status.

We look forward to your continued cooperation with AUA and wish you and your company, season's greetings and a successful new year.

Sincerely yours,


Basil Stuart
Director of Administration

Head office:
501, Fifth Avenue, Suite 1600, New York, NY 10017
Telephone: 1-212-661-8899    Fax: 1-212-661-8864
http://www.auamed.org

00346