Ittig & Ittig, P.C.
1420 Ninth Street, NW
Washington, DC 20001-3344
Tel: +1 202 387 5508
Email: jbi@ittig-ittig.com

Carlos A. Romero Jr.
3195 Ponce de Leon Blvd. Suite 400
Coral Gables, FL 33134
Tel: +1 305 445 0014
Email: car@postandromero.com

Carolina Cardenas-Soto
Senior Case Manager
International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, New York 10019
Email: cardenasc@adr.org

Leonard Sclafani, Esq.
*Law Offices of Leonard Sclafani, Esq.*
*Attorney for Respondent AUA*
One Battery Park Plaza, 33rd Floor
New York, New York  10004
Email: las@lasattorney.com