# EXHIBIT B



# IN THE CABINET OF ANTIGUA AND BARBUDA

## Tuesday 7th March, 2006

MAR 23 2006

### Application for Duty Free Concessions – American University of Antigua Campus

59. Cabinet agreed to grant to the American University of Antigua College of Medicine (AUACM) exemption from the payment of Duty and Consumption Tax on the importation of items imported for use by the University. These items include but are not limited to project buildings, furniture, office equipment, medical equipment, medical supplies, medical education equipment and building materials. This exemption does not include personal items of faculty members and/or students. The list of items and their quantities are to be submitted to and vetted by the Ministry of Works and the Ministry of Health. The Customs Service Tax and Environmental Levy (where applicable) must be paid on the items.

60. Cabinet also agreed to grant to American University of Antigua College of Medicine (AUACM) exemption from the payment of Duty and Consumption Tax on the importation of a maximum of five (5) Motor Vehicles to be used by the medical school for medical school business. The type of vehicles to be determined on consultation with the Ministry of Works. The Customs Service Tax and Environmental Levy must be paid on the vehicles.

61. The concessions are subject to suspension or revocation should the American University of Antigua College of Medicine (AUACM) fail to use the concessions for the purposes for which they are granted and AUACM shall be liable to pay the Government the amount of any relief or exemption already received pursuant to the Cabinet decision.

62. Cabinet noted that the Agreement and Charter for the American University of Antigua College of Medicine which currently operates on Friars Hill Road is to be executed by the Government and the University during the current week.

... decision of the Cabinet of Antigua and

World Health Day 2006

Secretary to the Cabinet (Ag.)

00042