# EXHIBIT C

C.99

MINUTE

| | | |
|---|---|---|
| To | : | The Permanent Secretary, Ministry of Finance |
| From | : | Secretary to the Cabinet |
| Date | : | 23rd January, 2004 |
| Ref. No. | : | C.S. 1/5 |

### Application for Duty Free Concessions – American University of Antigua (AUA)

Further to its decision of 26th February, 2003, regarding the establishment of the American University School of Medicine of Antigua and Barbuda, Cabinet at a meeting held on Wednesday 7th January, 2004, agreed to the recommendation that as stated in its agreement between American University of Antigua (AUA) and Government of Antigua and Barbuda, the American University of Antigua should be granted exemption from Duty, Consumption Tax and Customs Service Tax on importation of goods to be used by the Medical School, its administration, faculty and students. These items include but are not limited to personal effects, furniture, office equipment, medical equipment, medical supplies and building materials.

Cabinet also agreed that American University of Antigua (AUA) should be granted exemption from Duty, Consumption Tax and Customs Service Tax on the importation of six (6) vehicles for use of the Medical School.

_____
Secretary to the Cabinet

cc: The Comptroller of Customs
American University of America (AUA)

00043