# EXHIBIT D







We are exempt from consumption

*DID YOU KNOW?*

## THAT ... Prices may be affected when the ABST is introduced on January 29, 2007?

a. The introduction of the ABST will replace other taxes, including the consumption tax, restaurant and entering services tax and the telecommunications tax

b. During the early stages of ABST implementation the consumer prices for some goods purchased are likely to be subject to a "one time" increase as some goods would have been imported prior to the implementation date and may have been subject to the consumption tax and the ABST

c. The duration of the "one time" increase will depend on how fast merchants sell goods having consumption tax paid prior to January 29, 2007

d. There will be some goods such as prescription medications and pharmaceuticals where the ABST rate will be lower than the current consumption tax rate and it is expected that the price of these goods is likely to be lower

e. There will be goods such as cheese, eggs, rice, sugar, flour, milk, fish and meat for which the zero rate of ABST will be the same as the zero consumption tax rate and consequently the price is unlikely to be affected

f. In addition there will be goods such as coffee, automobiles, wine and most spirits for which the rate of ABST will be higher than the consumption tax rate and consequently the price is likely to be higher

For further information please refer to the Inland Revenue Department's Web site at:

WWW.AB.GOV.AG

or contact the Inland Revenue Department at:
1) Newgate Street
2) Email ABSTINFO@Gmail.com

00044



**Antigua and Barbuda Sales Tax (ABST)**

Pre-ABST System Applied to an Imported Product

| | |
|---|---|
| CIF Value | 2000.00 |
| Import Duty @ 20% of CIF | 400.00 |
| Consumption Tax @ 20% of CIF | 400.00 |
| Customs Service Tax @ 10% of CIF | 200.00 |
| **Purchase Price** | **3000.00** |
| Add mark-up of 35% on purchase price | 1050.00 |
| **Selling Price** | **4050.00** |



**Antigua and Barbuda Sales Tax (ABST)**

**Post-ABST System Applied to an Imported Product**
**Sold by a <u>Registered</u> Taxpayer**
**ABST Rate—15%**

| | | |
|---|---:|---:|
| CIF Value | | 2000.00 |
| Import Duty @ 20% of CIF | | 400.00 |
| Customs Service Tax @ 10% of CIF | | 200.00 |
| Input ABST (15% of purchase price) | 390.00 | |
| **Purchase Price** | | **2600.00** |
| Add mark-up of 35% of purchase price | | 910.00 |
| **Selling Price** | | **3510.00** |
| Output ABST (15% of 3510.00) | | 526.50 |
| Price paid by consumer | | 4036.50 |

**Post-ABST System Applied to an Imported Product**
**Sold by a <u>Non-Registered</u> Taxpayer**
**ABST Rate—15%**

| | |
|---|---:|
| CIF Value | 2000.00 |
| Import Duty @ 20% of CIF | 400.00 |
| Customs Service Tax @ 10% of CIF | 200.00 |
| ABST (15% of purchase price) | 390.00 |
| **Purchase Price** | **2990.00** |
| Add mark-up of 35% of purchase price | 1046.50 |
| **Selling Price** | **4036.50** |

00046

| Ministry of Finance and the Economy |
|---|



ABST and the Consumer

Antigua and Barbuda Sales Tax (ABST)

Not an Additional Tax but Part of the Reformed Tax System.

May 2006

## What is the Antigua and Barbuda Sales Tax

- A VAT-type consumption tax
- A broad-based tax on consumption
- A tax on supplies of goods and services
- A multi-stage transaction tax
- Registrants and Customs will collect the ABST on behalf of the government
- Registrants will off-set ABST paid on purchases and other costs against ABST collected on sales



Inland Revenue Department
Newgate Street
St. John's Antigua
E-mail: abstinfo@gmail.com



## On-Island Spending by Faculty and Students

I. Monthly per student spending as in U.S. dollars as determined by University Cost of Attendance

|  |  | ABST eligible |
|---|---:|---:|
| Food | 750.00 | 750 |
| Housing | 600.00 |  |
| Utilities | 100.00 |  |
| Supplies (medicine, sundries, publications, clothing) | 200.00 | 200 |
| Travel on-island and entertainment | 150.00 | 150 |
| *Sub-Total* | $1,800.00 US | $1100 |
| Approximately 10% of the students are married | x 1.10 |  |
| Total Average Monthly Spending per Student | $1,980.00 US | $1210 |
| Annual Spending | x 12 |  |
| Total Annual Spending per Student | $23,760.00 US | $14520 |
| Estimated 2 visitors per year, per student (hotels, trip expenses) | 2,000.00 | $2000 |
| Total Spending per year, per student | $25,760.00 US | $16,520 |
| Faculty spending is estimated to be 1.40 times per student | x 1.40 |  |
| Total spending per year, per faculty member | $36,064.00 US | $23,128 |

These numbers do not include income generated from departure taxes, drivers licenses and duty etc., paid by students and faculty. Transfer taxes, automobile purchases, etc.

AUA presently has 603 students x $23,760.00 spending $14,330,000 USD per year.
and
AUA also has 38 Faculty members x $36,064.00 spending $1,370,000 USD per year.

With the completion of the University's $ 35,000,000 USD campus:ar

AUA will have 1400 students x $23,760.00 spending $33,264,000 USD per year.
and
AUA also have 90 Faculty members x $36,064.00 spending $3,245,760 USD per year.