# EXHIBIT I

May 24, 2007

Sent Via:  Hand Delivered

The Hon. Baldwin Spencer
Prime Minister Antigua and Barbuda
Prime Minister's Office
Queen Elizabeth Highway
St. John's

RE:  *Campus and Pharmacology Building*

Dear Prime Minister Spencer:

Per our meeting of last week I am enclosing for your review a succinct (I hope) update on AUA's progress with regard to its' campus as well as the pharmacology building.

AUA is proceeding as planned with the campus, however, as you know. as of today's date, we still have not received the new contract for the land, resolved the ABST issues or received DCA approval of the new campus buildings.  Hopefully, these matters will be resolved in the near future.  You should also be aware that the fence to divide the campus and the military compound would have been erected by now except that it took us six weeks to clear it through customs.

In the meantime as you can see from the attached we are moving forward with the campus plans in good faith.

I look forward to seeing you at the formal ground breaking, if not sooner.

Thank you.

Sincerely yours.



Neal S. Simon
President


Enclosure(s)

NSS:kbk

00034

Corey Greenberg

From: Corey Greenberg
Sent: Thursday, May 17, 2007 11:37 AM
To: Neal Simon
Subject: Pre med update

Neal
Just to bring you up to date on the Pre med building progress and expenditures:

As you have stated to ALL of us many times we are committed to employing as many local Antiguans as possible to complete our projects. I think you will be happy to see how well we have accomplished meeting your goal. We have had work crews on the pre med campus for the past 4 weeks employing approximately 50 laborers and supervisors. We have spent to date $ e.c. 412,368.52

1) Landscaping $ e.c. 41,480.50  Peter Harker  Coolidge
2) Electrical repairs $ e.c. 38,970.70  Roberts Electrical Service St. Georges
3) Electrical repairs $ e.c. 19,579.85  Roberts
4) Transformer $ e.c. 8762.24      Roberts
5) Flagpoles $e.c. 4500  Samuel Ross
6) Painting exterior $ e.c. 30,562.73 Paradise Painters Pigott's Village
7) Cleaning interior of building $ e.c. 4200  David Jeffrey Pigott's Village
8) Lettering installation $ e.c. 2520 Sign Com St. John's
9) Classroom tables made on island $ e.c. 14,040 Jude Spencer
10) Engineering Reports: Addison Workman Engineers St. John
    $ e.c. 3495
    $ e.c. 2000
    $ e.c. 4590
11) Construction work Wilcon  Construction Sutherland's
   Casting driveway $ e.c. 72,000
   Repair outer wall of building $ e.c. 2000
   Interior wall demo $ e.c. 8500
   Repair floor and repour cement floor $ e.c. 6000
   Construct entry way wall and repair fencing $ e.c. 50,000
12) Tint windows $ e.c. 2040 McMarlon Ambrose
13) Driveway construction $ e.c. 64,800 Michael Josiah Pigott's Village
14) air conditioning $ e.c. 30,200 Refrigeration Services St. John
15) floor polishing $ e.c. 2127.50 Philip's Carpet Cleaning St. John


Although we still have finishing touches such as installing a new septic system , exterior lighting fixtures and some more cleaning up to do. We anticipate having to spend another $ e.c. 100,000 before we are up to speed.

We expect to be able to get the class in the next week to 10 days. I apologize for not being able to meet the goal of the start of semester.


Corey Greenberg
Chief Operating Officer
AUA College of Medicine
C/O Greater Caribbean Learning Resources
2 Wall Street, 10th Floor
New York, NY  10005

1