# EXHIBIT J

| | |
|---|---|
| From: | Matt Petersen |
| Sent: | Friday, June 01, 2007 6:46 PM |
| To: | shoulj@candw.ag |
| Subject: | From Neal Simon |
| Attachments: | 20010216023403408.pdf; 20010216023628870.pdf; 20010216023711807.pdf |

June 1, 2007

*Sent via: e-mail*

Dear Ambassador Shoul:

Thank you for your interest in AUA and taking the time to speak with me this morning.

As I indicated in our conversation, there are three areas that are of concern to AUA and specifically to particular members of the board and possibly our lender. They are as follows:

1. ABST tax impact on AUA as a business
2. ABST tax on campus
3. Lease of campus land

Please note I have been in discussion with the Prime Minister regarding these issues and he has been very supportive. The issue of ABST in general I have mentioned to the P.M. in a letter and conversation, however, until recently I did not believe it was an issue since under my reading of the law it does not apply to AUA.

Below please find my understanding and where accessible, back-up documents regarding each individual issue.

1 ABST

The agreement and charter between AUA and the Government of Antigua and Barbuda in paragraph 8.1 states:

8. Taxes and Duties

8.1 Government shall exercise its discretion in giving most favorable consideration to applications for exemption from customs duty and consumption tax on equipment, materials, or supplies imported by the Corporation for use by the University, the list of any such equipment, materials or supplies which may include but not limited to building materials, pre-fab buildings, furniture, furnishings, equipment, medical supplies, vehicles, computers, books and cadavers for the University's use. Applications are to be made to cabinet with the approved list to be vetted by the Ministry of Finance and the Ministry of works. Customs Service Tax must be paid.

On March 7th, 2006, Cabinet passed an application for Duty Free Concession. This document granted AUA an exemption from Duty and Consumption Tax. ( I have attached that decision as well as the January 23rd, 2004 Cabinet decision of the prior administration which I note is less restrictive than the March 7th 2006 cabinet decision.) (See attachment A)

1

00038

Case 1:14-cv-08410-DLC   Document 13-11   Filed 11/22/14   Page 3 of 12

Please note that the Agreement and Charter between Antigua and Barbuda is dated March 9th, 2007 because it was a condition of the agreement that AUA be granted a waiver on Duty and Consumption taxes. Therefore, the agreement was dated after the Cabinet decision of March 7th, 2006. The Minister of Finance took part in the later discussions.

In addition a review of ABST documents published by the government indicates that ABST does not apply to AUA. Government documents clearly state that ABST will replace Consumption Tax. (see attachment B) Since AUA is exempt from Consumption Tax it should be exempt from its replacement tax, ABST. Especially in view of the fact that the government has stated that ABST is not an additional tax. (see attachment C)

In addition, the ABST Registration Guide states under section 5 that a non taxable activity is ... "An activity to the extent that the activity involves the making of exempt supplies...."

Section 9 of the Registration Guide states "What are exempt supplies..." Exempt supplies include "Educational services including both private and state provided education..."

I also note that the ABST Importer and Exporter Guide states: "ABST and Goods imported to free zones..."

"A free zone is a designated area in which goods are treated as if they are outside the customs territory of Antigua and Barbuda and stored without payment of import duties and import ABST. Like import duty, ABST is suspended on goods placed in a free zone. When goods are removed from a free zone into consumption in Antigua and Barbuda, they are subject to payment of ABST".

2. ABST Tax on Campus

While theoretically this may be covered under point (1) the loan amount for the construction of the campus and the design and some contracts were entered into prior to the enactment of ABST.

Adding an additional 15% to cost of campus construction given the documentation we have provided to our lender could in the worst case cause cancellation of the loan and in best case cause us to reduce the size of the campus.

In my conversation with the P.M. he stated that there are a number of businesses in the same predicament and he expects the Parliament to act favorably on this issue in June.

3. Lease of Campus Land

A new lease was agreed to in March of 2007. A.G. was to prepare the new lease while in meantime advising the DCA to allow us to move forward with the process. I have just learned from Basil Stuart that as of today, DCA has agreed to allow us to move forward without the lease.

