# EXHIBIT N

From:          bstuart@auamed.net
Sent:          Monday, October 01, 2007 5:41 AM
To:            Corey Greenberg; Neal Simon; Matt Petersen
Subject:       Re: ABST

Not at this time we should keep a record of all ABST paid and we can reclaime it from the government. I will continue to work with tax complance dept for a way out satifactory to both sides. At this time the imports are the easy ones to deal with because it has no applicable taxes as yet

Basil
Sent from my BlackBerry® wireless device from Cable & Wireless

-----Original Message-----
From: "Corey Greenberg" <cgreenberg@AUAMED.ORG>

Date: Sun, 30 Sep 2007 10:51:03
To:<bstuart@auamed.net>
Subject: FW: ABST

---------------

 From: Corey Greenberg
Sent: Sun 9/30/2007 10:50 AM
To: Neal Simon; Matt Petersen; bstuart@auamed.net
Subject: ABST

With all the contracts and local purchasing for the campus, is there any documentation we can provide to suppliers that would eliminate the need for us to be billed for ABST, satify their tax commitment to the government and eliminate all the paperwork required by us to get the rebates from the government?

Corey

1