# EXHIBIT O

From: Matt Petersen
Sent: Wednesday, January 23, 2008 10:51 AM
To: Dr. Peter Bell; bstuart@auamed.net

Did we ever get an official document on ABST and other taxes