# EXHIBIT P

| | |
|---|---|
| From: | bstuart@auamed.net |
| Sent: | Wednesday, January 23, 2008 12:20 PM |
| To: | Matt Petersen |
| Subject: | Re: |

Not as far as I know
Sent from my BlackBerry® wireless device from Cable & Wireless

-----Original Message-----
From: "Matt Petersen" <mpetersen@auamed.org>

Date: Wed, 23 Jan 2008 10:51:00
To:"Dr. Peter Bell" <pbell@auamed.net>,<bstuart@auamed.net>
Subject:

Did we ever get an official document on ABST and other taxes