# EXHIBIT Q

| | |
|---|---|
| From: | Matt Petersen |
| Sent: | Wednesday, October 21, 2009 10:58 AM |
| To: | revenue@antigua.gov.ag |
| Cc: | finance@auamed.org |

Dear Mr. McLaren

I would like to touch base with you regarding American University of Antigua's yet to be provided request for reimbursement of paid ABST taxes. Would you pls let me know a convenient time for which the two of us could speak.

Regards
Matt Petersen
CFO
American University of Antigua

1

00146