# EXHIBIT V

| | |
|---|---|
| **From:** | bstuart@auamed.net |
| **Sent:** | Tuesday, November 17, 2009 8:04 PM |
| **To:** | Matt Petersen; Jackie Williams; Lyle Novick |
| **Subject:** | Re: American University of Antigua-ABST Taxes |

When this was discussed Mr McLaren told us that the mechanism was not in place for the local vendor not to collect the tax. That some number or identification will have to be developed so the Tax department can issue to the school so the vendor can use so the tax department can identify the company that is exempted

Sent from my BlackBerry® wireless device from LIME.

---

**From:** "Matt Petersen" <mpetersen@auamed.org>
**Date:** Tue, 17 Nov 2009 17:39:52 -0500
**To:** Jackie Williams<jwilliams@auamed.net>; Lyle Novick<lnovick@AUAMED.ORG>
**Cc:** Basil Stuart<bstuart@auamed.net>
**Subject:** RE: American University of Antigua-ABST Taxes

Group – we need an accounting of the abst spent to date asap. Pls also provide the below mentioned letter

---

**From:** Williams, Jackie [mailto:jwilliams@auamed.net]
**Sent:** Tuesday, November 17, 2009 2:10 PM
**To:** Lyle Novick
**Cc:** Matt Petersen; Basil Stuart
**Subject:** RE: American University of Antigua-ABST Taxes

I don't understand what they mean by we should go to the business places to recover the ABST. I thought the ABST is paid over to the government by these businesses. I would like to propose that we reproduce the Aug 2007 letter mentioned, and henceforth cease paying ABST to local suppliers of goods and services, as outlined in paragraph 3 below.

---

**From:** Lyle Novick [mailto:lnovick@AUAMED.ORG]
**Sent:** Tuesday, November 17, 2009 12:45 PM
**To:** Williams, Jackie
**Cc:** Peterson, Matt; Stuart, Basil
**Subject:** FW: American University of Antigua-ABST Taxes

Just received this email from the American University of Antigua-ABST Taxes department.

Lyle S. Novick
Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor
New York, NY 10005
Tel 212.661.8899    Ext. 168
lnovick@auamed.org

---

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 11:30 AM
**To:** Lyle Novick; Cleo T. Wallace
**Subject:** Fwd: American University of Antigua-ABST Taxes

1

00182

Dear Mr. Lyle Novick,

In the response to your email, Mr. Doug McLaren the Director of the Antigua and Barbuda Sales Tax informed me that a letter was written to your establishment pertaining to the ABST. The Letter dated 31 August 2007 stated that Activities within the Free Trade and Processing Zone Act 1994 contains a number of provisions dealing with the treatment of licenses wich I understand you to be. Section 14 (c) and (d) reproduced below allows for the importation of materials for the construction of permisees and for the operations carried on within the Free Trade and Processing Zone. This would cover the direct imports and relieve them from ABST.

Section 14 Notwithstanding any law to the contrary and subject only to this Act a licensee shall during the currency of his licene be -(c) exempted fromt he payment of taxes an other duties on the importation of machinery, equipment, spare parts, construction material and other items needed to construct and operate facilities within the free trad and processing zone. (d) exempted from payment of duty and other taxes on the importatin or raw materials and other goods to be incorporated in the products produced or assembled within or to be utilized in the performance of services within the free trade and processing zone.

Section 18 of the Free Trade and Processing Zone Act 1994 alllows domestics supplies of both goods and services to a licencee in the Zone to be treated as imports into the zone and exports from Antigua and Barbuda. This would cover domestics supplies into the zone and relieve them from ABST. (3) Any goods and services sold by companies withing Antigua and Barbuda and sent into the Free Trade and processing Zone shall be considered as imports into the Free Trade and Processing Zone and as exports fromAntigua and Barbuda.

We are therefore advising you to return to the business places to recover the ABST that was spent. When approacing the Manager you will have to provide them with the letter dated 31st August 2007 which was sent to Mr. Basil Staurt the Administration Director of the American university of Antigua, with regards to the provisons that were made.

If any problems occur you can inform me Ms. Cleo Wallace ABST Registration Supervisor, Ms. Nerissa Gomes Audit Supervisor, Everton Gonsalves, Coordinator of ABST Implementation Team or Douglas McLaren The Director of ABST.

Waiting for a quick response.

Sincerely,

_____
Cleo Wallace
ABST Registration Supervisor


On Tue, Nov 17, 2009 at 9:53 AM, Lyle Novick <lnovick@auamed.org> wrote:

Ms Wallace:


Could you please provide me the link or the website address so I can get this refund form.

2

00183