# SCHEDULE 1

AUA
ABST Taxes
As of 10/31/09

| Vendor Name | Pay date | ABST (EC$) | Payment (EC$) | ABST (US$) | Payment (US$) | |
|---|---|---|---|---|---|---|
| Leeward Construction Company Ltd. | 08/31/2009 | 5,382.44 | 41,265.35 | 2,002.25 | 15,350.55 | USI-1st & final Wire pay. for construction of concrete pads for A/C works-EC$41,265.35 |
| Leeward Construction Company Ltd. | 09/11/2009 | 16,554.81 | 129,920.22 | 6,158.33 | 48,329.82 | USI-Ck#0387-Pay.#2 for Doors & Windows fixing-EC$126,920.23 |
| Leeward Construction Company Ltd. | 09/11/2009 | 1,500.00 | 11,499.99 | 557.99 | 4,277.95 | USI-Ck#0386-Pay.#1 for Install. of down pipes for service building-EC$11,500.00 |
| Leeward Construction Company Ltd. | 09/11/2009 | 4,649.91 | 35,649.27 | 1,729.75 | 13,261.39 | USI-Ck#0388-Advance pay. for Install. of toilet fixtures-EC$35,649.29 |
| Leeward Construction Company Ltd. | 09/11/2009 | 502.50 | 3,852.49 | 186.93 | 1,433.11 | USI-Ck#0389-Pay. for plyboard flooring Serv. building-EC$3,852.50 |
| Leeward Construction Company Ltd. | 09/21/2009 | 3,883.13 | 29,770.61 | 1,444.51 | 11,074.55 | USI-Ck#0396-Pay. for Civil Works in Data Centre-EC$29,770.63 |
| Leeward Construction Company Ltd. | 09/21/2009 | 4,529.36 | 34,725.07 | 1,684.90 | 12,917.59 | USI-Ck#0397-Pay.#2 for additional works for Glazing-EC$34,725.07 |
| Leeward Construction Company Ltd. | 09/29/2009 | 109,091.84 | 811,177.04 | 40,581.74 | 301,754.72 | Wire pay.#22 for measured works/Add'l plastering works for Amphitheatre-EC$950,092.12 |
| Leeward Construction Company Ltd. | 10/01/2009 | 8,586.66 | 65,831.03 | 3,194.20 | 24,488.89 | USI-Ck#0428-Releasing of 10% of retention for pay.#22-EC$65,831.06 |
| Leeward Construction Company Ltd. | 10/01/2009 | 12,190.80 | 93,462.80 | 4,534.93 | 34,767.80 | USI-Ck#0432-Pay.#4 for floor tiling/layting works-EC$93,462.80 |
| Leeward Construction Company Ltd. | 10/01/2009 | 4,676.40 | 35,852.36 | 1,739.60 | 13,336.94 | USI-Ck#0433-Pay.#1 for Concrete Band-EC$35,852.38 |
| Leeward Construction Company Ltd. | 10/14/2009 | 5,040.73 | 38,645.56 | 1,875.13 | 14,376.00 | USI-Wire pay.#4 for measured works-Doors & window fixings-EC$38,645.57 |
| Leeward Construction Company Ltd. | 10/26/2009 | 15,729.44 | 120,592.36 | 5,851.29 | 44,859.89 | USI- Wire pay. for Measured Works/Materials on Site-EC$120,592.35 |
| | | 3,788,500.87 | 22,659,818.84 | 1,409,307.67 | 8,429,364.94 | |

