# EXHIBIT CC

## ENTERPRISE REPORT

Ent.\Taxpayer No.: 7180     021187              Enterprise Type: CORPORATION
Registered Name: AMERICAN UNIVERSITY OF ANTIGUA INC.
   Trade Name: AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF ME
     Owned By:
Mailing Address: JASMINE COURT
        Village: ST. JOHN'S                    Parish: St. John's
     Phone No.: 481-8860                       Country: ANTIGUA
       Fax No.: 481-8880
E-mail Address:
Registration No.: 4718
                                               Registration Date: 10-OCT-2003
      Resident?: Y                             Social Sec. No.: 8208
Foreign Parent: GREATER CARIBBEAN LEARNING RESOURCE
       Address: 501 FIFTH AVENUE
       Country:
         Phone: 121 661-8899
                                                        Fax:
    Start Date: 10-OCT-2003                    Close Date:
Fisc. Year Start: 01/10                        Fisc. Year End: 30/09
  Contact Name:
         Title:                                Enterprise Type:
                                               Contact Phone:
Repr. No./Name:
    Repr. Type:                                Repr. Reason:
          Bank:
  Branch Addr.:                                Bank Acct. No.:
   NSF Status: N
                       No. of Shares: 50000            Share Value: 50,000.00

Trade Type                          Business Activities

INACTIVITY PERIODS

| Period No. | Start Date | End Date | Restart Date |
|---|---|---|---|
| | | | |

COMMISSIONER OF INLAND REVENUE

ESTABLISHMENTS

| Est. No. | Name/Address | | City |
|---|---|---|---|
| 7083 | AMERICAN UNIVERSITYU OF ANTIGUA COLLEGE OF ME | JASMINE COURT | ST. JOHN'S |

INLAND REVENUE DEPARTMENT
SEP 2 5 2013
ANTIGUA

*Inland Revenue Department - ANTIGUA & BARBUDA*

00409

AMERICAN ARBITRATION ASSOCATION
CONSTRUCTION INDUSTRY ARBITRATION RULES

| | |
|---|---|
| LEEWARD CONSTRUCTION COMPANY, Ltd.<br><br>     Claimant,<br><br>v.<br><br>AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE C/O GCLR, INC.<br><br>     Respondent. | Case No. 50 110 T 00118 13<br><br><u>EXHIBIT CC</u><br><u>IN FURTHER SUPPORT OF AUA'S CROSS-MOTION FOR AN ORDER STRIKING CLAIMANT'S DEFENSES AND AWARDING SUMMARY JUDGMENT TO RESPONDENT ON ITS ABST RELATED CLAIMS AND IN FURTHER OPPOSITION TO CLAIMANT'S MOTION TO DISMISS</u> |

Respectfully submitted:
Leonard A. Sclafani, Esq.
Law Offices of Leonard A. Sclafani, Esq.
One Battery Park Plaza, 33rd Fl.
New York, New York 10004
212-696-9880
las@lasattorneys.com