# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| American University of Antigua College of Medicine | Plaintiff, |
| -v- | |
| Leeward Construction Company, Ltd. | |
| | Defendant. |

Case No. 2014-8410

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

American University of Antigua College of Medicine   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Maniipal Education American, LLC (not publicly held)
Manipal Education (Mauritius) Private Limited (not publicly held)
Manipal Global Education Services Private Limited (not publicly held)
Manipal Academic Services Private Limited (not publicly held)
MEMG International Limited (not publicly held)

**Date:** December 2, 2014

Leonard A. Sclafani, Esq.

Digitally signed by Leonard A. Sclafani, Esq.
DN: cn=Leonard A. Sclafani, Esq., o=Law Offices of Leonard A. Sclafani, Esq., ou, email=las@lasattorneys.com, c=US
Date: 2014.12.02 12:22:22 -05'00'

**Signature of Attorney**

**Attorney Bar Code:** ls8306