United States District Court
Southern District of New York
-----------------------------------------------x
American University of Antigua            Case No.
College of Medicine                        ECF Case
                        Petitioner,

against

Leeward Construction Company Ltd
                        Respondents.
-----------------------------------------------x

AFFIDAVIT OF SERVICE

    I **Rowan Knight** of Potters Village in the Parish of St John in the Island of Antigua do solemnly declare and affirm as follows:

1. I am a Bailiff of the High Court of Justice in the City of St. John in the Island of Antigua.

2. On the 24th November, 2014, I served the following documents on the Leeward Construction Company Ltd, the Respondents herein, by serving the Registered Office of the Respondents at All Saint Road in the Parish of St. John in the Island of Antigua. The documents so served are as follows:

   1. Summons
   2. Notice of Petition/Motion, Petition and supporting exhibits
   3. Memorandum of Law in Support of Petition/Motion
   4. SDNY Civil Cover Sheet
   5. SDNY Statement of Relatedness
   6. Judge Lewis Kaplan's rules
   7. SDNY Electronic Filing Rules and Instructions

3. I hereby confirm that the contents of this affidavit are true and correct.

Sworn to at the High Court of       )
Justice, Parliament Drive, in the   )
City of St. John's in the Island of )
Antigua this....24th...of **November** )   ...................................
2014 before and in the presence of: )   ROWAN KNIGHT
                                    )

................................
NOTARY PUBLIC

**Stacy A. Richards-Anjo**
*Notary Public*
My Commission is Indefinite