UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AMERICAN UNIVERSITY OF ANTIGUA --
COLLEGE OF MEDICINE

                       Petitioner,

          -against-

LEEWARD CONSTRUCTION COMPANY, LTD.

                      Respondent.

-------------------------------------------------------------------x

**RULE 7.1 DISCLOSURE
STATEMENT**

Case No. 14-cv-8410 DLC/GWG

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Leeward Construction Company, Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

          None.

Dated: Poughkeepsie, New York
       December 11, 2014

By:    LEWIS & GREER, P.C.

_____
Veronica A. McMillan, Esq. (VM 1107)
**LEWIS & GREER, P.C.**
*Attorney for Respondent,*
*Leeward Construction Co., Ltd.*
510 Haight Avenue, Suite 202
Poughkeepsie, New York 12603
Telephone: (845) 454-1200