

301



#302



#303