```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AMERICAN UNIVERSITY OF ANTIGUA          :
COLLEGE OF MEDECINE,                    :
                                        :    14cv8410 (DLC)
                    Plaintiff,          :
                                        :    ORDER
         -v-                            :
                                        :
LEEWARD CONSTRUCTION COMPANY, LTD.,     :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 21, 2014, plaintiff filed an application seeking confirmation and enforcement of an arbitration award. A November 6 Order called for defendant's opposition, if any, by December 12 and for plaintiff's reply, if any, by December 19.

On December 11, defendant filed a cross-application to deny enforcement, vacate, or modify the arbitration award and an accompanying memorandum of law that serves both as opposition to plaintiff's application to confirm and enforce the award, and as support for defendant's cross-application to deny, vacate, or modify the award. Accordingly, it is hereby

ORDERED that plaintiff's December 19 reply, if any, shall also include plaintiff's opposition, if any, to defendant's December 11 cross-application.

IT IS FURTHER ORDERED that defendant's reply, if any, to plaintiff's opposition, if any, to defendant's December 11 cross-application is due by January 9, 2015.  At the time defendant's reply is served, the parties shall jointly submit two (2) courtesy copies of all application and cross-application papers to Chambers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:     New York, New York
           December 12, 2014

                                              DENISE COTE
                                United States District Judge