UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,                           Case No. 1:14-CV-8410-DLC/GWG
                                               (ECF CASE)

                          Petitioner,

            -against-

LEEWARD CONSTRUCTION COMPANY, LTD.,

                          Respondent.
----------------------------------------------------------------x

**SUPPLEMENT #1 (EXHIBITS)**
to
**RESPONDENT'S MEMORANDUM OF LAW IN SUPPORT OF CROSS-MOTION
TO DENY ENFORCEMENT, VACATE AND/OR MODIFY AND IN OPPOSITION TO
<u>THE PETITION AND MOTION TO CONFIRM ARBITRATION AWARD</u>**

Dated: Poughkeepsie, New York
            December 11, 2014

                                    Respectfully Submitted:

                                    **LEWIS & GREER, P. C.**
                                    *Attorney for Respondent,*
                                    *Leeward Construction Company, Ltd.*
                                    510 Haight Avenue, P. O. Box 2990
                                    Poughkeepsie, New York 12603
                                    Telephone: 845-454-1200

OF COUNSEL:
Veronica A. McMillan, Esq.
J. Scott Greer, Esq.