

301

#302

#303