UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**AMERICAN UNIVERSITY OF ANTIGUA,**

        Plaintiff,

  v.

**LEEWARD CONSTRUCTION COMPANY, LTD.**

        Defendant.

No. 1:14-cv-08410 (DLC)

ECF CASE

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Petitioner American University of Antigua College of Medicine in the above-captioned action.

Dated:  February 17, 2015

Respectfully submitted,

    ___s/ James M. Hirschhorn_____
James M. Hirschhorn
SILLS CUMMIS & GROSS P.C.
101 Park Avenue, 28th Floor
New York, NY 10178
(212) 643-7000
(212) 643-6500 (fax)
jhirschhorn@sillscummis.com

*Attorneys for Petitioner American University of Antigua College of Medicine*