UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA, <br><br> Petitioner, <br><br> v. <br><br> LEEWARD CONSTRUCTION COMPANY, LTD. <br><br> Respondent. | No. 1:14-cv-08410 (DLC) <br><br> ECF CASE <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Petitioner American University of Antigua College of Medicine in the above-captioned action.

Dated:  February 17, 2015

Respectfully submitted,

　s/ Gregory E. Reid　
Gregory E. Reid
SILLS CUMMIS & GROSS P.C.
101 Park Avenue, 28th Floor
New York, NY 10178
(212) 643-7000
(212) 643-6500 (fax)
greid@sillscummis.com

*Attorneys for Petitioner American University of Antigua College of Medicine*