

Lou Lewis
J. Scott Greer
Veronica A. McMillan*†

Joan Quinn**
Paul E. Denbaum

*Also Admitted in New Jersey
**Also Admitted in Massachusetts
†Registered Nurse

510 Haight Avenue
Poughkeepsie, New York 12603

(845) 454-1200
fax (845) 454-3315
www.lewisgreer.com

Mailing Address

P.O. Box 2990
Poughkeepsie, NY 12603

February 18, 2015

**VIA ECF ONLY**
Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

  Re: American University of Antigua College of Medicine v. Leeward Construction
     Company, Ltd.
     Civ. Docket No. 1:14-cv-07410-DLC
     Our File No. 966-04

Dear Judge Cote:

  This office represents Leeward Construction Company, Ltd. ("Leeward") in the above-referenced matter. We write with regard to the AUA's February 17, 2015 motion filing and request for an expedited briefing schedule.

  First, the Court will note that Leeward has not taken any steps to enforce the Corrected Amended Judgment entered on June 11, 2013 in *Leeward Constr. Co. Ltd. v. American University of Antigua – College of Medicine*, Docket No. 1:12-CV-06280 (Kaplan, J.) during the extended pendency of the AUA's appeal and attendant stay. The AUA's appeal was initially filed on May 2, 2013. The appeal was withdrawn with permission to re-file pursuant to United States Court of Appeals for the Second Circuit Local Rule 42.1 via stipulations of the parties dated August 19, 2013, July 29, 2014, and November 18, 2014. The last stipulation extended the AUA's time to reinstate its appeal through February 2, 2015. As AUA's counsel provides in his February 17, 2015 correspondence, the AUA has now perfected its appeal to the United States Court of Appeals for the Second Circuit and Leeward's opposition brief is due on March 16, 2015.

  Despite the existing stay, the AUA has now elected to bring on the underlying motion for an order of attachment and other relief, a mere four (4) days after perfecting its appeal and during the pendency of Leeward's time to oppose the appeal. To further complicate this matter, AUA asks the Court to expedite the briefing schedule by reducing Leeward's time to respond to the

Hon. Denise L. Cote
February 18, 2015
Page 2 of 2

motion by four (4) days but not reducing its own time to reply under the terms of Local Civil Rule 6.1(b). Leeward respectfully submits that decreasing its time to respond to the motion only, is unfair and unnecessary. Further, granting Leeward adequate time to respond to the pending motion will have no adverse consequences to the AUA given the stay. Accordingly, Leeward requests that the Court, at a minimum, grant it the full time provided by Local Civil Rule 6.1(b) to oppose the AUA's motion. In light of the pending appeal, Leeward asks that the Court consider extending its time to oppose the AUA's motion until a date after its opposition brief is due in the appeal – March 16, 2015.

Please do not hesitate to contact our office with any questions or concerns. We look forward to hearing from you.

Very truly yours,

**LEWIS & GREER, P.C.**

Veronica A. McMillan

VAM/mlb
cc:   James Hirschhorn, Esq. (via ECF only)