UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
:
AMERICAN UNIVERSITY OF ANTIGUA                :
COLLEGE OF MEDECINE,                          :
                              :       14cv8410 (DLC)
                      Petitioner,       :
                              :          ORDER
          -v-                 :
                              :
LEEWARD CONSTRUCTION COMPANY, LTD.,           :
                              :
                    Respondent.       :
                              :
---------------------------------------X

DENISE COTE, District Judge:

     On February 17, 2015, petitioner filed a motion seeking (1)

an order attaching respondent's interest in a June 11, 2013

Corrected Amended Judgment entered in case number 12cv6280 (LAK)

and the related supersedeas bond, and (2) a preliminary

injunction enjoining respondent from enforcing the Corrected

Amended Judgment in violation of a May 8, 2013 stay agreement.

Petitioner also requested an expedited briefing schedule on the

motion to assure that the preliminary relief it requests is in

place before the determination of an appeal that could terminate

the stay.  That appeal will be fully briefed on March 30.

     By letter of February 18, respondent opposes petitioner's

request for an expedited briefing schedule and requests an

extended briefing schedule in light of the pending appeal.

Accordingly, it hereby

ORDERED that respondent's opposition to the motion is due

by **March 6**.  Petitioner's reply, if any, is due by **March 13**.  At

the time any reply is served, petitioner shall submit two (2)

courtesy copies of all motion papers to Chambers by mailing or

delivering them to the United States Courthouse, 500 Pearl

Street, New York, New York, 10007.

Dated:    New York, New York
          February 18, 2015

_____
                DENISE COTE
       United States District Judge