

**American University of Antigua**
Manipal Education



**Manipal**
INSPIRED BY LIFE

September 28, 2010

Honorable Justin L. Simon
Attorney General
Antigua and Barbuda

Dear Attorney General Simon:

I write to follow up on the points discussed at our August 10, 2010 meeting with you, as well as prior discussions I had with the Hon. Prime Minister and Minister of Health.

During our meeting there were three issues discussed that we believe will bring a mutually beneficial resolution.

The three issues were, as I recall, the following:

1. AUA's debt to the Free Trade Zone which we have made a partial payment on August 16, 2010.

2. AUA's refund from the government for ABST amounts to over US$2,400,000.

3. The university's proposed plans for expansion of its campus in a number of different educational and healthcare fields and its need for additional land in order to effectuate that expansion.

AUA has indicated that it desires to obtain an additional 14 acres in the Free Trade Zone surrounding its present location to be able to expand its programs and related facilities.

It is our belief that once we are able to obtain the necessary land, we will be able to begin these projects almost immediately. This will result in the immediate creation of a minimum of 75 construction related jobs. Once construction is it is in full operational mode, an additional 150 to 200 construction jobs will be created.

The construction projects which will be located on the 14 additional acres include the following:

1. A 50-bed teaching hospital. The hospital will provide specialty services that are not



**American University of Antigua**
**Manipal Education**



**Manipal**
INSPIRED BY LIFE

presently available in Antigua. It will be used to establish a medical tourism industry and in addition will provide needed medical services to citizens of Antigua and Barbuda.

2. A distance learning facility. The facility will be used to incorporate the Manipal model for "flexible distance-learning". These distance learning programs can lead to Bachelors and Masters Degrees in a variety of fields including finance, management, business administration, as well as various certificate programs. It is believed that the distance learning model would attract students primarily from the Caribbean region, specifically from Antigua and Barbuda.

3. On-campus housing limited to new students (144 units). This will allow the university to attract additional students to its medical school.

4. A private primary school. The primary school will incorporate the software from Manipal University which is used worldwide, that was recently presented to the government of Antigua and Barbuda.

5. Classroom expansion to accommodate growth of the university's medical school students and for additional programs.

6. Parking facilities for an additional 250 cars.

7. Storage facilities.

8. Connecting pathways between AICASA and AUA main campus

9. Additional park-like landscaping.

It is estimated that to complete the above projects, it will cost the university approximately US$75,000,000. It will result in additional health care and educational opportunities for the citizens of Antigua and Barbuda and will also substantially increase the number of students who come from the United States and other countries outside the Caribbean region to obtain an education in Antigua.

Once all of the above projects are operational, they will result in AUA providing opportunities for permanent employment of at least an additional 150 citizens from Antigua and Barbuda. I believe the number of job opportunities, once these projects are in operation, should actually exceed 230 employment opportunities which do not include physicians who work under limited license on a temporary basis at the new teaching hospital.

c/o GCLR, LLC, 2 Wall Street, • New York, NY 10005 • 212-601-8899



**American University of Antigua**
**Manipal Education**



It should be noted that the university's interests in building a specialty teaching hospital in no way diminishes its interest in working out a management agreement for Mount St. John's Hospital.

As indicated above, in order to accomplish these goals we need the government to provide the university with an additional 14 acres surrounding its present campus under terms that are comparable to the time frames in the university's present agreement with the government.

The university has had some preliminary discussions with government officials from the Free Trade Zone and the Ministry of Finance. Based on these discussions, we propose that the government, rather than refund the US$2.4 million+ owed to the university, use a portion of that money as payment for the additional land. AUA is aware that the Free Trade Zone is in immediate need of funding and will therefore provide US$125,000 to satisfy its debt to that government entity. It is our hope that we will be able to finalize this as part of the global solution proposed above.

I have attached diagrams of the additional land requested (see attached parcels Ga,Gb,Gc, and H attached hereto).

I trust you'll agree that the above presents a unique opportunity to make Antigua and Barbuda the educational center of the Caribbean in a manner that will benefit all concerned.

I am happy to discuss further details and suggestions at your earliest convenience.

Sincerely yours,

Neal S. Simon
President

| | |
|---|---|
| From: | Lyle Novick |
| Sent: | Tuesday, November 17, 2009 11:45 AM |
| To: | Williams, Jackie |
| Cc: | Matt Petersen; Basil Stuart |
| Subject: | FW: American University of Antigua-ABST Taxes |

Just received this email from the American University of Antigua-ABST Taxes department.

Lyle S. Novick
Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor
New York, NY 10005
Tel 212.661.8899    Ext. 168
lnovick@auamed.org

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 11:30 AM
**To:** Lyle Novick; Cleo T. Wallace
**Subject:** Fwd: American University of Antigua-ABST Taxes

Dear Mr. Lyle Novick,

In the response to your email, Mr. Doug McLaren the Director of the Antigua and Barbuda Sales Tax informed me that a letter was written to your establishment pertaining to the ABST. The Letter dated 31 August 2007 stated that Activities within the Free Trade and Processing Zone Act 1994 contains a number of provisions dealing with the treatment of licenses wich I understand you to be. Section 14 (c) and (d) reproduced below allows for the importation of materials for the construction of permisees and for the operations carried on within the Free Trade and Processing Zone. This would cover the direct imports and relieve them from ABST.

