*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

October 31, 2013

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #    35451

Amount

### Project - Leeward Construction v. American University

| Date | | Description |
|---|---|---|
| 10/2/2013 | CAR | Review statement by Leeward on nonfiling of returns. |
| 10/8/2013 | CAR | Review issue raised by Leeward for protective order or redaction - review motion - draft response of CAR view and transmit to panel via email. |
| 10/10/2013 | CAR | Procedural Order #6 reviewed. |
| 10/11/2013 | CAR | Review motion requesting two day extension - draft comment to panel. |
| | CAR | Review reply by AUA to production of documents. |
| 10/15/2013 | CAR | Review explanation and suggestion by Diego regarding issues of discovery - review order #2; positions of parties in table of document discovery - draft response with comments to share with panel. |
| 10/17/2013 | CAR | Preliminary review of motion by AUA on spoilation and negative inference. |
| | CAR | Draft proposed response for the Panel to outline course of action. |
| | CAR | Review extensive motion by Leeward with extensive Exhibits - Review all attachments. |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
October 31, 2013

Page     2

Amount

| | | | |
|---|---|---|---|
| 10/18/2013 | CAR | Review issues presented by AUA regarding nonpresentment of evidence in production - review request from Diego on various open issues pending - in camera inspection; extension of time; evidentiary issues; inconsistency alleged by AUA. | |
| 10/23/2013 | CAR | Review response by Judith and compare with suggestions previously noted by CAR. | |
| | CAR | Review objection by Leeward to AUA's motion to preclude Leeward from presenting evidence on ABST. | |
| 10/24/2013 | CAR | Review sur-reply of AUA of Leeward's opposition regarding preclusion issues. | |
| 10/25/2013 | CAR | Review draft order #7 - compare with prior emails and suggestions of CAR to outline differences suggested by Diego - draft comments. | |
| 10/28/2013 | CAR | Review comments by J.Itig with her comments to draft order # 7. | |
| | CAR | Review objection/opposition filed by AUA. | |
| 10/29/2013 | CAR | Review Procedural Order No. 7 - final version - update file. | |
| 10/30/2013 | CAR | Review response of Leeward to Procedural Order no. 7 and review prior order's identified to better comprehend what is going on. | |

| | |
|---|---|
| SUBTOTAL: | 2,314.00 |
| For professional services rendered | $2,314.00 |
| Previous balance | $1,798.75 |

| | | |
|---|---|---|
| 10/22/2013 | Payment - thank you for your check no. 3306806 dated 10/14/13 in the amount of $1,482 | ($1,482.00) |
| 10/29/2013 | Courtesy Credit | ($316.75) |
| | Total payments and adjustments | ($1,798.75) |
| | Balance due | $2,314.00 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 8.90 | 260.00 | $2,314.00 |

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

November 30, 2013

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #    35540

Amount

Project - Leeward Construction v. American University

| 11/4/2013 | CAR | Review proposed order #8 - draft email with thoughts on an alternate viewpoint. |
| 11/5/2013 | CAR | Review proposed order #8, revised by Deigo - review "scope" of revision explained by Diego - exchange emails - draft email with update of CAR view - second round of revision to draft order. |
| | CAR | Review final order #8. |
| 11/6/2013 | CAR | Update on status. |
| 11/12/2013 | CAR | Follow up with J. Itig and her response to request by AUA for time extension. |
| 11/13/2013 | CAR | Review and analyze opposition brief filed by AUA to oppose dispositive motion of Leeward. |
| 11/15/2013 | CAR | Review voluminous exhibits to opposition motion filed by AUA. |
| 11/23/2013 | CAR | Review Claimant's Reply - review exhibits - read ABST legislation (selected relevant sections). |
| 11/25/2013 | CAR | Review exchanges of emails among Leeward and AUA - addressing AUA's request to a sur-reply - draft email expressing no objection. |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
November 30, 2013

Page      2

Amount

11/26/2013 CAR    Receipt of pendrives from AUA and Leeward.

| | Amount |
|---|---|
| SUBTOTAL: | 1,638.00 |
| For professional services rendered | $1,638.00 |
| Additional Charges : | |
| Copies | 7.75 |
| Total charges and costs | $7.75 |
| Total amount of this bill | $1,645.75 |
| Previous balance | $2,314.00 |

11/26/2013 Payment - thank you for your check no. 3311566 dated 11/14/13 in the amount
of $2,314                                                                           ($2,314.00)

| | Amount |
|---|---|
| Total payments and adjustments | ($2,314.00) |
| Balance due | $1,645.75 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 6.30 | 260.00 | $1,638.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*
*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

December 31, 2013

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #    35676

Amount

Project - Leeward Construction v. American University

| Date | | Description | Amount |
|---|---|---|---|
| 12/3/2013 | CAR | Review order granting extension of time to parties - review exchanges of emails between Gosis and J. Uttig regarding requested extension to file. | |
| 12/12/2013 | CAR | Review and analyze Reply and AUA with exhibits. | |
| 12/16/2013 | CAR | Review filing by Greer on behalf of Leeward to protest broad scope of filing of AUA. | |
| | CAR | Review comments by chairperson to round up comments and to inquire on commencing deliberations - draft response. | |
| 12/17/2013 | CAR | Review additional comments by Scalfani - new submission. | |
| | CAR | Review comments from chairman on "witness" statements submitted by AUA - suggestion on how to deal with situation. | |
| | CAR | Review all materials for panel conferences scheduled for Friday, December 20th at 2:30pm - Draft notes and prepare outliint - Regarding dispositive motions filed by the parties. | |
| | CAR | Schedule and coordinate panel only hearing. | |
| 12/20/2013 | CAR | Review notes and prepare for panel teleconference. | |

SUBTOTAL:                                                                                    1,430.00

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
December 31, 2013                                                    Page      2

|  | Amount |
|---|---|
| For professional services rendered | $1,430.00 |
| Additional Charges : | |
| Copies | 23.10 |
| Total charges and costs | $23.10 |
| Total amount of this bill | $1,453.10 |
| Previous balance | $1,645.75 |

1/2/2014  Payment - thank you for your check no. 3315242 dated 12/12/13 in the amount          ($1,645.75)
of $1,645.75.

| Total payments and adjustments | ($1,645.75) |
|---|---|
| Balance due | $1,453.10 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 5.50 | 260.00 | $1,430.00 |

Payment due on or before the thirtieth of this month.

