*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

October 31, 2013

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #        35451

Amount

Project - Leeward Construction v. American University

| Date | | Description | Amount |
|---|---|---|---|
| 10/2/2013 | CAR | Review statement by Leeward on nonfiling of returns. | |
| 10/8/2013 | CAR | Review issue raised by Leeward for protective order or redaction - review motion - draft response of CAR view and transmit to panel via email. | |
| 10/10/2013 | CAR | Procedural Order #6 reviewed. | |
| 10/11/2013 | CAR | Review motion requesting two day extension - draft comment to panel. | |
| | CAR | Review reply by AUA to production of documents. | |
| 10/15/2013 | CAR | Review explanation and suggestion by Diego regarding issues of discovery - review order #2; positions of parties in table of document discovery - draft response with comments to share with panel. | |
| 10/17/2013 | CAR | Preliminary review of motion by AUA on spoilation and negative inference. | |
| | CAR | Draft proposed response for the Panel to outline course of action. | |
| | CAR | Review extensive motion by Leeward with extensive Exhibits - Review all attachments. | |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
October 31, 2013

Page       2

Amount

| Date | | Description | Amount |
|---|---|---|---|
| 10/18/2013 | CAR | Review issues presented by AUA regarding nonpresentment of evidence in production - review request from Diego on various open issues pending - in camera inspection; extension of time; evidentiary issues; inconsistency alleged by AUA. | |
| 10/23/2013 | CAR | Review response by Judith and compare with suggestions previously noted by CAR. | |
| | CAR | Review objection by Leeward to AUA's motion to preclude Leeward from presenting evidence on ABST. | |
| 10/24/2013 | CAR | Review sur-reply of AUA of Leeward's opposition regarding preclusion issues. | |
| 10/25/2013 | CAR | Review draft order #7.- compare with prior emails and suggestions of CAR to outline differences suggested by Diego - draft comments. | |
| 10/28/2013 | CAR | Review comments by J.Itig with her comments to draft order # 7. | |
| | CAR | Review objection/opposition filed by AUA. | |
| 10/29/2013 | CAR | Review Procedural Order No. 7 - final version - update file. | |
| 10/30/2013 | CAR | Review response of Leeward to Procedural Order no. 7 and review prior order's identified to better comprehend what is going on. | |

| | Amount |
|---|---|
| SUBTOTAL: | 2,314.00 |
| For professional services rendered | $2,314.00 |
| Previous balance | $1,798.75 |
| 10/22/2013 Payment - thank you for your check no. 3306806 dated 10/14/13 in the amount of $1,482 | ($1,482.00) |
| 10/29/2013 Courtesy Credit | ($316.75) |
| Total payments and adjustments | ($1,798.75) |
| Balance due | $2,314.00 |

### User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 8.90 | 260.00 | $2,314.00 |

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

November 30, 2013

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #   35540

Amount

Project - Leeward Construction v. American University

| Date | Init. | Description |
|---|---|---|
| 11/4/2013 | CAR | Review proposed order #8 - draft email with thoughts on an alternate viewpoint. |
| 11/5/2013 | CAR | Review proposed order #8, revised by Deigo - review "scope" of revision explained by Diego - exchange emails - draft email with update of CAR view - second round of revision to draft order. |
|  | CAR | Review final order #8. |
| 11/6/2013 | CAR | Update on status. |
| 11/12/2013 | CAR | Follow up with J. Itig and her response to request by AUA for time extension. |
| 11/13/2013 | CAR | Review and analyze opposition brief filed by AUA to oppose dispositive motion of Leeward. |
| 11/15/2013 | CAR | Review voluminous exhibits to opposition motion filed by AUA. |
| 11/23/2013 | CAR | Review Claimant's Reply - review exhibits - read ABST legislation (selected relevant sections). |
| 11/25/2013 | CAR | Review exchanges of emails among Leeward and AUA - addressing AUA's request to a sur-reply - draft email expressing no objection. |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
November 30, 2013

Page    2

Amount

11/26/2013  CAR    Receipt of pendrives from AUA and Leeward.

SUBTOTAL:                                                  1,638.00

For professional services rendered                        $1,638.00

Additional Charges :

Copies                                                        7.75

Total charges and costs                                      $7.75

Total amount of this bill                                 $1,645.75

Previous balance                                          $2,314.00

11/26/2013  Payment - thank you for your check no. 3311566 dated 11/14/13 in the amount     ($2,314.00)
            of $2,314

Total payments and adjustments                           ($2,314.00)

Balance due                                               $1,645.75

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 6.30 | 260.00 | $1,638.00 |

User Summary

Payment due on or before the thirtieth of this month.

*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

December 31, 2013

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #     35676

Amount

Project - Leeward Construction v. American University

| Date | | Description | Amount |
|---|---|---|---|
| 12/3/2013 | CAR | Review order granting extension of time to parties - review exchanges of emails between Gosis and J. Uttig regarding requested extension to file. | |
| 12/12/2013 | CAR | Review and analyze Reply and AUA with exhibits. | |
| 12/16/2013 | CAR | Review filing by Greer on behalf of Leeward to protest broad scope of filing of AUA. | |
| | CAR | Review comments by chairperson to round up comments and to inquire on commencing deliberations - draft response. | |
| 12/17/2013 | CAR | Review additional comments by Scalfani - new submission. | |
| | CAR | Review comments from chairman on "witness" statements submitted by AUA - suggestion on how to deal with situation. | |
| | CAR | Review all materials for panel conferences scheduled for Friday, December 20th at 2:30pm - Draft notes and prepare outliint - Regarding dispositive motions filed by the parties. | |
| | CAR | Schedule and coordinate panel only hearing. | |
| 12/20/2013 | CAR | Review notes and prepare for panel teleconference. | |

SUBTOTAL:                                                                        1,430.00

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
December 31, 2013                                                              Page        2

|  | Amount |
|---|---|
| For professional services rendered | $1,430.00 |
| Additional Charges : | |
| Copies | 23.10 |
| Total charges and costs | $23.10 |
| Total amount of this bill | $1,453.10 |
| Previous balance | $1,645.75 |
| 1/2/2014 Payment - thank you for your check no. 3315242 dated 12/12/13 in the amount of $1,645.75. | ($1,645.75) |
| Total payments and adjustments | ($1,645.75) |
| Balance due | $1,453.10 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 5.50 | 260.00 | $1,430.00 |

Payment due on or before the thirtieth of this month.

