# Sills Cummis & Gross
### A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York 10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

*The Legal Center*
*One Riverfront Plaza*
*Newark, NJ 07102*
*Tel: (973) 643-7000*
*Fax: (973) 643-6500*

**James M. Hirschhorn**
**Member**
**Admitted In NJ, NY, VA**
**Direct Dial:  973-643-5288**
**Email: jhirschhorn@sillscummis.com**

*600 College Road East*
*Princeton, NJ 08540*
*Tel: (609) 227-4600*
*Fax: (609) 227-4646*

March 13, 2015

By E-filing

Hon. Denise L. Cote,  U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

        Re:    *American University of Antigua - College of Medicine v. Leeward Construction Co., Ltd.*, Docket No. 1:14-cv-8410-DLC/GWG

Dear Judge Cote:

       This firm represents Plaintiff, American University of Antigua – College of Medicine ("AUA").  I write to request permission to file a 13-page reply brief in support of AUA's motion for attachment and preliminary injunction in the above-captioned matter.  As directed by your Honor's chambers, I am filing AUA's reply brief contemporaneously with this letter.  I have consulted counsel for Leeward, who consents to the filing of a 13-page reply brief.

       Please do not hesitate to contact me should you have any questions or concerns.

                                              Respectfully submitted,

                                              *James M. Hirschhorn*

                                              James M. Hirschhorn