# Sills Cummis & Gross
A Professional Corporation

101 Park Avenue
28th Floor
New York, New York  10178
Tel: (212) 643-7000
Fax (212) 643-6500

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

James M. Hirschhorn
Member
Admitted In NJ, NY, VA
Direct Dial: 973-643-5288
Email: jhirschhorn@sillscummis.com

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

March 13, 2015

By E-filing

Hon. Denise L. Cote, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

3/13/2015

Re:   *American University of Antigua - College of Medicine v. Leeward Construction Co., Ltd.*, Docket No. 1:14-cv-8410-DLC/GWG

Dear Judge Cote:

This firm represents Plaintiff, American University of Antigua – College of Medicine ("AUA"). I write to request permission to file a 13-page reply brief in support of AUA's motion for attachment and preliminary injunction in the above-captioned matter. As directed by your Honor's chambers, I am filing AUA's reply brief contemporaneously with this letter. I have consulted counsel for Leeward, who consents to the filing of a 13-page reply brief.

Please do not hesitate to contact me should you have any questions or concerns.

Respectfully submitted,

*James M. Hirschhorn*

James M. Hirschhorn

Granted.
*Denise Cote*
3/13/15