UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMERICAN UNIVERSITY OF ANTIGUA –
COLLEGE OF MEDICINE,                                    Civl Action No.: 14-CV-8410
                                                                                     DLC/GWG

                            Petitioner,                                    ECF CASE

                 -against-                                       **NOTICE OF APPEAL**
LEEWARD CONSTRUCTION COMPANY, LTD. ,

                            Respondent.
------------------------------------------------------------------x

       **NOTICE** is hereby given that Respondent, Leeward Construction Company, Ltd. hereby appeals to the United State Court of Appeals for the Second Circuit from the Judgment entered on May 5, 2015 that granted Petitioner's petition to confirm an arbitration award and denied Respondent's cross-motion to deny enforcement, vacate or modify the arbitral award.

Dated: May 14, 2015
       Poughkeepsie, New York

                                                Respectfully submitted,

                                                Veronica A. McMillan, Esq. (VM1107)
                                                **LEWIS & GREER, P.C.**
                                                *Attorney for Respondent,*
                                                *Leeward Construction Company, Ltd.*
                                                510 Haight Avenue, Suite 202
                                                Poughkeepsie, New York 12603
                                                Telephone: (845) 454-1200

To:    Leonard A. Sclafani, Esq.
        Law Offices of Leonard A. Sclafani, Esq.
        *Attorney for Petitioners,*
        *American University of Antigua -- College of Medicine*
        1 Battery Park Plaza, 33rd Floor
        New York, New York 10004
        Telephone: (212) 696-9880