The World's Trusted Currency Authority

FAQ   Site Map   Company Info ▼

English ▼

Home > XE Currency Converter - Live Rates > XE: (XCD/USD) East Caribbean Dollar to US Dollar Rate

AD

# XE Currency Converter

- Converter
- Rates
- Analysis
- Info

**1.00 XCD = 0.370370 USD**

East Caribbean Dollar ↔ US Dollar
1 XCD = 0.370370 USD    1 USD = 2.70000 XCD

View Chart

Convert again

Mid-market rates: 2015-05-18 10:14 UTC

**Free Money Transfer Quote in 5 Minutes!!**

Cited in American Univ of Antigua College v Leeward Constr Co 14cv8410 Decided 5/1/15   Archived on 5/18/15   This document is protected by copyright. Further reproduction is prohibited without permission.

# XE Market Analysis

- North America
- Europe
- Asia

AD

**North American Edition**    2015-05-18 10:21 UTC

EUR-USD dove back below 1.1400 during the early Europe AM session. This follows eight consecutive weeks of dollar long squaring, according to CFTC data. ECB's Mersch helped elicit the move in saying that QE will by fully implemented so that "inflation rises back towards 2% as quickly as possible." This backed up the message from bank president Draghi last week, and the message seems to be working as bund yields having steadied lower after recent steep ...

Read More ▶

**XE Money Transfers**

### XE CURRENCY TOOLS

 XE Currency App

 Historical Currency Rates



FREE! Got the **XE Currency App?** Install it Now ▶

It's easy, secure, and it works with your bank.

**Send an XE Money Transfer ▶**

🧮 Travel Expenses Calculator
✉️ Currency Email Updates
🧮 Free Currency Converter

More Tools

### POPULAR CURRENCY PROFILES

- 🇺🇸 USD - US Dollar
- 🇪🇺 EUR - Euro
- 🇬🇧 GBP - British Pound
- 🇮🇳 INR - Indian Rupee
- 🇦🇺 AUD - Australian Dollar
- 🇨🇦 CAD - Canadian Dollar
- 🇸🇬 SGD - Singapore Dollar
- 🇨🇭 CHF - Swiss Franc
- 🇲🇾 MYR - Malaysian Ringgit
- 🇯🇵 JPY - Japanese Yen
- 🇨🇳 CNY - Chinese Yuan Renminbi

More currencies

### Send a cheap money transfer ▶

Looking to send money abroad? Transferring money online is easy with XE. Our service works with your bank and it's free to sign up.

- Free online quotes
- Competitive exchange rates
- No-fee money transfer options
- Bid for your preferred rate

**Transfer Money with XE**

### Get a currency data API ▶

Need commercial grade rates for your business? The XE Currency Data API easily integrates with your system and has guaranteed data delivery.

- 160+ global sources
- Rates for every world currency
- Accuracy with proprietary rates
- Choose frequency of updates

**Order XE Currency Data**

More Tools & Services

     

## Featured Products

More XE Products



Cited in American Univ of Antigua College v Leeward Const. Co 14cv8410 Decided 5/1/15 Archived on 5/18/15 This document is protected by copyright. Further reproduction is prohibited without permission.



### TOOLS

Currency Converter
Currency Charts
Currency Emails
Historical Rates
Expense Calculator
IBAN Decoder

### TRANSFER MONEY

XE Currency Transfers
Account Login

### CURRENCY DATA

Currency Data API
Overview
Specifications
Pricing
FAQ

### APPS

iPhone
Android
BlackBerry
Windows Phone
More...

### USE OUR CONTENT

Free Converter
Customized Converter
Link to XE

### LEARN

XE Currency Blog
Currency Encyclopedia
Intro to Forex Trading
Currency Glossary
Forex News

Top · 2015-05-18 18:14 UTC (GMT)

© 1995-2015 · Site Map · Privacy · Terms of Use

Cited in American Univ of Antigua College v Leeward Constr Co 14cv8410 Decided 5/1/15 Archived on 5/18/15 This document is protected by copyright. Further reproduction is prohibited without permission.