UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

AMERICAN UNIVERSITY OF ANTIGUA –
COLLEGE OF MEDICINE and MANIPAL
EDUCATION AMERICAS, LLC f/k/a GCLR,
LLC,

                Plaintiff,

v.

LEEWARD CONSTRUCTION COMPANY,
LTD

                Defendants

-------------------------------------------------------------x

Case No. 1: 14-cv-08410 (DLC/GW)

**SATISFACTION OF JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/16

WHEREAS, on May 5, 2015, judgment was filed in this Court in the above captioned action in the amount of $ 1,338,712 in favor of American University of Antigua – College of Medicine and against Leeward Construction Company, Ltd, upon the decision and order of this Court of May 1, 2015, and

WHEREAS, the AUA Judgment has been satisfied and paid in full;

NOW, THEREFORE, satisfaction of the judgment herein is hereby acknowledged and the Clerk of the Court is hereby authorized to cancel and discharge the judgment.

Dated: July 11, 2016

                              Law Offices of Leonard A. Sclafani, Esq.
                              Attorneys for Plaintiff
                              1 Battery Park Plaza 33rd fl.
                              New York, New York 10004

                              By:_____
                                  Leonard A. Sclafani, Esq.