# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** American University of Antigua - College of Medicine | **COURT CASE NUMBER** 1:14-cv-08410-DLC |
| **DEFENDANT** Leeward Construction Company, Ltd. | **TYPE OF PROCESS** Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SureTec Insurance Company c/o Arthur B. Levine Company
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
60 E. 42d Street, Rm. 965, New York, New York 10165

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James M. Hirschhorn, Esq.
Sills Cummis & Gross, P.C.
1 Riverfront Plaza
Newark, New Jersey 07102

jhirschhorn@sillscummis.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

All right and interest of Leeward Construction Company, Ltd. to any and all proceeds of SureTec Insurance Company Bond No. 3349772, dated August 9, 2013, in Leeward Construction Co., Ltd. v. American University of Antigua - College of Medicine, U.S. District Court for the Southern District of New York, Civil Action No. 12-cv-6280-LAK

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 973 643-5288
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 054 | No. 054 | | 6/29/16 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 6/29/16   Time: 1244 ☒ pm
Signature of U.S. Marshal or Deputy: ANDER # 3969

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $5.40 | | $70.40 | | $0.00 |

REMARKS: 6/29/16 - Room 965 - Vacant / As per security no company with above name has a space in building.
I hereby certify and return that I have not received any funds for case number 14 Civ. 8410

Judgment Unsatisfied
Dated: New York, NY
October 27, 2016

Michael Greco
United States Marshal

By: Allison Honeymar
Deputy United States Marshal

ial with payment,
. Marshal.

14-8410-1 ✓

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____

DOCKET NO. 1:14-CV-8410-DLC

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of __Leeward Construction Co., Ltd.__

in your district you cause to be made the sum of __One Million, Three Hundred and Thirty-Eight Thousand, Seven Hundred and Twelve__ dollars and __No__ cents, ($ __1,338,712.00__ )

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, __American University of Antigua - College of Medicine__

recovered against the said __Leeward Construction Co., Ltd.__

in an action between __American University of Antigua - College of Medicine__

PLAINTIFF and __Leeward Construction Co., Ltd.__

DEFENDANT, in favor of said __American University of Antigua - College of Medicine__

as appears by the record filed in the Clerk's Office of said District Court on the __5th__ day of __May__, in the year of __2015__

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Colleen McMahon, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the __29th__ day of __June__ in the year of our Lord __2016__, and of the Independence of the United States the two hundred __thirty-ninth__ year.

CLERK

SDNY Web
06/01/2016

# United States District Court
SOUTHERN DISTRICT OF NEW YORK

American University of Antigua - College of Medicine

-against-

Leeward Construction Co., Ltd.

EXECUTION AGAINST PROPERTY

James M. Hirschhorn, Esq.

Attorney for

American University of Antigua - College of Medicine

Borough of Manhattan
City of New York

To the Marshal:
You will levy and collect

$1,338,712.00 _____ Dollars

and _____ cents,

with interest from the 5th

day of  May _____, 2015,

besides your fees, etc.

_____
Attorney