AUA continues to spend money on its campus project based on the good word of the P.M. and A.G. However, groundbreaking is planned for June 15th, 2007. Lenders and Government officials of India will be present. It will be difficult to explain the lack of lease to the above. However, if time constraints make the completion of a lease impossible by this date, I am prepared to continue to rely on the representations of the P.M. and A.G.

00039

In closing, let me also point out that AUA presently has over 700 students and approximately 40 faculty members, all who pay ABST on goods and services subject to ABST.

Sincerely yours,

Neal S. Simon

Attachment(s)

NSS:kbk



## IN THE CABINET OF ANTIGUA AND BARBUDA

### Tuesday 7th March, 2006

MAR 23 2006

### Application for Duty Free Concessions - American University of Antigua Campus

59. Cabinet agreed to grant to the American University of Antigua College of Medicine (AUACM) exemption from the payment of Duty and Consumption Tax on the importation of items imported for use by the University. These items include but are not limited to project buildings, furniture, office equipment, medical equipment, medical supplies, medical education equipment and building materials. This exemption does not include personal items of faculty members and/or students. The list of items and their quantities are to be submitted to and vetted by the Ministry of Works and the Ministry of Health. The Customs Service Tax and Environmental Levy (where applicable) must be paid on the items.

60. Cabinet also agreed to grant to American University of Antigua College of Medicine (AUACM) exemption from the payment of Duty and Consumption Tax on the importation of a maximum of five (5) Motor Vehicles to be used by the medical school for medical school business. The type of vehicles to be determined on consultation with the Ministry of Works. The Customs Service Tax and Environmental Levy must be paid on the vehicles.

00041

61. The concessions are subject to suspension or revocation should the American University of Antigua College of Medicine (AUACM) fail to use the concessions for the purposes for which they are granted and AUACM ANTIGUA shall be liable to pay the Government the amount of any relief or exemption already received pursuant to the Cabinet decision.

62. Cabinet noted that the Agreement and Charter for the American University of Antigua College of Medicine which currently operates on Friars Hill Road is to be executed by the Government and the University during the current week.

World Health Day 2006

decision of the Cabinet of Antigua and

Secretary to the Cabinet (Ag.)

C.99

## MINUTE

To            :    The Permanent Secretary, Ministry of Finance

From        :    Secretary to the Cabinet

Date         :    23rd January, 2004

Ref. No.   :    C.S. 1/5

### Application for Duty Free Concessions – American University of Antigua (AUA)

Further to its decision of 26th February, 2003, regarding the establishment of the American University School of Medicine of Antigua and Barbuda, Cabinet at a meeting held on Wednesday 7th January, 2004, agreed to the recommendation that as stated in its agreement between American University of Antigua (AUA) and Government of Antigua and Barbuda, the American University of Antigua should be granted exemption from Duty, Consumption Tax and Customs Service Tax on importation of goods to be used by the Medical School, its administration, faculty and students. These items include but are not limited to personal effects, furniture, office equipment, medical equipment, medical supplies and building materials.

Cabinet also agreed that American University of Antigua (AUA) should be granted exemption from Duty, Consumption Tax and Customs Service Tax on the importation of six (6) vehicles for use of the Medical School.

Secretary to the Cabinet

cc:   The Comptroller of Customs
      American University of America (AUA)

00043





We are exempt from consumption tax



*DID YOU KNOW?*

## THAT ... Prices may be affected when the ABST is introduced on January 29, 2007?

a. The introduction of the ABST will replace other taxes, including the consumption tax, restaurant and catering services tax and the telecommunications tax

b. During the early stages of ABST implementation the consumer prices for some goods purchased are likely to be subject to a "one time" increase as some goods would have been imported prior to the implementation date and may have been subject to the consumption tax and the ABST

c. The duration of the "one time" increase will depend on how fast merchants sell goods having consumption tax paid prior to January 29, 2007

d. There will be some goods such as prescription medications and pharmaceuticals where the ABST rate will be lower than the current consumption tax rate and it is expected that the price of these goods is likely to be lower

e. There will be goods such as cheese, eggs, rice, sugar, flour, milk, fish and meat for which the zero rate of ABST will be the same as the zero consumption tax rate and consequently the price is unlikely to be affected

f. In addition there will be goods such as coffee, automobiles, wine and most spirits for which the rate of ABST will be higher than the consumption tax rate and consequently the price is likely to be higher