AUA
ABST Taxes
As of 10/31/09

| Vendor Name | Pay date | ABST (EC$) | Payment (EC$) | ABST (US$) | Payment (US$) | |
|---|---|---|---|---|---|---|
| Leeward | 1/2/2008 | 1,682.92 | 12,902.43 | 626.04 | 4,799.65 | |
| Leeward | 1/2/2008 | 14,955.32 | 114,657.51 | 5,563.32 | 42,652.15 | |
| Leeward | 1/10/2008 | 2,166.70 | 2,166.70 | 806.00 | 806.00 | |
| Leeward | 1/10/2008 | 3,523.39 | 27,012.72 | 1,310.69 | 10,048.63 | |
| Leeward | 1/18/2008 | 27,149.52 | 208,146.32 | 10,099.52 | 77,429.63 | |
| Leeward | 1/18/2008 | 45,133.47 | 346,023.27 | 16,789.48 | 128,719.32 | |
| Leeward | 3/7/2008 | 50,731.36 | 338,209.13 | 18,871.87 | 125,812.49 | |
| Leeward | 4/22/2008 | 50,075.05 | 383,908.72 | 18,627.72 | 142,812.56 | |
| Leeward | 4/28/2008 | 812.32 | 6,227.82 | 302.18 | 2,316.72 | |
| Leeward | 4/28/2008 | 1,954.33 | 14,983.20 | 727.00 | 5,573.69 | |
| Leeward | 4/28/2008 | 2,203.53 | 16,893.71 | 819.70 | 6,284.39 | |
| Leeward | 4/28/2008 | 6,227.18 | 47,741.74 | 2,316.49 | 17,759.74 | |
| Leeward | 4/28/2008 | 3,448.29 | 26,436.95 | 1,282.75 | 9,834.44 | |
| Leeward | 5/1/2008 | 456.27 | 3,498.05 | 169.73 | 1,301.26 | |
| Leeward | 5/22/2008 | 100,401.43 | 769,744.28 | 37,348.94 | 286,341.89 | |
| Leeward | 6/2/2008 | 65,398.02 | 201,384.81 | 24,327.81 | 74,914.37 | |
| Leeward | 6/9/2008 | 36,586.04 | 280,493.00 | 13,609.87 | 104,342.31 | |
| Leeward | 6/9/2008 | 36,694.52 | 281,324.67 | 13,650.22 | 104,651.69 | |
| Leeward | 6/20/2008 | 46,519.90 | 356,652.55 | 17,305.22 | 132,673.37 | |
| Leeward Construction Company Ltd. | 07/30/2008 | 176,431.68 | 1,352,642.90 | 65,631.90 | 503,177.93 | |
| Leeward Construction Company Ltd. | 08/27/2008 | 4,189.18 | 32,117.03 | 1,558.36 | 11,947.41 | |
| Leeward Construction Company Ltd. | 08/27/2008 | 9,086.39 | 69,662.29 | 3,380.10 | 25,914.10 | |
| Leeward Construction Company Ltd. | 08/27/2008 | 12,107.49 | 92,824.12 | 4,503.94 | 34,530.21 | |
| Leeward Construction Company Ltd. | 08/27/2008 | 44,732.96 | 342,952.68 | 16,640.49 | 127,577.07 | |
| Leeward Construction Company Ltd. | 9/18/2008 | 24.01 | 184.10 | 8.93 | 68.48 | |
| Leeward Construction Company Ltd. | 9/18/2008 | 42.75 | 327.77 | 15.90 | 121.93 | |
| Leeward Construction Company Ltd. | 9/18/2008 | 102.86 | 788.60 | 38.26 | 293.36 | |
| Leeward Construction Company Ltd. | 9/18/2008 | 115.98 | 889.15 | 43.14 | 330.76 | |
| Leeward Construction Company Ltd. | 9/18/2008 | 2,556.93 | 19,603.16 | 951.17 | 7,292.30 | |
| Leeward Construction Company Ltd. | 9/18/2008 | 4,604.36 | 4,604.36 | 1,712.80 | 1,712.80 | |
| Leeward Construction Company Ltd. | 10/01/2008 | 9,666.98 | 173,966.86 | 3,596.08 | 64,715.00 | |
| Leeward Construction Company Ltd. | 10/14/2008 | 143,779.67 | 1,102,310.84 | 53,485.48 | 410,055.37 | |
| Leeward Construction Company Ltd. | 10/31/2008 | 139,010.23 | 217,502.48 | 51,711.27 | 80,910.08 | |
| Leeward Construction Company Ltd. | 11/19/2008 | 107,788.27 | 856,354.74 | 40,096.82 | 318,560.65 | |
| Leeward Construction Company | 12/16/2008 | 409,676.77 | 1,184,395.25 | 152,398.17 | 440,590.45 | |
| Leeward Construction Company | 01/13/2009 | 550,835.46 | 930,653.85 | 204,908.66 | 346,199.63 | |
| Leeward Construction Company | 02/18/2009 | 230,721.53 | 1,768,865.09 | 85,827.52 | 658,010.97 | |
| Leeward Construction Company Ltd. | 03/23/2009 | 410,551.87 | 3,147,564.36 | 152,723.71 | 1,170,881.76 | |
| Leeward Construction Company | 04/20/2009 | 415,282.54 | 3,183,832.95 | 154,483.50 | 1,184,373.54 | |
| Leeward Construction Company Ltd. | 04/17/2009 | 196,410.71 | 1,505,815.46 | 73,064.02 | 560,157.53 | |
| Leeward Construction Company Ltd. | 06/22/2009 | 209,080.45 | 1,602,950.14 | 77,777.12 | 596,291.25 | USI-Wire pay.#19 measured works/Materials on site for Classroom/Library/Nurses-EC$596,291.25 |
| Leeward Construction Company Ltd. | 08/20/2009 | 11,212.67 | 85,963.77 | 4,171.07 | 31,978.19 | USI-Wire pay.#1 for Phase I:For laying tiles to Classroom/Library/Nurses-EC$85,963.77 |
| Leeward Construction Company Ltd. | 08/25/2009 | 1,908.40 | 14,631.07 | 709.92 | 5,442.70 | USI-Ck#0360-Pay.#2 for screed work:Floor tiles-Classroom/Library-EC$14631.07 |
| Leeward Construction Company Ltd. | 08/25/2009 | 2,919.79 | 22,385.02 | 1,086.15 | 8,327.14 | USI-Ck#0361-Pay.#2 for terrace screed work:Classroom/Library/Nurses-EC$22,385.04 |
| Leeward Construction Company Ltd. | 08/25/2009 | 3,474.86 | 26,640.60 | 1,292.63 | 9,910.20 | USI-Ck#0365-Pay.#1 for additional works for Glazing-Classroom/Library/Nurses-EC$26,640.61 |
| Leeward Construction Company Ltd. | 08/25/2009 | 3,748.50 | 28,738.50 | 1,394.43 | 10,690.61 | USI-Ck#0366-Pay.#1 for floor screed work-Classroom/Library-Nurses-EC$28,738.50 |