Section 14  Notwithstanding any law to the contrary and subject only to this Act a licensee shall during the currenccy of his licene be  -(c)  exempted fromt he payment of taxes an other duties on the importation of machinery, equipment, spare parts, construction material and other items needed to construct and operate facilities within the free trad and processing zone.  (d) exempted from payment of duty and other taxes on the importatin or raw materials and other goods to be incorporated in the products produced or assembled within or to be utilized in the performance of services within the free trade and processing zone.

Section 18 of the Free Trade and Processing Zone Act 1994 alllows domestics supplies of both goods and services to a licencee in the Zone to be treated as imports into the zone and exports from Antigua and Barbuda. This would cover domestics supplies into the zone and relieve them from ABST.  (3) Any goods and services sold by companies withing Antigua and Barbuda and sent into the Free Trade and processing Zone shall be considered as imports into the Free Trade and Processing Zone and as exports fromAntigua and Barbuda.

We are therefore advising you to return to the business places to recover the ABST that was spent.  When approacing the Manager you will have to provide them with the letter dated 31st August 2007  which was sent

1

to Mr. Basil Staurt the Administration Director of the American university of Antigua, with regards to the provisons that were made.

If any problems occur you can inform me Ms. Cleo Wallace ABST Registration Supervisor, Ms. Nerissa Gomes Audit Supervisor, Everton Gonsalves, Coordinator of ABST Implementation Team or Douglas McLaren The Director of ABST.

Waiting for a quick response.

Sincerely,

Cleo Wallace
ABST Registration Supervisor

On Tue, Nov 17, 2009 at 9:53 AM, Lyle Novick <lnovick@auamed.org> wrote:

Ms Wallace:

Could you please provide me the link or the website address so I can get this refund form.

Thanks so much for all your help.

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

_____

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 8:45 AM
**To:** Lyle Novick
**Subject:** Re: American University of Antigua-0409-0509

00152

Dear Mr. Lyle Novick,

I received your emails and I am printing them now.  I will deliver them to Mr. Mclaren so that he can review them.  On the Government Website you can print the Refund form and fill out the necessary information. You can email it to me or you can fax it to me at The Inland Revenue Department.  The Fax Number is 1-268-462-3175 .

Thanking you in advance

Ms. Cleo Wallace
ABST Registration Supervisor

On Mon, Nov 16, 2009 at 2:49 PM, Lyle Novick <lnovick@auamed.org> wrote:

Ms Wallace:


Hi:


Did you receive my emails?


Thanks




Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:28 PM

**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'

**Subject:** RE: American University of Antigua-0409-0509

3

00153

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:27 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-0209-0409 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:26 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-9/08-2/09 ABST Taxes backup

4

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899     Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:26 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-7/08-9/08 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899     Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:24 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** American University of Antigua

Ms. Wallace:

Per your instructions, attached please find the ABST taxes backup that the American University of Antigua paid for constructions costs on our campus for the period

00155

November 07- May 09.

The total BC Dollars paid for ABST taxes are $4,456,649.68 and US Dollars of $1,657,856.44.

You will receive this ABST Taxes backup in several email PDF attachments.

Please let me know that you received this email and when we will receive our refund of ABST Taxes paid.

Thanks so much for all your help and let me know if you have any questions about this ABST Taxes paid backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

---

Cleo Wallace
ABST Registration Supervisor

6

00156

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

--
Cleo Wallace
ABST Registration Supervisor

00157

| | |
|---|---|
| **From:** | Williams, Jackie <jwilliams@auamed.net> |
| **Sent:** | Tuesday, November 17, 2009 2:10 PM |
| **To:** | Lyle Novick |
| **Cc:** | Matt Petersen; Basil Stuart |
| **Subject:** | RE: American University of Antigua-ABST Taxes |

I don't understand what they mean by we should go to the business places to recover the ABST. I thought the ABST is paid over to the government by these businesses. I would like to propose that we reproduce the Aug 2007 letter mentioned, and henceforth cease paying ABST to local suppliers of goods and services, as outlined in paragraph 3 below.

**From:** Lyle Novick [mailto:lnovick@AUAMED.ORG]
**Sent:** Tuesday, November 17, 2009 12:45 PM
**To:** Williams, Jackie
**Cc:** Peterson, Matt; Stuart, Basil
**Subject:** FW: American University of Antigua-ABST Taxes

Just received this email from the American University of Antigua-ABST Taxes department.