*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

January 31, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #    35782

Amount

Project - Leeward Construction v. American University

1/3/2014  CAR    Review materials to prepare for arbitrator conference to resolve issues.

CAR    Panel conference on issues.

CAR    Draft email to Panel suggesting proposed course of action and to request hearing at which Panel can ask questions.

1/4/2014  CAR    Draft analysis to Panel with reason to set up oral agreements - re-evaluate the issues and scope of the proceeding - outline alternate course of action.

1/6/2014  CAR    Review and analyze thoughts and analysis submitted by Diego Gosis - Analyze claims - defenses - dispositive motions - Draft extensive analysis of claims - resjudicate - lack of refund claim filing - other matters.

1/24/2014  CAR    Review proposed order drafted by chairman to address motions by the parties.

1/29/2014  CAR    Analyze proposed order of Diego Bosis. Draft email to outline thoughts; reason for which long order should not be adopted; promote adoption of short order.

CAR    Review comments from Judith Ittig - evaluating length of proposed order - draft comment regarding arbitrability.

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
January 31, 2014

Page    2

_Amount_

| | | | |
|---|---|---|---|
| 1/29/2014 | CAR | Review comments by Diego Gosis regarding length of order – standard for an order v. award. | |
| 1/31/2014 | CAR | Review and exchange emails with Diego Gosis to express concern over the expensive fees generated by arbitrators. | |

SUBTOTAL:        1,950.00

For professional services rendered       $1,950.00

Additional Charges :

Copies        13.70

Total charges and costs      $13.70

Total amount of this bill      $1,963.70

Previous balance      $1,453.10

2/3/2014 Payment - thank you for your check no. 3320328 dated 1/27/14 in the amount    ($1,453.10)
of $1,453.10

Total payments and adjustments    ($1,453.10)

Balance due      $1,963.70

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 7.50 | 260.00 | $1,950.00 |

Payment due on or before the thirtieth of this month.

*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

February 28, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #      35918

Amount

Project - Leeward Construction v. American University

| Date | | Description | Amount |
|---|---|---|---|
| 2/3/2014 | CAR | Confer with J. Ittig to discuss pending revised order drafted by Diego Gosis - discuss options and course of action. | |
| 2/4/2014 | CAR | Confer with Ittig on finalizing proposed revisions that Ittig and CAR have with suggestion to finalize order. | |
| | CAR | Review draft order- review proposed revisions by J, Ittig; draft proposed revisions to order Diego - draft email to Judy Ittig with comments. | |
| 2/5/2014 | CAR | Conference of Panel to review draft of Diego Gosis to dismiss all motions. | |
| 2/6/2014 | CAR | Review multiple exchanges of emails with client. | |
| 2/19/2014 | CAR | Revise and edit calendar of remainder of trial - draft email to panel with suggestions. | |
| 2/20/2014 | CAR | Exchange multiple emails to review scheduling order draft - address scheduling next teleconferencing.  Outline suggestion that party representative be present. | |
| 2/21/2014 | CAR | Review revised draft scheduling of case until final hearing. | |

SUBTOTAL:                                                                               910.00

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
February 28, 2014

Page     2

|  | Amount |
|---|---|
| For professional services rendered | $910.00 |
| Additional Charges : | |
| Copies | 8.70 |
| Total charges and costs | $8.70 |
| Total amount of this bill | $918.70 |
| Previous balance | $1,963.70 |
| 2/18/2014  Payment - thank you for your check no. 3322268 dated 2/1014 in the amount of $1,963.70 | ($1,963.70) |
| Total payments and adjustments | ($1,963.70) |
| Balance due | $918.70 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 3.50 | 260.00 | $910.00 |

Payment due on or before the thirtieth of this month.

**POST & ROMERO**
3195 Ponce de Leon Blvd.
Suite 400
Coral Gables, FL 33134

April 30, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #    36096

| | | | Amount |
|---|---|---|---|
| | | Project – Leeward Construction v. American University | |
| 4/1/2014 | CAR | Meet with Panel members - discussed issues relating to April 28 hearing and to meet in person. (3 hours) | NO CHARGE |
| 4/23/2014 | CAR | Address deposits and timing of hearing. | |
| 4/24/2014 | CAR | Review materials and prepare for oral arguments on Monday - take notes - review exhibits. | |
| 4/25/2014 | CAR | Review additional exhibits to prepare for hearing - draft extensive notes in preparation for arguments (for Monday) - preapre materials. | |
| 4/28/2014 | CAR | Deliberations after oral arguments. | |
| 4/29/2014 | CAR | One full day hearing (oral arguments) with counsel (9 hrs. @ $260 = $2,340) | |
| | CAR | Review file - review exhibits - draft extensive analysis of ABST statute to ascertain the existence of a direct cause of action. | |

SUBTOTAL:                                                           5,772.00

For professional services rendered                          $5,772.00

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
April 30, 2014                                                                        Page      2

Additional Charges :

|  | Amount |
|---|---|
| Copies | 21.40 |
| Lunch for panel | 37.64 |
| Mileage | 8.00 |
| Mileage (trip to meet with panel members in downtown) | 8.00 |
| Parking (deliverations post hearing) | 10.20 |
| Parking (full day oral hearing) | 15.00 |
| Parking (meeting with panel members in downtown) | 25.00 |
| Total charges and costs | $125.24 |

| | |
|---|---|
| Total amount of this bill | $5,897.24 |
| Previous balance | $2,221.10 |
| 4/22/2014 Payment - thank you for your check no. 3328399 dated 4/9/14 in the amount of $375.75 | ($375.75) |
| 4/28/2014 Payment - thank you for your check no. 3329130 dated 4/16/14 in the amount of $1,836.65 | ($1,836.65) |
| Total payments and adjustments | ($2,212.40) |
| Balance due | $5,905.94 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 22.20 | 260.00 | $5,772.00 |
| CARLOS A. ROMERO, JR. | 3.00 | 0.00 | $0.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