*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

January 31, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #    35782

Amount

Project - Leeward Construction v. American University

| | | |
|---|---|---|
| 1/3/2014 | CAR | Review materials to prepare for arbitrator conference to resolve issues. |
| | CAR | Panel conference on issues. |
| | CAR | Draft email to Panel suggesting proposed course of action and to request hearing at which Panel can ask questions. |
| 1/4/2014 | CAR | Draft analysis to Panel with reason to set up oral agreements - re-evaluate the issues and scope of the proceeding - outline alternate course of action. |
| 1/6/2014 | CAR | Review and analyze thoughts and analysis submitted by Diego Gosis - Analyze claims - defenses - dispositive motions - Draft extensive analysis of claims - resjudicate - lack of refund claim filing - other matters. |
| 1/24/2014 | CAR | Review proposed order drafted by chairman to address motions by the parties. |
| 1/29/2014 | CAR | Analyze proposed order of Diego Bosis. Draft email to outline thoughts; reason for which long order should not be adopted; promote adoption of short order. |
| | CAR | Review comments from Judith Ittig - evaluating length of proposed order - draft comment regarding arbitrability. |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
January 31, 2014

Page      2

Amount

| | | | |
|---|---|---|---|
| 1/29/2014 CAR | Review comments by Diego Gosis regarding length of order - standard for an order v. award. | | |
| 1/31/2014 CAR | Review and exchange emails with Diego Gosis to express concern over the expensive fees generated by arbitrators. | | |

SUBTOTAL:                                                              1,950.00

For professional services rendered                                  $1,950.00

Additional Charges :

Copies                                                                        13.70

Total charges and costs                                                   $13.70

Total amount of this bill                                                $1,963.70

Previous balance                                                         $1,453.10

2/3/2014  Payment - thank you for your check no. 3320328 dated 1/27/14 in the amount     ($1,453.10)
of $1,453.10

Total payments and adjustments                                      ($1,453.10)

Balance due                                                              $1,963.70

User Summary

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLOS A. ROMERO, JR. | | 7.50 | 260.00 | $1,950.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

February 28, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #      35918

Amount

Project - Leeward Construction v. American University

| Date | | Description | |
|---|---|---|---|
| 2/3/2014 | CAR | Confer with J. Ittig to discuss pending revised order drafted by Diego Gosis - discuss options and course of action. | |
| 2/4/2014 | CAR | Confer with Ittig on finalizing proposed revisions that Ittig and CAR have with suggestion to finalize order. | |
| | CAR | Review draft order- review proposed revisions by J. Ittig; draft proposed revisions to order Diego - draft email to Judy Ittig with comments. | |
| 2/5/2014 | CAR | Conference of Panel to review draft of Diego Gosis to dismiss all motions. | |
| 2/6/2014 | CAR | Review multiple exchanges of emails with client. | |
| 2/19/2014 | CAR | Revise and edit calendar of remainder of trial - draft email to panel with suggestions. | |
| 2/20/2014 | CAR | Exchange multiple emails to review scheduling order draft - address scheduling next teleconferencing.  Outline suggestion that party representative be present. | |
| 2/21/2014 | CAR | Review revised draft scheduling of case until final hearing. | |

SUBTOTAL:                                                                                          910.00

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
February 28, 2014                                                               Page      2

|                                                                          | Amount      |
|--------------------------------------------------------------------------|-------------|
| For professional services rendered                                       | $910.00     |
| Additional Charges :                                                     |             |
| Copies                                                                   | 8.70        |
| Total charges and costs                                                  | $8.70       |
| Total amount of this bill                                                | $918.70     |
| Previous balance                                                         | $1,963.70   |
| 2/18/2014  Payment - thank you for your check no. 3322268 dated 2/1014 in the amount of $1,963.70 | ($1,963.70) |
| Total payments and adjustments                                           | ($1,963.70) |
| Balance due                                                              | $918.70     |

User Summary

| Name               | Hours | Rate   | Amount  |
|--------------------|-------|--------|---------|
| CARLOS A. ROMERO, JR. | 3.50  | 260.00 | $910.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

April 30, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #    36096

|  |  |  | Amount |
|---|---|---|---|
| | Project – Leeward Construction v. American University | | |
| 4/1/2014 CAR | Meet with Panel members - discussed issues relating to April 28 hearing and to meet in person. (3 hours) | | NO CHARGE |
| 4/23/2014 CAR | Address deposits and timing of hearing. | | |
| 4/24/2014 CAR | Review materials and prepare for oral arguments on Monday - take notes - review exhibits. | | |
| 4/25/2014 CAR | Review additional exhibits to prepare for hearing - draft extensive notes in preparation for arguments (for Monday) - preapre materials. | | |
| 4/28/2014 CAR | Deliberations after oral arguments. | | |
| 4/29/2014 CAR | One full day hearing (oral arguments) with counsel (9 hrs. @ $260 = $2,340) | | |
| CAR | Review file - review exhibits - draft extensive analysis of ABST statute to ascertain the existence of a direct cause of action. | | |
| | SUBTOTAL: | | 5,772.00 |
| | For professional services rendered | | $5,772.00 |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
April 30, 2014                                                                    Page      2

Additional Charges :

|  | Amount |
|---|---|
| Copies | 21.40 |
| Lunch for panel | 37.64 |
| Mileage | 8.00 |
| Mileage (trip to meet with panel members in downtown) | 8.00 |
| Parking (deliverations post hearing) | 10.20 |
| Parking (full day oral hearing) | 15.00 |
| Parking (meeting with panel members in downtown) | 25.00 |
| Total charges and costs | $125.24 |
| Total amount of this bill | $5,897.24 |
| Previous balance | $2,221.10 |
| 4/22/2014  Payment - thank you for your check no. 3328399 dated 4/9/14 in the amount of $375.75 | ($375.75) |
| 4/28/2014  Payment - thank you for your check no. 3329130 dated 4/16/14 in the amount of $1,836.65 | ($1,836.65) |
| Total payments and adjustments | ($2,212.40) |
| Balance due | $5,905.94 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 22.20 | 260.00 | $5,772.00 |
| CARLOS A. ROMERO, JR. | 3.00 | 0.00 | $0.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*