For further information please refer to the Inland Revenue Department's Web site at:

WWW.AD.GOV.AG

or contact the Inland Revenue Department at:
1) Newgate Street
2) Email ABSTINFO@Gmail.com

00044



## Antigua and Barbuda Sales Tax (ABST)

**Pre-ABST System Applied to an Imported Product**

| | |
|---|---|
| CIF Value | 2000.00 |
| Import Duty @ 20% of CIF | 400.00 |
| Consumption Tax @ 20% of CIF | 400.00 |
| Customs Service Tax @ 10% of CIF | 200.00 |
| **Purchase Price** | **3000.00** |
| Add mark-up of 35% on purchase price | 1050.00 |
| **Selling Price** | **4050.00** |



**Antigua and Barbuda Sales Tax (ABST)**

**Post-ABST System Applied to an Imported Product**
**Sold by a <u>Registered</u> Taxpayer**
**ABST Rate—15%**

| | | |
|---|---:|---:|
| CIF Value | | 2000.00 |
| Import Duty @ 20% of CIF | | 400.00 |
| Customs Service Tax @10% of CIF | | 200.00 |
| Input ABST (15% of purchase price) | 390.00 | |
| **Purchase Price** | | **2600.00** |
| Add mark-up of 35% of purchase price | | 910.00 |
| **Selling Price** | | **3510.00** |
| Output ABST (15% of 3510.00) | | 526.50 |
| Price paid by consumer | | 4036.50 |

**Post-ABST System Applied to an Imported Product**
**Sold by a <u>Non-Registered</u> Taxpayer**
**ABST Rate—15%**

| | |
|---|---:|
| CIF Value | 2000.00 |
| Import Duty @ 20% of CIF | 400.00 |
| Customs Service Tax @10% of CIF | 200.00 |
| ABST (15% of purchase price) | 390.00 |
| **Purchase Price** | **2990.00** |
| Add mark-up of 35% of purchase price | 1046.50 |
| **Selling Price** | **4036.50** |

00046

# Ministry of Finance and the Economy

## ABST and the Consumer

### Antigua and Barbuda Sales Tax (ABST)

**Not an Additional Tax but Part of the Reformed Tax System.**

May 2006

## What is the Antigua and Barbuda Sales Tax

- A VAT-type consumption tax
- A broad-based tax on consumption
- A tax on supplies of goods and services
- A multi-stage transaction tax
- Registrants and Customs will collect the ABST on behalf of the government
- Registrants will off-set ABST paid on purchases and other costs against ABST collected on sales



Inland Revenue Department.
Newgate Street
St. John's Antigua
E-mail: abstinfo@gmail.com



## On-Island Spending by Faculty and Students

I. Monthly per student spending as in U.S. dollars as determined by University Cost of Attendance

|  |  | ABST eligible |
|---|---:|---:|
| Food | 750.00 | 750 |
| Housing | 600.00 |  |
| Utilities | 100.00 |  |
| Supplies (medicine, sundries, publications, clothing) | 200.00 | 200 |
| Travel on-island and entertainment | 150.00 | 150 |
| *Sub-Total* | $1,800.00 US | $1100 |
| Approximately 10% of the students are married | x 1.10 |  |
| Total Average Monthly Spending per Student | $1,980.00 US | $1210 |
| Annual Spending | x 12 |  |
| Total Annual Spending per Student | $23,760.00 US | $14520 |
| Estimated 2 visitors per year, per student (hotels, trip expenses) | 2,000.00 | $2000 |
| Total Spending per year, per student | $25,760.00 US | $16,520 |
| Faculty spending is estimated to be 1.40 times per student | x 1.40 |  |
| Total spending per year, per faculty member | $36,064.00 US | $23,128 |

These numbers do not include income generated from departure taxes, drivers licenses and duty etc., paid by students and faculty. Transfer taxes, automobile purchases, etc.

AUA presently has 603 students x $23,760.00 spending $14,330,000 USD per year.
and
AUA also has 38 Faculty members x $36,064.00 spending $1,370,000 USD per year.

With the completion of the University's $ 35,000,000 USD campus:ar

AUA will have 1400 students x $23,760.00 spending $33,264,000 USD per year.
and
AUA also have 90 Faculty members x $36,064.00 spending $3,245,760 USD per year.