Lyle S. Novick
Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor
New York, NY 10005
Tel 212.661.8899    Ext. 168
lnovick@auamed.org

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 11:30 AM
**To:** Lyle Novick; Cleo T. Wallace
**Subject:** Fwd: American University of Antigua-ABST Taxes

Dear Mr. Lyle Novick,

In the response to your email, Mr. Doug McLaren the Director of the Antigua and Barbuda Sales Tax informed me that a letter was written to your establishment pertaining to the ABST. The Letter dated 31 August 2007 stated that Activities within the Free Trade and Processing Zone Act 1994 contains a number of provisions dealing with the treatment of licenses wich I understand you to be. Section 14 (c) and (d) reproduced below allows for the importation of materials for the construction of permisees and for the operations carried on within the Free Trade and Processing Zone. This would cover the direct imports and relieve them from ABST.

Section 14  Notwithstanding any law to the contrary and subject only to this Act a licensee shall during the currency of his licene be  -(c)  exempted fromt he payment of taxes an other duties on the importation of machinery, equipment, spare parts, construction material and other items needed to construct and operate facilities within the free trad and processing zone.  (d) exempted from payment of duty and other taxes on the importatin or raw materials and other goods to be incorporated in the products produced or assembled within or to be utilized in the performance of services within the free trade and processing zone.

Section 18 of the Free Trade and Processing Zone Act 1994 alllows domestics supplies of both goods and

00165

services to a licencee in the Zone to be treated as imports into the zone and exports from Antigua and Barbuda. This would cover domestics supplies into the zone and relieve them from ABST. (3) Any goods and services sold by companies withing Antigua and Barbuda and sent into the Free Trade and processing Zone shall be considered as imports into the Free Trade and Processing Zone and as exports fromAntigua and Barbuda.

We are therefore advising you to return to the business places to recover the ABST that was spent. When approacing the Manager you will have to provide them with the letter dated 31st August 2007 which was sent to Mr. Basil Staurt the Administration Director of the American university of Antigua, with regards to the provisons that were made.

If any problems occur you can inform me Ms. Cleo Wallace ABST Registration Supervisor, Ms. Nerissa Gomes Audit Supervisor, Everton Gonsalves, Coordinator of ABST Implementation Team or Douglas McLaren The Director of ABST.

Waiting for a quick response.

Sincerely,

Cleo Wallace
ABST Registration Supervisor


On Tue, Nov 17, 2009 at 9:53 AM, Lyle Novick <lnovick@auamed.org> wrote:

Ms Wallace:


Could you please provide me the link or the website address so I can get this refund form.


Thanks so much for all your help.



Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899   Ext. 168

lnovick@auamed.org

00166

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 8:45 AM
**To:** Lyle Novick
**Subject:** Re: American University of Antigua-0409-0509

Dear Mr. Lyle Novick,

I received your emails and I am printing them now. I will deliver them to Mr. Mclaren so that he can review them. On the Government Website you can print the Refund form and fill out the necessary information. You can email it to me or you can fax it to me at The Inland Revenue Department. The Fax Number is 1-268-462-3175.

Thanking you in advance

Ms. Cleo Wallace
ABST Registration Supervisor

On Mon, Nov 16, 2009 at 2:49 PM, Lyle Novick <lnovick@auamed.org> wrote:

Ms Wallace:

Hi:

Did you receive my emails?

Thanks

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899   Ext. 168

lnovick@auamed.org

3

00167

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:28 PM

**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'

**Subject:** RE: American University of Antigua-0409-0509

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:27 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-0209-0409 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

4

00168

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:26 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-9/08-2/09 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:26 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-7/08-9/08 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:24 PM
**To:** 'CleoTWallace@gmail.com'

00169

**Cc:** 'revenue@antigua.gov.ag'
**Subject:** American University of Antigua

Ms. Wallace:

Per your instructions, attached please find the ABST taxes backup that the American University of Antigua paid for constructions costs on our campus for the period

November 07- May 09.

The total EC Dollars paid for ABST taxes are $4,456,649.68 and US Dollars of $1,657,856.44.

You will receive this ABST Taxes backup in several email PDF attachments.

Please let me know that you received this email and when we will receive our refund of ABST Taxes paid.

Thanks so much for all your help and let me know if you have any questions about this ABST Taxes paid backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through

6

00170

its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

--
Cleo Wallace
ABST Registration Supervisor

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

--
Cleo Wallace
ABST Registration Supervisor

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

DISCLAIMER:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this
message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of
it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of
this message if you are not the intended recipient. American University of Antigua College of Medicine, and
any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any
views expressed in this message are those of the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any such entity.

00171

DISCLAIMER:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. American University of Antigua College of Medicine, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

00172

**From:** bstuart@auamed.net
**Sent:** Tuesday, November 17, 2009 8:04 PM
**To:** Matt Petersen; Jackie Williams; Lyle Novick
**Subject:** Re: American University of Antigua-ABST Taxes

When this was discussed Mr McLaren told us that the mechanism was not in place for the local vendor not to collect the tax. That some number or identification will have to be developed so the Tax department can issue to the school so the vendor can use so the tax department can identify the company that is exempted

Sent from my BlackBerry® wireless device from LIME.