May 31, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #     36173

|  |  |  | Amount |
|---|---|---|---|
| Project - Leeward Construction v. American University | | | |
| 5/12/2014 | CAR | Review draft by Ittig - draft comments and revisions to Interim Award - draft email with commentaries to Panel explaining why I disagree. | |
| | CAR | Additional exchange of comments with Judith Ittig to review issues under consideration. | |
| 5/13/2014 | CAR | Meet with Diego Gosis, chair, to discuss overall evaluation and evaluate how to decide the issues presented at arbitration. | |
| 5/14/2014 | CAR | Confer with Panel to discuss parameters of partial award. | |
| | | SUBTOTAL: | 1,586.00 |
| | | For professional services rendered | $1,586.00 |
| | | Additional Charges : | |
| | | Copies | 1.60 |
| | | Parking | 4.00 |
| | | Total charges and costs | $5.60 |
| | | Total amount of this bill | $1,591.60 |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
May 31, 2014                                                                 Page      2

|  |  | Amount |
|---|---|---|
| Previous balance |  | $5,905.94 |
| 5/28/2014 Payment - thank you for your check no. 3333063 dated 5/21/14 in the amount of $5,897.24 |  | ($5,897.24) |
| Total payments and adjustments |  | ($5,897.24) |
| Balance due |  | $1,600.30 |

### User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 6.10 | 260.00 | $1,586.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

June 30, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #       36247

|  |  | Amount |
|---|---|---|
| Project - Leeward Construction v. American University | | |
| 6/18/2014 CAR | Review Partial Final Award - draft revisions for Panel consideration. | |
| 6/19/2014 CAR | Review comments by Diego - draft additional comments. | |
| SUBTOTAL: | | 312.00 |
| For professional services rendered | | $312.00 |
| Additional Charges : | | |
| Copies | | 4.40 |
| Total charges and costs | | $4.40 |
| Total amount of this bill | | $316.40 |
| Previous balance | | $1,600.30 |
| Balance due | | $1,916.70 |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
June 30, 2014

User Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| CARLOS A. ROMERO, JR. | 1.20 | 260.00 | $312.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

**POST & ROMERO**
3195 Ponce de Leon Blvd.
Suite 400
Coral Gables, FL 33134

July 31, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #    36326

Amount

Project - Leeward Construction v. American University

| Date | | Description |
|---|---|---|
| 7/1/2014 | CAR | Review comments by Ittig to draft award. |
| 7/10/2014 | CAR | Schedule teleconference with panel members to discuss issues relating to draft Partial Award. |
| 7/15/2014 | CAR | Conference with panel members - discuss partial award. |
| 7/16/2014 | CAR | Draft extensive comments concerning the decision of the panel - outline factual predicate to decision - explain nature and scope of disagreement. |
| 7/21/2014 | CAR | Confer with J.Ittig to exchange comments concerning the remedy against double liability - Redraft text on double remedy - redraft text on rejecting waiver defenses - Draft email to Judy Ittig. |
| 7/25/2014 | CAR | Exchanges with Judith Ittig to re-examine paragraph 20 (remedy to AUA) and review issues with text to address "waiver" argument. |
| 7/28/2014 | CAR | Review AUA counterclaim - Review AUA memo of law - Draft lengthy explanation why unjust enrichment claom was never raised in SJ motiona and should not be the basis of the decision. |

SUBTOTAL:

1,222.00

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
July 31, 2014

Page      2

|  | Amount |
|---|---|
| For professional services rendered | $1,222.00 |
| Additional Charges : | |
| Copies | 25.00 |
| Total charges and costs | $25.00 |
| Total amount of this bill | $1,247.00 |
| Previous balance | $1,916.70 |
| 6/5/2014 Payment - thank you for your check no. 3337933 dated 6/30/14 in the amount of $1,908.00 | ($1,908.00) |
| Total payments and adjustments | ($1,908.00) |
| Balance due | $1,255.70 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 4.70 | 260.00 | $1,222.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

**POST & ROMERO**

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

August 31, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #     36372

Amount

Project - Leeward Construction v. American University

| Date | | Description |
|---|---|---|
| 8/18/2014 | CAR | Confer with Albertini to evaluate scope and need for dissent - Evaluated propriety of issuing a dissent - Review comments from panel and Albertini regarding whether a dissent can be disposed. |
| | CAR | Exchange emails with C.Cardenas (Case Manager) regarding amount of deposits allocated to C.A.Romero. |
| 8/19/2014 | CAR | Draft preliminary dissent opinion. |
| 8/20/2014 | CAR | Revisions to dissent. |
| | CAR | Additional revisions to dissent - refocus certain arguments. |
| | CAR | Draft email to Case Manager to review draft dissent for compliance with AAA rules. |
| 8/21/2014 | CAR | Incorporate conforming edits and references to dissent - revise format - Draft transmittal email to panel the draft dissent for their review. |
| 8/22/2014 | CAR | Review modified Partial Final Award attempting to incorporate dissent - analyze revisions and identify errors - draft email to panel regarding request to revise PFA to a format and with wording acceptance to Romero. |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
August 31, 2014

Page    2

Amount

| Date | | Description | Amount |
|---|---|---|---|
| 8/22/2014 | CAR | Review comments by Diego Gosis and J. Ittig to the award - analyze - revise dissent and added (a) res judicata, (b) not signing the award, and (c) concurring with respect to certain decisions of the panel. | |
| 8/28/2014 | CAR | Confer with Diego Gosis to discuss status of Panel's tentative final version of its Partial Final Award and CAR's tentative final dissent draft. | |

|  |  |
|---|---|
| SUBTOTAL: | 3,172.00 |
| For professional services rendered | $3,172.00 |
| Additional Charges : | |
| Copies | 8.30 |
| Total charges and costs | $8.30 |
| Total amount of this bill | $3,180.30 |
| Previous balance | $1,255.70 |
| 8/25/2014 Payment - thank you for your check dated 8/19/14 in the amount of $1,247 | ($1,247.00) |
| Total payments and adjustments | ($1,247.00) |
| Balance due | $3,189.00 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 12.20 | 260.00 | $3,172.00 |

Payment due on or before the thirtieth of this month.