3195 Ponce de Leon Blvd.
Suite 400
Coral Gables, FL 33134

May 31, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #      36173

|  |  | Amount |
|---|---|---|
| Project - Leeward Construction v. American University | | |

| | | | Amount |
|---|---|---|---|
| 5/12/2014 | CAR | Review draft by Ittig - draft comments and revisions to Interim Award - draft email with commentaries to Panel explaining why I disagree. | |
| | CAR | Additional exchange of comments with Judith Ittig to review issues under consideration. | |
| 5/13/2014 | CAR | Meet with Diego Gosis, chair, to discuss overall evaluation and evaluate how to decide the issues presented at arbitration. | |
| 5/14/2014 | CAR | Confer with Panel to discuss parameters of partial award. | |
| | | SUBTOTAL: | 1,586.00 |
| | | For professional services rendered | $1,586.00 |
| | | Additional Charges : | |
| | | Copies | 1.60 |
| | | Parking | 4.00 |
| | | Total charges and costs | $5.60 |
| | | Total amount of this bill | $1,591.60 |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
May 31, 2014

Page    2

|  |  | Amount |
|---|---|---|
| | Previous balance | $5,905.94 |
| 5/28/2014 | Payment - thank you for your check no. 3333063 dated 5/21/14 in the amount of $5,897.24 | ($5,897.24) |
| | Total payments and adjustments | ($5,897.24) |
| | Balance due | $1,600.30 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 6.10 | 260.00 | $1,586.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*
*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

June 30, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #     36247

|  |  | Amount |
|---|---|---|
| **Project - Leeward Construction v. American University** | | |
| 6/18/2014 CAR | Review Partial Final Award - draft revisions for Panel consideration. | |
| 6/19/2014 CAR | Review comments by Diego - draft additional comments. | |
| SUBTOTAL: | | 312.00 |
| For professional services rendered | | $312.00 |
| Additional Charges : | | |
| Copies | | 4.40 |
| Total charges and costs | | $4.40 |
| Total amount of this bill | | $316.40 |
| Previous balance | | $1,600.30 |
| Balance due | | $1,916.70 |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
June 30, 2014                                                                    Page      2

                                     User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 1.20 | 260.00 | $312.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*
*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

July 31, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #    36326

Amount

Project - Leeward Construction v. American University

| Date | | Description | |
|---|---|---|---|
| 7/1/2014 | CAR | Review comments by Ittig to draft award. | |
| 7/10/2014 | CAR | Schedule teleconference with panel members to discuss issues relating to draft Partial Award. | |
| 7/15/2014 | CAR | Conference with panel members - discuss partial award. | |
| 7/16/2014 | CAR | Draft extensive comments concerning the decision of the panel - outline factual predicate to decision - explain nature and scope of disagreement. | |
| 7/21/2014 | CAR | Confer with J.Ittig to exchange comments concerning the remedy against double liability - Redraft text on double remedy - redraft text on rejecting waiver defenses - Draft email to Judy Ittig. | |
| 7/25/2014 | CAR | Exchanges with Judith Ittig to re-examine paragraph 20 (remedy to AUA) and review issues with text to address "waiver" argument. | |
| 7/28/2014 | CAR | Review AUA counterclaim - Review AUA memo of law - Draft lengthy explanation why unjust enrichment claom was never raised in SJ motiona and should not be the basis of the decision. | |

SUBTOTAL:                                                          1,222.00

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
July 31, 2014                                                                                    Page      2

|                                                                                    | Amount      |
| ---------------------------------------------------------------------------------- | ----------- |
| For professional services rendered                                                 | $1,222.00   |
| Additional Charges :                                                               |             |
| Copies                                                                             | 25.00       |
| Total charges and costs                                                            | $25.00      |
| Total amount of this bill                                                          | $1,247.00   |
| Previous balance                                                                   | $1,916.70   |
| 6/5/2014  Payment - thank you for your check no. 3337933 dated 6/30/14 in the amount of $1,908.00 | ($1,908.00) |
| Total payments and adjustments                                                     | ($1,908.00) |
| Balance due                                                                        | $1,255.70   |

User Summary

| Name                  | Hours | Rate    | Amount    |
| --------------------- | ----- | ------- | --------- |
| CARLOS A. ROMERO, JR. | 4.70  | 260.00  | $1,222.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

**POST & ROMERO**

3195 Ponce de Leon Blvd,
Suite 400
Coral Gables, FL 33134

August 31, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #      36372

Amount

### Project - Leeward Construction v. American University

| Date | | Description |
|---|---|---|
| 8/18/2014 | CAR | Confer with Albertini to evaluate scope and need for dissent - Evaluated propriety of issuing a dissent - Review comments from panel and Albertini regarding whether a dissent can be disposed. |
| | CAR | Exchange emails with C.Cardenas (Case Manager) regarding amount of deposits allocated to C.A.Romero. |
| 8/19/2014 | CAR | Draft preliminary dissent opinion. |
| 8/20/2014 | CAR | Revisions to dissent. |
| | CAR | Additional revisions to dissent - refocus certain arguments. |
| | CAR | Draft email to Case Manager to review draft dissent for compliance with AAA rules. |
| 8/21/2014 | CAR | Incorporate conforming edits and references to dissent - revise format - Draft transmittal email to panel the draft dissent for their review. |
| 8/22/2014 | CAR | Review modified Partial Final Award attempting to incorporate dissent - analyze revisions and identify errors - draft email to panel regarding request to revise PFA to a format and with wording acceptance to Romero. |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
August 31, 2014                                                                    Page      2