**From:** "Matt Petersen" <mpetersen@auamed.org>
**Date:** Tue, 17 Nov 2009 17:39:52 -0500
**To:** Jackie Williams<jwilliams@auamed.net>; Lyle Novick<lnovick@AUAMED.ORG>
**Cc:** Basil Stuart<bstuart@auamed.net>
**Subject:** RE: American University of Antigua-ABST Taxes

Group – we need an accounting of the abst spent to date asap.  Pls also provide the below mentioned letter

**From:** Williams, Jackie [mailto:jwilliams@auamed.net]
**Sent:** Tuesday, November 17, 2009 2:10 PM
**To:** Lyle Novick
**Cc:** Matt Petersen; Basil Stuart
**Subject:** RE: American University of Antigua-ABST Taxes

I don't understand what they mean by we should go to the business places to recover the ABST. I thought the ABST is paid over to the government by these businesses.  I would like to propose that we reproduce the Aug 2007 letter mentioned, and henceforth cease paying ABST to local suppliers of goods and services, as outlined in paragraph 3 below.

**From:** Lyle Novick [mailto:lnovick@AUAMED.ORG]
**Sent:** Tuesday, November 17, 2009 12:45 PM
**To:** Williams, Jackie
**Cc:** Peterson, Matt; Stuart, Basil
**Subject:** FW: American University of Antigua-ABST Taxes

Just received this email from the American University of Antigua-ABST Taxes department.

Lyle S. Novick
Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor
New York, NY 10005
Tel 212.661.8899    Ext. 168
lnovick@auamed.org

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 11:30 AM
**To:** Lyle Novick; Cleo T. Wallace
**Subject:** Fwd: American University of Antigua-ABST Taxes

1

00182

Dear Mr. Lyle Novick,

In the response to your email, Mr. Doug McLaren the Director of the Antigua and Barbuda Sales Tax informed me that a letter was written to your establishment pertaining to the ABST. The Letter dated 31 August 2007 stated that Activities within the Free Trade and Processing Zone Act 1994 contains a number of provisions dealing with the treatment of licenses wich I understand you to be. Section 14 (c) and (d) reproduced below allows for the importation of materials for the construction of permisees and for the operations carried on within the Free Trade and Processing Zone. This would cover the direct imports and relieve them from ABST.

Section 14  Notwithstanding any law to the contrary and subject only to this Act a licensee shall during the currenccy of his licene be -(c)  exempted fromt he payment of taxes an other duties on the importation of machinery, equipment, spare parts, construction material and other items needed to construct and operate facilities within the free trad and processing zone.  (d) exempted from payment of duty and other taxes on the importatin or raw materials and other goods to be incorporated in the products produced or assembled within or to be utilized in the performance of services within the free trade and processing zone.

Section 18 of the Free Trade and Processing Zone Act 1994 alllows domestics supplies of both goods and services to a licencee in the Zone to be treated as imports into the zone and exports from Antigua and Barbuda. This would cover domestics supplies into the zone and relieve them from ABST. (3) Any goods and services sold by companies withing Antigua and Barbuda and sent into the Free Trade and processing Zone shall be considered as imports into the Free Trade and Processing Zone and as exports fromAntigua and Barbuda.

We are therefore advising you to return to the business places to recover the ABST that was spent. When approacing the Manager you will have to provide them with the letter dated 31st August 2007 which was sent to Mr. Basil Staurt the Administration Director of the American university of Antigua, with regards to the provisons that were made.

If any problems occur you can inform me Ms. Cleo Wallace ABST Registration Supervisor, Ms. Nerissa Gomes Audit Supervisor, Everton Gonsalves, Coordinator of ABST Implementation Team or Douglas McLaren The Director of ABST.

Waiting for a quick response.

Sincerely,

Cleo Wallace
ABST Registration Supervisor

On Tue, Nov 17, 2009 at 9:53 AM, Lyle Novick <lnovick@auamed.org> wrote:

Ms Wallace:

Could you please provide me the link or the website address so I can get this refund form.

2

00183

Thanks so much for all your help.


Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 8:45 AM
**To:** Lyle Novick
**Subject:** Re: American University of Antigua-0409-0509


Dear Mr. Lyle Novick,

I received your emails and I am printing them now. I will deliver them to Mr. Mclaren so that he can review them. On the Government Website you can print the Refund form and fill out the necessary information. You can email it to me or you can fax it to me at The Inland Revenue Department. The Fax Number is 1-268-462-3175 .

Thanking you in advance

Ms. Cleo Wallace
ABST Registration Supervisor

On Mon, Nov 16, 2009 at 2:49 PM, Lyle Novick <lnovick@auamed.org> wrote:

Ms Wallace:


Hi:


Did you receive my emails?

3

00184

Thanks

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:28 PM

**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'

**Subject:** RE: American University of Antigua-0409-0509

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:27 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-0209-0409 ABST Taxes backup

4

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:26 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-9/08-2/09 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:26 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-7/08-9/08 ABST Taxes backup

5

00186

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:24 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** American University of Antigua

Ms. Wallace:

Per your instructions, attached please find the ABST taxes backup that the American University of Antigua paid for constructions costs on our campus for the period

November 07- May 09.

The total EC Dollars paid for ABST taxes are $4,456,649.68 and US Dollars of $1,657,856.44.