*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

September 30, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #     36393

Amount

### Project - Leeward Construction v. American University

| | | |
|---|---|---|
| 9/18/2014 | CAR | Finalize Dissent - coordinate with Gosis the timeline; execution; and delivery of multiple originals; draft transmittal letter to C. Cardenas; draft email to Panel and AAA with transmittal letter with dissent executed. |
| | CAR | Review emails from AAA with suggested revisions to dissent and final partial; from J. Ittig with corrections; and Gosis with update. |
| | CAR | Review statute of ABST tax added one footnote - review comments by AAA case manager - prepare execution version - draft email to Carolina Cardenas (AAA Case Manager) and to Panel - review final revisions by Panel - submit to Panel dissent revisions. |
| | CAR | Review final execution version of partial Final Award - revise list page to conform to AAA formatting. |
| 9/29/2014 | CAR | Review inquiry of AAA for next stage - Draft email to panel members with suggestion for next phase relating to events post issue Partial Final Award. |
| 9/30/2014 | CAR | Coordinate with Panel calendar and scheduling hearing for Oct. 6. |
| | CAR | Scheduled hearing for Oct 6 at 11am. |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
September 30, 2014

Page    2

|  | Amount |
|---|---|
| SUBTOTAL: | 728.00 |
| For professional services rendered | $728.00 |
| Additional Charges : |  |
| Copies | 4.00 |
| Total charges and costs | $4.00 |
| Total amount of this bill | $732.00 |
| Previous balance | $3,189.00 |
| 9/22/2014 Payment - thank you for your check no. 3347613 dated 9/16/14 in the amount of $3,180.30 | ($3,180.30) |
| 9/22/2014 Courtesy Credit | ($8.70) |
| Total payments and adjustments | ($3,189.00) |
| Balance due | $732.00 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 2.80 | 260.00 | $728.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*

3195 Ponce de Leon Blvd.
Suite 400
Coral Gables, FL 33134

October 31, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #      36423

|  |  | Amount |
|---|---|---:|
| **Project - Leeward Construction v. American University** | | |
| 10/2/2014 CAR | Review emails of Chairman and AAA (C. Cardenas) to change date of hearing to Oct. 15 - reschedule commitment. Draft email to confirm to AAA and panel availability of CAR. | |
| 10/15/2014 CAR | Conference with panel and counsel - status call - thirty day extension. | |
| CAR | Review order of adjournment - calendar call. | |
| SUBTOTAL: | | 208.00 |
| For professional services rendered | | $208.00 |
| Additional Charges : | | |
| Copies | | 1.30 |
| Total charges and costs | | $1.30 |
| Total amount of this bill | | $209.30 |
| Previous balance | | $732.00 |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
October 31, 2014

| | Amount |
| --- | --- |
| Balance due | $941.30 |

### User Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| CARLOS A. ROMERO, JR. | 0.80 | 260.00 | $208.00 |

Payment due on or before the thirtieth of this month.

Gomm & Smith, P.A.
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



**G&S**
GOMM & SMITH P.A.

ICDR
1633 Broadway, 10th Floor
New York, NY 10019

## Invoice 20724

| | |
|---|---|
| Date | Jun 01, 2013 |
| Service Thru | May 31, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 04/16/2013 | DBG | **Review Material:** Review of the case material received from ICDR. Review of applicable rules. | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 05/13/2013 | DBG | **Review Material:** Review of the case material received from ICDR. Review of applicable rules. Communications with counsel for the parties, members of the panel and ICDR staff. | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 05/14/2013 | DBG | **Other:** Preparation for hearing. Communications with ICDR, the panel and the parties. Preliminary Hearing | 2.00 | $ 380.00/hr | $ 760.00 |
| 05/27/2013 | DBG | **Writing:** Preparation of draft procedural order | 3.50 | $ 380.00/hr | $ 1,330.00 |
| 05/29/2013 | DBG | **Writing:** Preparation of draft procedural order. Exchange of commentaries with co-arbitrators. Communications with the parties. | 4.00 | $ 380.00/hr | $ 1,520.00 |

| | |
|---|---|
| **Total Hours** | 15.50 hrs |
| **Total Matter** | $ 5,890.00 |
| **Total Invoice Amount** | $ 5,890.00 |
| **Previous Balance** | $ 0.00 |
| **Balance (Amount Due)** | $ 5,890.00 |

Notes:
* Each tenth of an hour represents 6 minutes
** The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith, P.A.
175 SW 7th St., Suite 2110; Miami, FL 33130

Gomm & Smith, P.A.
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



ICDR
1633 Broadway, 10th Floor
New York, NY 10019

## Invoice 20725

| Date | Jul 01, 2013 |
| Service Thru | Jun 30, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|------|-----|----------|-------|-------|--------|
| 06/14/2013 | DBG | Writing: Issuance of procedural order. | 0.50 | $ 380.00/hr | $ 190.00 |
| 06/20/2013 | DBG | Writing: Issuance of procedural order. | 0.50 | $ 380.00/hr | $ 190.00 |

|  |  |
|---|---|
| Total Hours | 1.00 hrs |
| Total Matter | $ 380.00 |
| Total Invoice Amount | $ 380.00 |
| Previous Balance | $ 5,890.00 |
| Balance (Amount Due) | $ 6,270.00 |

Notes:

* Each tenth of an hour represents 6 minutes
** The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith, P.A.
175 SW 7th St., Suite 2110, Miami, FL 33130
Tax ID: 27-0555059