                                                                                   Amount

| Date | | Description | Amount |
|---|---|---|---|
| 8/22/2014 | CAR | Review comments by Diego Gosis and J. Ittig to the award - analyze - revise dissent and added (a) res judicata, (b) not signing the award, and (c) concurring with respect to certain decisions of the panel. | |
| 8/28/2014 | CAR | Confer with Diego Gosis to discuss status of Panel's tentative final version of its Partial Final Award and CAR's tentative final dissent draft. | |

| | |
|---|---|
| SUBTOTAL: | 3,172.00 |
| For professional services rendered | $3,172.00 |
| Additional Charges : | |
| Copies | 8.30 |
| Total charges and costs | $8.30 |
| Total amount of this bill | $3,180.30 |
| Previous balance | $1,255.70 |
| 8/25/2014 Payment - thank you for your check dated 8/19/14 in the amount of $1,247 | ($1,247.00) |
| Total payments and adjustments | ($1,247.00) |
| Balance due | $3,189.00 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 12.20 | 260.00 | $3,172.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*

*3195 Ponce de Leon Blvd.*
*Suite 400*
*Coral Gables, FL 33134*

September 30, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of Medicine

Case No. 50 110 T 00118 13

Invoice #      36393

_Amount_

Project - Leeward Construction v. American University

| | | |
|---|---|---|
| 9/18/2014 | CAR | Finalize Dissent - coordinate with Gosis the timeline; execution; and delivery of multiple originals; draft transmittal letter to C. Cardenas; draft email to Panel and AAA with transmittal letter with dissent executed. |
| | CAR | Review emails from AAA with suggested revisions to dissent and final partial; from J. Ittig with corrections; and Gosis with update. |
| | CAR | Review statute of ABST tax added one footnote - review comments by AAA case manager - prepare execution version - draft email to Carolina Cardenas (AAA Case Manager) and to Panel - review final revisions by Panel - submit to Panel dissent revisions. |
| | CAR | Review final execution version of partial Final Award - revise list page to conform to AAA formatting. |
| 9/29/2014 | CAR | Review inquiry of AAA for next stage - Draft email to panel members with suggestion for next phase relating to events post issue Partial Final Award. |
| 9/30/2014 | CAR | Coordinate with Panel calendar and scheduling hearing for Oct. 6. |
| | CAR | Scheduled hearing for Oct 6 at 11am. |

PRIVILEGED & CONFIDENTIAL

Carolina Cardenas Soto
CardenasC@adr.org
September 30, 2014                                                    Page      2

|  | Amount |
|---|---|
| SUBTOTAL: | 728.00 |
| For professional services rendered | $728.00 |
| Additional Charges : |  |
| Copies | 4.00 |
| Total charges and costs | $4.00 |
| Total amount of this bill | $732.00 |
| Previous balance | $3,189.00 |
| 9/22/2014 Payment - thank you for your check no. 3347613 dated 9/16/14 in the amount of $3,180.30 | ($3,180.30) |
| 9/22/2014 Courtesy Credit | ($8.70) |
| Total payments and adjustments | ($3,189.00) |
| Balance due | $732.00 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 2.80 | 260.00 | $728.00 |

Payment due on or before the thirtieth of this month.

POST & ROMERO

PRIVILEGED & CONFIDENTIAL

*POST & ROMERO*

3195 Ponce de Leon Blvd.
Suite 400
Coral Gables, FL 33134

October 31, 2014

Employer I.D. No. 65-0405143

Carolina Cardenas Soto
CardenasC@adr.org
PRIVILEGED & CONFIDENTIAL

PROJECT - Leeward Construction Company Limited v. American University of Antigua, College of
Medicine

Case No. 50 110 T 00118 13

Invoice #      36423

|  |  |  | Amount |
|---|---|---|---|
| | Project - Leeward Construction v. American University | | |
| 10/2/2014 CAR | Review emails of Chairman and AAA (C. Cardenas) to change date of hearing to Oct. 15 - reschedule commitment. Draft email to confirm to AAA and panel availability of CAR. | | |
| 10/15/2014 CAR | Conference with panel and counsel - status call - thirty day extension. | | |
| CAR | Review order of adjournment - calendar call. | | |
| | SUBTOTAL: | | 208.00 |
| | For professional services rendered | | $208.00 |
| | Additional Charges : | | |
| | Copies | | 1.30 |
| | Total charges and costs | | $1.30 |
| | Total amount of this bill | | $209.30 |
| | Previous balance | | $732.00 |

Carolina Cardenas Soto
CardenasC@adr.org
October 31, 2014

Page    2

| | Amount |
|---|---|
| Balance due | $941.30 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CARLOS A. ROMERO, JR. | 0.80 | 260.00 | $208.00 |

Payment due on or before the thirtieth of this month.

Gomm & Smith, P.A.
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



ICDR
1633 Broadway, 10th Floor
New York, NY 10019

**Invoice 20724**

| Date | Jun 01, 2013 |
|---|---|
| Service Thru | May 31, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 04/16/2013 | DBG | **Review Material:** Review of the case material received from ICDR. Review of applicable rules. | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 05/13/2013 | DBG | **Review Material:** Review of the case material received from ICDR. Review of applicable rules. Communications with counsel for the parties, members of the panel and ICDR staff. | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 05/14/2013 | DBG | **Other:** Preparation for hearing. Communications with ICDR, the panel and the parties. Preliminary Hearing | 2.00 | $ 380.00/hr | $ 760.00 |
| 05/27/2013 | DBG | **Writing:** Preparation of draft procedural order | 3.50 | $ 380.00/hr | $ 1,330.00 |
| 05/29/2013 | DBG | **Writing:** Preparation of draft procedural order. Exchange of commentaries with co-arbitrators. Communications with the parties. | 4.00 | $ 380.00/hr | $ 1,520.00 |

| | |
|---|---|
| Total Hours | 15.50 hrs |
| Total Matter | $ 5,890.00 |
| Total Invoice Amount | $ 5,890.00 |
| Previous Balance | $ 0.00 |
| Balance (Amount Due) | $ 5,890.00 |

Notes:
* Each tenth of an hour represents 6 minutes
** The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith, P.A.
175 SW 7th St., Suite 2110, Miami, FL 33130

Gomm & Smith, P.A.
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



ICDR
1633 Broadway, 10th Floor
New York, NY 10019

### Invoice 20725

| Date | Jul 01, 2013 |
| --- | --- |
| Service Thru | Jun 30, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/14/2013 | DBG | Writing: Issuance of procedural order. | 0.50 | $ 380.00/hr | $ 190.00 |
| 06/20/2013 | DBG | Writing: Issuance of procedural order. | 0.50 | $ 380.00/hr | $ 190.00 |

| | |
| --- | --- |
| Total Hours | 1.00 hrs |
| Total Matter | $ 380.00 |
| Total Invoice Amount | $ 380.00 |
| Previous Balance | $ 5,890.00 |
| Balance (Amount Due) | $ 6,270.00 |