You will receive this ABST Taxes backup in several email PDF attachments.

Please let me know that you received this email and when we will receive our refund of ABST Taxes paid.

Thanks so much for all your help and let me know if you have any questions about this ABST Taxes paid backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua

6

00187

c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

--
Cleo Wallace
ABST Registration Supervisor

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

--
Cleo Wallace
ABST Registration Supervisor

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your

7

system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

DISCLAIMER:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this
message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of
it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of
this message if you are not the intended recipient. American University of Antigua College of Medicine, and
any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any
views expressed in this message are those of the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any such entity.

DISCLAIMER:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this
message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of
it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of
this message if you are not the intended recipient. American University of Antigua College of Medicine, and
any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any
views expressed in this message are those of the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any such entity.

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

DISCLAIMER:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this
message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of
it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of
this message if you are not the intended recipient. American University of Antigua College of Medicine, and
any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any
views expressed in this message are those of the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any such entity.

8

DISCLAIMER:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. American University of Antigua College of Medicine, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

00190

| | |
|---|---|
| **From:** | Corey Greenberg |
| **Sent:** | Thursday, December 10, 2009 3:34 PM |
| **To:** | Basil Stuart; Barrymore Warren; Antony Roche; Nagesha, A.S. |
| **Cc:** | Matt Petersen |
| **Subject:** | FW: American University of Antigua-ABST Taxes |
| **Attachments:** | abst tax letter.pdf |
| | |
| **Importance:** | High |

Gentlemen
TOP URGENT
Please read the below. Any bills you have on hand, in process, and pending payment, DO NOT PAY ANY ABST. If we have paid ABST this should be deducted from the balances open or future pending bills. If you have any questions please contact me or Matt.

Thanks

Corey Greenberg
Chief Operating Officer
AUA College of Medicine
C/O Greater Caribbean Learning Center
New York, NY 10005
Tel: 212-661-8899 ext. 121
Fax: 646-390-4943

**From:** Matt Petersen
**Sent:** Wednesday, December 09, 2009 12:31 PM
**To:** Corey Greenberg; Basil Stuart; Leonard Sclafani; Williams, Jackie; M Prabhusms; Dr. Peter Bell; Neal Simon
**Subject:** FW: American University of Antigua-ABST Taxes

Group - Pls find the below email as well as the attached letter -- which instructs us how to approach vendors going forward with regard to ABST. It appears that now the mechanism is in place to avoid this deduction at the time of purchase -- rather than request a reimbursement..

M

**From:** Lyle Novick
**Sent:** Wednesday, December 09, 2009 10:58 AM
**To:** Matt Petersen
**Subject:** FW: American University of Antigua-ABST Taxes

Matt:

Here is the information, you requested.

Lyle S. Novick
Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor
New York, NY 10005
Tel 212.661.8899   Ext. 168

1

00271

lnovick@auamed.org

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 11:30 AM
**To:** Lyle Novick; Cleo T. Wallace
**Subject:** Fwd: American University of Antigua-ABST Taxes

Dear Mr. Lyle Novick,

In the response to your email, Mr. Doug McLaren the Director of the Antigua and Barbuda Sales Tax informed me that a letter was written to your establishment pertaining to the ABST. The Letter dated 31 August 2007 stated that Activities within the Free Trade and Processing Zone Act 1994 contains a number of provisions dealing with the treatment of licenses wich I understand you to be. Section 14 (c) and (d) reproduced below allows for the importation of materials for the construction of permisees and for the operations carried on within the Free Trade and Processing Zone. This would cover the direct imports and relieve them from ABST.

Section 14 Notwithstanding any law to the contrary and subject only to this Act a licensee shall during the currency of his licene be -(c) exempted fromt he payment of taxes an other duties on the importation of machinery, equipment, spare parts, construction material and other items needed to construct and operate facilities within the free trad and processing zone. (d) exempted from payment of duty and other taxes on the importatin or raw materials and other goods to be incorporated in the products produced or assembled within or to be utilized in the performance of services within the free trade and processing zone.

Section 18 of the Free Trade and Processing Zone Act 1994 alllows domestics supplies of both goods and services to a licencee in the Zone to be treated as imports into the zone and exports from Antigua and Barbuda. This would cover domestics supplies into the zone and relieve them from ABST. (3) Any goods and services sold by companies withing Antigua and Barbuda and sent into the Free Trade and processing Zone shall be considered as imports into the Free Trade and Processing Zone and as exports fromAntigua and Barbuda.

We are therefore advising you to return to the business places to recover the ABST that was spent. When approaching the Manager you will have to provide them with the letter dated 31st August 2007 which was sent to Mr. Basil Staurt the Administration Director of the American university of Antigua, with regards to the provisons that were made.

If any problems occur you can inform me Ms. Cleo Wallace ABST Registration Supervisor, Ms. Nerissa Gomes Audit Supervisor, Everton Gonsalves, Coordinator of ABST Implementation Team or Douglas McLaren The Director of ABST.

Waiting for a quick response.