Wire Transfer Information
Account# 9852868251 ABA# 267090594 Swift Code# BUFBUS3M
BankUnited: 1291 W 49 St., Miami, FL 33012

THANK YOU

Gomm & Smith, P.A.
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



**ICDR**
1633 Broadway, 10th Floor
New York, NY 10019

## Invoice 20767

| Date | Aug 01, 2013 |
|---|---|
| Service Thru | Jul 31, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 07/17/2013 | DBG | **Meeting:** Deliberations within the Tribunal. Preparation for hearing | 2.00 | $ 380.00/hr | $ 760.00 |
| 07/17/2013 | DBG | **Meeting:** Hearing with the parties. Deliberations within the Tribunal. Preparation of Procedural Order | 4.00 | $ 380.00/hr | $ 1,520.00 |

| | |
|---|---|
| Total Hours | 6.00 hrs |
| Total Matter | $ 2,280.00 |
| Total Invoice Amount | $ 2,280.00 |
| Previous Balance | $ 6,270.00 |
| Balance (Amount Due) | $ 2,280.00 |

**Notes:**
\* Each tenth of an hour represents 6 minutes
\*\* The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith, P.A.
175 SW 7th St., Suite 2110, Miami, FL 33130
Tax ID: 27-0555059

Wire Transfer Information
Account# 9852868251 ABA# 267090594 Swift Code# BUFBUS3M
BankUnited: 1291 W 49 St., Miami, FL 33012

THANK YOU

**Payment History:**

| Date | Type | Payment Description | Amount |
|------|------|---------------------|--------|
| 7/31/2013 | Balance Adjustment | Panel Fee Deduction for 2013 | ($450.00) |
| 7/31/2013 | Payment - Check | | ($5,820.00) |

Gomm & Smith, P.A.
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



ICDR
1633 Broadway, 10th Floor
New York, NY 10019

**Invoice 20781**

| Date | Sep 01, 2013 |
|---|---|
| Service Thru | Aug 31, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 08/05/2013 | DBG | Documentation: Review of submission by Respondent. Deliberations via email within the tribunal. | 1.50 | $ 380.00/hr | $ 570.00 |
| 08/05/2013 | DBG | Writing: Deliberations within the tribunal via email. | 1.50 | $ 380.00/hr | $ 570.00 |
| 08/06/2013 | DBG | Writing: Deliberations with the Tribunal via email. Preparation of communications to the parties. | 1.00 | $ 380.00/hr | $ 380.00 |
| 08/19/2013 | DBG | Writing: Review of submissions by the parties. Preparation of proposed order. | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 08/20/2013 | DBG | Writing: Deliberation within the Tribunal via conference call. Preparation of Procedural Order | 4.00 | $ 380.00/hr | $ 1,520.00 |
| 08/22/2013 | DBG | Writing: Preparation of Procedural Order | 2.00 | $ 380.00/hr | $ 760.00 |
| 08/30/2013 | DBG | Writing: Review of submissions by the parties. | 1.50 | $ 380.00/hr | $ 570.00 |

| | |
|---|---|
| Total Hours | 14.50 hrs |
| Total Matter | $ 5,510.00 |
| Total Invoice Amount | $ 5,510.00 |
| Previous Balance | $ 2,280.00 |
| Balance (Amount Due) | $ 5,510.00 |

Notes:
* Each tenth of an hour represents 6 minutes
** The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith, P.A.

175 SW 7th St., Suite 2110, Miami, FL 33130
Tax ID: 27-0555059

Wire Transfer Information
Account# 9852868251 ABA# 267090594 Swift Code# BUFBUS3M
BankUnited: 1291 W 49 St., Miami, FL 33012

THANK YOU

Payment History:

| Date | Type | Payment Description | Amount |
|------|------|---------------------|--------|
| 8/31/2013 | Payment - Check | | ($2,280.00) |

Gomm & Smith, P.A.
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



G&S
GOMM & SMITH P.A.

ICDR
1633 Broadway, 10th Floor
New York, NY 10019

**Invoice 20793**

| Date | Oct 01, 2013 |
|---|---|
| Service Thru | Sep 30, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 09/03/2013 | DBG | **Writing:** Deliberations within the Tribunal via email. | 1.50 | $ 380.00/hr | $ 570.00 |
| 09/06/2013 | DBG | **Writing:** Review of submissions. Deliberations within the panel. Preparation of Procedural Order No. 3 | 2.50 | $ 380.00/hr | $ 950.00 |
| 09/10/2013 | DBG | **Writing:** Review of submissions. Deliberations within the panel. Preparation of Procedural Order No. 4 | 1.00 | $ 380.00/hr | $ 380.00 |
| 09/18/2013 | DBG | **Writing:** Review of submissions. Preparation of procedural notes extending period for compliance with PO No. 4 | 0.75 | $ 380.00/hr | $ 285.00 |
| 09/26/2013 | DBG | **Writing:** Review of submissions re:application for confidentiality. Deliberations within the panel | 2.00 | $ 380.00/hr | $ 760.00 |
| 09/30/2013 | DBG | **Writing:** Telephonic conference with the panel. Preparation of Procedural Order No. 5 | 2.00 | $ 380.00/hr | $ 760.00 |

| | |
|---|---|
| Total Hours | 9.75 hrs |
| Total Matter | $ 3,705.00 |
| Total Invoice Amount | $ 3,705.00 |
| Previous Balance | $ 5,510.00 |
| Balance (Amount Due) | $ 9,215.00 |

Notes:

* Each tenth of an hour represents 6 minutes
** The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith, P.A.
175 SW 7th St., Suite 2110, Miami, FL 33130