Notes:
* Each tenth of an hour represents 6 minutes
** The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith, P.A.
175 SW 7th St., Suite 2110, Miami, FL 33130
Tax ID: 27-0555059

Wire Transfer Information
Account# 9852868251 ABA# 267090594 Swift Code# BUFBUS3M
BankUnited: 1291 W 49 St., Miami, FL 33012

THANK YOU

Gomm & Smith, P.A.
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



ICDR                                              **Invoice 20767**
1633 Broadway, 10th Floor
New York, NY 10019

| Date | Aug 01, 2013 |
| --- | --- |
| Service Thru | Jul 31, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
| --- | --- | --- | --- | --- | --- |
| 07/17/2013 | DBG | **Meeting:** Deliberations within the Tribunal. Preparation for hearing | 2.00 | $ 380.00/hr | $ 760.00 |
| 07/17/2013 | DBG | **Meeting:** Hearing with the parties. Deliberations within the Tribunal. Preparation of Procedural Order | 4.00 | $ 380.00/hr | $ 1,520.00 |

| | |
| --- | --- |
| Total Hours | 6.00 hrs |
| Total Matter | $ 2,280.00 |
| Total Invoice Amount | $ 2,280.00 |
| Previous Balance | $ 6,270.00 |
| Balance (Amount Due) | $ 2,280.00 |

**Notes:**
* Each tenth of an hour represents 6 minutes
** The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith, P.A.
175 SW 7th St., Suite 2110, Miami, FL 33130
Tax ID: 27-0555059

Wire Transfer Information
Account# 9852868251 ABA# 267090594 Swift Code# BUFBUS3M
BankUnited: 1291 W 49 St., Miami, FL 33012

THANK YOU

**Payment History:**

| Date | Type | Payment Description | Amount |
|------|------|---------------------|--------|
| 7/31/2013 | Balance Adjustment | Panel Fee Deduction for 2013 | ($450.00) |
| 7/31/2013 | Payment - Check | | ($5,820.00) |

Gomm & Smith, P.A.
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



ICDR                                            **Invoice 20781**
1633 Broadway, 10th Floor
New York, NY 10019

| Date | Sep 01, 2013 |
|---|---|
| Service Thru | Aug 31, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 08/05/2013 | DBG | Documentation: Review of submission by Respondent. Deliberations via email within the tribunal. | 1.50 | $ 380.00/hr | $ 570.00 |
| 08/05/2013 | DBG | Writing: Deliberations within the tribunal via email. | 1.50 | $ 380.00/hr | $ 570.00 |
| 08/06/2013 | DBG | Writing: Deliberations with the Tribunal via email. Preparation of communications to the parties. | 1.00 | $ 380.00/hr | $ 380.00 |
| 08/19/2013 | DBG | Writing: Review of submissions by the parties. Preparation of proposed order. | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 08/20/2013 | DBG | Writing: Deliberation within the Tribunal via conference call. Preparation of Procedural Order | 4.00 | $ 380.00/hr | $ 1,520.00 |
| 08/22/2013 | DBG | Writing: Preparation of Procedural Order | 2.00 | $ 380.00/hr | $ 760.00 |
| 08/30/2013 | DBG | Writing: Review of submissions by the parties. | 1.50 | $ 380.00/hr | $ 570.00 |

| | |
|---|---|
| Total Hours | 14.50 hrs |
| Total Matter | $ 5,510.00 |
| Total Invoice Amount | $ 5,510.00 |
| Previous Balance | $ 2,280.00 |
| Balance (Amount Due) | $ 5,510.00 |

Notes:
* Each tenth of an hour represents 6 minutes
** The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith, P.A.

175 SW 7th St., Suite 2110, Miami, FL 33130
Tax ID: 27-0555059

Wire Transfer Information
Account# 9852868251 ABA# 267090594 Swift Code# BUFBUS3M
BankUnited: 1291 W 49 St., Miami, FL 33012

THANK YOU

Payment History:

| Date | Type | Payment Description | Amount |
|------|------|---------------------|--------|
| 8/31/2013 | Payment - Check | | ($2,280.00) |

Gomm & Smith, P.A.
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



ICDR
1633 Broadway, 10th Floor
New York, NY 10019

### Invoice 20793

| Date | Oct 01, 2013 |
| --- | --- |
| Service Thru | Sep 30, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
| --- | --- | --- | --- | --- | --- |
| 09/03/2013 | DBG | Writing: Deliberations within the Tribunal via email. | 1.50 | $ 380.00/hr | $ 570.00 |
| 09/06/2013 | DBG | Writing: Review of submissions. Deliberations within the panel. Preparation of Procedural Order No. 3 | 2.50 | $ 380.00/hr | $ 950.00 |
| 09/10/2013 | DBG | Writing: Review of submissions. Deliberations within the panel. Preparation of Procedural Order No. 4 | 1.00 | $ 380.00/hr | $ 380.00 |
| 09/18/2013 | DBG | Writing: Review of submissions. Preparation of procedural notes extending period for compliance with PO No. 4 | 0.75 | $ 380.00/hr | $ 285.00 |
| 09/26/2013 | DBG | Writing: Review of submissions re:application for confidentiality. Deliberations within the panel | 2.00 | $ 380.00/hr | $ 760.00 |
| 09/30/2013 | DBG | Writing: Telephonic conference with the panel. Preparation of Procedural Order No. 5 | 2.00 | $ 380.00/hr | $ 760.00 |

| | |
| --- | --- |
| Total Hours | 9.75 hrs |
| Total Matter | $ 3,705.00 |
| Total Invoice Amount | $ 3,705.00 |
| Previous Balance | $ 5,510.00 |
| Balance (Amount Due) | $ 9,215.00 |

Notes:

* Each tenth of an hour represents 6 minutes
** The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith, P.A.
175 SW 7th St., Suite 2110, Miami, FL 33130