Sincerely,

Cleo Wallace
ABST Registration Supervisor

On Tue, Nov 17, 2009 at 9:53 AM, Lyle Novick <lnovick@auamed.org> wrote:

2

00272

Ms Wallace:

Could you please provide me the link or the website address so I can get this refund form.

Thanks so much for all your help.

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Cleo T. Wallace [mailto:cleotwallace@gmail.com]
**Sent:** Tuesday, November 17, 2009 8:45 AM
**To:** Lyle Novick
**Subject:** Re: American University of Antigua-0409-0509

Dear Mr. Lyle Novick,

I received your emails and I am printing them now.  I will deliver them to Mr. Mclaren so that he can review them.  On the Government Website you can print the Refund form and fill out the necessary information. You can email it to me or you can fax it to me at The Inland Revenue Department.  The Fax Number is 1-268-462-3175 .

Thanking you in advance

Ms. Cleo Wallace
ABST Registration Supervisor

On Mon, Nov 16, 2009 at 2:49 PM, Lyle Novick <lnovick@auamed.org> wrote:

Ms Wallace:

Hi:

3

00273

Did you receive my emails?


Thanks


Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:28 PM

**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'

**Subject:** RE: American University of Antigua-0409-0509




Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

4

00274

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:27 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-0209-0409 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:26 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-9/08-2/09 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899    Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:26 PM
**To:** 'CleoTWallace@gmail.com'

5

00275

**Cc:** 'revenue@antigua.gov.ag'
**Subject:** RE: American University of Antigua-7/08-9/08 ABST Taxes backup

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899   Ext. 168

lnovick@auamed.org

---

**From:** Lyle Novick
**Sent:** Monday, November 16, 2009 12:24 PM
**To:** 'CleoTWallace@gmail.com'
**Cc:** 'revenue@antigua.gov.ag'
**Subject:** American University of Antigua

Ms. Wallace:

Per your instructions, attached please find the ABST taxes backup that the American University of Antigua paid for constructions costs on our campus for the period

November 07- May 09.

The total EC Dollars paid for ABST taxes are $4,456,649.68 and US Dollars of $1,657,856.44.

You will receive this ABST Taxes backup in several email PDF attachments.

Please let me know that you received this email and when we will receive our refund of ABST Taxes paid.

Thanks so much for all your help and let me know if you have any questions about this ABST Taxes paid backup

6

00276

Lyle S. Novick

Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor

New York, NY 10005
Tel 212.661.8899   Ext. 168

lnovick@auamed.org

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

Cleo Wallace
ABST Registration Supervisor

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

00277

Cleo Wallace
ABST Registration Supervisor

8

00278

| | |
|---|---|
| **From:** | Roche, Antony <colantony@auamed.net> |
| **Sent:** | Friday, December 11, 2009 5:15 PM |
| **To:** | Matt Petersen; Prabhu Marudheri |
| **Cc:** | Leonard Sclafani; Corey Greenberg |
| **Subject:** | RE: Overdue Payments |

Dear Matt/Prabhu,

Please deduct the ABST component from the payments passed , which does includes this element. However, I would suggest not to deduct the amount of EC$ 39,000.00 paid to other contractors for debris clearance from these payment applications , since these are payments against other contracts and not forming part of the main contract. Leewards is continuing to progress works from all the contracts , including the snags from the main contract. I would also like to inform you that , we still have a retention amount due to LC amounting to approximately EC$560,000.00 , wherefrom , this amount could be deducted at the appropriate time.

Request to clear the payments due less the ABST element as we still need to get small works progressed to our interest at this stage.

Regards,

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel:     268 481-8918
Mobile: 268 764- 4915
Fax:     268 481-8924

**From:** Matt Petersen [mailto:mpetersen@auamed.org]
**Sent:** Friday, December 11, 2009 5:56 PM
**To:** Prabhu Marudheri; Roche, Antony
**Cc:** Leonard Sclafani; Greenberg, Corey
**Subject:** RE: Overdue Payments

Group – we should also be deducting ABST as per my prior mail

**From:** Prabhu Marudheri
**Sent:** Friday, December 11, 2009 4:49 PM
**To:** Antony Roche
**Cc:** Matt Petersen; Leonard Sclafani; Corey Greenberg
**Subject:** RE: Overdue Payments

Col.,

We have to charge Leeward for a payment we made another vendor to clear up south end work in the amount of EC$39,000. Please advice if there is any other recoverables.

**From:** Roche, Antony [mailto:colantony@auamed.net]
**Sent:** Friday, December 11, 2009 4:43 PM
**To:** Prabhu Marudheri

1

**Cc:** Matt Petersen; Leonard Sclafani; Corey Greenberg
**Subject:** FW: Overdue Payments

Prabhu,

Request clarification on the subject at the earliest.

Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel:    268 481-8918
Mobile: 268 764- 4915
Fax:    268 481-8924

**From:** Paul Webster [mailto:paul@leeward.ag]
**Sent:** Friday, December 11, 2009 4:48 PM
**To:** Nagesha, A.S.
**Cc:** 'Sandra Persaud'; 'Andy Green'; McCary, Kiblan; Laxmikant.Jorapur.; Prabhu Marudheri; Greenberg, Corey; Roche, Antony
**Subject:** FW: Overdue Payments

Nagesh

The following payments as approved by AUA are still unpaid and now excessively overdue, I kindly request you give this your immediate attention and advise when these payments will be received.

| | | |
|---|---|---|
| Doors & Windows: | EC$ 25,459.07 | 30 days overdue |
| Floor Tiling: | EC$ 42,487.79 | 7 days overdue |
| Toilet Fixtures: | EC$ 29,586.38 | 30 days overdue |

There are also a number of retentions due for payment next week as applied for on 23rd November please can you confirm these will be released.

Kind Regards

Paul Webster
*Quantity Surveyor.*
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: paul@leeward.ag
OFFICE: (268) 462-0071
CELL:   (268) 729-0084
FAX:    (268) 462-4868

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of

2

00293

the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

DISCLAIMER:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. American University of Antigua College of Medicine, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

DISCLAIMER:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. American University of Antigua College of Medicine, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

3

| From: | Williams, Jackie <jwilliams@auamed.net> |
|---|---|
| **Sent:** | Tuesday, December 22, 2009 11:38 AM |
| **To:** | Matt Petersen |
| **Cc:** | Don Eckert; Lyle Novick; Basil Stuart |
| **Subject:** | FW: ABST notice to vendors |
| **Attachments:** | ABST Letters to Vendors.doc |

Letter attached

---

**From:** Williams, Jackie
**Sent:** Tuesday, December 22, 2009 12:09 PM
**To:** Peterson, Matt
**Cc:** Eckert, Don; 'Lyle Novick'; Stuart, Basil
**Subject:** ABST notice to vendors

Matt,

Attached is a letter which we propose to send to about 100 vendors to whom we have paid ABST over the years.  Please approve the dispatch of these letters.


Regards,

Jackie Ferracho Williams
Campus Financial Controller
American University of Antigua- College of Medicine
Tel:  268-481-8855
Cell: 268-764-3989
Fax: 268-481-8898

00329



**AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE**

Jabberwock Road
P.O. Box W - 1451
St. John's, Antigua, West Indies
Telephone: 268 - 481 - 8888
Fax: 268 - 481 - 8880
Website: www.auamed.org

December 22, 2009

The Manager
Cable & Wireless
St. Johns
Antigua

<u>**Exemption from future ABST payments**</u>

Dear Sir/Madam,

This letter serves to advice you, that by virtue of its location in the Free Trade and Processing Zone in Coolidge, and upon the advice of the ABST Division of the Inland Revenue, the American University of Antigua (AUA) is not required to pay ABST on goods and services procured locally in Antigua and Barbuda.

The attached letter provides the basis for this treatment now that the new campus is open and the entire operation of AUA is now located at the Free Trade Zone.

Please be advised that with effect from January 2010, AUA will not pay the ABST component of any bills received.  We have also received very recent directives from the ABST Division of Inland Revenue towards this end.

We recommend that you contact Mr. McLaren or Miss Cleo Wallace of the ABST Division of Inland Revenue for confirmation of AUA's exempt status.

We look forward to your continued cooperation with AUA and wish you and your company, season's greetings and a successful new year.

Sincerely yours,

Basil Stuart
Director of Administration

**From:**       Leonard Sclafani
**Sent:**       Wednesday, December 23, 2009 3:38 PM
**To:**         Matt Petersen; Lyle Novick; Jackie Williams; Basil Stuart; Corey Greenberg
**Cc:**         Neal Simon
**Subject:**    RE: ABST notice to vendors

There are several grammatical errors in the document that I have taken the liberty of correcting.  Please stand by for the corrected document.

*Leonard A. Sclafani, Esq.*
V.P. & General Counsel

AMERICAN UNIVERSITY OF ANTIGUA
c/o GCLR, LLC.
Two Wall Street, 5th Floor
New York, NY 10005
(212) 661-8899 ext. 187 (office)
(212) 949-6310  (fax)

---

**From:** Matt Petersen
**Sent:** Wednesday, December 23, 2009 12:45 PM
**To:** Lyle Novick; Jackie Williams; Leonard Sclafani; Basil Stuart; Corey Greenberg
**Cc:** Neal Simon
**Subject:** FW: ABST notice to vendors

Looks good to me

---

**From:** Lyle Novick
**Sent:** Wednesday, December 23, 2009 9:33 AM
**To:** Matt Petersen
**Cc:** Jackie Williams
**Subject:** FW: ABST notice to vendors

Matt:

Could you please approve Jackie's ABST letter so the letter can be mailed to the vendors as soon as possible.

Thanks

Lyle S. Novick
Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor
New York, NY 10005
Tel 212.661.8899    Ext. 168
lnovick@auamed.org

---

**From:** Williams, Jackie [mailto:jwilliams@auamed.net]
**Sent:** Wednesday, December 23, 2009 9:00 AM
**To:** Lyle Novick
**Subject:** FW: ABST notice to vendors

1                                                    00342

Lyle,

I'm still awaiting a response from Matt.  I would like to start sending out these letters this week, if he approves.