Gomm & Smith, P.A.
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



ICDR
1633 Broadway, 10th Floor
New York, NY 10019

**Invoice 20828**

| Date | Dec 01, 2013 |
|------|--------------|
| Service Thru | Nov 30, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|------|-----|----------|-------|-------|--------|
| 10/08/2013 | DBG | **Writing:** Review of applications for confidentiality order, opposition and reply. Deliberations within the panel. | 1.75 | $ 380.00/hr | $ 665.00 |
| 10/10/2013 | DBG | **Miscellaneous:** Preparation of Procedural Order 6. Deliberations within the tribunal. | 1.50 | $ 380.00/hr | $ 570.00 |
| 10/14/2013 | DBG | **Miscellaneous:** Review of submissions by the parties re: redaction of documents prior to production. Deliberations via email. | 1.50 | $ 380.00/hr | $ 570.00 |
| 10/17/2013 | DBG | **Miscellaneous:** Review of submission by Claimant Leeward. Deliberations within the Tribunal re: motions related to production of documents. | 2.00 | $ 380.00/hr | $ 760.00 |
| 10/28/2013 | DBG | **Miscellaneous:** Review of submissions by the parties. Deliberations within the Tribunal. Preparation of Procedural Order No. 7 | 2.50 | $ 380.00/hr | $ 950.00 |
| 10/30/2013 | DBG | **Miscellaneous:** Review of submissions and documents produced by the parties. | 1.00 | $ 380.00/hr | $ 380.00 |
| 11/04/2013 | DBG | **Miscellaneous:** Review of submissions by the parties. Preparation of Procedural Order No. 8. Deliberations within the panel | 1.75 | $ 380.00/hr | $ 665.00 |
| 11/09/2013 | DBG | **Miscellaneous:** Communications within the Tribunal and with the parties. | 0.75 | $ 380.00/hr | $ 285.00 |

| | | |
|---|---|---|
| Total Hours | | 12.75 hrs |
| Total Matter | | $ 4,845.00 |
| Total Invoice Amount | | $ 4,845.00 |

|                      |            |
|----------------------|-----------:|
| Previous Balance     | $ 9,215.00 |
| Balance (Amount Due) | $ 4,845.00 |

Notes:

\* Each tenth of an hour represents 6 minutes
\*\* The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith, P.A.
175 SW 7th St., Suite 2110, Miami, FL 33130
Tax ID: 27-0555059

Wire Transfer Information
Account# 9852868251 ABA# 267090594 Swift Code# BUFBUS3M
BankUnited: 1291 W 49 St., Miami, FL 33012

THANK YOU

Payment History:

| Date       | Type            | Payment Description | Amount        |
|------------|-----------------|---------------------|--------------:|
| 10/9/2013  | Payment - Check |                     | ($5,510.00)   |
| 11/8/2013  | Payment - Check |                     | ($1,425.50)   |
| 11/15/2013 | Payment - Check | 20793               | ($1,164.75)   |
| 11/15/2013 | Payment - Check |                     | ($1,114.75)   |

**Gomm & Smith**
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



**ICDR**
1633 Broadway, 10th Floor
New York, NY 10019

## Invoice 20859

| Date | Jan 01, 2014 |
|---|---|
| Service Thru | Dec 31, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 11/12/2013 | DBG | **Review Material:** Review of submissions by the parties re: dispositive motions. | 2.50 | $ 380.00/hr | $ 950.00 |
| 11/13/2013 | DBG | **Review Material:** Review of submissions by the parties re: dispositive motions. | 2.00 | $ 380.00/hr | $ 760.00 |
| 11/22/2013 | DBG | **Review Material:** Review of submissions by the parties re: dispositive motions. | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 12/02/2013 | DBG | **Review Material:** Communications within the Tribunal and with the parties. Re: Extension of deadline to file responsive submission on dispositive motions. | 1.00 | $ 380.00/hr | $ 380.00 |
| 12/11/2013 | DBG | **Review Material:** Review of submissions by the parties re: dispositive motions. | 3.50 | $ 380.00/hr | $ 1,330.00 |
| 12/16/2013 | DBG | **Review Material:** Review of submissions by the parties, communications within the tribunal. re: scope of evidence permitted with dispositive motions. | 2.75 | $ 380.00/hr | $ 1,045.00 |
| 12/17/2013 | DBG | **Review Material:** Review of submissions by the parties. re: scope of evidence permitted with dispositive motions. Dispositive motions themselves. | 3.50 | $ 380.00/hr | $ 1,330.00 |
| 12/18/2013 | DBG | **Review Material:** Review of submissions by the parties. re: scope of evidence permitted with dispositive motions. Dispositive motions themselves. | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 12/19/2013 | DBG | **Review Material:** Review of submissions by the parties. re: scope of evidence permitted with dispositive motions. Dispositive motions themselves. | 4.50 | $ 380.00/hr | $ 1,710.00 |

**Total Hours**        25.75 hrs

| | |
|---|---|
| Total Matter | $ 9,785.00 |
| Total Invoice Amount | $ 9,785.00 |
| Previous Balance | $ 4,845.00 |
| Balance (Amount Due) | $ 14,630.00 |

**Notes:**

\* Each tenth of an hour represents 6 minutes
\*\* The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith
175 SW 7th St., Suite 2110, Miami, FL 33130
Tax ID: 27-0555059

Wire Transfer Information
Account# 9852868251 ABA# 267090594 Swift Code# BUFBUS3M
BankUnited: 1291 W 49 St., Miami, FL 33012