Gomm & Smith, P.A.
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



ICDR
1633 Broadway, 10th Floor
New York, NY 10019

**Invoice 20828**

| | |
|---|---|
| **Date** | Dec 01, 2013 |
| **Service Thru** | Nov 30, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 10/08/2013 | DBG | **Writing:** Review of applications for confidentiality order, opposition and reply. Deliberations within the panel. | 1.75 | $ 380.00/hr | $ 665.00 |
| 10/10/2013 | DBG | **Miscellaneous:** Preparation of Procedural Order 6. Deliberations within the tribunal. | 1.50 | $ 380.00/hr | $ 570.00 |
| 10/14/2013 | DBG | **Miscellaneous:** Review of submissions by the parties re: redaction of documents prior to production. Deliberations via email. | 1.50 | $ 380.00/hr | $ 570.00 |
| 10/17/2013 | DBG | **Miscellaneous:** Review of submission by Claimant Leeward. Deliberations within the Tribunal re: motions related to production of documents. | 2.00 | $ 380.00/hr | $ 760.00 |
| 10/28/2013 | DBG | **Miscellaneous:** Review of submissions by the parties. Deliberations within the Tribunal. Preparation of Procedural Order No. 7 | 2.50 | $ 380.00/hr | $ 950.00 |
| 10/30/2013 | DBG | **Miscellaneous:** Review of submissions and documents produced by the parties. | 1.00 | $ 380.00/hr | $ 380.00 |
| 11/04/2013 | DBG | **Miscellaneous:** Review of submissions by the parties. Preparation of Procedural Order No. 8. Deliberations within the panel | 1.75 | $ 380.00/hr | $ 665.00 |
| 11/09/2013 | DBG | **Miscellaneous:** Communications within the Tribunal and with the parties. | 0.75 | $ 380.00/hr | $ 285.00 |

| | |
|---|---|
| Total Hours | 12.75 hrs |
| Total Matter | $ 4,845.00 |
| Total Invoice Amount | $ 4,845.00 |

|  | Previous Balance | $ 9,215.00 |
|---|---|---|
|  | Balance (Amount Due) | $ 4,845.00 |

Notes:
* Each tenth of an hour represents 6 minutes
** The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith, P.A.
175 SW 7th St., Suite 2110, Miami, FL 33130
Tax ID: 27-0555059

Wire Transfer Information
Account# 9852868251 ABA# 267090594 Swift Code# BUFBUS3M
BankUnited: 1291 W 49 St., Miami, FL 33012

THANK YOU

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 10/9/2013 | Payment - Check | | ($5,510.00) |
| 11/8/2013 | Payment - Check | | ($1,425.50) |
| 11/15/2013 | Payment - Check | 20793 | ($1,164.75) |
| 11/15/2013 | Payment - Check | | ($1,114.75) |

**Gomm & Smith**
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



**ICDR**
1633 Broadway, 10th Floor
New York, NY 10019

# Invoice 20859

| | |
|---|---|
| **Date** | Jan 01, 2014 |
| **Service Thru** | Dec 31, 2013 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 11/12/2013 | DBG | **Review Material:** Review of submissions by the parties re: dispositive motions. | 2.50 | $ 380.00/hr | $ 950.00 |
| 11/13/2013 | DBG | **Review Material:** Review of submissions by the parties re: dispositive motions. | 2.00 | $ 380.00/hr | $ 760.00 |
| 11/22/2013 | DBG | **Review Material:** Review of submissions by the parties re: dispositive motions. | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 12/02/2013 | DBG | **Review Material:** Communications within the Tribunal and with the parties. Re: Extension of deadline to file responsive submission on dispositive motions. | 1.00 | $ 380.00/hr | $ 380.00 |
| 12/11/2013 | DBG | **Review Material:** Review of submissions by the parties re: dispositive motions. | 3.50 | $ 380.00/hr | $ 1,330.00 |
| 12/16/2013 | DBG | **Review Material:** Review of submissions by the parties, communications within the tribunal. re: scope of evidence permitted with dispositive motions. | 2.75 | $ 380.00/hr | $ 1,045.00 |
| 12/17/2013 | DBG | **Review Material:** Review of submissions by the parties. re: scope of evidence permitted with dispositive motions. Dispositive motions themselves. | 3.50 | $ 380.00/hr | $ 1,330.00 |
| 12/18/2013 | DBG | **Review Material:** Review of submissions by the parties. re: scope of evidence permitted with dispositive motions. Dispositive motions themselves. | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 12/19/2013 | DBG | **Review Material:** Review of submissions by the parties. re: scope of evidence permitted with dispositive motions. Dispositive motions themselves. | 4.50 | $ 380.00/hr | $ 1,710.00 |

| | | |
|---|---|---|
| **Total Hours** | | 25.75 hrs |

| | |
|---|---|
| Total Matter | $ 9,785.00 |
| Total Invoice Amount | $ 9,785.00 |
| Previous Balance | $ 4,845.00 |
| Balance (Amount Due) | $ 14,630.00 |

**Notes:**

\* Each tenth of an hour represents 6 minutes
\*\* The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith
175 SW 7th St., Suite 2110, Miami, FL 33130
Tax ID: 27-0555059

Wire Transfer Information
Account# 9852868251 ABA# 267090594 Swift Code# BUFBUS3M
BankUnited: 1291 W 49 St., Miami, FL 33012