---

**From:** Williams, Jackie
**Sent:** Tuesday, December 22, 2009 12:38 PM
**To:** Peterson, Matt
**Cc:** Eckert, Don; 'Lyle Novick'; Stuart, Basil
**Subject:** FW: ABST notice to vendors

Letter attached

---

**From:** Williams, Jackie
**Sent:** Tuesday, December 22, 2009 12:09 PM
**To:** Peterson, Matt
**Cc:** Eckert, Don; 'Lyle Novick'; Stuart, Basil
**Subject:** ABST notice to vendors

Matt,

Attached is a letter which we propose to send to about 100 vendors to whom we have paid ABST over the years.  Please approve the dispatch of these letters.


Regards,

Jackie Ferracho Williams
Campus Financial Controller
American University of Antigua- College of Medicine
Tel:  268-481-8855
Cell: 268-764-3989
Fax: 268-481-8898

00343

| | |
|---|---|
| **From:** | Leonard Sclafani |
| **Sent:** | Wednesday, December 23, 2009 4:19 PM |
| **To:** | Regina W. Seward |
| **Subject:** | FW: ABST notice to vendors |
| **Attachments:** | ABST Letters to Vendors.doc |

*Leonard A. Sclafani, Esq.*
V.P. & General Counsel

AMERICAN UNIVERSITY OF ANTIGUA
c/o GCLR, LLC.
Two Wall Street, 5th Floor
New York, NY 10005
(212) 661-8899 ext. 187 (office)
(212) 949-6310  (fax)

---

**From:** Matt Petersen
**Sent:** Wednesday, December 23, 2009 12:45 PM
**To:** Lyle Novick; Jackie Williams; Leonard Sclafani; Basil Stuart; Corey Greenberg
**Cc:** Neal Simon
**Subject:** FW: ABST notice to vendors

Looks good to me

---

**From:** Lyle Novick
**Sent:** Wednesday, December 23, 2009 9:33 AM
**To:** Matt Petersen
**Cc:** Jackie Williams
**Subject:** FW: ABST notice to vendors

Matt:

Could you please approve Jackie's ABST letter so the letter can be mailed to the vendors as soon as possible.

Thanks

Lyle S. Novick
Manager of Financial Reporting
American University of Antigua
c/o GCLR, LLC
2 Wall Street 10th Floor
New York, NY 10005
Tel 212.661.8899    Ext. 168
lnovick@auamed.org

---

**From:** Williams, Jackie [mailto:jwilliams@auamed.net]
**Sent:** Wednesday, December 23, 2009 9:00 AM
**To:** Lyle Novick
**Subject:** FW: ABST notice to vendors

1

00344

Lyle,

I'm still awaiting a response from Matt.  I would like to start sending out these letters this week, if he approves.

---

**From:** Williams, Jackie
**Sent:** Tuesday, December 22, 2009 12:38 PM
**To:** Peterson, Matt
**Cc:** Eckert, Don; 'Lyle Novick'; Stuart, Basil
**Subject:** FW: ABST notice to vendors

Letter attached

---

**From:** Williams, Jackie
**Sent:** Tuesday, December 22, 2009 12:09 PM
**To:** Peterson, Matt
**Cc:** Eckert, Don; 'Lyle Novick'; Stuart, Basil
**Subject:** ABST notice to vendors

Matt,

Attached is a letter which we propose to send to about 100 vendors to whom we have paid ABST over the years.  Please approve the dispatch of these letters.


Regards,

Jackie Ferracho Williams
Campus Financial Controller
American University of Antigua- College of Medicine
Tel:  268-481-8855
Cell: 268-764-3989
Fax: 268-481-8898

00345



**AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE**

Jabberwock Road
P.O. Box W.- 1451
St. John's, Antigua, West Indies
Telephone: 268 - 481 - 8888
Fax: 268 - 481 - 8880
Website: www.auamed.org

December 22, 2009

The Manager
Cable & Wireless
St. Johns
Antigua

### Exemption from future ABST payments

Dear Sir/Madam,

This letter serves to advice you, that by virtue of its location in the Free Trade and Processing Zone in Coolidge, and upon the advice of the ABST Division of the Inland Revenue, the American University of Antigua (AUA) is not required to pay ABST on goods and services procured locally in Antigua and Barbuda.

The attached letter provides the basis for this treatment now that the new campus is open and the entire operation of AUA is now located at the Free Trade Zone.

Please be advised that with effect from January 2010, AUA will not pay the ABST component of any bills received. We have also received very recent directives from the ABST Division of Inland Revenue towards this end.

We recommend that you contact Mr. McLaren or Miss Cleo Wallace of the ABST Division of Inland Revenue for confirmation of AUA's exempt status.

We look forward to your continued cooperation with AUA and wish you and your company, season's greetings and a successful new year.

Sincerely yours,

Basil Stuart
Director of Administration

Head office:
501, Fifth Avenue, Suite 1600, New York, NY 10017
Telephone: 1-212-661-8899      Fax: 1-212-661-8864
http://www.auamed.org

00346