THANK YOU

**Gomm & Smith**
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



**ICDR**
1633 Broadway, 10th Floor
New York, NY 10019

## Invoice 20889

| Date | Feb 01, 2014 |
|---|---|
| Service Thru | Jan 31, 2014 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua
College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 01/02/2014 | DBG | **Review Material:** Review of submissions by the parties. Re: Dispositive motions. | 4.50 | $ 380.00/hr | $ 1,710.00 |
| 01/03/2014 | DBG | **Review Material:** Deliberations within the tribunal. Re: Dispositive motions. | 2.50 | $ 380.00/hr | $ 950.00 |
| 01/06/2014 | DBG | **Review Material:** Exchange of communications within the tribunal. Review of submissions by the parties. Re: dispositive motions. | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 01/07/2014 | DBG | **Writing:** Deliberations via email within the Tribunal. Preparation of Decision on Dispositive Motions | 1.50 | $ 380.00/hr | $ 570.00 |
| 01/09/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 2.50 | $ 380.00/hr | $ 950.00 |
| 01/13/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 3.50 | $ 380.00/hr | $ 1,330.00 |
| 01/14/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 01/15/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 2.50 | $ 380.00/hr | $ 950.00 |
| 01/16/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 01/20/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 2.50 | $ 380.00/hr | $ 950.00 |
| 01/21/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 01/22/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 3.50 | $ 380.00/hr | $ 1,330.00 |
| 01/24/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 4.00 | $ 380.00/hr | $ 1,520.00 |
| 01/28/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions. Review of comments by co-arbitrators on draft order. Preparation of revised draft. | 1.50 | $ 380.00/hr | $ 570.00 |

| 01/30/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions. Deliberations via email. Review of comments by co-arbitrators on draft order. Preparation of revised draft. | 2.50 | $ 380.00/hr | $ 950.00 |
| 01/31/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions. Deliberations via email. Review of comments by co-arbitrators on draft order. Preparation of revised draft. | 1.50 | $ 380.00/hr | $ 570.00 |

| | |
|---|---|
| Total Hours | 44.50 hrs |
| Total Matter | $ 16,910.00 |
| Total Invoice Amount | $ 16,910.00 |
| Previous Balance | $ 14,630.00 |
| Balance (Amount Due) | $ 26,695.00 |

**Notes:**

\* Each tenth of an hour represents 6 minutes
\*\* The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith
175 SW 7th St., Suite 2110, Miami, FL 33130
Tax ID: 27-0555059

Wire Transfer Information
Account# 9852868251 ABA# 267090594 Swift Code# BUFBUS3M
BankUnited: 1291 W 49 St., Miami, FL 33012

THANK YOU

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 1/15/2014 | Payment - Check | | ($4,845.00) |

## ITTIG & ITTIG, P.C.

ATTORNEYS AT LAW

Telephone (202) 387-5508

Facsimile (202) 232-1334

1420 NINTH STREET, N. W.
WASHINGTON, D. C. 20001-3344

E-Mail usbuildlaw@ittig-ittig.com

Web Site www.ittig-ittig.com

July 3, 2013

*By E-Mail Only - Cardenasc@adr.org*

International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019
    Attn: Carolina Cardenas-Soto

For Professional Services Rendered

**In the Matter of the Arbitration between**

RE:   50 110 T 0011813                    Arbitrator: *Judith B. Ittig, Esq.*
      Leeward Construction Company Ltd.
      and
      American University of Antigua College of Medicine

**INVOICE**
Through June 30, 2013

TIME     $4,950.00     (13.2 hours at $375.00/hr)

5.1 (May)- Prepare for first pre-hearing conference with parties, pre-hearing telephone conference with arbitrators and telephone conference with parties and arbitrators, review draft pre-hearing order and send comments to arbitrators, review revised draft order, telephone conference with chair re same, draft memo to chair re revised draft procedural order

8.1 (June) - Review/reply to e-mails from arbitrators re scheduling/pre-hearing order, telephone conference with C. Romero, draft/send memo to chair, review submissions from parties, review/reply to e-mail from C. Romero, telephone conference with arbitrators, review e-mails from parties, review Respondent's claim statement, e-mails to/from arbitrators, review new scheduling arrangements,

review parties' submissions, e-mails to/from arbitrators; review memo from C. Romero re issues, review statement of counterclaims and defenses, draft/send memo to arbitrators re Respondent's claims and discovery, review e-mails from parties re statements of claims

**TOTAL DUE**     $4,950.00

# ITTIG & ITTIG, P.C.
## ATTORNEYS AT LAW

Telephone (202) 387-5508

Facsimile (202) 232-1334

1420 NINTH STREET, N. W.
WASHINGTON, D. C. 20001-3344

E-Mail usbuildlaw@ittig-ittig.com

Web Site www.ittig-ittig.com

September 30, 2013

*By E-Mail Only - Cardenasc@adr.org*

International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019
   Attn: Carolina Cardenas-Soto

For Professional Services Rendered

In the Matter of the Arbitration between

RE:   50 110 T 0011813                              Arbitrator: *Judith B. Ittig, Esq.*
      **Leeward Construction Company Ltd.**
      and
      **American University of Antigua College of Medicine**

## INVOICE
From July 1, 2013 Through September 30, 2013

TIME      $5,962.50   (15.9 hours at $375.00/hr)

4.6 (July) - Review/reply to e-mails from arbitrators; Telephone conference with arbitrators; Telephone conference with parties, telephone conference with arbitrators re scheduling order on motions for summary judgment and exchange of information; E-mails to/from arbitrators re Procedural Order #1

4.5 (August) - Review parties' joint submission, e-mails to/from arbitrators re same; Review e-mail from party and review/reply to e-mails from arbitrators; Review parties' discovery requests and objections and e-mails from parties; Telephone conference with arbitrators re discovery requests of both parties; Review draft order re discovery and send comments to arbitrators

6.8 (September) - Review parties' updated discovery production and requests; confer with arbitrators by e-mail; Review e-mails from parties re order to produce tax filings, review/reply to e-mails from arbitrators; Review request for confidentiality order and objections from Respondent, confer with arbitrators by e-mail; E-mails to/from arbitrators re protective order; Review e-mail from Claimant re confidentiality order and Respondent's objections; Review/reply to arbitrators re e-mails re confidentiality request and objections; Telephone conference with arbitrators re request for confidentiality order and objections, draft order, e-mails to/from arbitrators to finalize order

**TOTAL DUE**      $5,962.50

2

# ITTIG & ITTIG, P.C.
## ATTORNEYS AT LAW

Telephone (202) 387-5508

Facsimile (202) 232-1334

1420 NINTH STREET, N. W.
WASHINGTON, D. C.  20001-3344

E-Mail usbuildlaw@ittig-ittig.com

Web Site www.ittig-ittig.com

January 8, 2014

*By E-Mail Only -* *Cardenasc@adr.org*

International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019
Attn: Carolina Cardenas-Soto