THANK YOU

**Gomm & Smith**
175 S.W. 7th St., Suite 2110
Miami, FL 33130
United States



**ICDR**
1633 Broadway, 10th Floor
New York, NY 10019

# Invoice 20889

| Date | Feb 01, 2014 |
|---|---|
| Service Thru | Jan 31, 2014 |

In Reference To: 50 110 T 0011813 Leeward Construction Company Ltd. vs American University of Antigua College of Medicine (Matter)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 01/02/2014 | DBG | **Review Material:** Review of submissions by the parties. Re: Dispositive motions. | 4.50 | $ 380.00/hr | $ 1,710.00 |
| 01/03/2014 | DBG | **Review Material:** Deliberations within the tribunal. Re: Dispositive motions. | 2.50 | $ 380.00/hr | $ 950.00 |
| 01/06/2014 | DBG | **Review Material:** Exchange of communications within the tribunal. Review of submissions by the parties. Re: dispositive motions. | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 01/07/2014 | DBG | **Writing:** Deliberations via email within the Tribunal. Preparation of Decision on Dispositive Motions | 1.50 | $ 380.00/hr | $ 570.00 |
| 01/09/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 2.50 | $ 380.00/hr | $ 950.00 |
| 01/13/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 3.50 | $ 380.00/hr | $ 1,330.00 |
| 01/14/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 01/15/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 2.50 | $ 380.00/hr | $ 950.00 |
| 01/16/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 01/20/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 2.50 | $ 380.00/hr | $ 950.00 |
| 01/21/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 3.00 | $ 380.00/hr | $ 1,140.00 |
| 01/22/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 3.50 | $ 380.00/hr | $ 1,330.00 |
| 01/24/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions | 4.00 | $ 380.00/hr | $ 1,520.00 |
| 01/28/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions. Review of comments by co-arbitrators on draft order. Preparation of revised draft. | 1.50 | $ 380.00/hr | $ 570.00 |

| Date | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions. Deliberations via email. Review of comments by co-arbitrators on draft order. Preparation of revised draft. | 2.50 | $ 380.00/hr | $ 950.00 |
| 01/31/2014 | DBG | **Writing:** Preparation of Decision on Dispositive Motions. Deliberations via email. Review of comments by co-arbitrators on draft order. Preparation of revised draft. | 1.50 | $ 380.00/hr | $ 570.00 |

| | |
|---|---|
| Total Hours | 44.50 hrs |
| Total Matter | $ 16,910.00 |
| Total Invoice Amount | $ 16,910.00 |
| Previous Balance | $ 14,630.00 |
| Balance (Amount Due) | $ 26,695.00 |

**Notes:**

* Each tenth of an hour represents 6 minutes
** The values of this invoice are in U.S. dollars

Please make checks payable: Gomm & Smith
175 SW 7th St., Suite 2110, Miami, FL 33130
Tax ID: 27-0555059

Wire Transfer Information
Account# 9852868251 ABA# 267090594 Swift Code# BUFBUS3M
BankUnited: 1291 W 49 St., Miami, FL 33012

THANK YOU

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 1/15/2014 | Payment - Check | | ($4,845.00) |

# ITTIG & ITTIG, P.C.
## ATTORNEYS AT LAW

TELEPHONE (202) 387-5508

FACSIMILE (202) 232-1334

1420 NINTH STREET, N. W.
WASHINGTON, D. C. 20001-3344

E-MAIL usbuildlaw@ittig-ittig.com

WEB SITE www.ittig-ittig.com

July 3, 2013

*By E-Mail Only - Cardenasc@adr.org*

International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019
   Attn: Carolina Cardenas-Soto

For Professional Services Rendered

In the Matter of the Arbitration between

RE:   50 110 T 0011813                    Arbitrator: *Judith B. Ittig, Esq.*
      Leeward Construction Company Ltd.
      and
      American University of Antigua College of Medicine

## INVOICE
### Through June 30, 2013

TIME      $4,950.00      (13.2 hours at $375.00/hr)

5.1 (May)- Prepare for first pre-hearing conference with parties, pre-hearing telephone conference with arbitrators and telephone conference with parties and arbitrators, review draft pre-hearing order and send comments to arbitrators, review revised draft order, telephone conference with chair re same, draft memo to chair re revised draft procedural order

8.1 (June) - Review/reply to e-mails from arbitrators re scheduling/pre-hearing order, telephone conference with C. Romero, draft/send memo to chair, review submissions from parties, review/reply to e-mail from C. Romero, telephone conference with arbitrators, review e-mails from parties, review Respondent's claim statement, e-mails to/from arbitrators, review new scheduling arrangements,

review parties' submissions, e-mails to/from arbitrators; review memo from C. Romero re issues, review statement of counterclaims and defenses, draft/send memo to arbitrators re Respondent's claims and discovery, review e-mails from parties re statements of claims

**TOTAL DUE**       $4,950.00

2

# ITTIG & ITTIG, P.C.
## ATTORNEYS AT LAW

Telephone (202) 387-5508

Facsimile (202) 232-1334

1420 NINTH STREET, N. W.
WASHINGTON, D. C.  20001-3344

E-Mail usbuildlaw@ittig-ittig.com

Web Site www.ittig-ittig.com

September 30, 2013

*By E-Mail Only - Cardenasc@adr.org*

International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019
        Attn: Carolina Cardenas-Soto

For Professional Services Rendered

**In the Matter of the Arbitration between**

RE:   50 110 T 0011813                            Arbitrator: *Judith B. Ittig, Esq.*
      **Leeward Construction Company Ltd.**
      and
      **American University of Antigua College of Medicine**

## INVOICE
From July 1, 2013 Through September 30, 2013

TIME      $5,962.50   (15.9 hours at $375.00/hr)

4.6 (July) - Review/reply to e-mails from arbitrators; Telephone conference with
arbitrators; Telephone conference with parties, telephone conference with
arbitrators re scheduling order on motions for summary judgment and exchange of
information; E-mails to/from arbitrators re Procedural Order #1

4.5 (August) - Review parties' joint submission, e-mails to/from arbitrators re
same; Review e-mail from party and review/reply to e-mails from arbitrators;
Review parties' discovery requests and objections and e-mails from parties;
Telephone conference with arbitrators re discovery requests of both parties;
Review draft order re discovery and send comments to arbitrators

6.8 (September) - Review parties' updated discovery production and requests; confer with arbitrators by e-mail; Review e-mails from parties re order to produce tax filings, review/reply to e-mails from arbitrators; Review request for confidentiality order and objections from Respondent, confer with arbitrators by e-mail; E-mails to/from arbitrators re protective order; Review e-mail from Claimant re confidentiality order and Respondent's objections; Review/reply to arbitrators re e-mails re confidentiality request and objections; Telephone conference with arbitrators re request for confidentiality order and objections, draft order, e-mails to/from arbitrators to finalize order