For Professional Services Rendered

**In the Matter of the Arbitration between**

RE:   **50 110 T 00118 13**                                   Arbitrator: *Judith B. Ittig, Esq.*
**Leeward Construction Company Ltd.**
**and**
**American University of Antigua College of Medicine**

---

### INVOICE
From October 1, 2013 through December 31, 2013

**TIME**      $2,512.50  (6.7 hours at $375.00/hr)

2.9 (October) - Review Claimant's request for confidentiality order re checks, e-mails to/from arbitrators re same; Review Claimant's reaction request, review/reply to e-mails from arbitrators re same; Review parties' e-mails re discovery, review draft procedural order and send revisions to arbitrators;

0.6 (November) - Review draft procedural order #8 and review/reply to arbitrators' comments;

3.2 (December) - Review parties' submissions and review/reply to e-mails from arbitrators re motion to exclude evidence; E-mails to/from arbitrators re motions and scheduling; Review parties' briefs on motions for dismissal and summary judgment

**TOTAL DUE**      $2,512.50

# ITTIG & ITTIG, P.C.

## ATTORNEYS AT LAW

TELEPHONE (202) 387-5508

FACSIMILE (202) 232-1334

1420 NINTH STREET, N. W.
WASHINGTON, D. C.  20001-3344

E-MAIL usbuildlaw@ittig-ittig.com

WEB SITE www.ittig-ittig.com

February 17, 2014

*By E-Mail Only - Cardenasc@adr.org*

International Centre for Dispute Resolution
120 Broadway, 21st Floor
New York, NY 10271
Attn: Carolina Cardenas-Soto

For Professional Services Rendered

**In the Matter of the Arbitration between**

RE:   **50 110 T 00118 13**                                    Arbitrator: *Judith B. Ittig, Esq.*
      **Leeward Construction Company Ltd.**
      **and**
      **American University of Antigua College of Medicine**

## INVOICE
From January 1, 2014 through January 31, 2014

**TIME**        $3,487.50      (9.3 hours at $375.00/hr)

Review parties' briefs for decision on motions; Telephone conference with
arbitrators re motions; Review/reply to arbitrators' comments; Review draft of
rulings on motions for summary judgment; Revise draft order and send revisions
to arbitrators; Review/reply to arbitrators' comments on draft order; Review
revised draft

**TOTAL DUE**      <u>$3,487.50</u>

# ITTIG & ITTIG, P.C.
### ATTORNEYS AT LAW

Telephone (202) 387-5508

Facsimile (202) 232-1334

1420 NINTH STREET, N. W.
WASHINGTON, D. C.  20001-9344

E-Mail usbuildlaw@ittig-ittig.com

Web Site www.ittig-ittig.com

May 6, 2014

*By First Class Mail and E-Mail – Cardenasc@adr.org*

International Centre for Dispute Resolution
120 Broadway, 21st Floor
New York, NY 10271
Attn: Carolina Cardenas-Soto

For Professional Services Rendered

**In the Matter of the Arbitration between**

**RE:  50 110 T 00118 13**                    Arbitrator: *Judith B. Ittig, Esq.*
    **Leeward Construction Company Ltd.**
    **and**
    **American University of Antigua College of Medicine**

**INVOICE**
From February 1, 2014 through April 30, 2014

**TIME**          $7,050.00      (18.8 hours at $375.00/hr)

Revise draft order on motions for summary judgment, telephone
conference with Arbitrator Romero, draft new clauses for order, telephone
conference with arbitrators, e-mails to/from arbitrators, e-mails to/from
arbitrators and parties, telephone conference with arbitrators and parties,
review letter from AUA, e-mails to/from arbitrators re oral hearing issues,
preparation for oral argument, attend oral argument, deliberate with
arbitrators

**TRAVEL TIME**   $1,715.00      (9.8 hours at $175.00/hr)

EXPENSES        $1,539.86

                Miami hearing, April 27-29, 2014

                Airfare          $684.00
                Baggage Fees       50.00
                Lodging           717.32
                Meals               6.54
                Taxis              80.00
                Porter              2.00

                Total          $1,539.86        (Receipts attached)

TOTAL DUE    $10,304.86

2

# ITTIG & ITTIG, P.C.
## ATTORNEYS AT LAW

Telephone (202) 387-5508

Facsimile (202) 232-1334

1420 NINTH STREET, N. W.
WASHINGTON, D. C. 20001-3344

E-Mail usbuildlaw@ittig-ittig.com

Web Site www.ittig-ittig.com

September 19, 2014

*By First Class Mail and E-Mail* – Cardenasc@adr.org

International Centre for Dispute Resolution
120 Broadway, 21st Floor
New York, NY 10271
Attn: Carolina Cardenas-Soto

For Professional Services Rendered

**In the Matter of the Arbitration between**

RE:   50 110 T 00118 13                          Arbitrator: *Judith B. Ittig, Esq.*
      **Leeward Construction Company Ltd.**
      **and**
      **American University of Antigua College of Medicine**

### INVOICE
From May 1, 2014

**FEE**        $7,537.50      (20.1 hours at $375.00/hr)

Draft award on motions for summary disposition and send to arbitrators;
Review comments from arbitrators; Telephone conference with arbitrators
re draft award; Review arbitrators' proposed revisions to draft award and
reconcile versions in a revised draft and send to arbitrators; Telephone
conference with arbitrators re revised draft; Review comments from
arbitrators re proposed revisions and send reply comments to arbitrators;
Telephone conference with arbitrator; Revise draft award and send to
arbitrators; Telephone conference with arbitrator; Confer with arbitrators
by e-mail; Review draft dissent and majority draft award and send
comments to arbitrators; Review revised draft and send comments to
arbitrators; Review draft award and send proposed revisions to arbitrators;
Finalize award and send to arbitrators

**TOTAL DUE**        $7,537.50