**TOTAL DUE**      $5,962.50

2

# ITTIG & ITTIG, P.C.

### ATTORNEYS AT LAW

Telephone (202) 387-5508

Facsimile (202) 232-1334

1420 NINTH STREET, N. W.
WASHINGTON, D. C. 20001-3344

E-Mail usbuildlaw@ittig-ittig.com

Web Site www.ittig-ittig.com

January 8, 2014

*By E-Mail Only - <u>Cardenasc@adr.org</u>*

International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019
Attn: Carolina Cardenas-Soto

For Professional Services Rendered

**In the Matter of the Arbitration between**

RE:  **50 110 T 00118 13**                                    Arbitrator: *Judith B. Ittig, Esq.*
      **Leeward Construction Company Ltd.**
      **and**
      **American University of Antigua College of Medicine**

### INVOICE
From October 1, 2013 through December 31, 2013

**TIME**      $2,512.50  (6.7 hours at $375.00/hr)

2.9 (October) - Review Claimant's request for confidentiality order re checks, e-mails to/from arbitrators re same; Review Claimant's reaction request, review/reply to e-mails from arbitrators re same; Review parties' e-mails re discovery, review draft procedural order and send revisions to arbitrators;

0.6 (November) - Review draft procedural order #8 and review/reply to arbitrators' comments;

3.2 (December) - Review parties' submissions and review/reply to e-mails from arbitrators re motion to exclude evidence; E-mails to/from arbitrators re motions and scheduling; Review parties' briefs on motions for dismissal and summary judgment

**TOTAL DUE**      <u>$2,512.50</u>

ITTIG & ITTIG, P.C.

ATTORNEYS AT LAW

Telephone (202) 387-5508

Facsimile (202) 232-1334

1420 NINTH STREET, N. W.
WASHINGTON, D. C.  20001-3344

E-Mail usbuildlaw@ittig-ittig.com

Web Site www.ittig-ittig.com

February 17, 2014

*By E-Mail Only - Cardenasc@adr.org*

International Centre for Dispute Resolution
120 Broadway, 21ˢᵗ Floor
New York, NY 10271
Attn: Carolina Cardenas-Soto

For Professional Services Rendered

**In the Matter of the Arbitration between**

RE:   **50 110 T 00118 13**                          Arbitrator: *Judith B. Ittig, Esq.*
      **Leeward Construction Company Ltd.**
      **and**
      **American University of Antigua College of Medicine**

**INVOICE**
From January 1, 2014 through January 31, 2014

**TIME**       $3,487.50      (9.3 hours at $375.00/hr)

Review parties' briefs for decision on motions; Telephone conference with
arbitrators re motions; Review/reply to arbitrators' comments; Review draft of
rulings on motions for summary judgment; Revise draft order and send revisions
to arbitrators; Review/reply to arbitrators' comments on draft order; Review
revised draft

**TOTAL DUE**      **$3,487.50**

# ITTIG & ITTIG, P.C.
## ATTORNEYS AT LAW

Telephone (202) 387-5508

Facsimile (202) 232-1334

1420 NINTH STREET, N. W.
WASHINGTON, D. C.  20001-9344

E-Mail usbuildlaw@ittig-ittig.com

Web Site www.ittig-ittig.com

May 6, 2014

*By First Class Mail and E-Mail – Cardenasc@adr.org*

International Centre for Dispute Resolution
120 Broadway, 21st Floor
New York, NY 10271
Attn: Carolina Cardenas-Soto

For Professional Services Rendered

**In the Matter of the Arbitration between**

**RE:   50 110 T 00118 13**                         **Arbitrator:** *Judith B. Ittig, Esq.*
          Leeward Construction Company Ltd.
          and
          American University of Antigua College of Medicine

---

### INVOICE
From February 1, 2014 through April 30, 2014

**TIME**          $7,050.00      (18.8 hours at $375.00/hr)

Revise draft order on motions for summary judgment, telephone
conference with Arbitrator Romero, draft new clauses for order, telephone
conference with arbitrators, e-mails to/from arbitrators, e-mails to/from
arbitrators and parties, telephone conference with arbitrators and parties,
review letter from AUA, e-mails to/from arbitrators re oral hearing issues,
preparation for oral argument, attend oral argument, deliberate with
arbitrators

**TRAVEL TIME**   $1,715.00      (9.8 hours at $175.00/hr)

**EXPENSES**      $1,539.86

Miami hearing, April 27-29, 2014

| | |
|---|---|
| Airfare | $684.00 |
| Baggage Fees | 50.00 |
| Lodging | 717.32 |
| Meals | 6.54 |
| Taxis | 80.00 |
| Porter | 2.00 |
| Total | $1,539.86 |

(Receipts attached)

**TOTAL DUE**    $10,304.86

# ITTIG & ITTIG, P.C.
## ATTORNEYS AT LAW

Telephone (202) 387-5508

Facsimile (202) 232-1334

1420 NINTH STREET, N. W.
WASHINGTON, D. C. 20001-3344

E-Mail usbuildlaw@ittig-ittig.com

Web Site www.ittig-ittig.com

September 19, 2014

*By First Class Mail and E-Mail* – *Cardenasc@adr.org*

International Centre for Dispute Resolution
120 Broadway, 21st Floor
New York, NY 10271
Attn: Carolina Cardenas-Soto

For Professional Services Rendered

**In the Matter of the Arbitration between**

RE:   50 110 T 00118 13                         Arbitrator: *Judith B. Ittig, Esq.*
      Leeward Construction Company Ltd.
      and
      American University of Antigua College of Medicine

### INVOICE
From May 1, 2014

FEE          $7,537.50     (20.1 hours at $375.00/hr)

Draft award on motions for summary disposition and send to arbitrators;
Review comments from arbitrators; Telephone conference with arbitrators
re draft award; Review arbitrators' proposed revisions to draft award and
reconcile versions in a revised draft and send to arbitrators; Telephone
conference with arbitrators re revised draft; Review comments from
arbitrators re proposed revisions and send reply comments to arbitrators;
Telephone conference with arbitrator; Revise draft award and send to
arbitrators; Telephone conference with arbitrator; Confer with arbitrators
by e-mail; Review draft dissent and majority draft award and send
comments to arbitrators; Review revised draft and send comments to
arbitrators; Review draft award and send proposed revisions to arbitrators;
Finalize award and send to arbitrators

TOTAL DUE     $7,537.50